UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MAISEL, <br><br> Plaintiff, <br><br> v. <br><br> S.C. JOHNSON & SON, INC., <br><br> Defendant. | Case No. 21-cv-00413-TSH <br><br> **ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE** <br><br> Re: Dkt. No. 13 |

Pending before the Court is Defendant S.C. Johnson & Son, Inc.'s Motion to Dismiss. ECF No. 13. However, on March 16, 2021, Plaintiff Elizabeth Maisel filed a Notice of Intent to File First Amended Complaint. ECF No. 14. Under Federal Rule of Civil Procedure 15(a)(1), a party "may amend its pleading once as a matter of course" within 21 days after that pleading is served, or 21 days after service of a responsive pleading or motion under Rule 12. "[T]he general rule is that an amended complaint supercedes the original complaint and renders it without legal effect . . . ." *Lacey v. Maricopa County*, 693 F.3d 896, 927 (9th Cir. 2012) (en banc). Thus, as no prior amended complaints have been filed, Maisel has the right to file an amended complaint as a matter of course under Rule 15(a). Maisel shall file her amended complaint by March 24, 2021. As S.C. Johnson's motion is based on the superceded complaint, it is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: March 17, 2021

THOMAS S. HIXSON  
United States Magistrate Judge