| | |
|---|---|
| **MORRISON & FOERSTER LLP**<br>DAVID F. MCDOWELL (CA SBN 125806)<br>DMcDowell@mofo.com<br>PURVI G. PATEL (CA SBN 270702)<br>PPatel@mofo.com<br>KELSEY HARRISON (CA SBN 328621)<br>KHarrison@mofo.com<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, California  90017-3543<br>Telephone: 213.892.5200<br>Facsimile: 213.892.5454<br><br>CAMILA A. TAPERNOUX (CA SBN 299289)<br>CTapernoux@mofo.com<br>425 Market Street<br>San Francisco, California  94105<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>**BERKOWITZ OLIVER LLP**<br>THOMAS P. SCHULT (*PRO HAC VICE*)<br>TSchult@berkowitzoliver.com<br>2600 Grand Boulevard, Suite 1200<br>Kansas City, Missouri  64108<br>Telephone: 816.561.7007<br>Facsimile: 816.561.1888<br><br>*Attorneys for Defendant*<br>*S.C. Johnson & Son, Inc*. | **CLARKSON LAW FIRM, P.C.**<br>Ryan J. Clarkson (SBN 257074)<br>rclarkson@clarksonlawfirm.com<br>Shireen M. Clarkson (SBN 237882)<br>sclarkson@clarksonlawfirm.com<br>Katherine A. Bruce (SBN 288694)<br>kbruce@clarksonlawfirm.com<br>9255 Sunset Blvd., Suite 804<br>Los Angeles, CA 90069<br>Tel: (213) 788-4050<br>Fax: (213) 788-4070<br><br>**MOON LAW APC**<br>Christopher D. Moon (SBN 246622)<br>chris@moonlawapc.com<br>Kevin O. Moon (SBN 246792)<br>kevin@moonlawapc.com<br>228 Hamilton Avenue, 3rd Floor<br>Palo Alto, California 94301<br>Tel: (415) 730-0387<br>Fax: (650) 618-0478<br><br>*Attorneys for Plaintiff*<br>*Elizabeth Maisel* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH MAISEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>S.C. JOHNSON & SON, INC., a Wisconsin Corporation,<br><br>Defendant. | Case No.   3:21-cv-00413-TSH<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Thomas Hixson<br><br>CMC: October 21, 2021<br>Time:  10:00 am<br>Courtroom: G<br><br>Complaint Filed:  January 15, 2021<br>Trial Date:  None Set |

Pursuant to the Court's May 26, 2021 Order, Plaintiff Elizabeth Maisel and Defendant S.C. Johnson & Son, Inc. hereby provide a Joint Status Report in advance of the October 21, 2021 Case Management Conference. The parties do not presently propose any changes to the case schedule set forth in the Court's May 26, 2021 Order.

### A.   Case Overview

Plaintiff brings claims on behalf of a proposed nationwide class and California subclass of consumers who purchased Ecover cleaning products. (ECF No. 16 ¶ 55.) Plaintiff asserts the products' "Plant-based ingredients"; "With plant-based ingredients"; "Plant-based & mineral ingredients"; or "With plant-based and mineral ingredients" labels are false and misleading, in violation of California's consumer protection laws. (*Id.* ¶¶ 66-130.) Plaintiff also asserts claims for breach of warranty and unjust enrichment. (*Id.* ¶¶ 131-146.) SC Johnson denies the product labels are false or misleading or violate California consumer protection or common law.

### B.   Relevant Procedural History, Status, and Upcoming Deadlines

On March 24, 2021, Plaintiff filed her First Amended Complaint. (ECF No. 16.) On April 7, 2021, SC Johnson filed a motion to dismiss Plaintiff's First Amended Complaint. (ECF No. 19.) On May 5, 2021, the Court issued an Order denying SC Johnson's motion to dismiss in its entirety. (ECF No. 29.) On May 19, 2021, SC Johnson filed its answer to Plaintiff's First Amended Complaint. (ECF No. 30.) There are no pending motions before the Court. The following deadlines are upcoming:

- November 5, 2021: Deadline to amend the pleadings and join parties;
- December 20, 2021: Plaintiff's deadline to file a motion for class certification;
- February 18, 2022: SC Johnson's deadline to oppose Plaintiff's motion for class certification;
- April 19, 2022: Plaintiff's deadline to file a reply in support of class certification;
- May 19, 2022: Class certification hearing.

### C.   Status of Discovery

Discovery is underway. On June 24, 2021, Plaintiff served on SC Johnson her first set of interrogatories and requests for production of documents, to which SC Johnson responded on July

26, 2021. In addition to its written responses, SC Johnson produced some documents, including labels, formulas, ingredient disclosures, sales data, and customer feedback reports for the products at issue. The parties are currently meeting and conferring about appropriate search terms to identify relevant ESI.

### 1. Plaintiff's Position:

Plaintiff has completed a review of the SC Johnson's discovery responses and initial document production, alongside Plaintiff's extensive investigation into additional materials that Plaintiff believes are in Defendant's possession, custody, and/or control, but have not been produced. Plaintiff is currently preparing a lengthy letter, including appendices to identify specific document discrepancies, to facilitate the parties' meet and confer process and hopefully resolve significant discovery disputes without court intervention and prior to taking depositions of Defendant's Fed. R. Civ. P. 30(b)(6) witnesses. To the extent any disputes critical to class certification are not resolved prior to Plaintiff's deadline to file a motion for class certification, Plaintiff may seek a modification of the scheduling order solely as needed and appropriate to ensure meaningful and necessary class certification discovery is completed and the efficient and expeditious prosecution of this action

### 2. Defendant's Position:

SC Johnson is willing to meet and confer with Plaintiff regarding SC Johnson's discovery responses and document production—although this joint report is the first that SC Johnson has heard of the status of Plaintiff's review of SC Johnson's discovery responses and initial document production and Plaintiff's intended next steps. SC Johnson believes there is no need to change the Court's May 26, 2021 scheduling order.

///
///
///
///
///
///

Dated: October 14, 2021

Respectfully submitted,

**CLARKSON LAW FIRM**

By: /s/ *Katherine A. Bruce*
RYAN J. CLARKSON
SHIREEN M. CLARKSON
KATHERINE A. BRUCE

**MOON LAW APC**

CHRISTOPHER D. MOON
KEVIN O. MOON

*Attorneys for Plaintiff*

MORRISON & FOERSTER LLP

By: /s/ *David F. McDowell*
David F. McDowell

*Attorneys for Defendant*
*S.C. Johnson & Son, Inc.*

## ATTESTATION OF FILER

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 14, 2021

/s/ *David F. McDowell*
David F. McDowell