**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Shireen M. Clarkson (SBN 237882)
*sclarkson@clarksonlawfirm.com*
Katherine A. Bruce (SBN 288694)
*kbruce@clarksonlawfirm.com*
Kelsey J. Elling (SBN: 337915)
*kelling@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

**MOON LAW APC**
Christopher D. Moon (SBN 246622)
*chris@moonlawapc.com*
Kevin O. Moon (SBN 246792)
*kevin@moonlawapc.com*
228 Hamilton Avenue, 3rd Floor
Palo Alto, California 94301
Tel: (415) 730-0387
Fax: (650) 618-0478

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MAISEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>S.C. JOHNSON & SON, INC., a Wisconsin Corporation,<br><br>Defendant. | Case No. 3:21-cv-00413-TSH<br>Case Filed: 1/15/2021<br>FAC Filed: 3/24/2021<br><br>*Assigned to United States Magistrate Judge Thomas S. Hixson for all purposes*<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION; APPOINTMENT OF CLASS REPRESENTATIVE; AND APPOINTMENT OF CLASS COUNSEL**<br><br>**Hearing Information:**<br>Date: May 19, 2022<br>Time: 10:00 a.m.<br>Courtroom: G-15th Floor<br>Courthouse: San Francisco Courthouse<br>Video Conf.:<br>https://www.cand.uscourts.gov/judges/hixson-thomas-s-tsh/ |

N.D. Cal. Case No. 3:21-cv-00413-TSH
NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION

**TO THE COURT, ALL PARTIES, ALL INTERESTED PERSONS, AND THEIR RESPECTIVE COUNSEL FO RECORD:**

PLEASE TAKE NOTICE that on **May 19, 2022, at 10:00 a.m.**, in the above-entitled Court, before the Honorable Magistrate Judge Thomas S. Hixson, in Department G of the San Francisco Courthouse located at 450 Golden Gate Avenue, San Francisco, California 94102, Plaintiff Elizabeth Maisel ("**Plaintiff**"), on behalf of herself and all others similarly situated, by and through her counsel Ryan J. Clarkson, Katherine A. Bruce, and Kelsey J. Elling of Clarkson Law Firm, P.C., and Christopher D. Moon and Kevin O. Moon of Moon Law APC, will and hereby does move for class certification pursuant to Fed. R. Civ. P. 23(b)(2).

Plaintiff moves this Honorable Court for an Order as follows:

1. That this case is certified to proceed to the merits as a class action pursuant to Rule 23(b)(2) on all causes of action set forth in Plaintiff's First Amended Class Action Complaint (Dkt. 16) filed against Defendant S.C. Johnson & Son, Inc. ("Defendant") on behalf of the following class of purchasers of the Products[1]:

> All residents of the United States who, within the applicable statute of limitations periods, purchased the Products ("Nationwide Class"); and
>
> All residents of California who, within four years prior to the filing of this Complaint, purchased the Products ("California Subclass").
>
> Excluded from the Class are: (i) Defendant, its assigns, successors, and legal representatives; (ii) any entities in which Defendant has controlling interests; (iii) federal, state, and/or local governments, including, but not limited to, their departments, agencies, divisions, bureaus, boards, sections, groups, counsels, and/or subdivisions; and (iv) any judicial officer presiding over this matter and person within the third degree of consanguinity to such judicial officer.

(collectively, the "Class").

2. That Plaintiff Elizabeth Maisel is appointed as Class Representative.

---

[1] The "Products" include e-cover brand cleaning products with one or more of the Plant-Based & Mineral Representations, in all sizes, scents, and forms: (1) All Purpose Cleaner; (2) Cream Scrub; (3) Delicate Wash; (4) Dishwasher Powder; (5) Dishwasher Tablets; (6) Dishwasher Tablets Zero; (7) Fabric Softener (Morning Fresh); (8) Fabric Softener (Sunny Day); (9) Floor Soap; (10) Laundry Detergent (Alpine Mint); (11) Laundry Detergent (Lavender Field); (12) Rinse Aid; (13) Stain Remover; and (14) Toilet Cleaner. The Plant-Based & Mineral Representations are: "Plant-based ingredients," "With plant-based ingredients," "With plant-based and mineral ingredients," and substantially similar claims.

3. That Ryan J. Clarkson, Shireen M. Clarkson, Katherine A. Bruce, and Kelsey J. Elling of Clarkson Law Firm, P.C., and Christopher D. Moon and Kevin O. Moon of Moon Law APC are appointed Class Counsel pursuant to Rule 23(g).

This motion is based upon this notice of motion, the concurrently-filed memorandum of points and authorities, declarations, exhibits, and evidence submitted in support thereof, any written or oral arguments or evidence submitted in connection therewith, all of the papers on file in this action, and upon such further arguments and evidence as may be presented at or after the hearing of this matter.

Date: December 20, 2021

**CLARKSON LAW FIRM, P.C.**

By: */s/ Katherine A. Bruce*
Ryan J. Clarkson, Esq.
Shireen M. Clarkson, Esq.
Katherine A. Bruce, Esq.
Kelsey J. Elling, Esq.

**MOON LAW, APC**

By: */s/ Kevin O. Moon*
Christopher D. Moon, Esq.
Kevin O. Moon, Esq.

*Attorneys for Plaintiff Elizabeth Maisel*