**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Shireen M. Clarkson (SBN 237882)
*sclarkson@clarksonlawfirm.com*
Katherine A. Bruce (SBN 288694)
*kbruce@clarksonlawfirm.com*
Kelsey J. Elling (SBN: 337915)
*kelling@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

**MOON LAW APC**
Christopher D. Moon (SBN 246622)
*chris@moonlawapc.com*
Kevin O. Moon (SBN 246792)
*kevin@moonlawapc.com*
228 Hamilton Avenue, 3rd Floor
Palo Alto, California 94301
Tel: (415) 730-0387
Fax: (650) 618-0478

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH MAISEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>S.C. JOHNSON & SON, INC., a Wisconsin Corporation,<br><br>Defendant. | Case No. 3:21-cv-00413-TSH<br>Case Filed: 1/15/2021<br>FAC Filed: 3/24/2021<br><br>*Assigned to United States Magistrate Judge Thomas S. Hixson for all purposes*<br><br>**DECLARATION OF KATHERINE A. BRUCE IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION; APPOINTMENT OF CLASS REPRESENTATIVE; AND APPOINTMENT OF CLASS COUNSEL** |

**DECLARATION OF KATHERINE A. BRUCE**

I, Katherine A. Bruce, declare as follows:

1. I am a partner at Clarkson Law Firm, P.C. ("**CLF**" or "**Clarkson**") and co-counsel of record with Moon Law APC ("**ML**" and/or "**Moon**") for the named Plaintiff Elizabeth Maisel ("**Plaintiff**") in this putative class action. I make this declaration in support of Plaintiff's motion for class certification and the appointment of Plaintiff as class representative and Clarkson and Moon as class counsel. I am licensed to practice in all state and federal courts in the State of California, and I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. **Exhibits:** I have caused to be concurrently filed concurrently herewith as exhibits true and correct copies of the following documents:

   a. **Exhibit A [Labels]:** Compilation of Product[1] labels and images for all of the Products that are the subject of the operative First Amended Class Action Complaint, including label schematics produced by Defendant S.C. Johnson & Son, Inc. ("**Defendant**" and/or "**SCJ**"), bates stamped SCJ0000017 to SCJ0000044, produced in response to ROG 1 and RFP 18, and labels downloaded from Defendant's archived and current website at www.us.ecover.com which are identified in the exhibit on the corresponding labels by web address or URL, date of archiving and/or download (hereinafter, "**Labels**");

   b. **Exhibit B [SCJ's RFP Resp.]:** Defendant's Responses to Plaintiff Elizabeth Maisel's Requests for Documents (Set One) ("**RFP**"), served July 26, 2021;

   c. **Exhibit C [SCJ's ROG Resp.]:** Defendant's Responses to Plaintiff Elizabeth

---

[1] The "**Products**" at issue are e-cover™ brand cleaning products with a Plant-Based & Mineral Representation on the front label: (1) All Purpose Cleaner; (2) Cream Scrub; (3) Delicate Wash; (4) Dishwasher Powder; (5) Dishwasher Tablets; (6) Dishwasher Tablets Zero; (7) Fabric Softener (Morning Fresh); (8) Fabric Softener (Sunny Day); (9) Floor Soap; (10) Laundry Detergent (Alpine Mint); (11) Laundry Detergent (Lavender Field); (12) Rinse Aid; (13) Stain Remover; and (14) Toilet Cleaner. The Plant-Based & Mineral Representations are: "Plant-based ingredients," "With plant-based ingredients," "With plant-based and mineral ingredients," and substantially similar claims.

N.D. Cal. Case No. 3:21-cv-00413-TSH                -1-
DECLARATION OF KATHERINE A. BRUCE IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Maisel's Interrogatories (Set One) ("**ROG**"), served July 26, 2021;

d. **Exhibit D [Ecover TM]:** U.S. Patent and Trademark Office ("**USPTO**") Certificate of Registration for Trademark "ecover" logo with flower image, Reg. No. 5,178,550, April 11, 2017;

e. **Exhibit E [Get Nature TM]:** USPTO Certificate of Registration for Trademark "GET NATURE ON YOUR SIDE" phrase, Reg. 5,005,447, July 26, 2016;

f. **Exhibit F [Archived Ingred. Discl.]:** Compilation of archived webpages from www.us.ecover.com for each Product that includes its individual ingredient disclosures posted on the unique Product's dedicated webpage in the years 2015 and 2021, all of which contain footers specifying the web address or URL, date archived, and date downloaded ("**Archived Ingredient Disclosure(s)**");

g. **Exhibit G [Archived Ingred. Gloss.]:** Compilation of archived ingredient glossaries downloaded from www.us.ecover.com from the years 2017 and 2021, all of which contain footers specifying the web address or URL, date archived, and date downloaded ("**Archived Ingredient Glossary(ies)**");

h. **Exhibit H [SCJ Formulas]:** Formulations of each Product, bates stamped SCJ0000003 to SCJ 00000016, and produced by Defendant in response to ROG 5 and RFP 1-2 ("**SCJ Formulas**");

i. **Exhibit I [Summary Synthetic Ingredients]:** Summation of formulation information (ingredients and quantities), including ingredients disclosed on archived webpages, that Defendant has admitted are synthetic, including the page-specific exhibit number for the Archived Ingredient Disclosures and Archived Ingredient Glossaries, corresponding web address or URL, and identification of documents, such as the SCJ Formulas, from which information was sourced ("**Summation Synthetic Ingredient Admissions**");

j. **Exhibit J [SCJ Sales Data]:** Sales data for each Product, bates stamped SCJ 0000044 to SCJ 0000045, and produced by Defendant in response to ROG 3 and RFP 50 ("**SCJ Sales Data**");

k. **Exhibit K [Clarkson Resume]:** Clarkson's firm resume that accurately sets forth its attorneys' qualifications to serve as class counsel in this action (hereinafter, the "**Clarkson Resume**");

l. **Exhibit L [Moon Resume]:** Moon's firm resume that accurately sets forth its attorneys' qualifications to serve as class counsel in this action (hereinafter, the "**Moon Resume**");

m. **Exhibit M [Archived Ecover Webpages]:** Compilation of webpages archived on January 16, 2021, from www.us.ecover.com, which include on those webpages the web address or URL, and dates of archiving and download, including the following:

(1) the homepage located at https://web.archive.org/web/ 20210116171025/ https://us.ecover.com/ (downloaded on December 19, 2021),

(2) the "Inspired by Nature" webpage located at https://web.archive.org/ web/20210116190411/https://us.ecover.com/pioneering-clean/inspired-by-nature/ (downloaded on December 19, 2021), and

(3) the "Our Mission" webpage located at https://web.archive.org/web/ 20210116175024/https://us.ecover.com/about-us/ (downloaded on December 19, 2021);

n. **Exhibit N [SCJ Webpages]:** Compilation of webpages from www.scjohnson.com, downloaded on December 19, 2021, which include on those webpages the web address or URL, and dates of archiving and download, including the following:

(1) the webpage and downloadable document "This We Believe" setting forth Defendant's corporate mission statement, initially formalized in a document in 1976, available at https://www.scjohnson.com/en/about-us/this-we-believe (downloaded December 19, 2021),

(2) the webpage "Global Product Transparency," initially dated January 4, 2019, available at https://www.scjohnson.com/en/stories/transparent-world/

ingredient-transparency/2019/global-product-transparency-sc-johnson-offers-ingredient-lists-so-you-can-make-choices (downloaded December 19, 2021) ("**Product Transparency Webpage**"),

(3) the webpage "SC Johnson Tops Industry with Skin Allergen Transparency," initially dated May 25, 2017, available at https://www.scjohnson.com/en/press-releases/2017/may/sc-johnson-topsindustry-with-skin-allergen-transparency (downloaded December 19, 2021), and

(4) the webpage "Everything is Chemistry," initially dated June 6, 2018 ("**Chemistry Webpage**"), available at https://www.scjohnson.com/en/stories/transparent-world/chemistry-and-ingredients/2018/everything-is-chemistry-why-scj-is-tackling-negative-perceptions-about-synthetic-chemical (downloaded December 20, 2021);

o. **Exhibit O [Consumer Interview Vid.]:** Video posted on the Product Transparency Webpage, captioned: "Perspective from consumers from the United States . . .," regarding interviews of consumers in 2018 about product transparency ("**Consumer Interview Video**"), available at https://www.scjohnson.com/en/stories/transparent-world/ingredient-transparency/2019/global-product-transparency-sc-johnson-offers-ingredient-lists-so-you-can-make-choices (downloaded on December 20, 2021); and

**Exhibit P [Fisk Video]:** Video posted on the Chemistry Webpage, captioned "Many people assume natural chemicals are better or safer than synthetic ones. . . .," of Defendant's Chairman and Chief Executive Officer regarding the consumer and marketing trend regarding natural products, available at https://www.scjohnson.com/en/stories/transparent-world/chemistry-and-ingredients/2018/everything-is-chemistry-why-scj-is-tackling-negative-perceptions-about-synthetic-chemical (downloaded December 20, 2021) ("**Fisk Video**").

3. Plaintiff, Moon, and Clarkson have committed significant resources to prosecuting

this action on behalf of the proposed class. Aside from general case management and law and motion filed in this case, Plaintiff and her counsel have engaged in substantial discovery in this case regarding the claims, defenses, and issues, as well as class certification, including written discovery and the review and analysis of Defendant's document production, which included more than 1,000 pages of highly technical materials concerning the Product's ingredients. Plaintiff and her counsel also conducted a robust and thorough investigation into Defendant; the marketing and advertising of the Products and similar household cleaning products; the ingredients used in the Products, household cleaning products in general, and the processes to manufacture them from source or raw materials; consumer perceptions and price premia for the challenged Plant-Based & Mineral Representations and similar marketing claims; the Product's labels; applicable industry standards, regulations, and laws governing the factual circumstances sourcing the foregoing, as well as the law that applies to the claims and defenses asserted in this case.

4. The interests of Plaintiff, her counsel, and the Class are fully aligned in determining whether Defendant deceived reasonable consumers with the Plant-Based & Mineral Representations on the Products' labels. Plaintiff has worked with her counsel and fully understands the responsibilities and obligations that go along with serving as class representative in this matter. To date, Plaintiff has actively participated in every step of this case, reviewing relevant documents, and overseeing the prosecution of this action. Further, Plaintiff retained Clarkson and Moon, with significant experience in prosecuting large consumer fraud class actions, as set forth in their respective firm resumes.

5. Although a class certified under Fed. R. Civ. P. 23(b)(2) is not statutorily required to serve class notice, Plaintiff and her counsel have obtained a notice plan from an experienced administrator in the event the Court requires it.

/ / /

/ / /

/ / /

/ / /

/ / /

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on December 20, 2021 at Los Angeles, California.

Date: December 20, 2021            By: */s/ Katherine A. Bruce*
                                       Katherine A. Bruce, Esq.

CLARKSON LAW FIRM, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265

N.D. Cal. Case No. 3:21-cv-00413-TSH            -6-
DECLARATION OF KATHERINE A. BRUCE IN SUPPORT OF
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION