# Exhibit A

## *Product Labels*

Plaintiff's Motion for Class Certification

# **<u>Exhibit A (1) All Purpose Cleaner</u>**

1.  Defendant Document Production SCJ 17 (2015)
2.  Image from Archived E-Cover Product Web Page (2021)



Exhibit A - (1) All Purpose Label

Magnified from E-cover webpage for All Purpose Cleaner archived on January 16, 2021 (Downloaded 12/19/2021)

URL: https://web.archive.org/web/20210116190056/https://us.ecover.com/products/purpose-cleaner/





https://us.ecover.com/products/purpose-cleaner/    Go

SEP **JAN** NOV
◄ **16** ►
2016 **2021**

▼ About this capture

8 captures
15 Mar 2015 – 17 Nov 2021

**LAUNDRY**
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

**SHOP ALL**



# ALL PURPOSE CLEANER

A LITTLE GOES A LONG WAY

**Concentrated cleaning power**

Just one capful of our concentrated all purpose cleaner contains enough cleaning power to eliminate dirt & grime from almost any household surface. Mix with water for an everyday clean or use full-strength on stubborn stains. Made with renewable, plant-based ingredients, it's like Mother Nature's mighty multitasker.

we're sorry to say this product is no longer available. but if you search our site, you'll likely find another product that cleans up nicely.

GET YOUR HANDS ON IT HERE:



| Benefits | Ingredients | Fragrances |
|---|---|---|

Safe on most hard surfaces—floors, countertops, tiles

Concentrated cleaning power eliminates dirt & grime

Made with renewable, plant-based ingredients

Bottle made with recycled plastic & Plantplastic®

CA ingredient disclosure requirements

URL: https://web.archive.org/web/20210116190056/https://us.ecover.com/products/purpose-cleaner/
Archived: 1/16/2021; Downloaded: 12/19/2021

Ex A_Page 5 of 82

Exhibit A - (1) All Purpose Label



# **<u>Exhibit A (2) Cream Scrub</u>**

1. Defendant Document Production SCJ 18 (2014)
2. Image from Archived E-Cover Product Web Page (2016)



Exhibit A - (2) Cream Scrub Label

Magnified from E-cover webpage for Cream Scrub archived December 26, 2016 (downloaded 12/19/2021)

URL: https://web.archive.org/web/20161226055441/http://us.ecover.com/products/cream-scrubs/





http://us.ecover.com/products/cream-scrubs/ Go

APRE DEC SEP
26
2015 2016 2020

6 captures
15 Mar 2015 - 16 Jan 2021

HOME  »  CREAM SCRUB  »  HOME CARE  »  CREAM SCRUB

**LAUNDRY**
- delicate
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- cream scrub
- floor
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

SHOP ALL



# CREAM SCRUB

TAKE YOUR SURFACES SERIOUSLY

☆☆☆☆☆  read reviews | write review

**Cleans sinks, tiles & countertops with care**

Our cream scrub removes soap scum, limescale and grease from sinks, tiles and countertops. Made with renewable plant-based and mineral ingredients, this biodegradable formula is gentle on surfaces but effective on dirt, leaving nothing nasty in its wake.



## $3.85

SCENT / SIZE

LIGHTLY SCENTED / 16 OZ

**BUY NOW ON SOAP.COM**

 share this



| Benefits | Ingredients | Fragrances |
|---|---|---|

Helps eliminate limescale & food stains from sinks, tiles & countertops

Made with renewable plant-based & mineral ingredients

Bottle made with recycled plastic & Plantplastic®

Never tested on animals

Loading, please wait...

0 REVIEWS

overall rating ☆☆☆☆☆

**what do you think about cream scrub?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

**how would you rate this product?** *

☆☆☆☆☆

review *

URL: https://web.archive.org/web/20161226055441/http://us.ecover.com/products/cream-scrubs/
Archived: 12/26/2016; Downloaded 12/19/2021

Page 1 of 2

Ex A_Page 10 of 82

Exhibit A - (2) Cream Scrub Label



submit review

Exhibit A - (2) Cream Scrub Label

# **<u>Exhibit A (3) Delicate Wash</u>**

1. Defendant Document Production SCJ 19 (2015)
2. Image from Archived E-Cover Product Web Page (2021)



Exhibit A - (3) Delicate Wash Label

Magnified from E-cover webpage for Delicate Wash archived January 16, 2021 (downloaded 12/19/2021)

URL: https://web.archive.org/web/20210116171444/https://us.ecover.com/products/delicate-wash/





HOME  »    DISCONTINUED  »    DELICATE WASH

LAUNDRY
• detergents
• softeners
• stain remover

HOME CARE
• all purpose
• toilet

DISH
• dishwasher
• liquid dish
• rinse aid

FRAGRANCE-FREE
• zero dish
• zero laundry

SHOP ALL

# DELICATE WASH

## EXTRA CARE FOR YOUR SPECIAL FABRICS

**Formulated for machine & hand washing**

We know that some clothes need a little extra care. That's why we created this delicate wash. Specially formulated for machine or hand washing, our plant-based detergent is gentle on special fabrics like silk and wool, so you get them fresh, soft and naturally clean without worry.

we're sorry to say this product is no longer available. but if you search our site, you'll likely find another product that cleans up nicely.

### GET YOUR HANDS ON IT HERE:

amazon    Jet    iHerb

Well.ca



|  Benefits  |  Ingredients  |  Fragrances  |

Cares for delicate fabrics like silk & wool, whether you hand or machine wash

Made with renewable, plant-based ingredients

Bottle made with recycled plastic & Plantplastic®

Never tested on animals

**ABOUT US**
Our Story
Our Mission
Transparency + Disclosures

**SHOP ECOVER**
Shop All
Find A Store

**CONTACT US**
Customer Service
Media Inquiries

**GET TO KNOW US**

Save $1.00

© 2021 Ecover. All Rights Reserved. See Our Privacy Policy and Terms of Use.

Trying to keep clean and remain calm? We're with you.          See our COVID-19 response.

ecover

SHOP        PIONEERING CLEAN        ABOUT US        FIND A STORE

# <u>Exhibit A (4) Dishwasher Powder</u>

1. Image from Archived E-Cover Product Web Page (2015)
2. Defendant Document Production SCJ 21 (2021)
3. Image from Current E-Cover Product Web Page (2021)

Magnified from E-cover webpage for Dishwasher Powder archived on March 16, 2015 (downloaded 12/19/2021)

URL: http://web.archive.org/web/20150316024954/http://us.ecover.com/products/dishwasher-powder/



**Exhibit A - (4) Dishwasher Powder Label**

http://us.ecover.com/products/dishwasher-powder/    Go

8 captures
16 Mar 2015 - 13 May 2021

FEB  **MAR**  SEP
◀  **16**  ▶
2014  **2015**  2016

About this capture

HOME  »  DISH  »  DISHWASHER  »  DISHWASHER POWDER

**LAUNDRY**
- delicate
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- cream scrub
- floor
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

**SHOP ALL**



# DISHWASHER POWDER

SAY HELLO TO SPARKLING DISHES

☆☆☆☆☆  read reviews | write review

**Powerful phosphate-free formula**

Power away stubborn, stuck-on food for spot-free, sparkling clean dishes. Made with renewable plant-based & mineral ingredients, our biodegradable, phosphate-free dishwasher powder packs a punch without any harsh chemicals. That way, you can feel good about everything that comes out of your dishwasher.

## $6.79

SCENT / SIZE

CITRUS / 48 OZ ▼

**BUY NOW ON SOAP.COM ›**

share this

Loading, please wait...

| **Benefits** | Ingredients | Fragrances |
| --- | --- | --- |



Never tested on animals

Removes stuck-on food for sparkling dishes

Plant-based & mineral ingredients

Biodegradable & phosphate-free formula

Packaged in recycled cardboard

0 REVIEWS

overall rating ☆☆☆☆☆

**what do you think about dishwasher powder?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

Connect with Facebook

how would you rate this product? *

URL: http://web.archive.org/web/20150316024954/http://us.ecover.com/products/dishwasher-powder/
Archived: 3/16/2015; Download: 12/19/2021

Ex A_Page 19 of 82    Exhibit A - (4) Dishwasher Powder Label

review *

submit review

SHOP     PIONEERING CLEAN     ABOUT US     FIND A STORE



Magnified from E-cover current webpage for Dishwasher Powder downloaded on 12/19/2021

URL: https://us.ecover.com/products/dishwasher-powder/



Trying to keep clean and remain calm? We're with you.     See our COVID-19 response.

 **ecover**

PRODUCTS



HOME » DISH » DISHWASHER » DISHWASHER POWDER

**LAUNDRY**
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

# DISHWASHER POWDER



CA ingredient disclosure requirements

## GET TO KNOW US



## CONTACT US

Customer Service

Media Inquiries

Careers

© 2021 Ecover. All Rights Reserved. See Our Privacy Policy and Terms of Use ▷ Do Not Sell My Information

© 2014 Seventh Generation. All Rights Reserved. Terms of Use | Privacy Policy | California Transparency Act | CA Privacy Policy | Subscription Terms

# **Exhibit A (5) Dishwasher Tablets**

1. Image from Archived E-Cover Product Web Page (2015)
2. Defendant Document Production SCJ 26 (2020)
3. Defendant Document Production SCJ 24 (2021)

Magnified from E-cover webpage for Dishwasher Tablets archived on March 16, 2015 (downloaded 12/19/2021)

URL: http://web.archive.org/web/20150316022646/http://us.ecover.com/products/automatic-dishwasher-tablets-2/





URL: http://web.archive.org/web/20150316022646/http://us.ecover.com/
products/automatic-dishwasher-tablets-2/
Archived: 3/16/2015; Download: 12/19/2021

Page 1 of 1

Exhibit A - (5) Dishwasher Tablets Label



SC00000026

Exhibit A - (5) Dishwasher Tablets Label

CONFIDENTIAL

SC00000024



Exhibit A - (5) Dishwasher Tablets Label

CONFIDENTIAL

# Exhibit A (6) Dishwasher Tablets—Zero

1. Defendant Document Production SCJ 23 (2020)
2. Defendant Document Production SCJ 25 (2020)
3. Image from Current E-Cover Product Web Page (2021)

SC30000023

Exhibit A - (6) Dishwasher Tablets--Zero Label

CONFIDENTIAL

SC30000025



CONFIDENTIAL

Exhibit A - (6) Dishwasher Tablets--Zero Label

Magnified from E-cover current webpage for Dishwasher Tablets—Zero downloaded on 12/19/2021

URL: https://us.ecover.com/products/zero-automatic-dishwasher-tablets/



Trying to keep clean and remain calm? We're with you.   See our COVID-19 response.

 ecover

PRODUCTS

HOME  »   DISH  »   DISHWASHER  »   FRAGRANCE-FREE  »   ZERO DISH  »   ZERO DISHWASHER TABLETS 25 CT

**LAUNDRY**
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

# ZERO DISHWASHER TABLETS 25 CT



CA ingredient disclosure requirements

## GET TO KNOW US



## CONTACT US

Customer Service

Media Inquiries

Careers

© 2021 Ecover. All Rights Reserved. See Our Privacy Policy and Terms of Use. ▷ Do Not Sell My Information

# <u>Exhibit A (7) Fabric Softener—Morning Fresh</u>

1. Image from Archived E-Cover Product Web Page (2015)
2. Defendant Document Production SCJ 28 (2016) (*see also* RJN, ECF 20, at Ex. A)
3. Defendant Document Production SCJ 29 (2020)
4. Image from Current E-Cover Product Web Page (2021)

Magnified from E-cover webpage for Fabric Softener—Morning Fresh, archived on March 16, 2015 (downloaded 12/19/2021)

URL: http://web.archive.org/web/20150316213125/https://us.ecover.com/products/fabric-softener/





INTERNET ARCHIVE
WaybackMachine
7 captures
16 Mar 2015 - 13 May 2021

HOME » LAUNDRY » SOFTENERS » FABRIC SOFTENER

**LAUNDRY**
- delicate
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- cream scrub
- floor
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

**SHOP ALL**



## FABRIC SOFTENER

FOR CLOTHES YOU'LL WANT TO CUDDLE

★★★★★ read reviews | write review

**Softens clothes & reduces static**

A little fluffiness is a good thing, at least when it comes to your laundry. Our liquid fabric softener works to soften fabrics and help reduce static while keeping clothes smelling fresh and clean. Made with plant-based and mineral ingredients, our biodegradable formula cares as much for your clothes as it does for the planet. Everybody wins.

## $6.99

SCENT / SIZE

MORNING FRESH / 32 OZ ▾

**BUY NOW ON SOAP.COM ›**

share this

---



| Benefits | Ingredients | Fragrances |

Helps to reduce static while softening and freshening clothes

Made with renewable plant-based & mineral ingredients

Bottle made with recycled plastic & Plantplastic®

Never tested on animals

Loading, please wait...

0 REVIEWS

overall rating ★★★★★

**what do you think about fabric softener?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

**how would you rate this product? ***

☆☆☆☆☆

**review ***

submit review

URL: http://web.archive.org/web/20150316213125/https://us.ecover.com/products/fabric-softener/
Archived: 3/16/2015; Download: 12/19/2021

Page 1 of 2



Ex A_Page 38 of 82

Exhibit A - (7) Fabric Softener--Morning Fresh Label

Exhibit A - (7) Fabric Softener--Morning Fresh Label



Exhibit A - (7) Fabric Softener--Morning Fresh Label

Magnified from current E-cover website downloaded on 12/19/2021

URL: https://us.ecover.com/products/fabric-softener/





Trying to keep clean and remain calm? We're with you.   See our COVID-19 response.

PRODUCTS

HOME » LAUNDRY » SOFTENERS » FABRIC SOFTENER

**LAUNDRY**
• detergents
• softeners
• stain remover

**HOME CARE**
• all purpose
• toilet

**DISH**
• dishwasher
• liquid dish
• rinse aid

**FRAGRANCE-FREE**
• zero dish
• zero laundry

# FABRIC SOFTENER

CA ingredient disclosure requirements



GET TO KNOW US

CONTACT US
Customer Service
Media Inquiries
Careers

© 2021 Ecover. All Rights Reserved. See Our *Privacy Policy* and *Terms of Use*. ▷ Do Not Sell My Information

**URL: https://us.ecover.com/products/fabric-softener/**
**Download: 12/19/2021**

**Page 1 of 1**

Exhibit A - (7) Fabric Softener--Morning Fresh Label

# Exhibit A (8) Fabric Softener—Sunny Day

1. Defendant Document Production SCJ 30 (2015) (*see also* RJN, ECF 20, at Ex. B front)
2. Defendant Document Production SCJ 32 (2016) (*see also* RJN, ECF 20, at Ex. B back)
3. Image from Current E-Cover Product Web Page (2021)



Exhibit A - (8) Fabric Softener--Sunny Day Label

Exhibit A - (8) Fabric Softener--Sunny Day Label

Magnified from current E-cover webpage for Fabric Softener—Sunny Day, downloaded on 12/19/2021

URL: https://us.ecover.com/products/fabric-softener-2/





Trying to keep clean and remain calm? We're with you.    See our COVID-19 response.

PRODUCTS

HOME » LAUNDRY » SOFTENERS » FABRIC SOFTENER

LAUNDRY
- detergents
- softeners
- stain remover

HOME CARE
- all purpose
- toilet

DISH
- dishwasher
- liquid dish
- rinse aid

FRAGRANCE-FREE
- zero dish
- zero laundry

# FABRIC SOFTENER

CA ingredient disclosure requirements



GET TO KNOW US

CONTACT US
Customer Service
Media Inquiries
Careers

© 2021 Ecover. All Rights Reserved. See Our Privacy Policy and Terms of Use.  ▷  Do Not Sell My Information

# **Exhibit A (9) Floor Soap**

1. Defendant Document Production SCJ 34 (2014)
2. Image from Archived E-Cover Product Web Page (2016)



Exhibit A - (9) Floor Soap Label

Magnified from E-cover webpage for Floor Soap archived on December 26, 2016 (downloaded 12/19/2021)

URL: http://web.archive.org/web/20161226064947/http://us.ecover.com/products/floor-soap/



http://us.ecover.com/products/floor-soap/

6 captures
15 Mar 2015 - 16 Jan 2021

APR DEC SEP
26
2016
2015   2016   2020

About this content

HOME » FLOOR » HOME CARE » FLOOR SOAP

**LAUNDRY**
- delicate
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- cream scrub
- floor
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

**SHOP ALL**



# FLOOR SOAP

SPECIAL TREATMENT FOR YOUR FLOORS

☆☆☆☆☆ read reviews | write review

**Cleans & helps protect porous surfaces**

Give your floors the treatment they deserve. Made with renewable, plant-based ingredients, our floor soap cleans and helps protect porous surfaces like natural stone and tiles. Use a cloth, mop or scrubbing brush to apply and let the linseed oil nourish and shine floors.

  

# $6.99

SCENT / SIZE


LIGHTLY SCENTED / 32 OZ


BUY NOW ON SOAP.COM ›


share this

- - - - - - - - - - - - - - - - -

| Benefits | Ingredients | Fragrances |
|---|---|---|

Cleans & helps protect floors

Linseed oil nourishes & shines surfaces naturally

Made with renewable, plant-based ingredients

Bottle made with recycled plastic & Plantplastic®

Loading, please wait...

URL: http://web.archive.org/web/20161226064947/http://us.ecover.com/products/floor-soap/
Archived: 12/26/2016; Donwload: 12/19/2021

Page 1 of 2

Ex A_Page 51 of 82

Exhibit A - (9) Floor Soap Label

Never tested on animals

0 REVIEWS

overall rating ☆☆☆☆☆

**what do you think about floor soap?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

**how would you rate this product? ***

☆ ☆ ☆ ☆ ☆

**review ***

submit review

**SHOP**     **PIONEERING CLEAN**     **ABOUT US**     **FIND A STORE**

 (0)

# Exhibit A (10) Laundry Detergent— Alpine Mint

1. Defendant Document Production SCJ 35 (2014)
2. Image from Archived E-Cover Product Web Page (2015)



Exhibit A - (10) Laundry Detergent--Alpine Mint Label

Magnified from E-cover webpage for Laundry Detergent—Alpine Mint archived September 15, 2015 (downloaded 12/19/2021)

URL: http://web.archive.org/web/20150921172923/http://us.ecover.com/products/2x-laundry-detergent-3/



Exhibit A - (10) Laundry Detergent--Alpine Mint Label

http://us.ecover.com/products/2x-laundry-detergent-3/   Go

4 captures
17 Mar 2015 - 16 Jan 2021

MAR **SEP** SEP
◀ **21** ▶
2014 **2015** 2020

About this capture

HOME  »  DETERGENTS  »  LAUNDRY  »  2X LAUNDRY DETERGENT

**LAUNDRY**
- delicate
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- cream scrub
- floor
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

**SHOP ALL**



# 2X LAUNDRY DETERGENT

TOUGH ON STAINS, GENTLE ON THE ENVIRONMENT

☆☆☆☆☆   read reviews | write review

**Formulated to work in cold water**
Our concentrated liquid laundry detergent is tough on stains even in cold water, which means you can use less energy for every load. Made with plant-based ingredients and packaged in plastic made from sugarcane, our biodegradable formula is gentle on your skin and the environment. Plus, our 100% natural fragrance leaves clothes smelling fresh and clean. We think it's a combination that would make Mother Nature proud.

[f] [t] [✉]

# $13.99

SCENT / SIZE

☐ ALPINE MINT / 93 OZ ▾

**BUY NOW ON SOAP.COM ❯**

[f] [t] [✉] share this

┄┄┄┄┄┄┄┄┄┄┄┄┄┄┄┄┄┄┄┄┄┄┄┄┄

| Benefits | Ingredients | Fragrances |
| --- | --- | --- |

- 🔵 Tackles tough stains
- ❄️ Works in cold water
- 🔵 Bottle made with recycled plastic & Plantplastic®

Loading, please wait...

URL: http://web.archive.org/web/20150921172923/http://us.ecover.com/products/2x-laundry-detergent-3/
Archived: 9/15/2015; Download: 12/19/2021

Ex A_ Page 56 of 82

Exhibit A (10) Laundry Detergent--Alpine Mint Label



**0 REVIEWS**

overall rating ☆☆☆☆☆

**what do you think about 2x laundry detergent?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

**how would you rate this product? ***

☆ ☆ ☆ ☆ ☆

**review ***

submit review



SHOP          PIONEERING CLEAN          ABOUT US          FIND A STORE



# Exhibit A (11) Laundry Detergent— Lavender Field

1. Defendant Document Production SCJ 36 (2020) (*see also* RJN, ECF 20, at Ex. E)
2. Image from Current E-Cover Product Web Page (2021)

SCJ00000036

CONFIDENTIAL



Exhibit A (ff) Laundry Detergent--Lavender Field Label

Magnified from E-cover current webpage for Laundry Detergent—Lavender Field downloaded on 12/19/2021

URL: https://us.ecover.com/products/laundry-detergent-lavender-field/



**Exhibit A (FF) Laundry Detergent--Lavender Field Label**





URL: https://us.ecover.com/products/laundry-detergent-lavender-field/
Download: 12/19/2021

Page 1 of 1

Exhibit A ("A") Laundry Detergent--Lavender Field Label

# <u>Exhibit A (12) Rinse Aid</u>

1. Defendant Document Production SCJ 37 (2014)
2. Defendant Document Production SCJ 38 (2019)
3. Defendant Document Production SCJ 39 (2020)
4. Image from Archived E-Cover Product Web Page (2020)
5. Image from Current E-Cover Product Web Page (2021)





Exhibit A - (12) Rinse Aid Label



CONFIDENTIAL

Exhibit A - (12) Rinse Aid Label

SCJ00000039

Magnified from E-cover webpage for Rinse Aid archived on September 27, 2020 (downloaded 12/19/2021)

URL: https://web.archive.org/web/20200927113508/https://us.ecover.com/products/rinse-aid/



https://us.ecover.com/products/rinse-aid/  Go

7 captures
15 Mar 2015 - 16 Jan 2021

DEC **SEP** OCT
◀ **27** ▶
2016 **2020**
▼ About this capture

**LAUNDRY**
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

**SHOP ALL**



# RINSE AID

ADD MORE SPARKLE TO YOUR DISHES

**Helps prevent spots & film**

Made with renewable, plant-based ingredients, this planet-friendly rinse aid is the perfect follow up to your dishwasher detergent. Simply pour it in to help prevent spots and film on your dishes and glasses for an absolutely brilliant finish.

  

GET YOUR HANDS ON IT HERE:



| Benefits | Ingredients | Fragrances |
|---|---|---|



Helps prevent spots & film for sparkling dishes & glasses

Made using renewable plant-based ingredients

Non-toxic & biodegradable

Bottle made with recycled plastic & Plantplastic®

Never tested on animals

CA ingredient disclosure requirements

ABOUT US          CONTACT US

URL: https://web.archive.org/web/20200927113008/https://us.ecover.com/products/rinse-aid/
Archived: 9/27/2020, Downloaded: 12/19/2021

Page 1 of 2

Ex A_Page 67 of 82

Exhibit A - (12) Rinse Aid Label

Our Story
Customer Service
Our Mission
Media Inquiries
Transparency + Disclosures

......................................

SHOP ECOVER

Shop All
Find A Store
Save $1.00

GET TO KNOW US



© 2020 Ecover. All Rights Reserved. See Our Privacy Policy and Terms of Use.

Trying to keep clean and remain calm? We're with you.          See our COVID-19 response.



SHOP          PIONEERING CLEAN          ABOUT US          FIND A STORE

**Page 2 of 2**

Exhibit A - (12) Rinse Aid Label

Magnified from E-cover current webpage for Rinse Aid downloaded on 12/19/2021

URL: https://us.ecover.com/products/rinse-aid/



Trying to keep clean and remain calm? We're with you.          See our COVID-19 response.

 ecover

PRODUCTS

HOME  »   DISH  »   RINSE AID  »   RINSE AID

**LAUNDRY**
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry



# RINSE AID

CA ingredient disclosure requirements

GET TO KNOW US

CONTACT US
Customer Service
Media Inquiries
Careers

© 2021 Ecover. All Rights Reserved. See Our Privacy Policy and Terms of Use. ⊳ Do Not Sell My Information

**URL: https://us.ecover.com/products/rinse-aid/**
**Download: 12/19/2021**

Page 1 of 1

Exhibit A - (12) Rinse Aid Label

# <u>Exhibit A (13) Stain Remover</u>

1. Defendant Document Production SCJ 40 (2014) (*see also* RJN, ECF 20, at Ex. C)
2. Image from Current E-Cover Product Web Page (2021)



Exhibit A - (13) Stain Remover Label

Magnified from E-cover current webpage for Stain Remover downloaded on 12/19/2021

URL: https://us.ecover.com/products/stain-remover/



Trying to keep clean and remain calm? We're with you.    See our COVID-19 response.



PRODUCTS

HOME  »   LAUNDRY  »   STAIN REMOVER  »   STAIN REMOVER

**LAUNDRY**
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry



# STAIN REMOVER

CA ingredient disclosure requirements

## GET TO KNOW US



## CONTACT US

Customer Service

Media Inquiries

Careers

© 2021 Ecover. All Rights Reserved. See Our Privacy Policy and Terms of Use. ▷ Do Not Sell My Information

URL: https://us.ecover.com/products/stain-remover/
Download: 12/19/2021

Page 1 of 1

Exhibit A - (13) Stain Remover Label

# <u>Exhibit A (14) Toilet Cleaner</u>

1. Image from Archived E-Cover Product Web Page (2015)
2. Defendant Document Production SCJ 42 (2016) (*see also* RJN, ECF 20, at Ex. D)
3. Defendant Document Production SCJ 43 (2020)
4. Image from Current E-Cover Product Web Page (2021)

Magnified from E-cover webpage for Toilet Cleaner archived on March 15, 2015 (downloaded 12/19/2021)

URL: http://web.archive.org/web/20150315071608/https://us.ecover.com/products/toilet-cleaner/





URL: http://web.archive.org/web/20150315071608/https://us.ecover.com/products/toilet-cleaner/
Archived: 3/15/2015; Download: 12/19/2021



Exhibit A - (14) Toilet Cleaner Label



Exhibit A - (14) Toilet Cleaner Label



Exhibit A - (14) Toilet Cleaner Label



Exhibit A - (14) Toilet Cleaner Label

Magnified from current E-cover webpage for Toilet Cleaner downloaded on 12/19/2021

URL: https://us.ecover.com/products/toilet-cleaner/





