# Exhibit E

*Get Nature on Your Side Federal Trademark Registration*

Plaintiff's Motion for Class Certification

# United States of America
## United States Patent and Trademark Office

# GET NATURE ON YOUR SIDE

**Reg. No. 5,005,447**

**Registered Jul. 26, 2016**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

Ecover Co-ordination Center, naamloze vennootschap (BELGIUM naamloze vennootschap (nv) )
Steenovenstraat 1A
Malle BELGIUM B-2390

CLASS 3: Bleaching preparations for laundry use; other substances for laundry use, namely, laundry detergent, fabric softeners, anti-static dryer sheets, and fabric freshener, liquid wool wash; stain remover for fabrics; cleaning, polishing, scouring and abrasive preparations; soaps; shower gels, shampoos; perfumery, essential oils, cosmetics, hair lotions; dentifrices; cotton wool and cotton buds for cosmetic use; breath fresheners

The mark consists of the words "GET NATURE ON YOUR SIDE".

PRIORITY DATE OF 09-25-2013 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1223377 DATED 03-22-2014, EXPIRES 03-22-2024

SER. NO. 79-155,171, FILED 03-22-2014

BRIAN J PINO, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.