# Exhibit F

*Ingredient Lists*

Plaintiff's Motion for Class Certification

# **Exhibit F (1) All Purpose Cleaner Ingredient List**

a.   Image from Archived E-Cover Product Web Page (2015)

b.   Image from Archived E-Cover Product Web Page (2021)

http://us.ecover.com/products/purpose-cleaner

8 captures
18 Mar 2010 - 17 Nov 2021

HOME → ALL PURPOSE → HOME CARE → ALL PURPOSE CLEANER

**LAUNDRY**
- delicate
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- cream scrub
- floor
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

SHOP ALL



# ALL PURPOSE CLEANER

A LITTLE GOES A LONG WAY

☆☆☆☆☆ read reviews | write review

**Concentrated cleaning power**

Just one capful of our concentrated all purpose cleaner contains enough cleaning power to eliminate dirt & grime from almost any household surface. Mix with water for an everyday clean or use full-strength on stubborn stains. Made with renewable, plant-based ingredients, it's like Mother Nature's mighty multitasker.

# $6.99

SCENT / SIZE

[ 🟨 LEMON / 32 OZ ▾ ]

**BUY NOW ON SOAP.COM ❯**

f  t  ✉  share this

Benefits | Ingredients | Fragrances

| what it is | function | where it comes from | learn more |
|---|---|---|---|
| Water (aqua) | Solvent | DI water | Water is excellent solvent a helps all the other ingredien do their job. |
| capryl glucoside | Surfactant | Plant sugars & oils such as coconut oil | Surfacta do most the hard work to remove t dirt and grime fro your clothes, dishes a: surfaces |
| coco-glucoside | Surfactant | Plant | Surfacta |

Loading, please wait...

0 REVIEWS                                          overall rating ☆☆☆☆☆

**what do you think about all purpose cleaner?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

**how would you rate this product? ***

☆ ☆ ☆ ☆ ☆

**review ***

[                                                                    ]

[ submit review ]

🌱 ecover      SHOP      PIONEERING CLEAN      ABOUT US      FIND A STORE

**Exhibit F - (1)(a) All Purpose 2015 Ingredient List**



http://us.ecover.com/products/purpose-cleaner

8 captures



HOME » ALL PURPOSE » HOME CARE » ALL PURPOSE CLEANER

**LAUNDRY**
- delicate
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- cream scrub
- floor
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

SHOP ALL

# ALL PURPOSE CLEANER

A LITTLE GOES A LONG WAY

read reviews | write review

**Concentrated cleaning power**

Just one capful of our concentrated all purpose cleaner contains enough cleaning power to eliminate dirt & grime from almost any household surface. Mix with water for an everyday clean or use full-strength on stubborn stains. Made with renewable, plant-based ingredients, it's like Mother Nature's mighty multitasker.

## $6.99

SCENT / SIZE

| LEMON / 32 OZ |

**BUY NOW ON SOAP.COM**

share this

Loading, please wait...

| Benefits | Ingredients | Fragrances |

| coco-glucoside | Surfactant | Plant sugars & oils such as coconut oil | ... clean at surfaces. Surfactants do most the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| phenoxyethanol | Antioxidant | synthetic | This limits the oxidation of other ingredients in the formula & is safe for people, less skin ... |

0 REVIEWS

overall rating

**what do you think about all purpose cleaner?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com

**how would you rate this product? ***

**review ***

submit review

 SHOP   PIONEERING CLEAN   ABOUT US   FIND A STORE

8 captures
18 Mar 2015 - 17 Nov 2021

HOME » ALL PURPOSE » HOME CARE » ALL PURPOSE CLEANER

**LAUNDRY**
- delicate
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- cream scrub
- floor
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

SHOP ALL



# ALL PURPOSE CLEANER

A LITTLE GOES A LONG WAY

☆☆☆☆☆ read reviews | write review

**Concentrated cleaning power**

Just one capful of our concentrated all purpose cleaner contains enough cleaning power to eliminate dirt & grime from almost any household surface. Mix with water for an everyday clean or use full-strength on stubborn stains. Made with renewable, plant-based ingredients, it's like Mother Nature's mighty multitasker.

## $6.99

SCENT / SIZE

[ 🟡 LEMON / 32 OZ ⌄ ]

**BUY NOW ON SOAP.COM ❯**

📘 🐦 ✉ share this

---

| Benefits | Ingredients | Fragrances | | Loading, please wait... |
|---|---|---|---|---|
| | | | and eye irritation and biodegra readily. | |
| candida bombicola/glucose/rapeseed oil ferment | Surfactant | Fermented from glucose & rapeseed oil | Yeast, sugar an oil are fermente to create powerful surfactan | |
| sodium citrate | Water softener | Made from plant sugars | This softens water by binding with minerals and allowing the active ingredien | |

0 REVIEWS

overall rating ☆☆☆☆☆

**what do you think about all purpose cleaner?**

post...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

**how would you rate this product? ***

☆☆☆☆☆

**review ***

[                                        ]

[submit review]

    SHOP    PIONEERING CLEAN    ABOUT US    FIND A STORE

http://us.ecover.com/products/purpose-cleaner

8 captures
18 Mar 2019 - 17 Nov 2021

HOME  »  ALL PURPOSE  »  HOME CARE  »  ALL PURPOSE CLEANER

**LAUNDRY**
- delicate
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- cream scrub
- floor
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

SHOP ALL



## ALL PURPOSE CLEANER

A LITTLE GOES A LONG WAY

☆☆☆☆☆  read reviews | write review

**Concentrated cleaning power**

Just one capful of our concentrated all purpose cleaner contains enough cleaning power to eliminate dirt & grime from almost any household surface. Mix with water for an everyday clean or use full-strength on stubborn stains. Made with renewable, plant-based ingredients, it's like Mother Nature's mighty multitasker.

# $6.99

SCENT / SIZE



  share this

| Benefits | Ingredients | Fragrances |
|---|---|---|

Loading, please wait...

| | | with minerals and allowing the active ingredient to do the job. |
|---|---|---|
| fragrance | fragrance | blend of plant-based & synthetic materials | Fragrances are a reminder of nature, all potent allergens are voluntarily disclosed on the label. |
| fatty acids c12-18 | Anti-streak agent | Plant-based | Helps prevent streaking on surfaces |

0 REVIEWS                                                overall rating ☆☆☆☆☆

**what do you think about all purpose cleaner?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

**how would you rate this product? ***

☆☆☆☆☆

review *

submit review

ecover

SHOP      PIONEERING CLEAN      ABOUT US      FIND A STORE

**Exhibit F - (1)(a) All Purpose 2015 Ingredient List**



HOME  »  ALL PURPOSE  »  HOME CARE  »  ALL PURPOSE CLEANER

**LAUNDRY**
- delicate
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- cream scrub
- floor
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

SHOP ALL



# ALL PURPOSE CLEANER

A LITTLE GOES A LONG WAY

☆☆☆☆☆ read reviews | write review

**Concentrated cleaning power**

Just one capful of our concentrated all purpose cleaner contains enough cleaning power to eliminate dirt & grime from almost any household surface. Mix with water for an everyday clean or use full-strength on stubborn stains. Made with renewable, plant-based ingredients, it's like Mother Nature's mighty multitasker.

# $6.99

SCENT / SIZE

| LEMON / 32 OZ ▾ |

**BUY NOW ON SOAP.COM ❯**

⬡ ⬡ ⬡  share this

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

| Benefits | Ingredients | Fragrances | Loading, please wait... |
|---|---|---|---|
| fragrance | fragrance | blend of plant-based & synthetic materials | Fragrance are a reminder nature, a all poten allergens are voluntar disclosed on the label. |
| fatty acids c12-18 | Anti-streak agent | Plant-based | Helps prevent streaking on smoo surfaces. |
| lactic acid | pH-regulation | Fermented plant sugars | Used as pH regulator make gentle formulas |

0 REVIEWS                                                                                      overall rating ☆☆☆☆☆

**what do you think about all purpose cleaner?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com

**how would you rate this product? ***

☆ ☆ ☆ ☆ ☆

review *

[                                                                                    ]

submit review

Webpage: WBM All Purpose Cleaner
Archive Date: 3/15/2015
URL: https://web.archive.org/web/20150315030238/http://us.ecover.com/products/purpose-cleaner/DL Date: 12/17/2021 (KE)

   SHOP    PIONEERING CLEAN    ABOUT US    FIND A STORE



https://us.ecover.com/products/purpose-cleaner

8 captures
10 Mar 2016 - 17 Nov 2021



HOME »   DISCONTINUED »   ALL PURPOSE CLEANER

**LAUNDRY**
• detergents
• softeners
• stain remover

**HOME CARE**
• all purpose
• toilet

**DISH**
• dishwasher
• liquid dish
• rinse aid

**FRAGRANCE-FREE**
• zero dish
• zero laundry

**SHOP ALL**

## ALL PURPOSE CLEANER

A LITTLE GOES A LONG WAY

Concentrated cleaning power

Just one capful of our concentrated all purpose cleaner contains enough cleaning power to eliminate dirt & grime from almost any household surface. Mix with water for an everyday clean or use full-strength on stubborn stains. Made with renewable, plant-based ingredients, it's like Mother Nature's mighty multitasker.

we're sorry to say this product is no longer available. but if you search our site, you'll likely find another product that cleans up nicely.

GET YOUR HANDS ON IT HERE:

amazon   Jet   iHerb
Well.ca



| Benefits | Ingredients | Fragrances |
|----------|-------------|------------|

Check out our full disclosure + ingredients list below

| Ingredient | Function | Source |
|------------|----------|--------|
| Water | Solvent | Water |
| Benzyl benzoate | Fragrance† | Synthetic |
| Citral | Fragrance† | Synthetic |
| Citronellol | Fragrance† | Synthetic |
| Eugenol | Fragrance† | Synthetic |
| Farnesol | Fragrance† | Synthetic |
| Geraniol | Fragrance† | Synthetic |
| Limonene | Fragrance† | Synthetic |
| Linalool | Fragrance† | Synthetic |

CA ingredient disclosure requirements



**ABOUT US**
Our Story
Our Mission
Transparency + Disclosures

**SHOP ECOVER**
Shop All
Find A Store
Save $1.00

**CONTACT US**
Customer Service
Media Inquiries

**GET TO KNOW US**

© 2021 Ecover. All Rights Reserved. See the Privacy Policy and Terms of Use.

Trying to keep clean and remain calm? We're with you.          See our COVID-19 response.

ecover          SHOP     PIONEERING CLEAN     ABOUT US     FIND A STORE





HOME  »  DISCONTINUED  »  ALL PURPOSE CLEANER

**LAUNDRY**
• detergents
• softeners
• stain remover

**HOME CARE**
• all purpose
• toilet

**DISH**
• dishwasher
• liquid dish
• rinse aid

**FRAGRANCE-FREE**
• zero dish
• zero laundry

**SHOP ALL**

## ALL PURPOSE CLEANER

A LITTLE GOES A LONG WAY

Concentrated cleaning power

Just one capful of our concentrated all purpose cleaner contains enough cleaning power to eliminate dirt & grime from almost any household surface. Mix with water for an everyday clean or use full-strength on stubborn stains. Made with renewable, plant-based ingredients, it's like Mother Nature's mighty multitasker.

we're sorry to say this product is no longer available. but if you search our site, you'll likely find another product that cleans up nicely.

GET YOUR HANDS ON IT HERE:

amazon    Jet    iHerb

Well.ca



| Benefits | Ingredients | Fragrances |
| --- | --- | --- |
| Limonene | Fragrance | Synthetic |
| Linalool | Fragrance† | Synthetic |
| Isoeugenol | Fragrance† | Synthetic |
| 2,6-dimethyl-7-octen-2-ol | Fragrance | Synthetic |
| Eucalyptol | Fragrance | Synthetic |
| Myrcene | Fragrance | Synthetic |
| Citronellal | Fragrance | Synthetic |
| Pinene | Fragrance | Synthetic |
| Geranyl acetate | Fragrance | Synthetic |
| Ethanol | Solvent | Plant based |
| Isopropyl alcohol | Solvent | Petrochemical |
| Phenoxyethanol | Antioxidant | Synthetic |

CA ingredient disclosure requirements

**ABOUT US**
Our Story
Our Mission
Transparency + Disclosures

**SHOP ECOVER**
Shop All
Find A Store
Save $1.00

**CONTACT US**
Customer Service
Media Inquiries

**GET TO KNOW US**

© 2021 Ecover. All Rights Reserved. See the Privacy Policy and Terms of Use

Trying to keep clean and remain calm? We're with you.          See our COVID-19 response.

ecover        SHOP        PIONEERING CLEAN        ABOUT US        FIND A STORE







Webpage: WBM All Purpose Cleaner
Archive Date: 1/16/2021
URL: https://web.archive.org/web/20210116190056/https://us.ecover.com/products/purpose-cleaner/
DL Date: 12/16/2021 (KE)

# **Exhibit F (2) Cream Scrub Ingredient List**

a.    Image from Archived E-Cover Product Web Page (2015)

b.    Image from Archived E-Cover Product Web Page (2021)







Webpage: WBM Cream Scrub
Archive Date: 3/15/2021
URL: https://web.archive.org/web/20150315030224/http://us.ecover.com/products/cream-sc rubs/
DL Date: 12/17/2021












HOME » DISCONTINUED » CREAM SCRUB

**LAUNDRY**
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

**SHOP ALL**

## CREAM SCRUB

TAKE YOUR SURFACES SERIOUSLY

**Cleans sinks, tiles & countertops with care**

Our cream scrub removes soap scum, limescale and grease from sinks, tiles and countertops. Made with renewable plant-based and mineral ingredients, this biodegradable formula is gentle on surfaces but effective on dirt, leaving nothing nasty in its wake.

We're sorry to say this product is no longer available. but if you search our site, you'll likely find another product that cleans up nicely.

GET YOUR HANDS ON IT HERE:

amazon   Jet   iHerb

Well.ca



| Benefits | Ingredients | | Fragrances |
|---|---|---|---|
| Calcium carbonate | Scrubbing aid | Naturally occurring chalk | Commonly found in chalk and limestone, calcium carbonate helps scrub away dirt and grime. |
| Bentonite | Fabric softener | Mineral | This **natural** clay helps soften fabrics. |
| Coco-glucoside | Surfactant | Plant sugars & oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Phenoxyethanol | Antioxidant | Synthetic | This limits the oxidation of other ingredients in the formula. It is safe for people, has low skin and eye irritation and biodegrades readily. |
| Glycerin | Humidity buffer, moisturizer, compatibilizer, mild solvent | Vegetable oils | A multifunctional ingredient that is derived from vegetable oils. |
| Xanthan gum | Thickener | Fermented plant sugars | This **natural** thickener comes from fermentation of plant sugars. |

**ABOUT US**
Our Story
Our Mission
Transparency + Disclosures

**SHOP ECOVER**
Shop All
Find A Store
Save $1.00

**CONTACT US**
Customer Service
Media Inquiries

**GET TO KNOW US**

© 2021 Ecover. All Rights Reserved. See Our Privacy Policy and Terms of Use.

Trying to keep clean and remain calm? We're with you.

See our COVID-19 response.

ecover   SHOP   PIONEERING CLEAN   ABOUT US   FIND A STORE

**Webpage: WBM Cream Scrub**
**Archive Date: 1/16/2021**
**URL: https://web.archive.org/web/20210116172615/https://us.ecover.com/products/cream-scrubs/**
**DL Date: 12/16/2021 (KE)**

# **Exhibit F (3) Delicate Wash Ingredient List**

a.   Image from Archived E-Cover Product Web Page (2015)

b.   Image from Archived E-Cover Product Web Page (2021)

http://us.ecover.com/product/delicate-wash/

14 captures

19 Mar 2013 - 26 Sep 2021

HOME » DELICATE » LAUNDRY » DELICATE WASH

**LAUNDRY**
- delicate
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- cream scrub
- floor
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

SHOP ALL



# DELICATE WASH

EXTRA CARE FOR YOUR SPECIAL FABRICS

read reviews | write review

**Formulated for machine & hand washing**

We know that some clothes need a little extra care. That's why we created this delicate wash. Specially formulated for machine or hand washing, our plant-based detergent is gentle on special fabrics like silk and wool, so you get them fresh, soft and naturally clean without worry.

# $6.99

SCENT / SIZE

SPRING TULIP / 32 OZ

**BUY NOW ON SOAP.COM** ›

share this



Loading, please wait...

| Benefits | Ingredients | Fragrances |

| what it is | function | where it comes from | learn more |
|---|---|---|---|
| Water (aqua) | Solvent | DI water | Water is an excellent solvent and helps all of the other ingredients do their job. |
| sodium laureth sulfate | Surfactant | plant oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| alcohol lauryl glucoside | #N/A Surfactant | #N/A Plant sugars & oils such as coconut oil | #N/A Surfactants do most of the hard work to remove the dirt and grime |

0 REVIEWS                                                                overall rating

**what do you think about delicate wash?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

**how would you rate this product? ***

**review ***

submit review

HOME » DELICATE » LAUNDRY » DELICATE WASH

**LAUNDRY**
- delicate
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- cream scrub
- floor
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

**SHOP ALL**




# DELICATE WASH

EXTRA CARE FOR YOUR SPECIAL FABRICS

☆☆☆☆☆  read reviews | write review

**Formulated for machine & hand washing**

We know that some clothes need a little extra care. That's why we created this delicate wash. Specially formulated for machine or hand washing, our plant-based detergent is gentle on special fabrics like silk and wool, so you get them fresh, soft and naturally clean without worry.

## $6.99

SCENT / SIZE

▢ SPRING TULIP / 32 OZ                      ⌄

**BUY NOW ON SOAP.COM** ❯

🅕 🆇 ✉  share this

| Benefits | Ingredients | Fragrances |
| --- | --- | --- |

Loading, please wait...

|  |  |  | dirt and grime from your clothes, dishes and surfaces. |
| --- | --- | --- | --- |
| sodium chloride | Viscosity regulator | Mineral | Sodium chloride is the scientific name for table salt. Salt regulates the thickness of the product and keeps the other ingredients stable. |
| potassium oleate | Surfactant and foam control | Made from plant-based oleic acid | Surfactants do most of the hard work to remove the dirt and grease from your clothes, dishes |

0 REVIEWS                                                                    overall rating ☆☆☆☆☆

**what do you think about delicate wash?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

how would you rate this product? *
☆ ☆ ☆ ☆ ☆

review *



submit review



HOME » DELICATE » LAUNDRY » DELICATE WASH

**LAUNDRY**
- delicate
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- cream scrub
- floor
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

SHOP ALL



# DELICATE WASH
EXTRA CARE FOR YOUR SPECIAL FABRICS

☆☆☆☆☆ read reviews | write review

**Formulated for machine & hand washing**

We know that some clothes need a little extra care. That's why we created this delicate wash. Specially formulated for machine or hand washing, our plant-based detergent is gentle on special fabrics like silk and wool, so you get them fresh, soft and naturally clean without worry.

## $6.99

SCENT / SIZE

| SPRING TULIP / 32 OZ  ▾ |

**BUY NOW ON SOAP.COM ❯**

f ⨯ ✉ share this

| Benefits | Ingredients | Fragrances |
|---|---|---|
| | | clothes, dishes and surfaces. |
| potassium cocoate | Surfactant | Coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| benzyl alcohol | Preservative | blend of plant-based & synthetic materials | Preservatives stop the growth of bacteria and micro-organisms in the product. Although it's a synthetic ingredient, it's completely biodegradable and safe for |

Loading, please wait...

0 REVIEWS                                      overall rating ☆☆☆☆☆

**what do you think about delicate wash?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

**how would you rate this product?** *
☆☆☆☆☆

**review** *

[                                                    ]

submit review

ecover    SHOP   PIONEERING CLEAN   ABOUT US   FIND A STORE

🛒 (0)   🔍

14 captures
18 Mar 2018 - 28 Sep 2021

HOME  »  DELICATE  »  LAUNDRY  »  DELICATE WASH

**LAUNDRY**
- delicate
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- cream scrub
- floor
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

**SHOP ALL**



# DELICATE WASH

EXTRA CARE FOR YOUR SPECIAL FABRICS

☆☆☆☆☆  read reviews | write review

**Formulated for machine & hand washing**

We know that some clothes need a little extra care. That's why we created this delicate wash. Specially formulated for machine or hand washing, our plant-based detergent is gentle on special fabrics like silk and wool, so you get them fresh, soft and naturally clean without worry.

# $6.99

SCENT / SIZE

SPRING TULIP / 32 OZ ▾

**BUY NOW ON SOAP.COM ❯**

ⓕ ⓣ ⓜ  share this



Loading, please wait...

| Benefits | Ingredients | Fragrances | |
|---|---|---|---|
| | | | bacteria and micro-organisms in the product. Although it's a synthetic ingredient, it's completely biodegradable and safe for people. |
| citric acid | Complexing agent | Fermented plant sugars | Used to adjust the pH and is completely biodegradable. |
| fragrance | fragrance | blend of plant-based & synthetic materials | Fragrances are a reminder of nature, and all potential allergens are voluntarily disclosed on the label. |

0 REVIEWS                                                                    overall rating ☆☆☆☆☆

**what do you think about delicate wash?**

psst...if you have a product question or suggestion, talk to us on facebook or email us at info.us@ecover.com.

**how would you rate this product? \***

☆☆☆☆☆

**review \***

[                                                                                    ]

submit review

Webpage: WBM Delicate Wash
Archive Dat: 3/15/2015
URL: https://web.archive.org/web/20150315072828/http://us.ecover.com/products/delicate-wash/
DL Date: 12/17/2021 (KE)

ecover        SHOP        PIONEERING CLEAN        ABOUT US        FIND A STORE

🛒 ⒪  🔍





HOME  »  DISCONTINUED  »  DELICATE WASH

LAUNDRY
• detergents
• softeners
• stain remover

HOME CARE
• all purpose
• toilet

DISH
• dishwasher
• liquid dish
• rinse aid

FRAGRANCE-FREE
• zero dish
• zero laundry

SHOP ALL

## DELICATE WASH

EXTRA CARE FOR YOUR SPECIAL FABRICS

**Formulated for machine & hand washing**

We know that some clothes need a little extra care. That's why we created this delicate wash. Specially formulated for machine or hand washing, our plant-based detergent is gentle on special fabrics like silk and wool, so you get them fresh, soft and naturally clean without worry.

we're sorry to say this product is no longer available. but if you search our site, you'll likely find another product that cleans up nicely.

GET YOUR HANDS ON IT HERE:



| Benefits | Ingredients | Fragrances |
|---|---|---|
| **WHAT IT IS** | **FUNCTION** | **WHERE IT COMES FROM** | **LEARN MORE** |
| Water (aqua) | Solvent | DI water | Water is an excellent solvent and helps all of the other ingredients do their job. |
| Sodium laureth sulfate | Surfactant | plant oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Alcohol | #N/A | #N/A | #N/A |
| Lauryl glucoside | Surfactant | Plant sugars & oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Sodium chloride | Viscosity regulator | Mineral | Sodium chloride is the scientific name for table salt. Salt regulates the thickness of the product and keeps the other ingredients stable. |
| Potassium oleate | Surfactant and foam control | Made from plant-based | Surfactants do most of the hard work to remove the dirt and grime from your clothes, |



ABOUT US
Our Story
Our Mission
Transparency + Disclosures
-------------------------
SHOP ECOVER
Shop All
Find A Store
Save $1.00

CONTACT US
Customer Service
Media Inquiries
-------------------------
GET TO KNOW US

© 2021 Ecover. All Rights Reserved. See Our Privacy Policy and Terms of Use

Trying to keep clean and remain calm? We're with you.            See our COVID-19 response.

ecover        SHOP        PIONEERING CLEAN        ABOUT US        FIND A STORE







Webpage: WBM Delicate Wash
Archive Date: 1/16/2021
URL: https://web.archive.org/web/20210116171444/https://us.ecover.com/products/delicate-wash/
DL Date: 12/16/2021 (KE)

# **Exhibit F (4) Dishwasher Powder Ingredient List**

a.  Image from Archived E-Cover Product Web Page (2015)

b.  Image from Archived E-Cover Product Web Page (2021)



HOME » DISH » DISHWASHER » DISHWASHER POWDER

LAUNDRY
- delicate
- detergents
- softeners
- stain remover

HOME CARE
- all purpose
- cream scrub
- floor
- toilet

DISH
- dishwasher
- liquid dish
- rinse aid

FRAGRANCE-FREE
- zero dish
- zero laundry

SHOP ALL



## DISHWASHER POWDER
SAY HELLO TO SPARKLING DISHES

read reviews | write review

**Powerful phosphate-free formula**

Power away stubborn, stuck on food for spot free, sparkling clean dishes. Made with renewable plant-based & mineral ingredients, our biodegradable, phosphate-free dishwasher powder packs a punch without any harsh chemicals. That way, you can feel good about everything that comes out of your dishwasher.

# $6.79

SCENT / SIZE

CITRUS / 48 OZ

**BUY NOW ON SOAP.COM ›**

share this



| Benefits | Ingredients | Fragrances |
| --- | --- | --- |

| what it is | function | where it comes from | how it works |
| --- | --- | --- | --- |
| Sodium sulfate | Improves surfactant activity | Mineral | Improves the efficiency of a powder, allowing you to use smaller quantities. |
| Sodium carbonate | Water softener | Mineral | This softens water by binding with calcium and magnesium molecules and allowing the active ingredients to do their job. |
| Sodium citrate | Water softener | Made from plant sugars | This softens water by binding with minerals and allowing the... |

Loading, please wait...

0 REVIEWS

overall rating

### what do you think about dishwasher powder?

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

how would you rate this product? *

review *

submit review



SHOP    PIONEERING CLEAN    ABOUT US    FIND A STORE



HOME » DISH » DISHWASHER » DISHWASHER POWDER

LAUNDRY
- delicate
- detergents
- softeners
- stain remover

HOME CARE
- all purpose
- cream scrub
- floor
- toilet

DISH
- dishwasher
- liquid dish
- rinse aid

FRAGRANCE-FREE
- zero dish
- zero laundry

SHOP ALL



## DISHWASHER POWDER

SAY HELLO TO SPARKLING DISHES

☆☆☆☆☆  read reviews | write review

**Powerful phosphate-free formula**

Power away stubborn, stuck on food for spot free, sparkling clean dishes. Made with renewable plant-based & mineral ingredients, our biodegradable, phosphate-free dishwasher powder packs a punch without any harsh chemicals. That way, you can feel good about everything that comes out of your dishwasher.

# $6.79

SCENT / SIZE

CITRUS / 48 OZ

**BUY NOW ON SOAP.COM ❯**

f � t � ⊠   share this

| Benefits | Ingredients | Fragrances |
|---|---|---|
| | | allowing the active ingredients to do their job. |
| Sodium chloride | Viscosity regulator | Mineral | Sodium chloride is the scientific name for table salt. Salt regulates the thickness of the product and keeps the other ingredients stable. |
| Sodium percarbonate | Bleaching agent | Mineral | Percarbonate is an oxidizing bleach without the environmental effects of some |

0 REVIEWS

overall rating ☆☆☆☆☆

**what do you think about dishwasher powder?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

**how would you rate this product? ***

☆☆☆☆☆

**review ***

[                    ]

submit review

 SHOP    PIONEERING CLEAN    ABOUT US    FIND A STORE





HOME » DISH » DISHWASHER » DISHWASHER POWDER

LAUNDRY
- delicate
- detergents
- softeners
- stain remover

HOME CARE
- all purpose
- cream scrub
- floor
- toilet

DISH
- dishwasher
- liquid dish
- rinse aid

FRAGRANCE-FREE
- zero dish
- zero laundry

SHOP ALL



## DISHWASHER POWDER

SAY HELLO TO SPARKLING DISHES

☆ ☆ ☆ ☆ ☆   read reviews | write review

**Powerful phosphate-free formula**

Power away stubborn, stuck on food for spot free, sparkling clean dishes. Made with renewable plant-based & mineral ingredients, our biodegradable, phosphate-free dishwasher powder packs a punch without any harsh chemicals. That way, you can feel good about everything that comes out of your dishwasher.

# $6.79

SCENT / SIZE

CITRUS / 48 OZ

**BUY NOW ON SOAP.COM ❯**

share this

| Benefits | Ingredients | Fragrances |
|---|---|---|
| | | agents. |
| Sodium metasilicate | pH corrector | Mineral | This comes from a widely abundant mineral. Its job is to maintain the correct pH level in your washing machine. |
| Sodium polyitaconate | Water softener and dispersant | Fermented plant sugars | Controls hard water effects during cleaning and helps to suspend soil. Non-toxic to skin and readily biodegrable. |
| Alcohol Ethoxylate | fragrance emulsifier | biodegrades readily; | Even though this ingredient |

Loading, please wait...

0 REVIEWS

overall rating ☆ ☆ ☆ ☆ ☆

**what do you think about dishwasher powder?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com

**how would you rate this product? ***

☆ ☆ ☆ ☆ ☆

**review ***

submit review



SHOP     PIONEERING CLEAN     ABOUT US     FIND A STORE



HOME » DISH » DISHWASHER » DISHWASHER POWDER

**LAUNDRY**
- delicate
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- cream scrub
- floor
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

SHOP ALL



## DISHWASHER POWDER

SAY HELLO TO SPARKLING DISHES

☆☆☆☆☆  read reviews | write review

**Powerful phosphate-free formula**

Power away stubborn, stuck on food for spot free, sparkling clean dishes. Made with renewable plant-based & mineral ingredients, our biodegradable, phosphate-free dishwasher powder packs a punch without any harsh chemicals. That way, you can feel good about everything that comes out of your dishwasher.

## $6.79

SCENT / SIZE

CITRUS / 48 OZ ▾

**BUY NOW ON SOAP.COM ❯**

🅕 🅣 ✉  share this

| Benefits | Ingredients | Fragrances | | Loading, please wait... |
|---|---|---|---|---|
| Alcohol Ethoxylate | fragrance emulsifier | biodegrades readily; derived from synthetic sources | biodegrade. Even though this ingredient comes from synthetic materials, it biodegrades readily and is non-toxic in use. | |
| Protease | Stain removal | Fermented plant sugars | This enzyme helps improve stain removal by breaking down protein and starch-based stains like blood and egg. | |
| Amylase | Stain removal | Fermented plant sugars | Enzymes help break down stains which is great for your | |

**0 REVIEWS**                                                overall rating ☆☆☆☆☆

**what do you think about dishwasher powder?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

**how would you rate this product? \***

☆☆☆☆☆

**review \***

[                                    ]

submit review

SHOP    PIONEERING CLEAN    ABOUT US    FIND A STORE

🛒 🔍



HOME » DISH » DISHWASHER » DISHWASHER POWDER

LAUNDRY
• delicate
• detergents
• softeners
• stain remover

HOME CARE
• all purpose
• cream scrub
• floor
• toilet

DISH
• dishwasher
• liquid dish
• rinse aid

FRAGRANCE-FREE
• zero dish
• zero laundry

SHOP ALL

## DISHWASHER POWDER
SAY HELLO TO SPARKLING DISHES

read reviews | write review

**Powerful phosphate-free formula**

Power away stubborn, stuck on food for spot free, sparkling clean dishes. Made with renewable plant-based & mineral ingredients, our biodegradable, phosphate-free dishwasher powder packs a punch without any harsh chemicals. That way, you can feel good about everything that comes out of your dishwasher.

# $6.79

SCENT / SIZE
CITRUS / 48 OZ

BUY NOW ON SOAP.COM

share this

| Benefits | Ingredients | Fragrances |
|---|---|---|

| | | sources | materials, is biodegrades readily and is non-toxic in use. |
| Protease | Stain removal | Fermented plant sugars | This enzyme helps improve stain removal by breaking down protein and starch-based stains like blood and egg. |
| Amylase | Stain removal | Fermented plant sugars | Enzymes help break down stains which is great for your dirty laundry. This enzyme is produced by a fermentation process. |

0 REVIEWS                                                    overall rating

**what do you think about dishwasher powder?**
psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

**how would you rate this product?** *

**review** *

submit review

Webpage: WBM Dishwasher Powder
Archive Date: 3/16/2015
URL: https://web.archive.org/web/20150316024954/http://us.ecover.com/products/dishwasher-powder/
DL Date: 12/17/2021 (KE)

ecover

SHOP      PIONEERING CLEAN      ABOUT US      FIND A STORE













Webpage: WBM (4) Dishwasher Powder
Archive Date: 5/13/21
URL: https://web.archive.org/web/20210513142623/http://us.ecover.com/products/dishwasher-powder/
DL Date: 12/17/2021 (KE)

# <u>Exhibit F (5) Dishwasher Tablets Ingredient List</u>

a.  Image from Archived E-Cover Product Web Page (2015)

b.  Image from Archived E-Cover Product Web Page (2021)

http://us.ecover.com/product/automatic-dishwasher-tablets-2/

9 captures
18 Mar 2015 - 13 May 2021

HOME » DISH » DISHWASHER » DISHWASHER TABLETS 45 CT

**LAUNDRY**
- delicate
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- cream scrub
- floor
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

SHOP ALL



## DISHWASHER TABLETS 45 CT

ALL YOU NEED IS ONE

read reviews | write review

**Phosphate-free formula for sparkling dishes**

Power away stubborn, stuck-on food with these easy-to-use automatic dishwasher tablets. Made with plant-based & mineral ingredients, our biodegradable, phosphate-free formula effectively washes your dirty dishes, glasses and flatware without harming the planet. Now that's what we call clean.

## $9.99

SCENT / SIZE

[ CITRUS / 45 CT ]

**BUY NOW ON SOAP.COM ▶**

share this



| what it is | function | where it comes from | learn more |
|---|---|---|---|
| Sodium citrate | Water softener | Made from plant sugars | This softens water by binding with minerals and allowing the active ingredients to do their job. |
| sodium carbonate | Water softener | Mineral | This softens water by binding with calcium and magnesium molecules and allowing the active ingredients to do their job. |
| sodium carbonate peroxide | Alkality booster and oxidizer | Mineral | Peroxide is not toxic if ingested or |

Loading, please wait...

0 REVIEWS                                                        overall rating ☆☆☆☆

**what do you think about dishwasher tablets 45 ct?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

how would you rate this product? *

☆ ☆ ☆ ☆ ☆

review *

[                                                              ]

submit review

ecover      SHOP      PIONEERING CLEAN      ABOUT US      FIND A STORE





INTERNET ARCHIVE

WayBackMachine

http://us.ecover.com/product/automatic-dishwasher-tablets-2/

9 captures
18 Mar 2014 - 13 May 2021

HOME » DISH » DISHWASHER » DISHWASHER TABLETS 45 CT

**LAUNDRY**
- delicate
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- cream scrub
- floor
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

SHOP ALL



# DISHWASHER TABLETS 45 CT

ALL YOU NEED IS ONE

☆☆☆☆☆ read reviews | write review

**Phosphate-free formula for sparkling dishes**

Power away stubborn, stuck-on food with these easy-to-use automatic dishwasher tablets. Made with plant-based & mineral ingredients, our biodegradable, phosphate-free formula effectively washes your dirty dishes, glasses and flatware without harming the planet. Now that's what we call clean.

## $9.99

SCENT / SIZE

CITRUS / 45 CT ▾

**BUY NOW ON SOAP.COM ▸**

share this



| | | | during cleaning and helps to suspend soil. Non-toxic to skin and readily biodegradable. |
| dispersant | sugars | | |
| TAED | Bleach activation | Synthetic | Tetraacetyl ethylene diamine, or TAED, helps our bleaching agents to be effective at lower temperatures. |
| sorbitol | Tablet binding agent | Made from plant sugars | This is a sugar-derived alcohol used to bind the ingredients together in |

0 REVIEWS                                             overall rating ☆☆☆☆

**what do you think about dishwasher tablets 45 ct?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

**how would you rate this product? ***
☆☆☆☆☆

**review ***

submit review

ecover     SHOP     PIONEERING CLEAN     ABOUT US     FIND A STORE





9 captures



HOME » DISH » DISHWASHER » DISHWASHER TABLETS 45 CT

**LAUNDRY**
- delicate
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- cream scrub
- floor
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

SHOP ALL

## DISHWASHER TABLETS 45 CT

ALL YOU NEED IS ONE

read reviews | write review

**Phosphate-free formula for sparkling dishes**

Power away stubborn, stuck-on food with these easy-to-use automatic dishwasher tablets. Made with plant-based & mineral ingredients, our biodegradable, phosphate-free formula effectively washes your dirty dishes, glasses and flatware without harming the planet. Now that's what we call clean.

## $9.99

SCENT / SIZE

CITRUS / 45 CT

**BUY NOW ON SOAP.COM ›**

share this

Loading, please wait…

| Benefits | Ingredients | Fragrances | |
|---|---|---|---|
| subtilisin | Stain removal | Fermented plant sugars | Enzymes help break down stains which is great for your dirty laundry. This enzyme is produced by a fermentation process. |
| fragrance | fragrance | blend of plant-based & synthetic materials | Fragrances are a reminder of nature, and all potential allergens are voluntarily disclosed on the label. |
| amylase | Stain removal | Fermented plant sugars | Enzymes help break down stains which is great for your dirty laundry. This enzyme is |

0 REVIEWS

overall rating

what do you think about dishwasher tablets 45 ct?

psst…if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

how would you rate this product? *

review *

submit review

 SHOP     PIONEERING CLEAN     ABOUT US     FIND A STORE



HOME » DISH » DISHWASHER » DISHWASHER TABLETS 45 CT

**LAUNDRY**
- delicate
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- cream scrub
- floor
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

SHOP ALL

## DISHWASHER TABLETS 45 CT

ALL YOU NEED IS ONE

read reviews | write review

**Phosphate-free formula for sparkling dishes**

Power away stubborn, stuck-on food with these easy-to-use automatic dishwasher tablets. Made with plant-based & mineral ingredients, our biodegradable, phosphate-free formula effectively washes your dirty dishes, glasses and flatware without harming the planet. Now that's what we call clean.

## $9.99

SCENT / SIZE

CITRUS / 45 CT

**BUY NOW ON SOAP.COM ▶**

share this

| Benefits | Ingredients | Fragrances |

| | based & synthetic materials | nature, and as potential allergens are voluntarily disclosed on the label. |
| amylase | Stain removal | Fermented plant sugars | Enzymes help break down stains which is great for your dirty laundry. This enzyme is produced by a fermentation process. |
| sodium gluconate | water softener | Fermented plant sugars | This softens water by bonding with minerals and allowing the active ingredients to do their job. |

0 REVIEWS                                                    overall rating

**what do you think about dishwasher tablets 45 ct?**

pssst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

how would you rate this product? *

review *

submit review

**Webpage: WBM Dishwasher Tablets**
**Archive Date: 3/16/2015**
**URL: https://web.archive.org/web/20150316022646/http://us.ecover.com/products/automatic-dishwasher-tablets-2/**
**DL Date: 12/17/2021 (KE)**

 SHOP        PIONEERING CLEAN        ABOUT US        FIND A STORE





HOME » DISH » DISHWASHER » DISHWASHER TABLETS 45 CT

LAUNDRY
• detergents
• softeners
• stain remover

HOME CARE
• all purpose
• toilet

DISH
• dishwasher
• liquid dish
• rinse aid

FRAGRANCE-FREE
• zero dish
• zero laundry

SHOP ALL

## DISHWASHER TABLETS 45 CT

ALL YOU NEED IS ONE

**Phosphate-free formula for sparkling dishes**

Power away stubborn, stuck-on food with these easy-to-use automatic dishwasher tablets. Made with plant-based & mineral ingredients, our biodegradable, phosphate-free formula effectively washes your dirty dishes, glasses and flatware without harming the planet. Now that's what we call clean.

GET YOUR HANDS ON IT HERE:

amazon   Well.ca

VITACOST

| Benefits | Ingredients | Fragrances |
| --- | --- | --- |
| Water | Diluent + solvent | Water |
| Sodium silicate | Chelating agent (water softener), soil dispersant | Mineral-based |
| Bentonite | Water softener/disintegrant/ anti-caking agent | Mineral-based |
| Protease | Enzymatic stain removal | Plant-based |
| Glycerin | Enzyme stabilizer | Plant-based |
| Quartz | Disintegrant/anti-caking agent | Mineral-based |
| Pine extract | Fragrance | Synthetic |
| Orange extract | Fragrance | Synthetic |
| Titanium dioxide | Pigment/opacifying agent | Mineral-based |
| Cristobalite | Disintegrant/anti-caking agent | Mineral-based |

CA ingredient disclosure requirements



ABOUT US
Our Story
Our Mission
Transparency + Disclosures

SHOP ECOVER
Shop All
Save $1.00

CONTACT US
Customer Service
Media Inquiries

GET TO KNOW US

© 2021 Ecover. All Rights Reserved. See Our Privacy Policy and Terms of Use.

Trying to keep clean and remain calm? We're with you.

See our COVID-19 response.

ecover

SHOP   PIONEERING CLEAN   ABOUT US





Webpage: WBM Dishwasher Tablets
Archive Date: 3/5/2021
URL: https://web.archive.org/web/20210305034208/http://us.ecover.com/products/automatic-dishwasher-tablets-2/
DL Date: 12/17/2021 (KE)

# **Exhibit F (6) Zero Dishwasher Tablets Ingredient List**

a.   Image from Archived E-Cover Product Web Page (2015)

b.   Image from Archived E-Cover Product Web Page (2021)



http://us.ecover.com/product/zero-automatic-dishwasher-tablets/

9 captures
19 Mar 2019 - 13 May 2021

HOME » DISH » DISHWASHER » FRAGRANCE-FREE » ZERO DISH » ZERO DISHWASHER TABLETS 25 CT



**LAUNDRY**
- delicate
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- cream scrub
- floor
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

SHOP ALL

## ZERO DISHWASHER TABLETS 25 CT

ALL YOU NEED IS ONE

read reviews | write review

**Phosphate-free formula for sparkling dishes**

Power away stubborn, stuck-on food with these easy-to-use automatic dishwasher tablets. Made with plant-based & mineral ingredients, our biodegradable, phosphate-free formula effectively washes your dirty dishes, glasses and flatware without harming the planet. Now that's what we call clean.

## $6.99

SCENT / SIZE

FRAGRANCE-FREE / 25 CT

**BUY NOW ON SOAP.COM ›**

share this

| Benefits | Ingredients | Fragrances |
|----------|-------------|------------|

Loading, please wait...

| what it is | function | where it comes from | learn more |
|------------|----------|---------------------|------------|
| Sodium citrate | Water softener | Made from plant sugars | This softens water by binding with minerals and allowing the active ingredients to do their job. |
| sodium carbonate | Water softener | Mineral | This softens water by binding with calcium and magnesium molecules and allowing the active ingredients to do their job. |
| sodium carbonate peroxide | Alkalinity booster and oxidizer | Mineral | Peroxide is not toxic if ingested or ... |

0 REVIEWS

overall rating

**what do you think about zero dishwasher tablets 25 ct?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info-us@ecover.com.

**how would you rate this product? ***

**review ***

submit review

 ecover    SHOP    PIONEERING CLEAN    ABOUT US    FIND A STORE

Exhibit F - (6)(a) Zero Dishwasher Tablets 2015 Ingredient List





http://us.ecover.com/product/ecoll-automatic-dishwasher-tower/

9 captures
19 Mar 2010 - 13 May 2021



http://us.ecover.com/product/ecro-automatic-dishwasher-tablets/

9 captures
18 Mar 2010 - 13 May 2021

16
2015

HOME » DISH » DISHWASHER » FRAGRANCE-FREE » ZERO DISH » ZERO DISHWASHER TABLETS 25 CT

**LAUNDRY**
• delicate
• detergents
• softeners
• stain remover

**HOME CARE**
• all purpose
• cream scrub
• floor
• toilet

**DISH**
• dishwasher
• liquid dish
• rinse aid

**FRAGRANCE-FREE**
• zero dish
• zero laundry

SHOP ALL



# ZERO DISHWASHER TABLETS 25 CT

ALL YOU NEED IS ONE

☆☆☆☆☆   read reviews | write review

**Phosphate-free formula for sparkling dishes**

Power away stubborn, stuck-on food with these easy-to-use automatic dishwasher tablets. Made with plant-based & mineral ingredients, our biodegradable, phosphate-free formula effectively washes your dirty dishes, glasses and flatware without harming the planet. Now that's what we call clean.

## $6.99

SCENT / SIZE

| FRAGRANCE-FREE / 25 CT ▾ |

**BUY NOW ON SOAP.COM**

○ ○ ○   share this

---

| Benefits | Ingredients | Fragrances |
|---|---|---|

Loading, please wait...

| | | |
|---|---|---|
| | butter, moisturizer, oats | emulsifier ingredient that is derived from vegetable oils. |
| subtilisin | Stain removal | Fermented plant sugars | Enzymes help break down stains which is great for your dirty laundry. This enzyme is produced by a fermentation process. |
| fragrance | fragrance | Blend of plant-based & synthetic materials | Fragrances are a reminder of nature, and all potential allergens are voluntarily disclosed on the label. |
| amylase | Stain removal | Fermented plant sugars | Enzymes help break down stains which is |

**0 REVIEWS**                                        overall rating ☆☆☆☆☆

**what do you think about zero dishwasher tablets 25 ct?**

psst…if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

**how would you rate this product? ***

☆ ☆ ☆ ☆ ☆

review *

submit review

---

ecover   SHOP   PIONEERING CLEAN   ABOUT US   FIND A STORE

http://us.ecover.com/product/ecro-automatic-dishwasher-tablets/

9 captures
18 Mar 2016 - 13 May 2021



HOME » DISH » DISHWASHER » FRAGRANCE-FREE » ZERO DISH » ZERO DISHWASHER TABLETS 25 CT

LAUNDRY
• delicate
• detergents
• softeners
• stain remover

HOME CARE
• all purpose
• cream scrub
• floor
• toilet

DISH
• dishwasher
• liquid dish
• rinse aid

FRAGRANCE-FREE
• zero dish
• zero laundry

SHOP ALL

## ZERO DISHWASHER TABLETS 25 CT

ALL YOU NEED IS ONE

☆☆☆☆☆ read reviews | write review

**Phosphate-free formula for sparkling dishes**

Power away stubborn, stuck-on food with these easy-to-use automatic dishwasher tablets. Made with plant-based & mineral ingredients, our biodegradable, phosphate-free formula effectively washes your dirty dishes, glasses and flatware without harming the planet. Now that's what we call clean.

## $6.99

SCENT / SIZE

FRAGRANCE-FREE / 25 CT ▼

**BUY NOW ON SOAP.COM**

share this

| Benefits | Ingredients | Fragrances |
|---|---|---|
| | ... & synthetic materials. | ... name, and all potential allergens are voluntarily disclosed on the label. |
| amylase | Stain removal | Fermented plant sugars | Enzymes help break down stains which is great for your dirty laundry. This enzyme is produced by a fermentation process. |
| sodium gluconate | Water softener | Fermented plant sugars | This softens water by binding with minerals and allowing the active ingredients to do their job. |

Loading, please wait...

0 REVIEWS                                                overall rating ☆☆☆☆☆

**what do you think about zero dishwasher tablets 25 ct?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info-us@ecover.com.

how would you rate this product? *

☆☆☆☆☆

review *

[                                                          ]

submit review

ecover    SHOP    PIONEERING CLEAN    ABOUT US    FIND A STORE

Webpage: WBM Dishwasher Tablets Zero
Archive Date: 3/16/2015
URL: https://web.archive.org/web/20150316031217/http://us.ecover.com/products/zero-automatic-dishwasher-tablets/
DL Date: 12/17/2021 (KE)











HOME » DISH » DISHWASHER » FRAGRANCE-FREE » ZERO DISH » ZERO DISHWASHER TABLETS 25 CT

**LAUNDRY**
• detergents
• softeners
• stain remover

**HOME CARE**
• all purpose
• toilet

**DISH**
• dishwasher
• liquid dish
• rinse aid

**FRAGRANCE-FREE**
• zero dish
• zero laundry

SHOP ALL

## ZERO DISHWASHER TABLETS 25 CT

ALL YOU NEED IS ONE

**Phosphate-free formula for sparkling dishes**

Power away stubborn, stuck-on food with these easy-to-use automatic dishwasher tablets. Made with plant based & mineral ingredients, our biodegradable, phosphate-free formula effectively washes your dirty dishes, glasses and flatware without harming the planet. Now that's what we call clean.

GET YOUR HANDS ON IT HERE:

amazon    Well.ca

VITACOST

| Benefits | Ingredients | Fragrances |
|---|---|---|
| Bentonite | Water softener/disintegrant/anti-caking agent | Mineral-based |
| Protease | Enzymatic stain removal | Plant-based |
| Glycerin | Enzyme stabilizer | Plant-based |
| Quartz | Disintegrant/anti-caking agent | Mineral-based |
| Titanium dioxide | Pigment/opacifying agent | Mineral-based |
| Cristobalite | Disintegrant/anti-caking agent | Mineral-based |
| Amylase | Cleaning enzyme | Plant-based |
| Sodium gluconate | pH adjuster | Plant-based |
| Polyoxyethylene trimethyldecyl alcohol | Wetting agent/surfactant | Synthetic |

Updated on 8/26/19

CA ingredient disclosure requirements

**ABOUT US**
Our Story
Our Mission
Transparency + Disclosures

**SHOP ECOVER**
Shop All
Save $1.00

**CONTACT US**
Customer Service
Media Inquiries

GET TO KNOW US

© 2021 Ecover. All Rights Reserved. See Our Privacy Policy and Terms of Use.

**Trying to keep clean and remain calm? We're with you.**    See our COVID-19 response.

ecover    SHOP    PIONEERING CLEAN    ABOUT US

**Webpage: WBM Dishwasher Tablets Zero**
**Archive Date: 02/12/2021**
**URL: https://web.archive.org/web/20210212010758/https://us.ecover.com/products/zero-automatic-dishwasher-tablets/**
**DL Date: 12/16/2021 (KE)**

# **Exhibit F (7) Fabric Softener (Morning Fresh) Ingredient List**

a.  Image from Archived E-Cover Product Web Page (2015)

b.  Image from Archived E-Cover Product Web Page (2021)











**Webpage: WBM Fabric Softener (Sunny Days)**
**Archive Date: 3/16/2015**
**URL: https://web.archive.org/web/20150316213125/http://us.ecover.com/products/fabric-softener/**
**DL Date: 12/17/2021 (KE)**





FABRIC SOFTENER

FOR CLOTHES YOU'LL WANT TO CUDDLE

**Softens clothes & reduces static**

A little fluffiness is a good thing, at least when it comes to your laundry. Our liquid fabric softener works to soften fabrics and help reduce static while keeping clothes smelling fresh and clean. Made with plant-based and mineral ingredients, our biodegradable formula cares as much for your clothes as it does for the planet. Everybody wins.







## FABRIC SOFTENER

**FOR CLOTHES YOU'LL WANT TO CUDDLE**

**Softens clothes & reduces static**

A little fluffiness is a good thing, at least when it comes to your laundry. Our liquid fabric softener works to soften fabrics and help reduce static while keeping clothes smelling fresh and clean. Made with plant-based and mineral ingredients, our biodegradable formula cares as much for your clothes as it does for the planet. Everybody wins.

**GET YOUR HANDS ON IT HERE:**

amazon   Well.ca

VITACOST



| Benefits | Ingredients | Fragrances |
|---|---|---|
| Undecan-4-olide | Fragrance | Synthetic |
| Limonene | Fragrance† | Synthetic |
| Tricyclodecenyl propionate | Fragrance | Synthetic |
| Dihydromyrcenol | Fragrance | Synthetic |
| Geraniol | Fragrance† | Synthetic |
| Geranyl acetate | Fragrance† | Synthetic |
| Benzyl acetate | Fragrance† | Synthetic |
| Lactic acid | Preservative | Plant-based |
| Magnesium chloride | Viscosity regulator | Mineral-based |

†Contains fragrance allergens

updated on 1/22/20

CA ingredient disclosure requirements



**ABOUT US**
Our Story
Our Mission
Transparency + Disclosures

**SHOP ECOVER**
Shop All
Save $1.00

**CONTACT US**
Customer Service
Media Inquiries

**GET TO KNOW US**

© 2021 Ecover. All Rights Reserved. See Our Privacy Policy and Terms of Use.

**Trying to keep clean and remain calm? We're with you.**   See our COVID-19 response.

ecover   SHOP   PIONEERING CLEAN   ABOUT US

**Webpage: WBM Fabric Softener (Morning Fresh)**
**Archive Date: 3/5/2021**
**URL: https://web.archive.org/web/20210305033457/https://us.ecover.com/products/fabric-softener/**
**DL Date: 12/16/2021 (KE)**

# **<u>Exhibit F (8) Fabric Softener (Sunny Days)</u>**

# **<u>Ingredient List</u>**

a.  Image from Archived E-Cover Product Web Page (2015)

b.  Image from Archived E-Cover Product Web Page (2021)









HOME » LAUNDRY » SOFTENERS » FABRIC SOFTENER

**LAUNDRY**
- delicate
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- cream scrub
- floor
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

SHOP ALL

## FABRIC SOFTENER

FOR CLOTHES YOU'LL WANT TO CUDDLE

☆☆☆☆☆   read reviews | write review

**Softens clothes & reduces static**

A little fluffiness is a good thing, at least when it comes to your laundry. Our liquid fabric softener works to soften fabrics and help reduce static while keeping clothes smelling fresh and clean. Made with plant-based and mineral ingredients, our biodegradable formula cares as much for your clothes as it does for the planet. Everybody wins.

## $6.99

SCENT / SIZE

[ SUNNY DAY / 32 OZ ▾ ]

**BUY NOW ON SOAP.COM ❯**

share this

| Benefits | Ingredients | Fragrances |
|---|---|---|

| | based & synthetic materials | reminder of nature, and all potential allergens are voluntarily disclosed on the label. |
|---|---|---|
| sorbic acid | Preservative | Synthetic | Preservatives stop the growth of bacteria and micro-organisms in the product. Although it's a synthetic ingredient, it's completely biodegradable and safe for people. |

Loading, please wait...

0 REVIEWS                                    overall rating ☆☆☆☆☆

**what do you think about fabric softener?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

Connect with Facebook

**how would you rate this product? ***

☆ ☆ ☆ ☆ ☆

**review ***

[                                                                    ]

[ submit review ]

   SHOP   PIONEERING CLEAN   ABOUT US   FIND A STORE





Webpage: WBM Fabric Softener (Sunny Days)
Archive Date: 3/16/2015
URL: https://web.archive.org/web/20150316212055/http://us.ecover.com/products/fabric-softener-2/
DL Date: 12/17/2021



HOME » LAUNDRY » SOFTENERS » FABRIC SOFTENER

**LAUNDRY**
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

SHOP ALL



## FABRIC SOFTENER

FOR CLOTHES YOU'LL WANT TO CUDDLE

Softens clothes & reduces static

A little fluffiness is a good thing, at least when it comes to your laundry. Our liquid fabric softener works to soften fabrics and help reduce static while keeping clothes smelling fresh and clean. Made with plant-based and mineral ingredients, our biodegradable formula cares as much for your clothes as it does for the planet. Everybody wins.

GET YOUR HANDS ON IT HERE.

amazon   Well.ca
VITACOST

| Benefits | Ingredients | Fragrances |
|---|---|---|

Check out our full disclosure + ingredients list below

| Ingredient | Function | Source |
|---|---|---|
| Water (aqua) | Solvent | Water |
| C18 and C18 unsatd. TEA-Esterquat | Solvent | Plant-based |
| P-anisic acid | Odouring mask, pH regulator | Plant-based |
| Dihydromyrcenol | Fragrance | Synthetic |
| Nopyl acetate | Fragrance | synthetic |
| Terpineol | Fragrance | Synthetic |
| Verdol acetate | Fragrance | Synthetic |
| Oxacyclohexadecen-2-one | Fragrance | Synthetic |
| Hexyl salicylate | Fragrance | Synthetic |

CA ingredient disclosure requirements



**ABOUT US**
Our Story
Our Mission
Transparency + Disclosures

**SHOP ECOVER**
Shop All
Save $1.00

**CONTACT US**
Customer Service
Media Inquiries

GET TO KNOW US

© 2021 Ecover. All Rights Reserved. See Our Privacy Policy and Terms of Use.

Trying to keep clean and remain calm? We're with you.       See our COVID-19 response.

ecover    SHOP    PIONEERING CLEAN    ABOUT US







**Webpage: WBM Fabric Softener (Sunny Day)**
**Archive Date: 3/5/2021**
**URL: https://web.archive.org/web/20200927095422/https://us.ecover.com/products/fabric-softener-2/**
**DL Date: 12/16/2021**

# **<u>Exhibit F (9) Floor Soap Ingredient List</u>**

a.  Image from Archived E-Cover Product Web Page (2015)

b.  Image from Archived E-Cover Product Web Page (2021)



HOME » FLOOR » HOME CARE » FLOOR SOAP

LAUNDRY
• delicate
• detergents
• softeners
• stain remover

HOME CARE
• all purpose
• cream scrub
• floor
• toilet

DISH
• dishwasher
• liquid dish
• rinse aid

FRAGRANCE-FREE
• zero dish
• zero laundry

SHOP ALL



## FLOOR SOAP

SPECIAL TREATMENT FOR YOUR FLOORS

☆☆☆☆☆  read reviews | write review

**Cleans & helps protect porous surfaces**

Give your floors the treatment they deserve. Made with renewable, plant-based ingredients, our floor soap cleans and helps protect porous surfaces like natural stone and tiles. Use a cloth, mop or scrubbing brush to apply and let the linseed oil nourish and shine floors.

# $6.99

SCENT / SIZE

[ LIGHTLY SCENTED / 32 OZ ▼ ]

**BUY NOW ON SOAP.COM ›**

☐ ☐ ☐  share this

| Benefits | Ingredients | Fragrances |
| --- | --- | --- |

| what it is | function | where it comes from | learn more |
| --- | --- | --- | --- |
| Water (aqua) | Solvent | DI water | Water is an excellent solvent and helps all of the other ingredients do their job. |
| linum usitatissimum seed oil | Moisturizing | Flaxseed oil | Helps to condition your floors and surfaces. |
| fragrance | fragrance | blend of plant-based & synthetic materials | Fragrances are a reminder of nature, and all potential allergens are voluntarily disclosed on the label. |

Loading, please wait...

0 REVIEWS

overall rating ☆☆☆☆☆

**what do you think about floor soap?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info@ecover.com.

**how would you rate this product? ***

☆☆☆☆☆

**review ***

[ submit review ]

ecover     SHOP     PIONEERING CLEAN     ABOUT US     FIND A STORE

Webpage: WBM Floor Soap
Archive Date: 3/15/2015
URL: https://web.archive.org/web/20150315030546/http://us.ecover.com/products/floor-soap/
DL Date: 12/17/2021







Webpage: WBM Floor Soap
Archive Date: 1/16/2021
URL: https://web.archive.org/web/20210116170320/https://us.ecover.com/products/floor-soap/
DL Date: 12/16/2021 (KE)

# **Exhibit F (10) Laundry Detergent (Alpine Mint) Ingredient List**

 a. Image from Archived E-Cover Product Web Page (2015)

 b. Image from Archived E-Cover Product Web Page (2021)



http://us.ecover.com/product/2x-laundry-detergent-2/

4 captures
17 Mar 2015 - 19 Jan 2021

HOME  >  DETERGENTS  >  LAUNDRY  >  2X LAUNDRY DETERGENT

**LAUNDRY**
- delicate
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- cream scrub
- floor
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

SHOP ALL



# 2X LAUNDRY DETERGENT

TOUGH ON STAINS, GENTLE ON THE ENVIRONMENT

☆☆☆☆☆  read reviews | write review

**Formulated to work in cold water**
Our concentrated liquid laundry detergent is tough on stains even in cold water, which means you can use less energy for every load. Made with plant-based ingredients and packaged in plastic made from sugarcane, our biodegradable formula is gentle on your skin and the environment. Plus, our 100% natural fragrance leaves clothes smelling fresh and clean. We think it's a combination that would make Mother Nature proud.

## $13.99

SCENT / SIZE

[ ALPINE MINT / 93 OZ ▾ ]

**BUY NOW ON SOAP.COM ▶**

Ⓕ Ⓣ ✉  share this

---

| Benefits | Ingredients | Fragrances |
| --- | --- | --- |

Loading, please wait...

| what it is | function | where it comes from | learn more |
| --- | --- | --- | --- |
| water (aqua) | Solvent | DI water | Water is an excellent solvent and helps all of the other ingredients do their job. |
| sodium laureth sulfate | Surfactant | plant oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| glycerin | Humidity buffer, moisturizer, compatibilizer, mild solvent | Vegetable oils | A multifunctional ingredient that is derived from vegetable oils. |
| lauryl | Surfactant | Coconut & | Surfactants do |

0 REVIEWS                                                                overall rating ☆☆☆☆☆

**what do you think about 2x laundry detergent?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

**how would you rate this product? ***

☆☆☆☆☆

**review ***

[                                                                            ]

[ submit review ]

---

http://us.ecover.com/product/2x-laundry-detergent-2

4 captures
17 Mar 2019 - 19 Jan 2021

HOME › DETERGENTS › LAUNDRY › 2X LAUNDRY DETERGENT

LAUNDRY
- delicate
- detergents
- softeners
- stain remover

HOME CARE
- all purpose
- cream scrub
- floor
- toilet

DISH
- dishwasher
- liquid dish
- rinse aid

FRAGRANCE-FREE
- zero dish
- zero laundry

SHOP ALL



# 2X LAUNDRY DETERGENT

TOUGH ON STAINS, GENTLE ON THE ENVIRONMENT

☆☆☆☆☆  read reviews | write review

**Formulated to work in cold water**
Our concentrated liquid laundry detergent is tough on stains even in cold water, which means you can use less energy for every load. Made with plant-based ingredients and packaged in plastic made from sugarcane, our biodegradable formula is gentle on your skin and the environment. Plus, our 100% natural fragrance leaves clothes smelling fresh and clean. We think it's a combination that would make Mother Nature proud.

## $13.99

SCENT / SIZE

ALPINE MINT / 93 OZ ▼

**BUY NOW ON SOAP.COM**

share this

| Benefits | Ingredients | Fragrances |
|---|---|---|
| lauryl ethoxylate | Surfactant | Coconut & other plant-based oils | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| ethanol | Degreasing solvent, drying, stability improving | Fermented plant sugars | Allows the solution to pull grease and stains off of the surface. |
| sodium citrate | Water softener | Made from plant sugars | This softens water by binding with minerals and allowing the active ingredients to do their job. |
| sodium lauryl sulfate | Surfactant | plant oils such as | Surfactants do most of the |

0 REVIEWS                                    overall rating ☆☆☆☆☆

**what do you think about 2x laundry detergent?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

**how would you rate this product? ***
☆ ☆ ☆ ☆ ☆

**review ***

submit review

ecover   SHOP   PIONEERING CLEAN   ABOUT US   FIND A STORE

http://us.ecover.com/product/2x-laundry-detergent-2

4 captures
17 Mar 2015 - 18 Jan 2021

HOME  »  DETERGENTS  »  LAUNDRY  »  2X LAUNDRY DETERGENT

LAUNDRY
• delicate
• detergents
• softeners
• stain remover

HOME CARE
• all purpose
• cream scrub
• floor
• toilet

DISH
• dishwasher
• liquid dish
• rinse aid

FRAGRANCE-
FREE
• zero dish
• zero laundry

SHOP ALL



## 2X LAUNDRY DETERGENT

TOUGH ON STAINS, GENTLE ON THE ENVIRONMENT

☆☆☆☆☆  read reviews | write review

**Formulated to work in cold water**
Our concentrated liquid laundry detergent is tough on stains even in cold water, which means you can use less energy for every load. Made with plant-based ingredients and packaged in plastic made from sugarcane, our biodegradable formula is gentle on your skin and the environment. Plus, our 100% natural fragrance leaves clothes smelling fresh and clean. We think it's a combination that would make Mother Nature proud.

# $13.99

SCENT / SIZE
[ ALPINE MINT / 93 OZ ▼ ]

[ BUY NOW ON SOAP.COM ]

⊙ ⊙ ⊙  share this

Loading, please wait...

| Benefits | Ingredients | Fragrances |
|---|---|---|
| sulfate | | such as coconut oil | most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| potassium cocoate | Surfactant | Coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| caprylyl/decyl glucoside | Surfactant | Plant sugars & oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |

0 REVIEWS                                                     overall rating ☆☆☆☆☆

**what do you think about 2x laundry detergent?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

how would you rate this product? *
☆ ☆ ☆ ☆ ☆

review *

[                                                        ]

[ submit review ]

Page 5 of 14
Exhibit F - (10)(a) Laundry Detergent (Alpine Mint) 2015 Ingredient List



http://us.ecover.com/product/2x-laundry-detergent-2

4 captures
17 Mar 2019 - 18 Jan 2021



HOME  »  DETERGENTS  »  LAUNDRY  »  2X LAUNDRY DETERGENT

LAUNDRY
- delicate
- detergents
- softeners
- stain remover

HOME CARE
- all purpose
- cream scrub
- floor
- toilet

DISH
- dishwasher
- liquid dish
- rinse aid

FRAGRANCE-FREE
- zero dish
- zero laundry

SHOP ALL

## 2X LAUNDRY DETERGENT

TOUGH ON STAINS, GENTLE ON THE ENVIRONMENT

read reviews | write review

**Formulated to work in cold water**
Our concentrated liquid laundry detergent is tough on stains even in cold water, which means you can use less energy for every load. Made with plant-based ingredients and packaged in plastic made from sugarcane, our biodegradable formula is gentle on your skin and the environment. Plus, our 100% natural fragrance leaves clothes smelling fresh and clean. We think it's a combination that would make Mother Nature proud.

## $13.99

SCENT / SIZE

ALPINE MINT / 93 OZ

**BUY NOW ON SOAP.COM ▶**

share this

Loading, please wait...

| Benefits | Ingredients | Fragrances |
| --- | --- | --- |

| | | and surfaces. |
| lauryl/myristyl glucoside | Surfactant | Plant sugars & oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| protease | Stain removal | Fermented plant sugars | This enzyme helps improve stain removal ty breaking down protein and starch-based stains like blood and egg. |
| amylase | Stain removal | Fermented plant sugars | Enzymes help break down stains which is great for your dirty laundry. |

0 REVIEWS

overall rating

**what do you think about 2x laundry detergent?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

**how would you rate this product? ***

**review ***

submit review

ecover   SHOP   PIONEERING CLEAN   ABOUT US   FIND A STORE

INTERNET ARCHIVE
**Wayback Machine**
http://us.ecover.com/product/2x-laundry-detergent-2
4 captures
17 Mar 2019 - 19 Jan 2021



HOME » DETERGENTS » LAUNDRY » 2X LAUNDRY DETERGENT

LAUNDRY
• delicate
• detergents
• softeners
• stain remover

HOME CARE
• all purpose
• cream scrub
• floor
• toilet

DISH
• dishwasher
• liquid dish
• rinse aid

FRAGRANCE-FREE
• zero dish
• zero laundry

SHOP ALL



# 2X LAUNDRY DETERGENT

TOUGH ON STAINS, GENTLE ON THE ENVIRONMENT

read reviews | write review

**Formulated to work in cold water**
Our concentrated liquid laundry detergent is tough on stains even in cold water, which means you can use less energy for every load. Made with plant-based ingredients and packaged in plastic made from sugarcane, our biodegradable formula is gentle on your skin and the environment. Plus, our 100% natural fragrance leaves clothes smelling fresh and clean. We think it's a combination that would make Mother Nature proud.

## $13.99

SCENT / SIZE

▪ ALPINE MINT / 93 OZ  ⌄

**BUY NOW ON SOAP.COM ›**

share this

Loading, please wait...

| Benefits | Ingredients | Fragrances |
|---|---|---|

| | | | dirty laundry. This enzyme is produced by a fermentation process. |
|---|---|---|---|
| cellulase | Anti-pilling | Fermented plant sugars | Cellulase is an enzyme which helps reduce the possibility of pilling when your clothes are washed. |
| lipase | Stain removal | Fermented plant sugars | Enzymes help break down stains which is great for your dirty laundry. This enzyme is produced by a fermentation process. |
| citric acid solution | pH-regulation | Fermented plant sugars | Used to adjust the pH and is completely... |

0 REVIEWS

overall rating ☆☆☆☆☆

**what do you think about 2x laundry detergent?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

**how would you rate this product? ***

☆☆☆☆☆

**review ***

submit review

ecover      SHOP      PIONEERING CLEAN      ABOUT US      FIND A STORE

http://us.ecover.com/product/2x-laundry-detergent-2

4 captures
17 Mar 2019 - 16 Jan 2021



HOME » DETERGENTS » LAUNDRY » 2X LAUNDRY DETERGENT

**LAUNDRY**
- delicate
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- cream scrub
- floor
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

SHOP ALL



# 2X LAUNDRY DETERGENT

TOUGH ON STAINS, GENTLE ON THE ENVIRONMENT

☆☆☆☆☆  read reviews | write review

**Formulated to work in cold water**
Our concentrated liquid laundry detergent is tough on stains even in cold water, which means you can use less energy for every load. Made with plant-based ingredients and packaged in plastic made from sugarcane, our biodegradable formula is gentle on your skin and the environment. Plus, our 100% natural fragrance leaves clothes smelling fresh and clean. We think it's a combination that would make Mother Nature proud.

## $13.99

SCENT / SIZE

☐ ALPINE MINT / 93 OZ ▼

**BUY NOW ON SOAP.COM ▶**

Ⓕ Ⓨ Ⓣ  share this

| Benefits | Ingredients | Fragrances | | Loading, please wait... |
|---|---|---|---|---|
| | | | process. | |
| citric acid solution | pH-regulation | Fermented plant sugars | Used to adjust the pH and is completely biodegradable. | |
| calcium chloride | Thickener | mineral | Calcium chloride is the same as table salt and helps thicken the product. | |
| sodium gluconate | Water softener | Fermented plant sugars | This softens water by binding with minerals and allowing the active ingredients to do their job | |
| fragrance | fragrance | blend of plant-based & synthetic materials | Fragrances are a reminder of nature, and all potential | |

0 REVIEWS                                                        overall rating ☆☆☆☆☆

**what do you think about 2x laundry detergent?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

**how would you rate this product? ***

☆☆☆☆☆

review *

[                                                              ]

submit review

ecover    SHOP    PIONEERING CLEAN    ABOUT US    FIND A STORE

Exhibit F - (10)(a) Laundry Detergent (Alpine Mint) 2015 Ingredient List

http://us.ecover.com/product/2x-laundry-detergent-2/

4 captures
17 Mar 2019 - 19 Jan 2021

HOME  »  DETERGENTS  »  LAUNDRY  »  2X LAUNDRY DETERGENT

**LAUNDRY**
- delicate
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- cream scrub
- floor
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

SHOP ALL



## 2X LAUNDRY DETERGENT

TOUGH ON STAINS, GENTLE ON THE ENVIRONMENT

read reviews | write review

**Formulated to work in cold water**
Our concentrated liquid laundry detergent is tough on stains even in cold water, which means you can use less energy for every load. Made with plant-based ingredients and packaged in plastic made from sugarcane, our biodegradable formula is gentle on your skin and the environment. Plus, our 100% natural fragrance leaves clothes smelling fresh and clean. We think it's a combination that would make Mother Nature proud.

## $13.99

SCENT / SIZE

ALPINE MINT / 93 OZ

**BUY NOW ON SOAP.COM**

share this

| Benefits | Ingredients | Fragrances |
| --- | --- | --- |

Loading, please wait...

| | | | |
| --- | --- | --- | --- |
| calcium chloride | Thickener | mineral | Calcium chloride is the same as table salt and helps thicken the product. |
| sodium gluconate | Water softener | Fermented plant sugars | This softens water by binding with minerals and allowing the active ingredients to do their job. |
| fragrance | fragrance | blend of plant-based & synthetic materials | Fragrances are a reminder of nature, and all potential allergens are voluntarily disclosed on the label. |

0 REVIEWS

overall rating

**what do you think about 2x laundry detergent?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

**how would you rate this product? \***

**review \***

submit review

ecover      SHOP      PIONEERING CLEAN      ABOUT US      FIND A STORE

Webpage: WBM Laundry Detergent (Alpine Mint)
Archive Date: 3/17/2015
URL: https://web.archive.org/web/20150317022357/http://us.ecover.com/products/2x-laundry-detergent-3/
DL Date: 12/17/2021 (KE)



https://us.ecover.com/product/2x-laundry-detergent/

4 captures
17 Mar 2018 - 16 Jan 2021

HOME  »  DISCONTINUED  »  2X LAUNDRY DETERGENT

**LAUNDRY**
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

SHOP ALL



## 2X LAUNDRY DETERGENT

TOUGH ON STAINS, GENTLE ON THE ENVIRONMENT

**Formulated to work in cold water**
Our concentrated liquid laundry detergent is tough on stains even in cold water, which means you can use less energy for every load. Made with plant-based ingredients and packaged in plastic made from sugarcane, our biodegradable formula is gentle on your skin and the environment. Plus, our 100% natural fragrance leaves clothes smelling fresh and clean. We think it's a combination that would make Mother Nature proud.

we're sorry to say this product is no longer available. but if you search our site, you'll likely find another product that cleans up nicely.

GET YOUR HANDS ON IT HERE:

amazon   Jet   iHerb

Well.ca



| Benefits | Ingredients | Fragrances |
|---|---|---|

| WHAT IT IS | FUNCTION | WHERE IT COMES FROM | LEARN MORE |
|---|---|---|---|
| Water (aqua) | Solvent | Oil water | Water is an excellent solvent and helps all of the other ingredients do their job. |
| Sodium laureth sulfate | Surfactant | Plant oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Glycerin | Humidity buffer, moisturizer, compatibilizer, mild solvent | Vegetable oils | A multifunctional ingredient that is derived from vegetable oils. |
| Lauryl ethoxylate | Surfactant | Coconut & other plant-based oils | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Ethanol | Degreasing solvent, | Fermented plant | Allows the solution to pull grease |



**ABOUT US**
Our Story
Our Mission
Transparency + Disclosures

----------

**SHOP ECOVER**
Shop All
Find A Store
Save $1.00

**CONTACT US**
Customer Service
Media Inquiries

----------

**GET TO KNOW US**

© 2021 Ecover. All Rights Reserved. See Our Privacy Policy and Terms of Use.

Trying to keep clean and remain calm? We're with you.          See our COVID-19 response.

ecover          SHOP     PIONEERING CLEAN     ABOUT US     FIND A STORE



https://us.ecover.com/product/2x-laundry-detergent-2/

4 captures
17 Mar 2016 - 16 Jan 2021

16
2015 | 2021 | 2022

HOME  »  DISCONTINUED  »  2X LAUNDRY DETERGENT

**LAUNDRY**
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

SHOP ALL



## 2X LAUNDRY DETERGENT

TOUGH ON STAINS, GENTLE ON THE ENVIRONMENT

**Formulated to work in cold water**
Our concentrated liquid laundry detergent is tough on stains even in cold water, which means you can use less energy for every load. Made with plant-based ingredients and packaged in plastic made from sugarcane, our biodegradable formula is gentle on your skin and the environment. Plus, our 100% **natural** fragrance leaves clothes smelling fresh and clean. We think it's a combination that would make Mother Nature proud.

we're sorry to say this product is no longer available. but if you search our site, you'll likely find another product that cleans up nicely.

GET YOUR HANDS ON IT HERE:

amazon   Jet   iHerb

Well.ca



| Benefits | Ingredients | | Fragrances |
|---|---|---|---|
| Ethanol | Degreasing solvent, drying, stability improving | Fermented plant sugars | Allows the solution to pull grease and stains off of the surface. |
| Sodium citrate | Water softener | Made from plant sugars | This softens water by binding with minerals and allowing the active ingredients to do their job. |
| Sodium lauryl sulfate | Surfactant | plant oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Potassium cocoate | Surfactant | Coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Capryl/decyl glucoside | Surfactant | Plant sugars & oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |



**ABOUT US**
Our Story
Our Mission
Transparency + Disclosures

------------------
**SHOP ECOVER**
Shop All
Find A Store
Save $1.00

**CONTACT US**
Customer Service
Media Inquiries

------------------
**GET TO KNOW US**

© 2021 Ecover. All Rights Reserved. See Our Privacy Policy and Terms of Use.

**Trying to keep clean and remain calm? We're with you.**     See our COVID-19 response.

ecover     SHOP     PIONEERING CLEAN     ABOUT US     FIND A STORE



https://us.ecover.com/product/2x-laundry-detergent-2/
4 captures
17 Mar 2016 - 16 Jan 2021

HOME » DISCONTINUED » 2X LAUNDRY DETERGENT

**LAUNDRY**
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

SHOP ALL



## 2X LAUNDRY DETERGENT

TOUGH ON STAINS, GENTLE ON THE ENVIRONMENT

**Formulated to work in cold water**
Our concentrated liquid laundry detergent is tough on stains even in cold water, which means you can use less energy for every load. Made with plant-based ingredients and packaged in plastic made from sugarcane, our biodegradable formula is gentle on your skin and the environment. Plus, our 100% natural fragrance leaves clothes smelling fresh and clean. We think it's a combination that would make Mother Nature proud.

we're sorry to say this product is no longer available. but if you search our site, you'll likely find another product that cleans up nicely.

GET YOUR HANDS ON IT HERE:

amazon   Jet   iHerb

Well.ca



| Benefits | Ingredients | | Fragrances |
|---|---|---|---|
| Lauryl/myristyl glucoside | Surfactant | Plant sugars & oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Protease | Stain removal | Fermented plant sugars | This enzyme helps improve stain removal by breaking down protein and starch based stains like blood and egg. |
| Amylase | Stain removal | Fermented plant sugars | Enzymes help break down stains which is great for your dirty laundry. This enzyme is produced by a fermentation process. |
| Cellulase | Anti-pilling | Fermented plant sugars | Cellulase is an enzyme which helps reduce the possibility of pilling when your clothes are washed. |
| Lipase | Stain removal | Fermented plant sugars | Enzymes help break down stains which is great for your dirty laundry. |



**ABOUT US**
Our Story
Our Mission
Transparency + Disclosures

---

**SHOP ECOVER**
Shop All
Find A Store
Save $1.00

**CONTACT US**
Customer Service
Media Inquiries

---

**GET TO KNOW US**

© 2021 Ecover. All Rights Reserved. See Our Privacy Policy and Terms of Use.

Trying to keep clean and remain calm? We're with you.          See our COVID-19 response.

ecover        SHOP        PIONEERING CLEAN        ABOUT US        FIND A STORE



HOME » DISCONTINUED » 2X LAUNDRY DETERGENT

LAUNDRY
• detergents
• softeners
• stain remover

HOME CARE
• all purpose
• toilet

DISH
• dishwasher
• liquid dish
• rinse aid

FRAGRANCE-FREE
• zero dish
• zero laundry

SHOP ALL



## 2X LAUNDRY DETERGENT

TOUGH ON STAINS, GENTLE ON THE ENVIRONMENT

**Formulated to work in cold water**
Our concentrated liquid laundry detergent is tough on stains even in cold water, which means you can use less energy for every load. Made with plant-based ingredients and packaged in plastic made from sugarcane, our biodegradable formula is gentle on your skin and the environment. Plus, our 100% natural fragrance leaves clothes smelling fresh and clean. We think it's a combination that would make Mother Nature proud.

we're sorry to say this product is no longer available. but if you search our site, you'll likely find another product that cleans up nicely.

GET YOUR HANDS ON IT HERE:

amazon   Jet   iHerb

Well.ca



| Benefits | | | Ingredients | | Fragrances |
|---|---|---|---|---|---|
| Lipase | | | Stain removal | Microbial plant sugars | Enzymes help break down labels which is great for your dirty laundry. This enzyme is produced by a fermentation process. |
| Citric acid solution | | | pH-regulation | Fermented plant sugars | Used to adjust the pH and is completely biodegradable. |
| Calcium chloride | | | Thickener | Mineral | Calcium chloride is similar to table salt and helps thicken the product. |
| Sodium gluconate | | | Water softener | Fermented plant sugars | This softens water by binding with minerals and allowing the active ingredients to do their job. |
| Methylisothiazolinone | | | Preservative | synthetically derived | highly effective, broad spectrum preservative to keep the protect the product |
| Benzisothiazolinone | | | Preservative | synthetically derived | highly effective, broad spectrum preservative to keep the protect the product |



**ABOUT US**
Our Story
Our Mission
Transparency + Disclosures

**SHOP ECOVER**
Shop All
Find A Store
Save $1.00

**CONTACT US**
Customer Service
Media Inquiries

**GET TO KNOW US**

© 2021 Ecover. All Rights Reserved. See Our Privacy Policy and Terms of Use.

Trying to keep clean and remain calm? We're with you.          See our COVID-19 response.

ecover     SHOP     PIONEERING CLEAN     ABOUT US     FIND A STORE

**Webpage: WBM Laundry Detergent (Alpine Mint)**
**Archive Date: 1/16/2021**
**URL: https://web.archive.org/web/20210116170026/https://us.ecover.com/products/2x-laundry-detergent-3/**
**DL Date: 12/17/2021 (KE)**

# <u>Exhibit F (11) Laundry Detergent (Lavender Field) Ingredient List</u>

a.    Image from Archived E-Cover Product Web Page (2020)

b.    Image from Archived E-Cover Product Web Page (2021)



HOME » DETERGENTS » LAUNDRY » LAUNDRY DETERGENT

### LAUNDRY

- detergents
- softeners
- stain remover

### HOME CARE

- all purpose
- toilet

### DISH

- dishwasher
- liquid dish
- rinse aid

### FRAGRANCE-FREE

- zero dish
- zero laundry

SHOP ALL



## LAUNDRY DETERGENT

TOUGH ON STAINS, GENTLE ON THE ENVIRONMENT

**Formulated to work in cold water**

Our concentrated liquid laundry detergent is tough on stains even in cold water, which means you can use less energy for every load. Made with plant-based ingredients and packaged in plastic made from sugarcane, our biodegradable formula is gentle on your skin and the environment. Plus, our 100% **natural** fragrance leaves clothes smelling fresh and clean. We think it's a combination that would make Mother Nature proud.



GET YOUR HANDS ON IT HERE:

amazon  iherb
well.ca

| Benefits | Ingredients | Fragrances |
|---|---|---|

Check out our full disclosure list below

| Ingredient | Function | Source |
|---|---|---|
| Water (aqua) | Solvent | Water-based |
| C12-16 pareth-7 | Surfactant (cleaning agent) | Plant-based |
| Sodium lauryl sulfate | Surfactant (cleaning agent) | Plant-based |
| Glycerin | Enzyme stabilizer | Plant-based |
| Lauryl glucoside | Surfactant (cleaning agent) | Plant-based |
| Sodium citrate | pH adjuster | Plant-based |
| Potassium cocoate | Surfactant (cleaning agent) | Plant-based |
| Decyl glucoside | Surfactant (cleaning agent) | Plant-based |
| Propylene glycol | Enzyme stabilizer | Petrochemical |

**CA ingredient disclosure requirements**

### ABOUT US
Our Story
Our Mission
Transparency + Disclosures

### SHOP ECOVER
Shop All
Find A Store
Save $1.00

### CONTACT US
Customer Service
Media Inquiries

GET TO KNOW US

© 2020 Ecover. All Rights Reserved. See Our Privacy Policy and Terms of Use.

**Trying to keep clean and remain calm? We're with you.**      See our COVID-19 response.

ecover      SHOP      PIONEERING CLEAN      ABOUT US      FIND A STORE



HOME  »   DETERGENTS  »   LAUNDRY  »   LAUNDRY DETERGENT

**LAUNDRY**
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

SHOP ALL



## LAUNDRY DETERGENT

TOUGH ON STAINS, GENTLE ON THE ENVIRONMENT

**Formulated to work in cold water**

Our concentrated liquid laundry detergent is tough on stains even in cold water, which means you can use less energy for every load. Made with plant-based ingredients and packaged in plastic made from sugarcane, our biodegradable formula is gentle on your skin and the environment. Plus, our 100% **natural** fragrance leaves clothes smelling fresh and clean. We think it's a combination that would make Mother Nature proud.

GET YOUR HANDS ON IT HERE:
amazon  |  iherb
well.ca

| Benefits | Ingredients | | Fragrances |
|---|---|---|---|
| Propyne glycol | Enzyme stabilizer | Synthetic | |
| Carboxymethylinulin | Chelating agent | Plant-based | |
| Lavandin extract | Fragrance | Synthetic | |
| Rosemary extract | Fragrance | Synthetic | |
| Linalool | Fragrance† | Synthetic | |
| Polyethylene glycol | Enzyme stabilizer | Synthetic | |
| Calcium chloride | Enzyme stabilizer | Mineral-based | |
| Sodium chloride | Thickener | Mineral-based | |
| Sodium sulfate | Thickener | Mineral-based | |
| Sorbitol | Enzyme stabilizer | Plant-based | |
| Unsulfated material | Not available | Not available | |
| Phenoxyethanol | Antioxidant | Synthetic | |

CA ingredient disclosure requirements



**ABOUT US**
Our Story
Our Mission
Transparency + Disclosures

**CONTACT US**
Customer Service
Media Inquiries

**GET TO KNOW US**

**SHOP ECOVER**
Shop All
Find A Store
Save $1.00

© 2020 Ecover. All Rights Reserved. See Our Privacy Policy and Terms of Use.

**Trying to keep clean and remain calm? We're with you.**        See our COVID-19 response.

ecover          SHOP       PIONEERING CLEAN       ABOUT US       FIND A STORE





HOME  »  DETERGENTS  »  LAUNDRY  »  LAUNDRY DETERGENT

**LAUNDRY**
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

SHOP ALL





## LAUNDRY DETERGENT

TOUGH ON STAINS, GENTLE ON THE ENVIRONMENT

**Formulated to work in cold water**

Our concentrated liquid laundry detergent is tough on stains even in cold water, which means you can use less energy for every load. Made with plant-based ingredients and packaged in plastic made from sugarcane, our biodegradable formula is gentle on your skin and the environment. Plus, our 100% **natural** fragrance leaves clothes smelling fresh and clean. We think it's a combination that would make Mother Nature proud.

**GET YOUR HANDS ON IT HERE:**
amazon  iherb

well.ca

| Benefits | Ingredients | Fragrances |
|---|---|---|



| | | |
|---|---|---|
| Phenoxyethanol | Antioxidant | Synthetic |
| Citric acid | Acidulant/limescale removal | Plant-based |
| Protease | Enzymatic stain removal | Plant-based |
| Tetrasodium edta | Chelating agent | Synthetic |
| Sodium glycolate | Chelating agent | Synthetic |
| Sodium diglycolate | Chelating agent | Synthetic |
| Alpha-amylase | Cleaning enzyme | Plant-based |
| Methylisothiazolinone | Preservative | Synthetic |
| Benzylisothiazolinone | Preservative | Synthetic |
| Cellulase | Enzyme stain remover | Plant-based |
| Sodium hydroxide | pH adjuster | Mineral-based |

CA ingredient disclosure requirements

**ABOUT US**
Our Story
Our Mission
Transparency + Disclosures

**SHOP ECOVER**
Shop All
Find A Store
Save $1.00

**CONTACT US**
Customer Service
Media Inquiries

**GET TO KNOW US**

© 2020 Ecover. All Rights Reserved. See Our Privacy Policy and Terms of Use.

**Trying to keep clean and remain calm? We're with you.**      See our COVID-19 response.

ecover      SHOP      PIONEERING CLEAN      ABOUT US      FIND A STORE



**Webpage: WBM Laundry Detergent (Lavender Field)**
**Archive Date: 8/8/2020**
**URL: https://web.archive.org/web/20200808225234/https://us.ecover.com/products/laundry-detergent-lavender-field/**
**DL Date: 12/17/2021 (KE)**









HOME » DETERGENTS » LAUNDRY » LAUNDRY DETERGENT

**LAUNDRY**
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

**SHOP ALL**



## LAUNDRY DETERGENT

TOUGH ON STAINS, GENTLE ON THE ENVIRONMENT

**Formulated to work in cold water**

Our concentrated liquid laundry detergent is tough on stains even in cold water, which means you can use less energy for every load. Made with plant-based ingredients and packaged in plastic made from sugarcane, our biodegradable formula is gentle on your skin and the environment. Plus, our 100% **natural** fragrance leaves clothes smelling fresh and clean. We think it's a combination that would make Mother Nature proud.

**GET YOUR HANDS ON IT HERE:**

amazon   Jet   iHerb

Well.ca

| Benefits | Ingredients | Fragrances |
|---|---|---|

| Propylene glycol | Enzyme stabilizer | Petrochemical |
| Carboxymethylinulin | Chelating agent | Plant-based |
| Lavandin extract | Fragrance | Synthetic |
| Rosemary extract | Fragrance | Synthetic |
| Linalool | Fragrance† | Synthetic |
| Polyethylene glycol | Enzyme stabilizer | Synthetic |
| Calcium chloride | Enzyme stabilizer | Mineral-based |
| Sodium chloride | Thickener | Mineral-based |
| Sodium sulfate | Thickener | Mineral-based |
| Sorbitol | Enzyme stabilizer | Plant-based |
| Unsulfated material | Not available | Not available |
| Phenoxyethanol | Antioxidant | Synthetic |

**CA ingredient disclosure requirements**



**ABOUT US**
Our Story
Our Mission
Transparency + Disclosures

**SHOP ECOVER**
Shop All
Find A Store
Save $1.00

**CONTACT US**
Customer Service
Media Inquiries

**GET TO KNOW US**

© 2021 Ecover. All Rights Reserved. See Our *Privacy Policy* and *Terms of Use*.

**Trying to keep clean and remain calm? We're with you.**          See our COVID-19 response.

ecover          SHOP          PIONEERING CLEAN          ABOUT US          FIND A STORE





HOME  »  DETERGENTS  »  LAUNDRY  »  LAUNDRY DETERGENT

### LAUNDRY

- detergents
- softeners
- stain remover

### HOME CARE

- all purpose
- toilet

### DISH

- dishwasher
- liquid dish
- rinse aid

### FRAGRANCE-FREE

- zero dish
- zero laundry

### SHOP ALL

## LAUNDRY DETERGENT

TOUGH ON STAINS, GENTLE ON THE ENVIRONMENT

**Formulated to work in cold water**

Our concentrated liquid laundry detergent is tough on stains even in cold water, which means you can use less energy for every load. Made with plant-based ingredients and packaged in plastic made from sugarcane, our biodegradable formula is gentle on your skin and the environment. Plus, our 100% **natural** fragrance leaves clothes smelling fresh and clean. We think it's a combination that would make Mother Nature proud.

GET YOUR HANDS ON IT HERE:

amazon      Jet      iHerb

Well.ca

| Benefits | Ingredients | Fragrances |
| --- | --- | --- |

| Phenoxyethanol | Antioxidant | Synthetic |
| Citric acid | Acidulant/limescale removal | Plant-based |
| Protease | Enzymatic stain removal | Plant-based |
| Tetrasodium edta | Chelating agent | Synthetic |
| Sodium glycolate | Chelating agent | Synthetic |
| Sodium diglycolate | Chelating agent | Synthetic |
| Alpha-amylase | Cleaning enzyme | Plant-based |
| Methylisothiazolinone | Preservative | Synthetic |
| Benzylisothiazolinone | Preservative | Synthetic |
| Cellulase | Enzyme stain remover | Plant-based |
| Sodium hydroxide | pH adjuster | Mineral-based |

CA ingredient disclosure requirements



### ABOUT US
Our Story
Our Mission
Transparency + Disclosures

### SHOP ECOVER
Shop All
Find A Store
Save $1.00

### CONTACT US
Customer Service
Media Inquiries

### GET TO KNOW US

© 2021 Ecover. All Rights Reserved. See Our Privacy Policy and Terms of Use.

Trying to keep clean and remain calm? We're with you.        See our COVID-19 response.

ecover        SHOP    PIONEERING CLEAN    ABOUT US    FIND A STORE



Webpage: WBM Laundry Detergent (Lavender Field)
Archive Date: 1/16/2021
URL: https://web.archive.org/web/20210116172433/https://us.ecover.com/products/laundry-detergent-lavender-field/
DL Date: 12/17/2021 (KE)

# **<u>Exhibit F (12) Rinse Aid Ingredient List</u>**

a.   Image from Archived E-Cover Product Web Page (2015)

b.   Image from Archived E-Cover Product Web Page (2021)





HOME  »  DISH  »  RINSE AID  »  RINSE AID

**LAUNDRY**
- delicate
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- cream scrub
- floor
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

SHOP ALL

## RINSE AID

ADD MORE SPARKLE TO YOUR DISHES

☆☆☆☆☆  read reviews | write review

**Helps prevent spots & film**

Made with renewable, plant based ingredients, this planet friendly rinse aid is the perfect follow up to your dishwasher detergent. Simply pour it in to help prevent spots and film on your dishes and glasses for an absolutely brilliant finish.

# $4.55

SCENT / SIZE

LIGHTLY SCENTED / 16 OZ

**BUY NOW ON SOAP.COM ›**

share this



| Benefits | Ingredients | Fragrances | | |
|---|---|---|---|---|
| candida bombicola/glucose rapeseed oil ferment | Surfactant | Fermented from glucose & rapeseed oil | Yeast, su and oil e ferments create a powerfu surfacta |
| alcohol denatured | Solvent, viscosity control | Fermented plant sugars | Works a solvent e helps ma the prod thin eno be poure spray abl |
| caprylyl/capryl glucoside | Surfactant | Plant sugars & oils such as coconut oil | Surfacta most of remove dirt and from yo clothes, and surf |

Loading, please wait...

0 REVIEWS                                                        overall rating ☆☆☆☆☆

**what do you think about rinse aid?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info-us@ecover.com.

how would you rate this product? *

☆☆☆☆☆

review *

submit review

**Webpage: WBM Rinse Aid**
**Archive Date: 3/15/2015**
**URL: https://web.archive.org/web/20150315071538/https://us.ecover.com/products/rinse-aid/**
**DL Date: 12/17/2021 (KE)**

SHOP     PIONEERING CLEAN     ABOUT US     FIND A STORE





Webpage: WBM Rinse Aid
Archive Date: 1/16/2021
URL: https://web.archive.org/web/20210116190349/https://us.ecover.com/products/rinse-aid/
DL Date: 12/17/2021 (KE)

# <u>Exhibit F (13) Stain Remover Ingredient List</u>

a.   Image from Archived E-Cover Product Web Page (2015)

b.   Image from Archived E-Cover Product Web Page (2021)

http://us.ecover.com/product/stain-remover/

9 captures



HOME » LAUNDRY » STAIN REMOVER » STAIN REMOVER

**LAUNDRY**
- delicate
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- cream scrub
- floor
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

SHOP ALL

## STAIN REMOVER
BRUSH AWAY STAINS, LITERALLY

☆☆☆☆☆   read reviews | write review

**Tough on grass, mud, grease & more**

Our powerful stain stick helps remove grass, mud, grease and more. Made with renewable plant-based & mineral ingredients, our biodegradable formula is tough no stains, but gentle on the environment. Simply work the liquid into the fabric with the built-in brush and wash as usual. Cleaning couldn't be easier.

## $4.99

SCENT / SIZE

LIGHTLY SCENTED / 6.8 OZ ⌄

**BUY NOW ON SOAP.COM ›**

share this



| Benefits | Ingredients | Fragrances |
|---|---|---|

| what it is | function | where it comes from | learn more |
|---|---|---|---|
| Water (aqua) | Solvent | DI water | Water is an excellent solvent and helps all of the other ingredients their job. |
| lauryl glucoside | Surfactant | Plant sugars & oils such as coconut oil | Surfactants do most of the hard wo to remove t dirt and gri from your clothes, dishes and surfaces. |
| sodium laureth sulfate | Surfactant | plant oils such as coconut oil | Surfactants do most of the hard wo to remove t... |

Loading, please wait...

0 REVIEWS                                          overall rating ☆☆☆☆☆

**what do you think about stain remover?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

Connect with Facebook

**how would you rate this product?** *

☆ ☆ ☆ ☆ ☆

**review** *

[                                                              ]

submit review



ecover      SHOP      PIONEERING CLEAN      ABOUT US      FIND A STORE



9 captures
18 Mar 2010 - 24 Sep 2021

HOME » LAUNDRY » STAIN REMOVER » STAIN REMOVER

LAUNDRY
- delicate
- detergents
- softeners
- stain remover

HOME CARE
- all purpose
- cream scrub
- floor
- toilet

DISH
- dishwasher
- liquid dish
- rinse aid

FRAGRANCE-FREE
- zero dish
- zero laundry

SHOP ALL



# STAIN REMOVER

BRUSH AWAY STAINS, LITERALLY

☆☆☆☆☆  read reviews | write review

**Tough on grass, mud, grease & more**

Our powerful stain stick helps remove grass, mud, grease and more. Made with renewable plant-based & mineral ingredients, our biodegradable formula is tough on stains, but gentle on the environment. Simply work the liquid into the fabric with the built-in brush and wash as usual. Cleaning couldn't be easier.

## $4.99

SCENT / SIZE

LIGHTLY SCENTED / 6.8 OZ ▾

**BUY NOW ON SOAP.COM ›**

ⓕ ⓣ ⊠ share this

---

| Benefits | Ingredients | Fragrances |
|---|---|---|

| | | |
|---|---|---|
| surface | such as coconut oil | to most of the hard work to remove t dirt and grr from your clothes, dishes and surfaces. |
| sodium chloride | Viscosity regulator | Mineral | Sodium chloride is t scientific name for ta salt. Salt regulates th thickness of the product and keeps t other ingredients stable. |
| alcohol | Solvent, viscosity controls | Fermented plant sugars | Works as a solvent and helps make ▾ |

Loading, please wait...

0 REVIEWS                                          overall rating ☆☆☆☆☆

**what do you think about stain remover?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info-us@ecover.com.

Connect with Facebook

**how would you rate this product? ***

☆☆☆☆☆

**review ***

[                                        ]

submit review



http://us.ecover.com/product/stain-remover/

9 captures



HOME > LAUNDRY > STAIN REMOVER > STAIN REMOVER

**LAUNDRY**
- delicate
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- cream scrub
- floor
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

SHOP ALL

## STAIN REMOVER
### BRUSH AWAY STAINS, LITERALLY

☆☆☆☆☆  read reviews | write review

**Tough on grass, mud, grease & more**

Our powerful stain stick helps remove grass, mud, grease and more. Made with renewable plant-based & mineral ingredients, our biodegradable formula is tough on stains, but gentle on the environment. Simply work the liquid into the fabric with the built-in brush and wash as usual. Cleaning couldn't be easier.

## $4.99

SCENT / SIZE

LIGHTLY SCENTED / 6.8 OZ

**BUY NOW ON SOAP.COM ›**

share this

Loading, please wait...

| Benefits | Ingredients | Fragrances | | |
|---|---|---|---|---|
| alcohol | solvent, viscosity control | Fermented plant sugars | Works as a solvent and helps make the product thin enough to be poura or sprayable | |
| fragrance | fragrance | blend of plant-based & synthetic materials | Fragrances are a remix of nature, a all potential allergens ar voluntarily disclosed or the label. | |
| citric acid | Complexing agent | Fermented plant sugars | Used to adjust the p and is completely biodegradat | |
| subtilisin | Stain removal | Fermented plant sugars | Enzymes he break down stains where | |

0 REVIEWS                                          overall rating ☆☆☆☆☆

**what do you think about stain remover?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info-us@ecover.com.

Connect with Facebook

**how would you rate this product?** *

☆☆☆☆☆

review *

[                                                                    ]

submit review



ecover    SHOP    PIONEERING CLEAN    ABOUT US    FIND A STORE





Webpage: WBM Stain Remover
Archive Date: 3/15/2015
URL: https://web.archive.org/web/20150315071638/http://us.ecover.com/products/stain-remover/
DL Date: 12/17/2021 (KE)





HOME » LAUNDRY » STAIN REMOVER » STAIN REMOVER

LAUNDRY
• detergents
• softeners
• stain remover

HOME CARE
• all purpose
• toilet

DISH
• dishwasher
• liquid dish
• rinse aid

FRAGRANCE-FREE
• zero dish
• zero laundry

SHOP ALL

## STAIN REMOVER

BRUSH AWAY STAINS, LITERALLY

Tough on grass, mud, grease & more

Our powerful stain stick helps remove grass, mud, grease and more. Made with renewable plant-based & mineral ingredients, our biodegradable formula is tough on stains, but gentle on the environment. Simply work the liquid into the fabric with the built-in brush and wash as usual. Cleaning couldn't be easier.

GET YOUR HANDS ON IT HERE:

amazon   Jet   iHerb

Well.ca

| Benefits | Ingredients | Fragrances |
|---|---|---|

Check out our full disclosure + ingredients list below

| Ingredient | Function | Source |
|---|---|---|
| Water (aqua) | Solvent | Water |
| Lauryl glucoside | Surfactant | Plant-based |
| Sodium laureth sulfate | Surfactant | Plant-based |
| Sodium chloride | Thickener | Mineral-based |
| Ethanol | Solvent | Plant-based |
| Glycerin | Enzyme stabilizer | Plant-based |
| Propylene glycol | Enzyme stabilizer | Synthetic |
| Linalool | Fragrance+ | Synthetic |
| Beta-caryophyllene | Fragrance | Synthetic |

CA ingredient disclosure requirements



ABOUT US
Our Story
Our Mission
Transparency + Disclosures

SHOP ECOVER
Shop All
Find A Store
Save $1.00

CONTACT US
Customer Service
Media Inquiries

GET TO KNOW US

© 2021 Ecover. All Rights Reserved. See Our Privacy Policy and Terms of Use.

Trying to keep clean and remain calm? We're with you.

See our COVID-19 response.

ecover   SHOP   PIONEERING CLEAN   ABOUT US   FIND A STORE











**Webpage: WBM Stain Remover**
**Archive Date: 1/16/2021**
**URL: https://web.archive.org/web/20210116171847/https://us.ecover.com/products/stain-remover/**
**DL Date: 12/17/2021**

# <u>Exhibit F (14) Toilet Cleaner Ingredient List</u>

a.  Image from Archived E-Cover Product Web Page (2015)

b.  Image from Archived E-Cover Product Web Page (2021)





http://us.ecover.com/products/toilet-cleaner
7 captures
18 Mar 2015 - 16 Jan 2021

HOME  »   HOME CARE  »   TOILET  »   TOILET CLEANER

**LAUNDRY**
- delicate
- detergents
- softeners
- stain remover

**HOME CARE**
- all purpose
- cream scrub
- floor
- toilet

**DISH**
- dishwasher
- liquid dish
- rinse aid

**FRAGRANCE-FREE**
- zero dish
- zero laundry

SHOP ALL



## TOILET CLEANER

YOUR BOTTOM WILL THANK YOU

☆☆☆☆☆  read reviews | write review

Cleaning toilets is a dirty job. But we created a toilet cleaner to make the task a lot more pleasant. Made with renewable, plant-based ingredients, our biodegradable formula cleans, decalcifies and freshens your bowl with a brush and flush. So the only thing that's left behind is a sparkling shine.

## $4.99

SCENT / SIZE

| PINE FRESH / 25 OZ ▾ |

**BUY NOW ON SOAP.COM ›**

share this

| Benefits | Ingredients | Fragrances |
|---|---|---|

| what it is | function | where it comes from | learn more |
|---|---|---|---|
| Water (aqua) | Solvent | DI water | Water is an excellent solvent and helps all of the other ingredients do their job. |
| citric acid | Complexing agent | Fermented plant sugars | Used to adjust the pH and is completely biodegradable. |
| lauryl glucoside | Surfactant | Plant sugars & oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| sodium citrate | Water softener | Made from plant sugars | This softens water by |

0 REVIEWS

overall rating ☆☆☆☆☆

**what do you think about toilet cleaner?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

**how would you rate this product? ***

☆ ☆ ☆ ☆ ☆

review *

submit review

Loading, please wait...


7 captures
18 Mar 2015 - 16 Jan 2021

HOME  »   HOME CARE  »   TOILET  »   TOILET CLEANER

LAUNDRY
• delicate
• detergents
• softeners
• stain remover

HOME CARE
• all purpose
• cream scrub
• floor
• toilet

DISH
• dishwasher
• liquid dish
• rinse aid

FRAGRANCE-
FREE
• zero dish
• zero laundry

SHOP ALL

# TOILET CLEANER

YOUR BOTTOM WILL THANK YOU

☆☆☆☆☆   read reviews | write review

Cleaning toilets is a dirty job. But we created a toilet cleaner
to make the task a lot more pleasant. Made with renewable,
plant-based ingredients, our biodegradable formula cleans,
decalcifies and freshens your bowl with a brush and flush.
So the only thing that's left behind is a sparkling shine.

## $4.99

SCENT / SIZE

[ ▪ PINE FRESH / 25 OZ          ⌄ ]

**BUY NOW ON SOAP.COM ›**

⊕  ⌑  ⌇   share this

| Benefits | Ingredients | Fragrances |
| --- | --- | --- |

Loading, please wait...

| | | | ...and surfaces. |
| --- | --- | --- | --- |
| sodium citrate | Water softener | Made from plant sugars | This softens water by binding with minerals and allowing the active ingredients to do their job. |
| xanthan gum | Thickener | Fermented plant sugars | This natural thickener comes from fermentation of plant sugars. |
| fragrance | fragrance | blend of plant-based & synthetic materials | Fragrances are a reminder of nature, and all potential allergens are voluntarily disclosed on the label. |

0 REVIEWS                                                    overall rating ☆☆☆☆☆

**what do you think about toilet cleaner?**

psst...if you have a question or product suggestion, talk to us on facebook or email us at info.us@ecover.com.

**how would you rate this product? ***

☆ ☆ ☆ ☆ ☆

review *

[                                                                    ]

[ submit review ]

Exhibit F - (14)(a) Toilet Cleaner 2015 Ingredient List

ecover

**SHOP   PIONEERING CLEAN   ABOUT US   FIND A STORE**

**Webpage: WBM Toilet Cleaner**
**Archive Date: 3/15/2015**
**URL: https://web.archive.org/web/20150315071608/http://us.ecover.com/products/toilet-cleaner/**
**DL Date: 12/17/2021**







Webpage: WBM Toilet Cleaner
Archive Date: 1/16/2021
URL: https://web.archive.org/web/20210116185239/http://us.ecover.com/products/toilet-cleaner/
DL Date: 12/17/2021 (KE)