# Exhibit G

*Ingredient Glossary*

Plaintiff's Motion for Class Certification

# **Exhibit G (1) 2017 Ingredient Glossary**

1. Image from Archived E-Cover Product Web Page (2017)

INTERNET ARCHIVE Wayback Machine http://us.ecover.com/pioneering-clean/ingredients/ Go DEC JUL SEP 10 2016 2017 2020 15 captures 14 Mar 2015 - 5 Mar 2021 About this capture

# WE'RE ON A MISSION TO PIONEER CLEAN

PIONEER HOME | BENEFIT BLUEPRINT | INSPIRED BY NATURE | PLANTPLASTIC® | NO TESTING | INGREDIENTS | BENEFIT GLOSSARY | GREEN GLOSSARY

## Ingredient Glossary

It's what's inside that counts. Learn more about the ingredients we use in our formulas.

| WHAT IT IS | FUNCTION | WHERE IT COMES FROM | LEARN MORE |
|---|---|---|---|
| Alcohol | Solvent, viscosity control | Fermented plant sugars | Works as a solvent and helps make the product thin enough to be pourable or able to be sprayed. |
| Alcohol alkoxylate | Rinse aid | Blend of plant-based & synthetic materials | Helps prevent filming and spotting from minerals in hard water. |
| Alcohol denatured | Solvent, viscosity control | Fermented plant sugars | Works as a solvent and helps make the product thin enough to be pourable or able to be sprayed. |
| Alcohol ethoxylate | Fragrance emulsifier | Biodegrades readily; derived from synthetic sources | Even though this ingredient comes from synthetic materials, it biodegrades readily and is **non-toxic** in use. |
| Alkyl polyglucoside | Surfactant | Plant oils & sugars | A general detergent that lifts away dirt and stains. |
| Amylase | Stain removal | Fermented plant sugars | Enzymes help break down stains which is great for your dirty laundry. This enzyme is produced by a fermentation process. |
| Bentonite | Fabric softener | Mineral | This **natural** clay helps soften fabrics. |
| Benzisothiazolinone | Preservative | Synthetic | Preservatives stop the growth of bacteria and micro-organisms in the product. Although it's a synthetic ingredient, it's completely biodegradable and safe for people. |
| Benzyl alcohol | Preservative | Blend of plant-based & synthetic materials | Preservatives stop the growth of bacteria and micro-organisms in the product. Although it's a synthetic ingredient, it's completely biodegradable and safe for people. |
| Butyl glucoside | Wetting agent | Made from plant sugars | A specialized ingredient that ensures that water evaporates from your plates after the dishwasher cycle has completed. |
| Calcium carbonate | Scrubbing aid | Naturally occurring chalk | Commonly found in chalk and limestone, calcium carbonate helps scrub away dirt and grime. |
| Calcium chloride | Thickener | Mineral | Calcium chloride is similar to table salt and helps thicken the product. |
| Candida bombicola/glucose/rapeseed oil ferment | Surfactant | Fermented from glucose & rapeseed oil | Yeast, sugar and oil are fermented to create a powerful surfactant. |
| Caprylyl/decyl glucoside | Surfactant | Plant sugars & oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Capryl glucoside | Surfactant | Plant sugars & oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Caprylyl/capryl glucoside | Surfactant | Plant sugars & oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Carboxymethylcellulose | Anti-redeposition agent | Made from wood & plant fibers | Anti-redeposition agents help keep your clothes from looking grey or dingy by keeping the dirt in the water and not on your clothes. |
| Cellulase | Anti-pilling | Fermented plant sugars | Cellulase is an enzyme which helps reduce the possibility of pilling when your clothes are washed. |
| Citric acid | Optimizes pH | Fermented plant sugars | Used to adjust the pH and is completely biodegradable. |
| Citric acid solution | pH regulation | Fermented plant sugars | Used to adjust the pH and is completely biodegradable. |
| Coco-glucoside | Surfactant | Plant sugars & oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Decyl/myristyl glucoside | Surfactant | Plant sugars & oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Dipalmitoylethyl hydroxyethylmonium methosulfate | Fabric softener | Blend of plant-based & synthetic materials | Provides softening and some static control for your laundry. |
| Dipropylene glycol | Solvent | Synthetic | Allows the solution to pull grease and stains off of the surface. |
| Disodium disilicate | Builder | Mineral | Controls water alkalinity, provides corrosion protection. |
| Ethanol | Degreasing solvent, drying, stability improving | Fermented plant sugars | Allows the solution to pull grease and stains off of the surface. |
| Fatty acids c12-18 | Anti-streak agent | Plant-based | Helps prevent streaking on smooth surfaces. |
| Fatty alcohol alkoxylate | Surfactant | Plant-based & synthetic blend | An effective low-foam grease and oil lifter that is well-suited for heavy duty needs. |
| Fragrance | Fragrance | Plant-based | Fragrances are a reminder of nature, and all potential allergens are voluntarily disclosed on the label. |
| Natural fragrance | Fragrance | Derived from plants or microbes | Fragrances are a reminder of nature, and all potential allergens are voluntarily disclosed on the label. |

| | | | |
|---|---|---|---|
| Glycerin | Humidity buffer, moisturizer, compatibilizer, mild solvent | Vegetable oils | A multifunctional ingredient that is derived from vegetable oils. |
| Hydrogen Peroxide (6.75%) | Non-chlorine bleach | Made by bubbling air through water with a catalyst | Gentle, color-safe bleach that whitens and brightens with a low impact on the environment. |
| Lactic acid | pH regulation | Fermented plant sugars | Used as a pH regulator to make gentle formulas. |
| L-aspartic acid | Water softener | Fermented plant sugars | This softens water by binding with calcium and magnesium molecules and allowing the active ingredients to do their job. |
| Laureth-7 (ethoxylated coconut oil) | Surfactant | Fermented plant sugars | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Lauryl ethoxylate | Surfactant | Coconut & other plant-based oils | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Lauryl glucoside | Surfactant | Plant sugars & oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Lauryl/myristyl glucoside | Surfactant | Plant sugars & oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Linalool | Fragrance | Naturally occurring in plants | Ecover fragrances are a reminder of nature, and all potential allergens are voluntarily disclosed on the label. |
| Linum usitatissimim seed oil | Moisturizing | Flaxseed oil | Helps to condition your floors and surfaces. |
| Lipase | Stain removal | Fermented plant sugars | Enzymes help break down stains which is great for your dirty laundry. This enzyme is produced by a fermentation process. |
| Magnesium chloride | Viscosity regulator | Mineral | This mineral-based ingredient is used to thicken some of our liquid products, making the product easier to use. |
| Metasilicate | pH corrector and corrosion inhibitor | Mineral | This is a readily abundant mineral used to maintain the correct pH level in your washing machine. |
| Methylisothiazolinone | Preservative | Synthetic | Preservatives stop the growth of bacteria and micro-organisms in the product. Although it's a synthetic ingredient, it's completely biodegradable and safe for people. |
| Phenoxyethanol | Antioxidant | Synthetic | This limits the oxidation of other ingredients in the formula. It is safe for people, has low skin and eye irritation and biodegrades readily. |
| Potassium cocoate | Surfactant | Coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Potassium oleate | Surfactant and foam control | Made from plant-based oleic acid | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Protease | Stain removal | Fermented plant sugars | This enzyme helps improve stain removal by breaking down protein and starch-based stains like blood and egg. |
| Sodium bicarbonate | pH regulator and water softener | Mineral | This softens water by binding with calcium and magnesium molecules and allowing the active ingredients to do their job. |
| Sodium carbonate | Water softener | Mineral | This softens water by binding with calcium and magnesium molecules and allowing the active ingredients to do their job. |
| Sodium carbonate peroxide | Alkalinity booster and oxidizer | Mineral | Peroxide is not toxic if ingested or comes into contact with skin, and it disperses safely in the environment. |
| Sodium carbonate peroxyhydrate | Non-chlorine bleach | Soda ash & hydrogen peroxide | Gentle, color-safe bleach that whitens and brightens with a low impact on the environment. |
| Sodium chloride | Viscosity regulator | Mineral | Sodium chloride is the scientific name for table salt. Salt regulates the thickness of the product and keeps the other ingredients stable. |
| Sodium citrate | Water softener | Made from plant sugars | This softens water by binding with minerals and allowing the active ingredients to do their job. |
| Sodium gluconate | Water softener | Fermented plant sugars | This softens water by binding with minerals and allowing the active ingredients to do their job. |
| Sodium laureth sulfate | Surfactant | Plant oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Sodium lauryl sulfate | Surfactant | Plant oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Sodium metasilicate | pH corrector | Mineral | This comes from a widely abundant mineral. Its job is to maintain the correct pH level in your washing machine. |
| Sodium percarbonate | Bleaching agent | Mineral | Percarbonate is an oxidizing bleach without the environmental effects of some bleaching agents. |
| Sodium polyaspartate | Water softener and dispersant | Fermented plant sugars | Controls hard water effects during cleaning and helps to suspend soil. Non-toxic to skin and readily biodegradable. |
| Sodium polyitaconate | Water softener and dispersant | Fermented plant sugars | Controls hard water effects during cleaning and helps to suspend soil. Non-toxic to skin and readily biodegradable. |
| Sodium disilicate | Builder | Mineral | Controls water alkalinity, provides corrosion protection. |
| Sodium silicate | pH corrector and corrosion inhibitor | Mineral | This comes from a widely abundant mineral and is used to maintain the correct ph level in your washing machine. |
| Sodium sulfate | Improves surfactant activity | Mineral | Improves the efficiency of a powder, allowing you to use smaller quantities. |
| Sorbic acid | Preservative | Synthetic | Preservatives stop the growth of bacteria and micro-organisms in the product. Although it's a synthetic ingredient, it's completely biodegradable and safe for people. |
| Sorbitan sesquicaprylate | Surfactant | Sorbitol & plant oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Sorbitol | Tablet binding agent | Made from plant sugars | This is a sugar-derived alcohol used to bind the ingredients together in our dishwasher tablets. |
| Subtilisin | Stain removal | Fermented plant sugars | Enzymes help break down stains which is great for your dirty laundry. This enzyme is produced by a fermentation process. |
| TAED | Bleach activation | Synthetic | Tetra acetyl ethylene diamine, or TAED, helps our bleaching agents to be effective at lower temperatures. |
| Trisodium citrate dihydrate | Water softener | Made from plant sugars | This softens water by binding with minerals and allowing the active ingredients to do their job. |
| Water (aqua) | Solvent | Deionized water | Water is an excellent solvent and helps all of the other ingredients do their job. |
| Xanthan gum | Thickener | Fermented plant sugars | This **natural** thickener comes from fermentation of plant sugars. |
| Zeolite | Water softener | Mineral | This softens water by binding with minerals and allowing the active ingredients to do their job. |

**Webpage: WBM Ingredient Glossary**
**Archive Date: 7/10/2017**
**URL: https://web.archive.org/web/20170710084711/http://us.ecover.com/pioneering-clean/ingredients/**
**DL Date: 12/17/2021 (KE)**

# Exhibit G (2) 2021 Ingredient Glossary

1. Image from Archived E-Cover Product Web Page (2021)

INTERNET ARCHIVE WaybackMachine https://us.ecover.com/pioneering-clean/ingredients/ Go JAN MAR APR 05 2017 2021 2022 15 captures 14 Mar 2015 - 5 Mar 2021 About this capture

# WE'RE ON A MISSION TO PIONEER CLEAN

## Ingredient Glossary

It's what's inside that counts. Learn more about the ingredients we use in our formulas.

| WHAT IT IS | FUNCTION | WHERE IT COMES FROM | LEARN MORE |
|---|---|---|---|
| Alcohol | Solvent, viscosity control | Fermented plant sugars | Works as a solvent and helps make the product thin enough to be pourable or able to be sprayed. |
| Alcohol alkoxylate | Rinse aid | Blend of plant-based & synthetic materials | Helps prevent filming and spotting from minerals in hard water. |
| Alcohol denatured | Solvent, viscosity control | Fermented plant sugars | Works as a solvent and helps make the product thin enough to be pourable or able to be sprayed. |
| Alcohol ethoxylate | Fragrance emulsifier | Biodegrades readily; derived from synthetic sources | Even though this ingredient comes from synthetic materials, it biodegrades readily and is **non-toxic** in use. |
| Alkyl polyglucoside | Surfactant | Plant oils & sugars | A general detergent that lifts away dirt and stains. |
| Amylase | Stain removal | Fermented plant sugars | Enzymes help break down stains which is great for your dirty laundry. This enzyme is produced by a fermentation process. |
| Bentonite | Fabric softener | Mineral | This **natural** clay helps soften fabrics. |
| Benzisothiazolinone | Preservative | Synthetic | Preservatives stop the growth of bacteria and micro-organisms in the product. Although it's a synthetic ingredient, it's completely biodegradable and safe for people. |
| Benzyl alcohol | Preservative | Blend of plant-based & synthetic materials | Preservatives stop the growth of bacteria and micro-organisms in the product. Although it's a synthetic ingredient, it's completely biodegradable and safe for people. |
| Butyl glucoside | Wetting agent | Made from plant sugars | A specialized ingredient that ensures that water evaporates from your plates after the dishwasher cycle has completed. |
| Calcium carbonate | Scrubbing aid | Naturally occurring chalk | Commonly found in chalk and limestone, calcium carbonate helps scrub away dirt and grime. |
| Calcium chloride | Thickener | Mineral | Calcium chloride is similar to table salt and helps thicken the product. |
| Candida bombicola/glucose/rapeseed oil ferment | Surfactant | Fermented from glucose & rapeseed oil | Yeast, sugar and oil are fermented to create a powerful surfactant. |
| Caprylyl/decyl glucoside | Surfactant | Plant sugars & oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Capryl glucoside | Surfactant | Plant sugars & oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Caprylyl/capryl glucoside | Surfactant | Plant sugars & oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Carboxymethylcellulose | Anti-redeposition agent | Made from wood & plant fibers | Anti-redeposition agents help keep your clothes from looking grey or dingy by keeping the dirt in the water and not on your clothes. |
| Cellulase | Anti-pilling | Fermented plant sugars | Cellulase is an enzyme which helps reduce the possibility of pilling when your clothes are washed. |
| Citric acid | Optimizes pH | Fermented plant sugars | Used to adjust the pH and is completely biodegradable. |
| Citric acid solution | pH regulation | Fermented plant sugars | Used to adjust the pH and is completely biodegradable. |
| Coco-glucoside | Surfactant | Plant sugars & oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Decyl/myristyl glucoside | Surfactant | Plant sugars & oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Dipalmitoylethyl hydroxyethylmonium methosulfate | Fabric softener | Blend of plant-based & synthetic materials | Provides softening and some static control for your laundry. |
| Dipropylene glycol | Solvent | Synthetic | Allows the solution to pull grease and stains off of the surface. |
| Disodium disilicate | Builder | Mineral | Controls water alkalinity, provides corrosion protection. |
| Ethanol | Degreasing solvent, drying, stability improving | Fermented plant sugars | Allows the solution to pull grease and stains off of the surface. |

| | | | |
|---|---|---|---|
| Fatty acids C[illegible]-C18 | Anti-streak agent | Plant-based | Helps prevent streaking on smooth surfaces. |
| Fatty alcohol alkoxylate | Surfactant | Plant-based & synthetic blend | An effective low-foam grease and oil lifter that is well-suited for heavy duty needs. |
| Fragrance | Fragrance | Plant-based | Fragrances are a reminder of nature, and all potential allergens are voluntarily disclosed on the label. |
| Natural fragrance | Fragrance | Derived from plants or microbes | Fragrances are a reminder of nature, and all potential allergens are voluntarily disclosed on the label. |
| Glycerin | Humidity buffer, moisturizer, compatibilizer, mild solvent | Vegetable oils | A multifunctional ingredient that is derived from vegetable oils. |
| Hydrogen Peroxide (6.75%) | Non-chlorine bleach | Made by bubbling air through water with a catalyst | Gentle, color-safe bleach that whitens and brightens with a low impact on the environment. |
| Lactic acid | pH regulation | Fermented plant sugars | Used as a pH regulator to make gentle formulas. |
| L-aspartic acid | Water softener | Fermented plant sugars | This softens water by binding with calcium and magnesium molecules and allowing the active ingredients to do their job. |
| Laureth-7 (ethoxylated coconut oil) | Surfactant | Fermented plant sugars | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Lauryl ethoxylate | Surfactant | Coconut & other plant-based oils | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Lauryl glucoside | Surfactant | Plant sugars & oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Lauryl/myristyl glucoside | Surfactant | Plant sugars & oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Linalool | Fragrance | Naturally occurring in plants | Ecover fragrances are a reminder of nature, and all potential allergens are voluntarily disclosed on the label. |
| Linum usitatissimim seed oil | Moisturizing | Flaxseed oil | Helps to condition your floors and surfaces. |
| Lipase | Stain removal | Fermented plant sugars | Enzymes help break down stains which is great for your dirty laundry. This enzyme is produced by a fermentation process. |
| Magnesium chloride | Viscosity regulator | Mineral | This mineral-based ingredient is used to thicken some of our liquid products, making the product easier to use. |
| Metasilicate | pH corrector and corrosion inhibitor | Mineral | This is a readily abundant mineral used to maintain the correct pH level in your washing machine. |
| Methylisothiazolinone | Preservative | Synthetic | Preservatives stop the growth of bacteria and micro-organisms in the product. Although it's a synthetic ingredient, it's completely biodegradable and safe for people. |
| Phenoxyethanol | Antioxidant | Synthetic | This limits the oxidation of other ingredients in the formula. It is safe for people, has low skin and eye irritation and biodegrades readily. |
| Potassium cocoate | Surfactant | Coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Potassium oleate | Surfactant and foam control | Made from plant-based oleic acid | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Protease | Stain removal | Fermented plant sugars | This enzyme helps improve stain removal by breaking down protein and starch-based stains like blood and egg. |
| Sodium bicarbonate | pH regulator and water softener | Mineral | This softens water by binding with calcium and magnesium molecules and allowing the active ingredients to do their job. |
| Sodium carbonate | Water softener | Mineral | This softens water by binding with calcium and magnesium molecules and allowing the active ingredients to do their job. |
| Sodium carbonate peroxide | Alkalinity booster and oxidizer | Mineral | Peroxide is not toxic if ingested or comes into contact with skin, and it disperses safely in the environment. |
| Sodium carbonate peroxyhydrate | Non-chlorine bleach | Soda ash & hydrogen peroxide | Gentle, color-safe bleach that whitens and brightens with a low impact on the environment. |
| Sodium chloride | Viscosity regulator | Mineral | Sodium chloride is the scientific name for table salt. Salt regulates the thickness of the product and keeps the other ingredients stable. |
| Sodium citrate | Water softener | Made from plant sugars | This softens water by binding with minerals and allowing the active ingredients to do their job. |
| Sodium gluconate | Water softener | Fermented plant sugars | This softens water by binding with minerals and allowing the active ingredients to do their job. |
| Sodium laureth sulfate | Surfactant | Plant oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Sodium lauryl sulfate | Surfactant | Plant oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Sodium metasilicate | pH corrector | Mineral | This comes from a widely abundant mineral. Its job is to maintain the correct pH level in your washing machine. |
| Sodium percarbonate | Bleaching agent | Mineral | Percarbonate is an oxidizing bleach without the environmental effects of some bleaching agents. |
| Sodium polyaspartate | Water softener and dispersant | Fermented plant sugars | Controls hard water effects during cleaning and helps to suspend soil. Non-toxic to skin and readily biodegradable. |
| Sodium polyitaconate | Water softener and dispersant | Fermented plant sugars | Controls hard water effects during cleaning and helps to suspend soil. Non-toxic to skin and readily biodegradable. |
| Sodium disilicate | Builder | Mineral | Controls water alkalinity, provides corrosion protection. |
| Sodium silicate | pH corrector and corrosion inhibitor | Mineral | This comes from a widely abundant mineral and is used to maintain the correct ph level in your washing machine. |
| Sodium sulfate | Improves surfactant activity | Mineral | Improves the efficiency of a powder, allowing you to use smaller quantities. |
| Sorbic acid | Preservative | Synthetic | Preservatives stop the growth of bacteria and micro-organisms in the product. Although it's a synthetic ingredient, it's completely biodegradable and safe for people. |
| Sorbitan sesquicaprylate | Surfactant | Sorbitol & plant oils such as coconut oil | Surfactants do most of the hard work to remove the dirt and grime from your clothes, dishes and surfaces. |
| Sorbitol | Tablet binding agent | Made from plant sugars | This is a sugar-derived alcohol used to bind the ingredients together in our dishwasher tablets. |
| Subtilisin | Stain removal | Fermented plant sugars | Enzymes help break down stains which is great for your dirty laundry. This enzyme is produced by a fermentation process. |
| TAED | Bleach activation | Synthetic | Tetra acetyl ethylene diamine, or TAED, helps our bleaching agents to be effective at lower temperatures. |
| Trisodium citrate dihydrate | Water softener | Made from plant sugars | This softens water by binding with minerals and allowing the active ingredients to do their job. |




| | | | |
|---|---|---|---|
| Water (aqua) | Solvent | Deionized water | Water is an excellent solvent and helps all of the other ingredients do their job. |
| Xanthan gum | Thickener | Fermented plant sugars | This **natural** thickener comes from fermentation of plant sugars. |
| Zeolite | Water softener | Mineral | This softens water by binding with minerals and allowing the active ingredients to do their job. |

**Webpage: WBM Ingredient Glossary**
**Archive Date: 3/5/2021**
**URL: https://web.archive.org/web/20210305042417/https://us.ecover.com/pioneering-clean/ingredients/**
**DL Date: 12/17/2021 (KE)**