# Exhibit H

*Product Formulas*

Plaintiff's Motion for Class Certification

*Redacted Version of Document Provisionally Filed Under Seal*