# Exhibit I

*Spreadsheet Summary of Synthetic Admissions/Formulations*

Plaintiff's Motion for Class Certification

*Redacted Version of Document Provisionally Filed Under Seal*