# Exhibit J

*Sales Data*

Plaintiff's Motion for Class Certification

*Redacted Version of Document Provisionally Filed Under Seal*