# Exhibit M

*Ecover Archived Website*

Plaintiff's Motion for Class Certification



## IT'S TIME TO GET NATURE ON YOUR SIDE

Tapping into nature today for a cleaner tomorrow.



SEE ALL OUR PRODUCTS

## WE'RE ON A MISSION TO PIONEER CLEAN



**SCIENCE INSPIRED BY NATURE**
Fermentation isn't just for beer and cheese.
LEARN MORE



**ANIMALS ARE OUR FRIENDS**
We test in tubes, not on animals.
LEARN MORE



**ANATOMY OF OUR PRODUCT**
Take a closer look at our cleaners.
LEARN MORE



**WHAT'S IN THAT BOTTLE?**
Find out more about our ingredients.
LEARN MORE



## WHAT IS PLANTPLASTIC®?
THE ECOVER SOLUTION TO PLASTIC POLLUTION.

HURRAH, our PLASTIC is FANTASTIC!

LEARN MORE

## PRODUCTS FOR THE HOME

URL: https://web.archive.org/web/20210116171025/https://us.ecover.com/
Archived: 1/1/2016; Downloaded: 12/19/2021

Page 1 of 2

Exhibit M_Page 1 of 12



https://us.ecover.com/pioneering-clean/inspired-by-nature/
14 captures

# WE'RE ON A MISSION TO PIONEER CLEAN

PIONEER HOME | BENEFIT BLUEPRINT | INSPIRED BY NATURE | PLANTPLASTIC@ | NO TESTING | INGREDIENTS | BENEFIT GLOSSARY | GREEN GLOSSARY



## Science Inspired by Nature

What do pickles and Ecover have in common? Fermentation.

Fermentation is a natural process that occurs when bacteria, yeasts or other microorganisms break down sugar, thereby converting the sugar to alcohol. It's the same natural process used to make a variety of foods, including pickles, sauerkraut, bread, beer and cheese.





## Our scientists have found

that fermentation can also be used to make effective ingredients for soap. For example, through fermentation we can turn sugars into alcohols that can be used as solvents—the cleaning agents in many of our formulas that dissolve oils and other stains. And by using nature-inspired chemistry like fermentation, we are able to minimize our impact on the environment.

You see, many conventional cleaning processes typically involve high-heat, high-intensity practices to produce ingredients. While these processes can be quicker and cheaper, making ingredients this way requires a lot of energy and can lead to unwanted by-products that can be bad for the environment. Conventional processes can also emit more greenhouse gases and consume more water. So we attempt to limit our use of conventional processes when we can.

## At Ecover, we like to ask: what would nature do?

After all, nature has a pretty clever way of doing things. So, much like nature only uses the materials, heat or light that are naturally available to grow plants, we are inspired to use low heat, renewable plant sources and responsibly obtained minerals whenever possible. Our **naturally derived** ingredients not only deliver a powerful clean, but they are also renewable or abundant in nature.

Nature even inspires how we formulate our products for disposal. In nature, there is no waste. Everything is food for another part of the biosphere. Leaves on the forest floor slowly break down into nutrients for the soil to nourish the trees. Our soaps are formulated to readily biodegrade in a wastewater treatment facility or a septic system. Through biodegradation, microbes turn our soaps back into compounds that are found in nature, ensuring we leave nothing dirty behind.

It's the kind of clean you and Mother Nature can be proud of.





ABOUT US
Our Story
Our Mission
Transparency + Disclosures

CONTACT US
Customer Service
Media Inquiries

SHOP ECOVER
Shop All
Find A Store
Save $1.00

GET TO KNOW US

© 2021 Ecover. All Rights Reserved. See Our Privacy Policy and Terms of Use.

Trying to keep clean and remain calm? We're with you.     See our COVID-19 response.

ecover   SHOP   PIONEERING CLEAN   ABOUT US   FIND A STORE











URL: https://web.archive.org/web/20210116175024/https://us.ecover.com/about-us/
Archived: 1/16/2021; Downloaded: 12/19/2021

Page 2 of 8

Exhibit M_Page 6 of 12







**URL: https://web.archive.org/web/20210116175024/https://us.ecover.com/about-us/
Archived: 1/16/2021; Downloaded: 12/19/2021**

**Page 4 of 8**

**Exhibit M_Page 8 of 12**







ecover   SHOP   PIONEERING CLEAN   ABOUT US   FIND A STORE

**URL: https://web.archive.org/web/20210116175024/https://us.ecover.com/about-us/**
**Archived: 1/16/2021; Downloaded: 12/19/2021**

**Page 6 of 8**

**Exhibit M_Page 10 of 12**






