# Exhibit N

*S.C. Johnson Current Website*

Plaintiff's Motion for Class Certification



URL: https://www.scjohnson.com/en/about-us/this-we-believe
Date: 1976 to Present; Downloaded: 12/19/2021

Page 1 of 4
Exhibit N_Page 1 of 16

- Attentively responding to employees' suggestions and problems.
- Fostering open, two-way communications between management and employees.
- Providing employees with opportunities to participate in the process of decision-making.
- Encouraging employees at all levels and in all disciplines to work as a team.
- Respecting the dignity and rights of privacy of every employee*, and treating all people with respect.

\* SC Johnson goes to great lengths to respect individuals privacy. Company systems, such as email, however, may be monitored to enforce policy and protect company confidential business information.

> " Maintain good relations among all employees around the world based on a sense of participation, mutual respect and an understanding of common objectives. "



**Manage our business in such a way that we can provide security for regular employees and retirees, by:**

- Pursuing a long-term policy of planned, orderly growth.
- Retaining regular employees, if at all possible, as conditions change.
- However, this may not always be possible, particularly where major restructuring or reorganization is required to maintain competitiveness.
- Retraining employees who have acceptable performance records and are in positions no longer needed, provided suitable jobs are available.

**Maintain a high level of effectiveness within the organization, by:**

- Establishing clear, high standards of job performance.
- Ensuring that the performance of all employees meets required levels by giving appropriate recognition to those whose performance is good and by terminating those whose performance, despite their managers' efforts to help, continues below company standards.

**Provide equal opportunities in employment and advancement, by:**

- Hiring and promoting employees without discrimination, using qualifications, performance and experience as the principal criteria.

**Remunerate employees at levels that fully reward their performance and recognize their contribution to the success of their company, by:**

- Maintaining base pay and benefit programs both of which are fully competitive with those prevailing within the relevant marketplaces.
- Maintaining, in addition to our fully competitive pay and benefit programs, our long-standing tradition of sharing profits with employees.

**Protect the health and safety of all people in SCJ work environments, by:**

- Providing a clean and safe work environment.
- Providing appropriate training and occupational health services.

**Develop the skills and abilities of our people, by:**

- Providing on-the-job training and professional development programs.
- Helping employees qualify for opportunities in the company through educational and development programs.

**Create environments that are conducive to self-expression and personal well-being, by:**

- Fostering a culture of respect and inclusion, with zero tolerance for discrimination or harassment.
- Fostering and supporting leisure-time programs for employees and retirees.
- Developing job-enrichment programs.
- Maintaining the long tradition of high quality and good design in our offices and plants.



Fortaleza Hall at our global headquarters in Racine, Wisconsin, gives employees a place to gather and socialize.

**Earning Goodwill is Our Commitment to Stakeholders**

Encourage initiative, innovation and entrepreneurism among all employees, thereby providing opportunities for greater job satisfaction while also helping the worldwide company achieve its objectives.

We believe in earning the enduring goodwill of consumers and users of our products and services, and we commit ourselves to...

**Provide useful products and services throughout the world, by:**

- Monitoring closely the changing wants and needs of consumers and users.

URL: https://www.scjohnson.com/en/about-us/this-we-believe
Date: 1976 to Present; Downloaded: 12/19/2021

Page 2 of 4
Exhibit N_Page 2 of 16

- Developing and maintaining high standards of quality.
- Developing new products and services that are recognized by consumers and users as being significantly superior overall to major competition.
- Maintaining close and effective business relations with the trade to ensure that our products and services are readily available to consumers and users.
- Continuing our research and development commitment to provide a strong technology base for innovative and superior products and services.

> " Develop and market products that are environmentally sound and do not endanger the health and safety of consumers and users. "

Develop and market products that are environmentally sound and do not endanger the health and safety of consumers and users, by:

- Meeting all regulatory requirements or exceeding them where worldwide company standards are higher.
- Providing clear and adequate directions for safe use, together with cautionary statements and/or symbols.
- Incorporating protection against misuse where this is appropriate.
- Researching new technologies for products that favor an improved environment.

Maintain and develop comprehensive education and service programs for consumers and users, by:

- Disseminating information to consumers and users that promotes full understanding of the correct use of our products and services.
- Handling all inquiries, complaints and service needs for consumers and users quickly, thoroughly and fairly.

### Ethical Leadership Upholds our Corporate Values

We believe in being a responsible leader in the free market economy, and we commit ourselves to…

Ensure the future vitality of the worldwide company, by:

- Earning sufficient profits to provide new investment for planned growth and progress.
- Maintaining a worldwide organization of highly competent, motivated and dedicated employees.
- Seeking the counsel and independent judgment of a board of independent directors.

Conduct our business in a fair and ethical manner, by:

- Not engaging in unfair business practices.
- Treating our suppliers and customers both fairly and reasonably, according to sound commercial practices.
- Packaging and labeling our products so that consumers and users can make informed value judgments.
- Maintaining the highest advertising standards of integrity and good taste.
- Not engaging in bribery

> " Provide the general public with information about our activities so they have a better understanding of our worldwide company. "

Share the profits of the company with those who have contributed to its success, by:

- Rewarding employees through a profit sharing program.
- Allocating a share of the profits to enhance the well-being of communities where we operate.
- Developing better products and services for the benefit of consumers and users.
- Providing to shareholders a reasonable return on their investment.

Provide the general public with information about our activities so they have a better understanding of our worldwide company.

### Good Citizenship is a Guiding Principle around the Globe

We believe in contributing to the well-being of the countries and communities where we conduct business, and we commit ourselves to…

Contribute to the economic well-being of every country and community where we conduct business, by:

- Ensuring that new investment fits constructively into the economic development of each host country and local community.
- Encouraging the use of local suppliers and services where it makes sense strategically.


Members of the SC Johnson Indochina team


An SC Johnson manufacturing team in Canada

Contribute to the social development of every country and community where we conduct business, by:

- Providing training programs for the development of skills.
- Establishing and drawing from a global talent pool for leadership positions.
- Involving ourselves in social, cultural and educational projects that enhance the quality of life.

*Be a good corporate citizen, by:*

- Complying with and maintaining a due regard for the laws, regulations and traditions of each country where we conduct business, as well as the U.S. Foreign Corrupt Practices Act.



" Contribute to the economic well-being of every country and community where we conduct business. "

### Global Responsibility Supports Global Understanding

We believe in improving international understanding, and we commit ourselves to…

*Act with responsible practices in international trade and investment, by:*

- Retaining earnings necessary for reinvestment in our local companies and remitting dividends on a consistent basis.
- Making royalty, licensing and service agreements that are fair and reasonable and do not result in any hidden transfer of profits.
- Limiting foreign exchange transactions to normal business requirements and for the protection of our assets.

*Promote the exchange of ideas and techniques, by:*

- Encouraging the rapid diffusion of new technology to our local companies and licensees, while protecting our ownership rights and investment in such technology.
- Organizing worldwide and regional meetings for the dissemination and exchange of information.
- Providing support and assistance, especially in technical and professional fields, to develop skills throughout the organization.
- Following a balanced approach between transferring people to new jobs to gain experience and leaving people on the job long enough to make positive contributions in their assignments.
- Participating actively in non-political national and international activities with the objective of improving the global business climate.



This We Believe is SC Johnson's true north. We have been guided by our fundamental principles since 1886. They are articulated in This We Believe in 1976.

Read the full document here →

We work to help families at the base of the economic pyramid gain access to opportunities.

Learn more →

---

**Interacting with SCJ**
Tours & Architecture
Virtual Tours
Book Your Tour
Community Interest Programs
Grants

Better World Accountability Report

**For Media**
Press Contact
Newsroom

**Careers**
Join Our Family

**Legal**
Privacy Policy
Terms of Use
Statement on Slavery & Human Trafficking
▷ Do Not Sell My Information

**Contact Us**
Questions about products

2021 S.C. Johnson & Son Inc. All Rights Reserved.






# THIS WE BELIEVE

SC Johnson has been guided by certain basic principles since its founding in 1886. These principles were first summarized in 1927 by H.F. Johnson, Sr., in his Profit Sharing speech:

*"The goodwill of people is the only enduring thing in any business.
It is the sole substance…the rest is shadow!"*

In 1976, we formally stated these basic principles in "This We Believe." Since then, our statement of corporate philosophy has been translated and communicated around the world — not only within the worldwide company, but also outside. It has served us well by providing all employees with a common statement of the basic principles that guide SC Johnson in all the different cultures where we operate. It has also provided people outside the company with an understanding of our fundamental beliefs. It communicates the kind of company we are.

Following the celebration of our 100th anniversary, and more than ten years after "This We Believe" was developed, it was appropriate to restate, clarify and reaffirm our commitment to uphold these principles, because our company, like most others in highly volatile times, had to adjust its business strategies worldwide. This restatement and clarification was important to assure that SC Johnson's corporate policies and the actions of our managers and other employees continue to be fully supportive of our beliefs.

"This We Believe" states our beliefs in relation to the five groups of people to whom we are responsible and whose trust we have to earn:

**Employees**
We believe that the fundamental vitality and strength of our worldwide company lies in our people.

**Consumers and Users**
We believe in earning the enduring goodwill of consumers and users of our products and services.

**General Public**
We believe in being a responsible leader within the free market economy.

**Neighbors and Hosts**
We believe in contributing to the well-being of the countries and communities where we conduct business.

**World Community**
We believe in improving international understanding.

These beliefs are real and we will strive to live up to them. Our commitment to them is evident in our actions to date. The sincerity of our beliefs encourages us to act with integrity at all times, to respect the dignity of each person as an individual human being, to assume moral and social responsibilities early as a matter of conscience, to make an extra effort to use our skills and resources where they are most needed and to strive for excellence in everything we do.

Our way of safeguarding these beliefs is to remain a privately held company. Our way of reinforcing them is to make profits through growth and development, profits which allow us to do more for all the people on whom we depend.



**We believe that the fundamental vitality and strength of our worldwide company lies in our people, and we commit ourselves to…**

Maintain good relations among all employees around the world based on a sense of participation, mutual respect and an understanding of common objectives, by:
- Creating a climate whereby all employees freely air their concerns and express opinions with assurance that these will be fairly considered.
- Attentively responding to employees' suggestions and problems.
- Fostering open, two-way communications between management and employees.
- Providing employees with opportunities to participate in the process of decision-making.
- Encouraging employees at all levels and in all disciplines to work as a team.
- Respecting the dignity and rights of privacy of every employee.

Manage our business in such a way that we can provide security for regular employees and retirees, by:
- Pursuing a long-term policy of planned, orderly growth.
- Retaining regular employees, if at all possible, as conditions change.
- However, this may not always be possible, particularly where major restructuring or reorganization is required to maintain competitiveness.
- Retraining employees who have acceptable performance records and are in positions no longer needed, provided suitable jobs are available.

Maintain a high level of effectiveness within the organization, by:
- Establishing clear standards of job performance.
- Ensuring that the performance of all employees meets required levels by giving appropriate recognition to those whose performance is good and by terminating those whose performance, despite their managers' efforts to help, continues below company standards.

Provide equal opportunities in employment and advancement, by:
- Hiring and promoting employees without discrimination, using qualifications, performance and experience as the principal criteria.

Remunerate employees at levels that fully reward their performance and recognize their contribution to the success of their company, by:
- Maintaining base pay and benefit programs both of which are fully competitive with those prevailing within the relevant marketplaces.
- Maintaining, in addition to our fully competitive pay and benefit programs, our long-standing tradition of sharing profits with employees.

Protect the health and safety of all employees, by:
- Providing a clean and safe work environment.
- Providing appropriate training and occupational health services.

Develop the skills and abilities of our people, by:
- Providing on-the-job training and professional development programs.
- Helping employees qualify for opportunities in the company through educational and development programs.

Create environments that are conducive to self-expression and personal well-being, by:
- Fostering and supporting leisure-time programs for employees and retirees.
- Developing job-enrichment programs.
- Maintaining the long tradition of high quality and good design in our offices and plants.

Encourage initiative, innovation and entrepreneurism among all employees, thereby providing opportunities for greater job satisfaction while also helping the worldwide company achieve its objectives.

URL: https://corp-uc1.azureedge.net/-/media/sc-johnson/a-family-company-and-about-scj/this-we-believe/twbenglishsflb.pdf
Date: 1976; Downloaded: 12/19/2021



**We believe in earning the enduring goodwill of consumers and users of our products and services, and we commit ourselves to…**

Provide useful products and services throughout the world, by:
- Monitoring closely the changing wants and needs of consumers and users.
- Developing and maintaining high standards of quality.
- Developing new products and services that are recognized by consumers and users as being significantly superior overall to major competition.
- Maintaining close and effective business relations with the trade to ensure that our products and services are readily available to consumers and users.
- Continuing our research and development commitment to provide a strong technology base for innovative and superior products and services.

Develop and market products that are environmentally sound and do not endanger the health and safety of consumers and users, by:
- Meeting all regulatory requirements or exceeding them where worldwide company standards are higher.
- Providing clear and adequate directions for safe use, together with cautionary statements and/or symbols.
- Incorporating protection against misuse where this is appropriate.
- Researching new technologies for products that favor an improved environment.

Maintain and develop comprehensive education and service programs for consumers and users, by:
- Disseminating information to consumers and users that promotes full understanding of the correct use of our products and services.
- Handling all inquiries, complaints and service needs for consumers and users quickly, thoroughly and fairly.

**We believe in being a responsible leader in the free market economy, and we commit ourselves to…**

Ensure the future vitality of the worldwide company, by:
- Earning sufficient profits to provide new investment for planned growth and progress.
- Maintaining a worldwide organization of highly competent, motivated and dedicated employees.

Conduct our business in a fair and ethical manner, by:
- Not engaging in unfair business practices.
- Treating our suppliers and customers both fairly and reasonably, according to sound commercial practices.
- Packaging and labeling our products so that consumers and users can make informed value judgments.
- Maintaining the highest advertising standards of integrity and good taste.
- Not engaging in bribery.

Share the profits of each local company with those who have contributed to its success, by:
- Rewarding employees through a profit sharing program.
- Allocating a share of the profits to enhance the well-being of communities where we operate.
- Developing better products and services for the benefit of consumers and users.
- Providing to shareholders a reasonable return on their investment.

Provide the general public with information about our activities so they have a better understanding of our worldwide company.

**We believe in contributing to the well-being of the countries and communities where we conduct business, and we commit ourselves to…**

Seek actively the counsel and independent judgment of citizens of each country where we conduct business to provide guidance to local and corporate management, by:
- Selecting independent directors to serve on the boards of our companies worldwide.
- Retaining distinguished associates and consultants to assist us in conducting our business according to the highest professional standards.

URL: https://corp-uc1.azureedge.net/-/media/sc-johnson/a-family-company-and-about-scj/this-we-believe/twbenglishsflb.pdf
Date: 1976; Downloaded: 12/19/2021



Contribute to the economic well-being of every country and community where we conduct business, by:
- Ensuring that new investment fits constructively into the economic development of each host country and local community.
- Encouraging the use of local suppliers and services offering competitive quality and prices.

Contribute to the social development of every country and community where we conduct business, by:
- Providing training programs for the development of skills.
- Staffing and managing with nationals from those countries wherever practicable.
- Involving ourselves in social, cultural and educational projects that enhance the quality of life.

Be a good corporate citizen, by:
- Complying with and maintaining a due regard for the laws, regulations and traditions of each country where we conduct business.

### We believe in improving international understanding, and we commit ourselves to…

Act with responsible practices in international trade and investment, by:
- Retaining earnings necessary for reinvestment in our local companies and remitting dividends on a consistent basis.
- Making royalty, licensing and service agreements that are fair and reasonable and do not result in any hidden transfer of profits.
- Limiting foreign exchange transactions to normal business requirements and for the protection of our assets.

Promote the exchange of ideas and techniques, by:
- Encouraging the rapid diffusion of new technology to our local companies and licensees, while protecting our ownership rights and investment in such technology.
- Organizing worldwide and regional meetings for the dissemination and exchange of information.
- Providing support and assistance, especially in technical and professional fields, to develop skills throughout the organization.
- Following a balanced approach between transferring people to new jobs to gain experience and leaving people on the job long enough to make positive contributions in their assignments.
- Participating actively in non-political national and international activities with the objective of improving the global business climate.

**URL: https://corp-uc1.azureedge.net/-/media/sc-johnson/a-family-company-and-about-scj/this-we-believe/twbenglishsflb.pdf**  **Page 4 of 4**
**Date: 1976; Downloaded: 12/19/2021**

*The "This We Believe" statement of company philosophy was discussed and ratified by over 200 delegates participating in the SC Johnson Wax Global Management Conference held in September, 1976, in Washington, D.C. The present text contains refinements introduced into the statement following more than ten years of practicing the "This We Believe" business philosophy on a worldwide basis.*





Perspective from consumers from the United States to United Kingdom and Brazil to Italy.

### A Promise to Consumers Everywhere

It's not always easy being first or being transparent. Along the way, we've faced challenges from suppliers who wanted to protect their ingredient information, and even internal debates about giving away our "secret recipes." And that's not to mention the millions of dollars we've invested to build the databases and systems that drive our disclosure.

But we haven't waivered, because we know it's the right thing to do. People today believe companies should be responsible for the transparency of their products. We hear this from

consumers all over the world, from Brazil to Thailand. And we couldn't agree more.

By keeping our promise of global ingredient transparency, explained our Chairman and CEO Fisk Johnson, "we have brought ingredient transparency around the world, and in the process, we have helped motivate the industry toward greater transparency."

"I'm immensely proud of the dedication and work by the people of SC Johnson to deliver global ingredient transparency," Fisk said. "Through these efforts, SC Johnson continues to work hard to earn the goodwill of consumers. As a family company, we're committed to honoring those values and maintaining that trust."

> "By keeping our promise, we have brought ingredient transparency around the world, and in the process, we have helped motivate the industry toward greater transparency."
>
> - Fisk Johnson, Chairman and CEO of SC Johnson

**Bringing Leadership and Insights to Industry**

We like to think that as we've invested in doing what's right, we've also helped bring about industry change. Beyond the transparency firsts we've delivered, we've also worked to advocate for smart regulation and contribute to important dialogue about transparency.

In 2018, we sponsored interviews with global thought leaders around the globe for a closer look at how company practices affect trust. This research gathered insights from more than 30 experts in the fields of sustainability, transparency and responsibility, and led to a new white paper called Building Trust: Why Transparency Must Be Part of the Equation.

Among other insights, those interviewed shared perceptions such as the power of transparency to build trust, how and why expectations are evolving, and how transparency enables stakeholders to hold companies accountable.

**Product Disclosure is about Responsibility**

Accountability is something we've long believed in here at SC Johnson.

As our Chairman and CEO has said, because we're a family company, we don't make choices just to meet the next quarter's sales quota. We approach decisions as if the consequences will be sitting down with us at the family dinner table for years to come.

It's a big responsibility, but we wouldn't it any other way for our family – and we know you wouldn't for yours, either.



TIMELINE
Milestones in Transparency
2009 – 2018
See timeline

Interacting with SCJ
Tours & Architecture
Virtual Tours
Book Your Tour
Community Interest Programs
Grants

For Media
Press Contact
Newsroom

Careers
Join Our Family

Legal
Privacy Policy
Terms of Use
Statement on Slavery & Human Trafficking
Do Not Sell My Information

Contact Us
Questions about products

Better World Accountability Report

2021 S.C. Johnson & Son Inc. All Rights Reserved.

URL: https://www.scjohnson.com/en/stories/transparent-world/ingredient-transparency/2019/global-product-transparency-sc-johnson-offers-ingredient-lists-so-you-can-make-choices
Posted: 1/4/2019; Downloaded: 12/19/2021

Page 2 of 2
Exhibit N_Page 10 of 16



# SC Johnson Tops Industry with Skin Allergen Transparency

### Surpasses Regulatory and Industry Standards to Give Families the Whole Story

25 May 2017
A More Transparent World
Ingredient Transparency

**IN THIS ARTICLE**

SC Johnson will disclose the presence of 368 potential skin allergens that may occur in its products.

SHARE

"For us, transparency is a matter of principle." – Fisk Johnson, Chairman and CEO of SC Johnson

SHARE

**RACINE, Wis., May 25, 2017** - Continuing its leadership in ingredient transparency, SC Johnson today announced that it will disclose the presence of 368 potential skin allergens that may occur in its products.

"For us, transparency is a matter of principle. We're interested in helping people make the best choices for their families," said Fisk Johnson, Chairman and CEO of SC Johnson. "Just like when we started listing preservatives, dyes and fragrances, we didn't stop with the industry standard. We want to tell the whole story. This is just the next step we are taking in our journey to be more and more transparent." Other companies use similar ingredients. SC Johnson considers it important to disclose these ingredients particularly for people with a pre-existing skin allergy.

Today, SC Johnson added the list of fragrance and non-fragrance skin allergens to its ingredient website, WhatsInsideSCJohnson.com, and by 2018, this website will also list skin allergens when contained in a product. This new transparency initiative goes beyond regulations in the European Union and also in the United States where there are no rules requiring allergen transparency.

"This is a groundbreaking disclosure of allergens in cleaning products from SC Johnson. By taking these steps, SC Johnson will help millions of consumers be smarter about chemicals in cleaning products that have the potential to cause allergic skin responses. And SC Johnson is once again raising the bar for other companies. This level of transparency is sweeping across other industries and is rapidly becoming the new normal for companies, like SC Johnson, who place a premium on giving consumers more, rather than less, ingredient information," said Ken Cook, President and Co-Founder of Environmental Working Group.

"We understand that other companies might choose not to do the work to communicate low levels of potential skin allergens in their products. For SC

Johnson, with our decades-long commitment to being more and more transparent, we are continuing on a path to provide more and more information to the people who buy our products so they can make choices that are best for them and their families," said Johnson.

**Developing a Comprehensive Skin Allergen List**

To determine its comprehensive list of potential skin allergens, SC Johnson scientists analyzed more than 3,000 data sets from public and industry sources for potential skin allergens identified on country regulatory lists, fragrance industry lists, the European Scientific Committee on Consumer Safety reviews, dermatology clinic data and individual supplier safety data sheets. The company then shared its findings for validation with experts in the fields of dermatology, immuno-toxicology, fragrance toxicology and allergens.

The expert panel that validated the study methods includes:

- David Basketter, D.Sc., independent consultant and recognized international expert on allergy; former Director of Safety Research, Unilever

- David Bickers, M.D., Chairman, Department of Dermatology, Columbia University

- Peter Cadby, Ph.D., former Head of Product Safety at Firmenich

- Axel Schnuch, M.D., University of Göttingen; retired Head of IVDK (Information Network of Departments of Dermatology)

- Peter Thorne, Ph.D., Head of Department of Occupational & Environmental Health, University of Iowa; Director of Environmental Health Sciences Research Center

Currently, the consumer goods industry uses 3,000 fragrance ingredients published by the International Fragrance Association. However, in 2012, SC Johnson took the review of fragrance ingredients a step further with the creation of its Exclusive Fragrance Palette that narrowed the acceptable fragrance ingredients from 3,000 to approximately 1,300 used in SC Johnson products.

**SC Johnson's Skin Allergen Disclosure**

The 368 ingredients that are potential skin allergens can be found here.

By 2018, SC Johnson will add potential skin allergens to the list of ingredients when contained in a product on its WhatsInsideSCJohnson.com website. The company's worldwide ingredient disclosure program is currently active in more than 30 countries in North America and Europe, with rollout efforts underway for Asia and Latin America.

**Allergens & Allergic Reactions**

A skin allergen is a substance that the immune system recognizes as a threat and attacks. The presence of a potential skin allergen does not mean, however, that it will automatically cause a person to develop a skin allergy or a skin allergy reaction. What matters is the dose or the amount of exposure: the general consensus among the scientific community is that a dose of less than 0.01 percent is unlikely to cause a reaction for most skin allergens in rinse-off products. This new transparency initiative will disclose potential skin allergens down to 0.01 percent, the same standard as the European Union.

Skin allergies can be created or induced when a non-sensitized person is exposed to an allergen over time and above a certain minimum dose. This is called "induction." After a person develops a skin allergy to a given substance, they may have a reaction like redness or a rash. This is called "elicitation" and occurs even when coming into contact with that substance at a lower level or from a different source. SC Johnson takes care to use ingredients with potential skin allergens only in amounts so low that it would be highly unlikely to create a new skin allergy or trigger a skin allergy reaction.

SC Johnson reviewed both natural and synthetic skin allergens in its products. In many cases, naturals can have more skin allergens than synthetics.

**SC Johnson's History of Transparency Leadership**

SC Johnson's transparency legacy includes many important milestones:

- 2009: Launched U.S. ingredient disclosure program, followed soon after by

- Canada.
- 2012: Published Exclusive Fragrance Palette, the complete list of approved fragrance ingredients for SC Johnson products.
- 2014: Published list of ingredient restrictions, increasing transparency on how SC Johnson makes ingredient choices.
- 2015: Began rolling out product-specific fragrance disclosure, sharing more than 99.9 percent of ingredients in most product formulas.
- 2016: Launched Glade® Fresh Citrus Blossoms collection with 100 percent fragrance transparency.
- 2016: Launched European ingredient transparency program at WhatsInsideSCJohnson.com.

Today, the company's WhatsInsideSCJohnson.com website provides easy-to-understand lists of ingredients for SC Johnson products in more than 20 languages.

For more information about SC Johnson ingredients, visit WhatsInsideSCJohnson.com. To learn more about the SC Johnson Greenlist™ ingredient selection program and other examples of the company's responsibility and leadership, download the SC Johnson 2016 Sustainability Report.

**Frequently Asked Questions:**

**Q: Can SC Johnson products cause skin allergies?**
**A:** All household cleaning products contain potential skin allergens. SC Johnson takes care to use ingredients with potential skin allergens only in amounts so low that it would be highly unlikely to create a new skin allergy or trigger a skin allergy reaction, when used as directed.

**Q: How does one develop skin allergies?**
**A:** It is an immune mechanism which takes some time — and enough exposure — to develop. The immune system must learn to react to the allergen, which is a process called induction. After the immune system is primed to an allergen, an adequate exposure triggers an allergic reaction. This second process is called elicitation.

**Q: Why are you not removing skin allergens but just listing them?**
**A:** SC Johnson takes care to use ingredients with potential skin allergens only in amounts so low that it would be highly unlikely to create a new skin allergy or trigger a skin allergy reaction. However, similar to people with food allergies, for those who have pre-existing skin allergies, knowing where a particular ingredient is used may impact product choice.

**Q: Are there cleaning products that do NOT contain any skin allergens?**
**A:** It can be difficult to develop a cleaning product that is both effective and does not contain any skin allergens. What is important is that our cleaning products should not cause or induce allergic reactions when products are used as directed.

**Q: What should I do if I come in contact with skin allergens?**
**A:** While ingredients are used at levels that should not result in a reaction, if one occurs, discontinue use of the product and contact your healthcare provider or visit the American Academy of Dermatology website at: https://www.aad.org/public/diseases/eczema

**Q: Why does SC Johnson disclose at the 0.01 percent level?**
**A:** Scientists, regulators and the European Union all agree that an ingredient dose at less than 0.01 percent is unlikely to cause a reaction in rinse-off products. This new transparency initiative will disclose potential skin allergens down to 0.01 percent, the same standard as the European Union.

**About SC Johnson**
SC Johnson is a family company dedicated to innovative, high-quality products, excellence in the workplace and a long-term commitment to the environment and the communities in which it operates. Based in the USA, the company is one of the world's leading manufacturers of household cleaning products and products for home storage, air care, pest control and shoe care, as well as professional products. It markets such well-known brands as GLADE®, KIWI®, OFF!®, PLEDGE®, RAID®, SCRUBBING BUBBLES®, SHOUT®, WINDEX® and ZIPLOC® in the U.S. and beyond, with brands marketed outside

the U.S. including AUTAN®, TANA®, BAMA®, BAYGON®, BRISE®, KABIKILLER®, KLEAR®, MR MUSCLE® and RIDSECT®. The 131-year-old company, which generates $10 billion in sales, employs approximately 13,000 people globally and sells products in virtually every country around the world. www.scjohnson.com

**Interacting with SCJ**
Tours & Architecture
Virtual Tours
Book Your Tour
Community Interest Programs
Grants

Better World Accountability Report

**For Media**
Press Contact
Newsroom

**Careers**
Join Our Family

**Legal**
Privacy Policy
Terms of Use
Statement on Slavery & Human Trafficking
Do Not Sell My Information

**Contact Us**
Questions about products

2021 S.C. Johnson & Son Inc. All Rights Reserved.

URL: https://www.scjohnson.com/en/press-releases/2017/may/sc-johnson-tops-industry-with-skin-allergen-transparency
Posted: 5/25/2017; Downloaded: 12/19/2021

Page 4 of 4

Exhibit N_Page 14 of 16









URL: https://www.scjohnson.com/en/stories/transparent-world/chemistry-and-ingredients/2018/everything-is-chemistry-why-scj-is-tackling-negative-perceptions-about-synthetic-chemicals
Posted: 6/6/2018; Downloaded: 12/19/2021

Page 2 of 2

Exhibit N_Page 16 of 16