# Exhibit P

*Video – S.C. Johnson Commercial*

Plaintiff's Motion for Class Certification

**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Shireen M. Clarkson (SBN 237882)
sclarkson@clarksonlawfirm.com
Katherine A. Bruce (SBN 288694)
kbruce@clarksonlawfirm.com
Kelsey J. Elling (SBN: 337915)
kelling@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

**MOON LAW APC**
Christopher D. Moon (SBN 246622)
chris@moonlawapc.com
Kevin O. Moon (SBN 246792)
kevin@moonlawapc.com
228 Hamilton Avenue, 3rd Floor
Palo Alto, California 94301
Tel: (415) 730-0387
Fax: (650) 618-0478

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MAISEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>S.C. JOHNSON & SON, INC., a Wisconsin Corporation,<br><br>Defendant. | Case No.  3:21-cv-00413-TSH<br>Case Filed: 1/15/2021<br>FAC Filed: 3/24/2021<br><br>*Assigned to United States Magistrate Judge Thomas S. Hixson for all purposes*<br><br>**EXHIBIT P: VIDEO OF S.C. JOHNSON COMMERCIAL IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>**Hearing Information:**<br>Date: May 19, 2022<br>Time: 10:00 a.m.<br>Courtroom: G-15th Floor<br>Courthouse: San Francisco Courthouse<br>Video Conf.:<br>https://www.cand.uscourts.gov/judges/hixson-thomas-s-tsh/ |

ND Cal Case No. 3:21-cv-00413-TSH

MANUAL FILING NOTIFICATION

## MANUAL FILING NOTIFICATION

Regarding: **EXHIBIT P** TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

This exhibit is in physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This exhibit was not efiled for the following reason:

☒   Non Graphical/Textual Computer File (audio, video, etc.) on USB drive.

Date: December 20, 2021                         **CLARKSON LAW FIRM, P.C.**

By: _/s/ Katherine A. Bruce_
    Ryan J. Clarkson, Esq.
    Shireen M. Clarkson, Esq.
    Katherine A. Bruce, Esq.
    Kelsey J. Elling, Esq.

**MOON LAW, APC**

By: _/s/ Kevin O. Moon_
    Christopher D. Moon, Esq.
    Kevin O. Moon, Esq.

*Attorneys for Plaintiff Elizabeth Maisel*

ND Cal Case No. 3:21-cv-00413-TSH                     1

## PROOF OF SERVICE

UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles. I am over the age of eighteen years and not a party to the within entitled action. My business address is 22525 Pacific Coast Highway Malibu, California 90265.

On **December 20, 2021** (date of service), I served a copy of the following document(s) on the interested party(ies) and/or person(s) identified on the Service List in the manner set forth below.

Documents Served

**EXHIBIT P IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Method of Service

☒ **BY EMAIL:** I caused to be transmitted a true and correct copy of the foregoing document(s) via electronic mail addressed to the interested party(ies)/person(s) as set forth on the attached Service List pursuant to law, local rules, court order, and/or agreement amongst said party(ies)/person(s) to accept service thereby.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **December 20, 2021**            /s/Emily Torromeo
                                              Emily Torromeo

ND Cal Case No. 3:21-cv-00413-TSH            2
MANUAL FILING NOTIFICATION

**SERVICE LIST**

**MORRISON & FOERSTER LLP**
DAVID F. MCDOWELL (CA SBN 125806)
DMcDowell@mofo.com
PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
KELSEY HARRISON (CA SBN 328621)
KHarrison@mofo.com
707 Wilshire Boulevard, Suite 6000
Los Angeles, California, 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

CAMILA A. TAPERNOUX (CA SBN 299289)
CTapernoux@mofo.com
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522

**BERKOWITZ OLIVER LLP**
THOMAS P. SCHULT (*PRO HAC VICE*)
TSchult@berkowitzoliver.com
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: 816.561.7007
Facsimile: 816.561.1888

*Attorneys for Defendant*
*S.C. Johnson & Son, Inc.*