CLARKSON LAW FIRM, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MAISEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>S.C. JOHNSON & SON, INC., a Wisconsin Corporation,<br><br>Defendant. | Case No.  3:21-cv-00413-TSH<br>Case Filed: 1/15/2021<br>FAC Filed: 3/24/2021<br><br>*Assigned to United States Magistrate Judge Thomas S. Hixson for all purposes*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION; APPOINTMENT OF CLASS REPRESENTATIVE; AND APPOINTMENT OF CLASS COUNSEL** |

The Court, having reviewed Plaintiff Elizabeth Maisel's ("Plaintiff") motion for class certification, including supporting and related documents filed in support thereof, and opposition thereto, any oral argument of counsel or evidence submitted a the hearing of this matter, and all relevant papers on file herein, finds good cause shown and hereby GRANTS Plaintiff's motion for class certification.

IT IS HEREBY ORDERED THAT this case is certified to proceed to the merits as a class action pursuant to Rule 23(b)(2) on all causes of action asserted in the operative First Amended Class Action Complaint (ECF 16) filed against Defendant S.C. Johnson & Son, Inc. ("Defendant")

on behalf of the following class of purchasers of the Products[1]:

> All residents of the United States who, within the applicable statute of limitations periods, purchased the Products ("Nationwide Class"); and
>
> All residents of California who, within four years prior to the filing of this Complaint, purchased the Products ("California Subclass").
>
> Excluded from the Class are: (i) Defendant, its assigns, successors, and legal representatives; (ii) any entities in which Defendant has controlling interests; (iii) federal, state, and/or local governments, including, but not limited to, their departments, agencies, divisions, bureaus, boards, sections, groups, counsels, and/or subdivisions; and (iv) any judicial officer presiding over this matter and person within the third degree of consanguinity to such judicial officer.

(collectively, the "Class").

IT IS FURTHER ORDERED THAT Plaintiff Elizabeth Maisel is appointed as Class Representative for the Class.

IT IS FURTHER ORDERED THAT Ryan J. Clarkson, Shireen M. Clarkson, Katherine A. Bruce, and Kelsey J. Elling of Clarkson Law Firm, P.C., and Christopher D. Moon and Kevin O. Moon of Moon Law APC are appointed as Class Counsel pursuant to Rule 23(g).

**IT IS SO ORDERED.**

Dated:_____

UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE THOMAS S. HIXSON

---

[1] The "Products" include e-cover brand cleaning products with one or more of the Plant-Based & Mineral Representations, in all sizes, scents, and forms: (1) All Purpose Cleaner; (2) Cream Scrub; (3) Delicate Wash; (4) Dishwasher Powder; (5) Dishwasher Tablets; (6) Dishwasher Tablets Zero; (7) Fabric Softener (Morning Fresh); (8) Fabric Softener (Sunny Day); (9) Floor Soap; (10) Laundry Detergent (Alpine Mint); (11) Laundry Detergent (Lavender Field); (12) Rinse Aid; (13) Stain Remover; and (14) Toilet Cleaner. The Plant-Based & Mineral Representations are: "Plant-based ingredients," "With plant-based ingredients," "With plant-based and mineral ingredients," and substantially similar claims.