PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
KELSEY HARRISON (CA SBN 328621)
KHarrison@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California  90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

THOMAS P. SCHULT (*PRO HAC VICE*)
TSchult@berkowitzoliver.com
BERKOWITZ OLIVER LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri  64108
Telephone: 816.561.7007
Facsimile: 816.561.1888

***Attorneys for Defendant S. C. Johnson & Son, Inc***.
(*Additional counsel listed on next page*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH MAISEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>S.C. JOHNSON & SON, INC., a Wisconsin Corporation,<br><br>Defendant. | Case No.   3:21-cv-00413-TSH<br><br>**DECLARATION OF CAMILA A. TAPERNOUX IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:   May 19, 2022<br>Time:   10:00 am<br>Ctrm:   G<br><br>Judge: Hon. Thomas Hixson<br>Complaint Filed:  January 15, 2021<br>Trial Date:  None Set |

1 | CAMILA A. TAPERNOUX (CA SBN 299289)
CTapernoux@mofo.com
2 | MORRISON & FOERSTER LLP
425 Market Street
3 | San Francisco, California 94105
Telephone: 415.268.7000
4 | Facsimile: 415.268.7522

*Attorneys for Defendant S. C. Johnson & Son, Inc.*

I, Camila A. Tapernoux, hereby declare as follows:

1. I am an associate at the law firm of Morrison & Foerster LLP, counsel of record for Defendant S. C Johnson & Son, Inc. in this action. I am a member in good standing of the Bar of the State of California, and I am admitted to practice before this Court. I make this declaration on my own personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would competently testify to them.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts of the deposition of Plaintiff Elizabeth Maisel taken January 18, 2022.

3. Attached as **Exhibit 2** is a chart depicting the ingredients in each Ecover product that Plaintiff alleges render the "plant-based ingredients," "with plant-based ingredients," and "with plant-based & mineral ingredients" representations false and misleading in paragraphs 34 through 47 of her First Amended Complaint.

4. On February 17, 2022, counsel for SC Johnson emailed counsel for Plaintiff Elizabeth Maisel and asked whether Plaintiff would stipulate to SC Johnson's administrative motion to file under seal portions of its Opposition to Plaintiff's Motion for Class Certification pursuant to L.R. 7-11(a). On February 18, 2022, Mr. Kevin Moon, counsel for Plaintiff, responded that Plaintiff would stipulate to SC Johnson's administrative motion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 18th day of February, 2022, at San Francisco, California.

            */s/ Camila A. Tapernoux*
            Camila A. Tapernoux