# EXHIBIT 1

1                UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                  SAN FRANCISCO DIVISION

4

5    ELIZABETH MAISEL, individually ) Case No.

6    and on behalf of all others    ) 3:21-cv-00413-TSH

7    similarly situated,            )

8              Plaintiff,           )

9          vs.                      )

10   S.C. JOHNSON & SON, INC., a    )

11   Wisconsin Corporation,         )

12              Defendant.          )

13   _____ )

14

15

16    REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF

17                   ELIZABETH MAISEL

18               TUESDAY, JANUARY 18, 2022

19

20

21   Reported by:

22   Ashala Tylor, CSR #2436, CLR, CRR, RPR

23   JOB NO. 5017481

24

25   PAGES 1 - 160

                                              Page 1

```
 1          Q.   And is there any reason you can't give      10:08

 2     your best testimony today?

 3          A.   No.

 4          Q.   Do you have any questions about the

 5     process?                                              10:08

 6          A.   No.

 7          Q.   All right.  Have you previously been

 8     involved in litigation?

 9          A.   No.

10          Q.   Is this your first lawsuit?                 10:08

11          A.   Yes.

12          Q.   Have you -- are you involved in any other

13     lawsuits?

14          A.   No.

15          Q.   Have you ever been sued?                    10:09

16          A.   No.

17          Q.   Can you tell me in your own words what you

18     believe S.C. Johnson did wrong?

19               MR. MOON:  Objection.  Vague and

20     ambiguous.  Overbroad.  Calls for a legal            10:09

21     conclusion.

22               You can go ahead and answer, Betsy.

23               THE WITNESS:  Okay.  You said go ahead and

24     answer?  I'm sorry.

25               MR. MOON:  Yeah, you can answer the         10:09
```

Page 15

1    question if you understand it.                          10:09

2            THE WITNESS:  I more or less understand

3    it.

4            The labeling is very deceiving as a

5    consumer.                                               10:09

6    BY MS. PATEL:

7        Q.   Can you be more specific?  What about the

8    labeling is deceiving?

9        A.   Well, it says it's plant-based and it is

10   in fact not.                                            10:09

11       Q.   And how do you know it's not plant-based?

12       A.   I heard a buzz.  I'm sorry.  I wasn't sure

13   if that's --

14           MR. MOON:  I'm sorry, I had to silence my

15   phone.  I thought it was already off.                   10:10

16           Yeah, can you repeat the question, please?

17           MS. PATEL:  Could I have the court

18   reporter read it back, please.

19               (The record was read by the

20               court reporter, as requested.)             10:31

21           MR. MOON:  All right.  Let me just insert

22   an objection.  Vague and ambiguous.  Overbroad.

23           You can answer.

24           THE WITNESS:  Well, I don't know that

25   it's -- I mean I know that it's all -- you know,        10:10

Page 16

Exhibit 1, Page 6

1    it's been overly processed and now anything that was        10:10

2    a plant is no longer a plant.  It's all synthetic.

3    BY MS. PATEL:

4        Q.   Is that -- is your explanation of

5    ingredients that were plants are no longer plants        10:11

6    and (audio distortion) --

7             THE REPORTER:  I'm sorry, Counsel, you

8    broke up.  Can you repeat your question, please?

9             MS. PATEL:  Yes, of course.

10       Q.   My question is, you know, is your answer        10:11

11   that an ingredient that was a plant is no longer a

12   plant an explanation of what you mean by overly

13   processed, or are those two different problems with

14   the ingredients?

15            MR. MOON:  Again, objection.  Vague and        10:11

16   ambiguous as to what product we're talking about.

17   BY MS. PATEL:

18       Q.   Ms. Maisel, do you have an understanding

19   of what product we're here to talk about today?

20       A.   Yes.                                           10:11

21       Q.   What product is that?

22       A.   Ecover.

23       Q.   And do you know what specific Ecover

24   product?

25       A.   Yes.                                           10:11

Page 17

```
 1        Q.   Which one?                              10:11

 2        A.   The dishwashing tablets.

 3        Q.   Thank you.

 4             And now can you please answer my question,

 5   my original question?                             10:12

 6             MR. MOON:  Sorry, let me just interject

 7   again.  Calls for expert opinion.  Foundation.

 8             But go ahead.

 9             THE WITNESS:  Yeah.  Your original

10   question was, how do I know if it's plant-based or  10:12

11   not?  Is that your question?

12   BY MS. PATEL:

13        Q.   So it was actually -- you answered in

14   response to that question that the product -- the

15   ingredients are overly processed and that           10:12

16   ingredients that were plants are no longer plants.

17             And I was asking if those were two

18   problems or if one was the explanation for what

19   "overly processed" meant.

20             MR. MOON:  Objection.  Vague and           10:12

21   ambiguous.  Compound.

22             THE WITNESS:  Yeah, I don't know.

23   BY MS. PATEL:

24        Q.   Okay.  Let me try it differently.  What do

25   you mean by "overly processed"?                     10:12
```

Page 18

```
1            A.   Well --                              10:12

2                 MR. MOON:  Objection.  Calls for expert

3       opinion.

4                 You can go.

5                 THE WITNESS:  Yeah, I'm not -- I'm not an  10:12

6       expert in that.  I'm not a scientist or, you know, a

7       chemist, so I don't know how to answer that

8       question.

9       BY MS. PATEL:

10           Q.   What do you mean -- you said the reason  10:13

11      that it's not plant-based is because it's overly

12      processed.  What does that mean to you from a

13      layperson's standpoint?

14                MR. MOON:  Same objections.

15                THE WITNESS:  It means it's been through a  10:13

16      litany of, you know, manufacturing and processing.

17      BY MS. PATEL:

18           Q.   And how do you know that?

19                MR. MOON:  You can answer if you can do so

20      without revealing communications with your         10:13

21      attorneys.

22                THE WITNESS:  Yeah, I mean, I'm not -- I'm

23      not, as I said, a scientist or a chemist, so I don't

24      know how.  I'm not quite sure.

25      BY MS. PATEL:                                       10:13
```

Page 19

1          Q.    Do you have any information about -- let          10:13

2     me start again.

3               Do you have any understanding about what

4     "overly processed" means independent of

5     conversations with your counsel?          10:13

6          A.    I mean I have a layperson's understanding

7     of what "overly processed" means.

8          Q.    And that is the answer you provided

9     earlier, that it goes through a litany of

10    processing?          10:14

11         A.    Yeah.

12         Q.    And what is that?  How do you know that?

13    What are you basing that on?

14               MR. MOON:  Vague and ambiguous.

15    Overbroad.  Calls for expert opinion.          10:14

16               THE WITNESS:  Well, do I continue?  I'm

17    sorry.

18               MR. MOON:  You can answer if you

19    understand.

20               THE WITNESS:  I'm not -- I mean I'm          10:14

21    just -- I'm not able to answer that.  I don't know

22    how.

23    BY MS. PATEL:

24         Q.    How do you know that an ingredient that

25    was a plant is no longer a plant?          10:14

Page 20

```
 1              MR. MOON:  Objection.  Incomplete       10:14

 2    hypothetical.  Vague and ambiguous.  Calls for

 3    expert opinion.

 4              You can answer if you know.

 5              THE WITNESS:  I don't know.             10:14

 6    BY MS. PATEL:

 7         Q.   You mentioned earlier that we're here to

 8    talk about the dishwasher tablets.  Are there any

 9    other Ecover products that you are suing about?

10         A.   No.                                     10:15

11         Q.   Have you bought any other Ecover products

12    other than the dishwasher tablets?

13         A.   No.

14         Q.   And was it your idea to sue S.C. Johnson?

15              MR. MOON:  Objection.  Vague and        10:15

16    ambiguous.

17              THE WITNESS:  Was it my idea?  I'm part of

18    the class action suit.

19    BY MS. PATEL:

20         Q.   So it's a yes-or-no question.  Was it your  10:15

21    idea to sue S.C. Johnson?  Did you come up with it?

22              MR. MOON:  Objection.  Vague and

23    ambiguous.  Vague as to time.

24    BY MS. PATEL:

25         Q.   You need to answer my question,         10:16
```

Page 21

1    Ms. Maisel.                                          10:16

2         A.   Oh, I'm sorry.  I'm not -- all the -- I'm

3    not sure what was going on there.

4              No.

5         Q.   Whose idea was it?                         10:16

6              MR. MOON:  Well, hold on.  We're starting

7    to get into attorney-client communications here.  So

8    aside from communications you had with your counsel,

9    you can answer if you understand.

10             THE WITNESS:  I'm sorry, the communication  10:16

11   broke up there.  Aside from the communication with

12   my counsel, what?  I'm sorry, I did not hear.

13             MR. MOON:  I'm sorry if my connection is

14   unstable here.

15             I said aside from communications with your  10:16

16   attorneys, you can answer if you understand the

17   question.

18             THE WITNESS:  Okay.  And can you ask the

19   question again?  I'm sorry.

20   BY MS. PATEL:                                        10:16

21        Q.   I think I asked, whose idea it was to sue

22   S.C. Johnson?

23        A.   I don't know.

24        Q.   Ms. Maisel, who are your lawyers in this

25   case?                                                10:17

                                                Page 22

```
 1    as your lawyer in this case?                      10:19

 2         A.   No.

 3         Q.   So when did you first meet him?  When did

 4    you have your first interaction with him?

 5         A.   I don't recall.                          10:19

 6         Q.   What about Kevin Moon, when did you have

 7    your first interaction with him?

 8         A.   I don't recall.

 9         Q.   Do you have any records that would help

10    you recall when you first met any of these three   10:20

11    lawyers?

12         A.   No.

13         Q.   How did you find the Clarkson firm to

14    represent you in this case?

15              MR. MOON:  Objection.  Vague and         10:20

16    ambiguous.  Assumes facts.

17              Go ahead.

18              THE WITNESS:  I had a phone call with them

19    in late 2020.

20    BY MS. PATEL:                                      10:20

21         Q.   And when you say "with them" --

22         A.   Clarkson.

23         Q.   Can you recall who from Clarkson was on

24    that call?

25         A.   I believe Ryan.                          10:21
```

Page 25

```
 1          Q.   Anyone else?                              10:21

 2          A.   No.

 3          Q.   And how did that phone call get set up

 4     between you and Mr. Clarkson?

 5              MR. MOON:  Objection.  Vague and           10:21

 6     ambiguous.

 7              THE WITNESS:  I don't recall.

 8     BY MS. PATEL:

 9          Q.   You just -- did he call you out of the

10     blue?                                              10:21

11              MR. MOON:  Asked and answered.

12              THE WITNESS:  I'm sorry?

13     BY MS. PATEL:

14          Q.   Unless your counsel says not to answer my

15     question, you can answer after he objects, if that 10:21

16     helps.

17          A.   Okay.  I'm sorry, what was the question?

18          Q.   Yeah.  You said you don't recall how the

19     call got set up.  So I'm trying to understand, did

20     he just call you, cold call you out of the blue?    10:21

21     How did you get on the phone with him?

22              MR. MOON:  Well, I don't want you to

23     speculate or guess, Betsy.  It's only if you know.

24              THE WITNESS:  I don't remember.

25     BY MS. PATEL:                                      10:22
```

```
 1          Q.   You don't remember how you found the        10:22
 2     lawyers that are representing you in this case?
 3              MR. MOON:  Objection.  Argumentative.
 4     Asked and answered.
 5              THE WITNESS:  I heard about the case          10:22
 6     through -- from an email is what I remember.
 7     BY MS. PATEL:
 8          Q.   Do you still have a copy of that email?
 9          A.   No.
10          Q.   Did your attorneys ask you to preserve      10:22
11     documents relevant to the litigation?
12              MR. MOON:  Well, hold on a sec.  It's an
13     attorney-client communication.
14              Don't answer that.
15              MS. PATEL:  Could I ask the court reporter    10:22
16     to please mark any instructions not to answer in the
17     transcript.
18              THE REPORTER:  Yes, we do that.
19              MS. PATEL:  Thank you.
20          Q.   If I understand, Ms. Maisel, you received    10:22
21     an email.  Do you remember what the email -- what it
22     involved?  Did it involve Ecover products?  Can you
23     tell me anything about that email?
24              MR. MOON:  No.  Again, that's an
25     attorney-client communication.  We're not going to    10:23
```

Page 27

```
 1              THE WITNESS:  I'm not aware.              10:29

 2              MS. PATEL:  We can take a break now.

 3              Mr. Moon, how much time do you need?

 4              MR. MOON:  Five minutes should be fine.

 5              MS. PATEL:  Okay.  And I'll be ready to    10:30

 6    introduce the first exhibit, so let me know if you

 7    need more time for the Exhibit Share.

 8              MR. MOON:  Okay.  I think I'm up and

 9    running with Exhibit Share, but we shall see.

10              THE VIDEOGRAPHER:  We are going off the    10:30

11    record.  The time is 10:30.

12              (Recess.)

13              (Off record:  10:30 a.m.)

14              (On record:  10:40 a.m.)

15              THE VIDEOGRAPHER:  We are back on the      10:40

16    record.  The time is 10:40.

17    BY MS. PATEL:

18         Q.  Ms. Maisel, your attorney says there's

19    something you'd like to clarify.

20         A.  Yeah.  So the first contact that I had     10:40

21    with Clarkson was in mid -- mid-2020 regarding

22    another case.  So when you asked was there another

23    lawsuit, I wasn't thinking of it as an active

24    lawsuit.  Just -- it is, but -- so that was my first

25    contact with them.                                  10:41
```

Page 34

```
 1          Q.   And what's that other case about?        10:41

 2          A.   Tootsie candy.

 3          Q.   You're suing Tootsie in that case?  I'm

 4     sorry?

 5          A.   Yes.                                      10:41

 6          Q.   And what's the subject matter?

 7          A.   Regarding the content of the boxes of

 8     candy, how much is in there.

 9          Q.   And so when I asked earlier if you were a

10     plaintiff in any other lawsuits and you said no, did  10:42

11     you just not remember this lawsuit?

12          A.   It was just nerves.  I wasn't thinking,

13     yeah.

14          Q.   Okay.  And did your counsel remind you of

15     the lawsuit during the break?                        10:42

16          MR. MOON:  Hold on.  That's

17     attorney-client privilege.

18          THE WITNESS:  Yeah -- no, I remembered my

19     own -- on my own accord.

20     BY MS. PATEL:                                        10:42

21          Q.   Okay.  Did you discuss the Tootsie Roll

22     lawsuit during the break?

23          A.   No.

24          MR. MOON:  Wait.  Stop.  Hold on.

25          We're not going to ask about anything that     10:42
```

Page 35

Exhibit 1, Page 17

```
 1      was discussed during the break when she was with her    10:42

 2      attorneys.

 3              MS. PATEL:  I mean there's enough indicia

 4      of potential coaching given the witness has

 5      completely changed her answer after a break and a       10:42

 6      meeting with counsel.

 7              MR. MOON:  I'm instructing her not to

 8      answer.

 9      BY MS. PATEL:

10          Q.   Ms. Maisel, did you discuss your testimony     10:43

11      in this deposition at all during the break?  That's

12      a yes-or-no question.

13              MR. MOON:  I'm instructing her not to

14      answer.

15              MS. PATEL:  Okay.  Why don't we start with      10:43

16      our first exhibit.  I think it will come up on the

17      screen shortly.

18              MS. HARRISON:  I am introducing it now.

19              MS. PATEL:  Thank you, Kelsey.

20              MS. HARRISON:  It's up.  Don't worry.  My       10:44

21      computer is taking a little bit of time.  There's a

22      little bit of lag here.

23              Okay.  It should have been introduced.

24              MS. PATEL:  All right.  Can everybody see

25      it?  I think we probably will have --                   10:44
```

Page 36

1       Q.   And based on your corrected testimony, is    10:47

2   it fair also that the reason Mr. Clarkson contacted

3   you, to the extent you know, is because you already

4   had an existing attorney-client relationship with

5   him?    10:48

6       A.   Is it fair to say that he contacted me

7   because of that?  I don't know.

8       Q.   It's fair to say that you did have an

9   existing attorney-client relationship at the time he

10   contacted you about this lawsuit?    10:48

11       A.   Yes.

12       Q.   Did you have the opportunity to read the

13   agreement, Exhibit 1, in full before you signed it?

14       A.   Yes.

15       Q.   And did you understand each of the    10:48

16   agreement's provisions?

17       MR. MOON:  Objection.  Vague and

18   ambiguous.

19       THE WITNESS:  To the best of my knowledge.

20   BY MS. PATEL:    10:48

21       Q.   Did you consult anybody other than your

22   attorneys in this case about the agreement before

23   you signed it?

24       A.   No.

25       Q.   Earlier you testified that your primary    10:49

Page 40

Exhibit 1, Page 19

```
 1    you remember?                                    10:50

 2         A.   No.

 3         Q.   Do you maintain a calendar of your

 4    appointments?

 5         A.   Unfortunately, no.                      10:50

 6         Q.   How do you remember to show up?  There's

 7    no way I could.

 8         A.   I have -- yeah, scattered.

 9         Q.   How many Zoom meetings have you had with

10    Ms. Bruce?                                        10:50

11         A.   I don't know.  It would be speculating.

12         Q.   Do you know about how many emails you've

13    exchanged with her?

14         A.   I don't know.

15         Q.   Do you have copies of the emails you've   10:51

16    sent or received in this case?

17         A.   No.

18         Q.   You haven't retained any of them?

19         A.   No.

20         Q.   What about Chris Moon?  Same question in  10:51

21    terms of how do you typically interact with Chris

22    Moon?

23         A.   The same, although I don't think I have

24    any emails with him.  Just we've had Zoom -- a few

25    Zoom calls.                                        10:51
```

Page 42

```
 1          Q.    And in terms of those Zoom calls, do you          10:51
 2     remember about how many you've had?
 3          A.    I -- no.
 4          Q.    And have you spoken with Chris Moon on the
 5     phone?                                                       10:51
 6          A.    No, not that I recall.
 7          Q.    Okay.  And then finally, how about Kevin
 8     Moon?  How do you typically interact with him or how
 9     have you typically interacted with him?
10          A.    In the same manner as the others.                10:52
11          Q.    Do you have a sense of how many phone
12     calls you've had with him?
13          A.    No.
14          Q.    But you have spoken to him on the phone?
15          A.    Not on the phone.  Via Zoom.                      10:52
16          Q.    And I'm just going to ask so it's clear on
17     the record, do you have a recollection of how many
18     Zoom meetings you've had with Kevin Moon?
19          A.    No.
20          Q.    And any sense of how many emails you've          10:52
21     exchanged with Mr. Kevin Moon?
22          A.    No.
23          Q.    And as with my questions with respect to
24     Ms. Bruce, you don't have any emails between you and
25     Kevin Moon or Chris Moon saved?                             10:53
```

Page 43

```
 1          A.   No.                                    10:53

 2          Q.   Do you have any emails relating to this

 3     litigation saved?

 4          A.   No.

 5          Q.   Have you spoken with any other lawyers  10:53

 6     other than the ones that we've discussed -- Ryan

 7     Clarkson, Katherine Bruce, Kevin Moon or Chris

 8     Moon -- about this lawsuit?

 9          A.   No.

10          Q.   Have you discussed your participation in 10:53

11     this lawsuit in any way with anyone other than your

12     attorneys?

13          A.   No.

14          Q.   Do you know anyone socially or through

15     your network who works at either the Clarkson firm  10:53

16     or where Mr. Moon works?

17          A.   No.

18          Q.   And are you related to any lawyers or

19     staff at the Clarkson firm or the firm where

20     Mr. Moon works?                                    10:54

21          A.   No.

22          Q.   Have you had any relationship with any

23     attorney at the Clarkson firm or where Mr. Moon

24     works other than a lawyer/client relationship?

25               MR. MOON:   Objection.   Vague and       10:54
```

Page 44

```
 1    became a plaintiff.                                    10:57

 2         A.   Well, I don't know.  I don't know how to

 3    answer that question.

 4         Q.   Let me try it a different way.  You said

 5    that the case is about the contents of the packaging  10:58

 6    or the amount -- the candy in the package or

 7    something like that; is that right?

 8         A.   Yes.

 9         Q.   And so you had -- what candy had you

10    purchased?                                             10:58

11         A.   There are several different candies.

12         Q.   Can you name one?

13         A.   Junior Mints, yeah.

14         Q.   And what was the problem with the Junior

15    Mints candy?                                           10:58

16              MR. MOON:  Objection.  Vague and

17    ambiguous.  Calls for expert opinion.  Calls for

18    speculation.  Calls for a legal conclusion.

19              You can answer if you know.

20              THE WITNESS:  There's falsely represented   10:58

21    how much is in the box.

22    BY MS. PATEL:

23         Q.   And when did you realize that was a

24    problem with the candy?

25         A.   I don't know.                                10:58
```

Page 48

```
 1        Q.   All right.  We can close that exhibit.     11:00

 2             Ms. Maisel, can you tell me in your own

 3    words what the term "plant-based ingredients" means?

 4             MR. MOON:  Objection.  Vague and

 5    ambiguous.  Calls for expert opinion, legal          11:00

 6    conclusion.

 7             THE WITNESS:  So I'm sorry.  Can I

 8    describe to you what "plant-based" means?

 9    BY MS. PATEL:

10        Q.   Yeah, what the term "plant-based            11:01

11    ingredients" means.

12             MR. MOON:  Same objections.

13             THE WITNESS:  That it's plant-based.

14    BY MS. PATEL:

15        Q.   Do you have a description that doesn't use  11:01

16    the words that are already in the phrase?

17        A.   I mean in my -- yeah.  No.

18        Q.   So "plant-based ingredients" means it's

19    plant-based?

20        A.   Yeah.                                       11:01

21        Q.   How do you think those ingredients are

22    created?

23             MR. MOON:  Objection.  Vague and

24    ambiguous.  Calls for expert opinion, legal

25    conclusion.  Incomplete hypothetical.               11:01
```

                                              Page 50

```
1    BY MS. PATEL:                                     11:04

2         Q.   And what does that mean?

3         A.   That it's plant and mineral-based.

4         Q.   Do you know what a -- can you give me an

5    example of a mineral ingredient?                  11:05

6         A.   No.

7         Q.   All right.  Earlier you testified that

8    you've -- the Ecover product -- Ms. Maisel, are you

9    texting or on your phone?

10        A.   I'm sorry.  My elderly mother.  I        11:05

11   apologize.

12             Can I get back to the screen first of all?

13   How do I get back there?

14        Q.   I think you minimize -- all right.

15        A.   My elderly mother is downstairs.  I      11:05

16   apologize.  My caregiver just sent me a message.  So

17   I apologize.  I'm here.

18        Q.   I understand.

19             Do you need to take a break and attend to

20   her?                                              11:05

21        A.   I told her, if it's not an emergency, that

22   I need to do this.  So she'll let me know.

23        Q.   Okay.  If you need a break, please --

24   please let me know.

25        A.   Yes.                                     11:06
```

Page 53

```
 1          A.   I don't know.                        11:09

 2          Q.   Did you talk to anyone about the

 3     dishwasher tablets before you bought them?

 4          A.   No.

 5          Q.   No one at the market?                11:09

 6          A.   No.

 7          Q.   And what did you look at before you bought

 8     them?

 9               MR. MOON:  Objection.  Vague and

10     ambiguous.                                      11:10

11               THE WITNESS:  As far as what did I look at

12     in the store?  I'm not sure what you mean, what did

13     I look at.

14     BY MS. PATEL:

15          Q.   That's a good question.  I mean on the    11:10

16     dishwasher tablet product.

17          A.   The very nice front label that, you know,

18     describes, you know, biodegradable and plant-based

19     and, you know, pretty images of what led me to

20     believe it was going to be a plant-based product.   11:10

21          Q.   Do you know about how long you looked at

22     the front label before you decided to make a

23     purchase?

24          A.   Probably not that long.  I don't know.

25          Q.   Did you look at the back of the label?     11:11
```

Page 57

1        A.    No.                                    11:11

2        Q.    Why not?

3        A.    I generally don't as a consumer.

4             THE REPORTER:  Ms. Maisel, could you

5    please speak up?                                 11:11

6             THE WITNESS:  Sure.  Shall I repeat that

7    or --

8             THE REPORTER:  No, that's fine.  Thank

9    you.

10   BY MS. PATEL:                                    11:11

11       Q.    Did you notice anything else about the

12   front label other than what you've already told me?

13       A.    Not that I can think of at the moment.

14       Q.    Had you seen the term "with plant-based,"

15   the "plant-based" term before you decided to make  11:11

16   the purchase?  So, in other words, on prior visits

17   to the market, you know, on days other than the day

18   you bought?

19       A.    Have I seen the term "plant-based"?  Yes.

20       Q.    In what context?                        11:12

21       A.    On other products.

22       Q.    Can you tell me what kind of products?

23       A.    A range of products from cosmetics to

24   fruit -- food to cleaning supplies.  I mean it --

25   yeah, varying.                                    11:12

                                          Page 58

```
 1        A.   Usually the pods.                          11:13

 2        Q.   And you don't remember the brand of the

 3   pods you were using before?

 4        A.   Not offhand.

 5        Q.   You said you only purchased the Ecover      11:14

 6   dishwasher tablets once.  What -- what dishwasher

 7   tablet brands have you used since then?

 8        A.   I am not using dishwasher tablets.

 9        Q.   What are you using?

10        A.   Dish soap.                                  11:14

11        Q.   And what kind of dish soap are you using?

12        A.   What is the name?  I actually don't know

13   the name of it offhand.

14        Q.   Do you know -- can you tell me what

15   characteristics about the product, the dish soap,    11:14

16   caused you to buy it?

17             MR. MOON:  Objection.  Vague and

18   ambiguous.

19             THE WITNESS:  The biodegradable nature of

20   it.  I don't -- I mean I'm not sure.  What's the     11:15

21   question?  Why did I buy that particular one?

22   BY MS. PATEL:

23        Q.   Yes.

24        A.   I don't know.

25        Q.   And is the one that you're currently using  11:15
```

Page 60

```
1    before you purchased them?                        11:18

2         A.   No.

3         Q.   Did you use all of the Ecover dishwasher

4    tablets that you purchased?

5         A.   Yes.                                     11:18

6         Q.   And where did you use them?  At home?

7         A.   Yes, at home.

8         Q.   Anywhere else?

9         A.   No.

10        Q.   And how did they work?                   11:18

11        A.   They worked fine.

12        Q.   Dishes were clean?

13        A.   Yeah.

14        Q.   Would you buy the dishwasher tablets

15   again?                                             11:18

16        A.   If they were properly representing the

17   ingredients.

18        Q.   You said that you weren't currently using

19   any kind of dishwasher tablets.  Why is that?

20        A.   Just choosing to use dish soap since we do  11:19

21   more dishes in the sink at this juncture.

22        Q.   Can you tell me a little bit about the

23   types of other home cleaning products you buy?  If

24   we are going to start with a category, like

25   all-purpose, multipurpose spray, do you know what    11:19
```

Page 63

```
 1    brand you're currently using?                          11:19

 2         A.   I use a lot of vinegar and water, meaning

 3    I don't buy a lot of chemicals.

 4         Q.   What about toilet cleaner?  What do you

 5    use to clean the toilet bowls?                         11:19

 6         A.   That's my son's job.  No.  Sorry.

 7              What do I use to clean the toilet bowls?

 8    Bleach?  I don't know.

 9         Q.   What kind of laundry detergent are you

10    using?                                                 11:20

11         A.   That varies.

12         Q.   What's the -- what are you using

13    currently?

14         A.   There's a Trader Joe's.  I don't know what

15    it's called.                                           11:20

16         Q.   And what other types have you used in the

17    last two years?

18         A.   I've used Tide.  There's another one, I

19    can't think of the name of it, that is not as harsh.

20    I can't think of it.                                   11:21

21         Q.   Are there other products you're using that

22    are plant-based currently?

23              MR. MOON:  Objection.  Vague and

24    ambiguous.  Calls for an expert opinion.

25              THE WITNESS:  Are there other products       11:21
```

Page 64

Exhibit 1, Page 30

```
 1      that I'm using that are plant-based?  I don't know.      11:21

 2      BY MS. PATEL:

 3          Q.   Is there anything that would help you

 4      figure out the answer to that question?

 5          A.   Is there anything -- well, I'd have to      11:21

 6      look around.

 7          Q.   All right.  What about personal care

 8      products?  What kind of shampoo are you currently

 9      using?

10          A.   Something I bought at Whole Foods.  I      11:22

11      don't know the name of it.

12          Q.   Did you also buy the conditioner that goes

13      with it?

14          A.   Most likely, yes.

15          Q.   What about body wash or soap?  What kind      11:22

16      are you using currently?

17          A.   I use something called Dr. Bronner's most

18      of the time.

19          Q.   And how do you decide, you know, which

20      brand to buy for these personal care products?      11:22

21              MR. MOON:  Objection.  Vague and

22      ambiguous.  Overbroad.

23              THE WITNESS:  I'm looking for things

24      without sulfates and parabens, parabens, or whatever

25      they're called, and just looking for the most      11:23
```

Page 65

```
 1    earth-friendly, nontoxic for my skin and my body.        11:23

 2    BY MS. PATEL:

 3         Q.   And how do you -- how do you know that the

 4    products are earth-friendly or nontoxic?

 5              MR. MOON:  Objection.  Vague and              11:23

 6    ambiguous.  Overbroad.  Calls for expert opinion.

 7    Calls for speculation.

 8              THE WITNESS:  I don't know.  The labeling.

 9    I don't know.

10    BY MS. PATEL:                                           11:23

11         Q.   Do any of the personal care products that

12    you've described now -- so I'm just going to stick

13    to the shampoo, conditioner, and the body wash -- do

14    they say that they are plant-based?

15         A.   I don't know.                                 11:24

16         Q.   Do you believe you've been harmed by your

17    purchase of the Ecover dishwasher tablets?

18              MR. MOON:  Objection.  Vague and

19    ambiguous.  Overbroad.  Calls for expert opinion.

20              THE WITNESS:  Do I feel like I've been       11:24

21    harmed?

22    BY MS. PATEL:

23         Q.   Yes.

24              MR. MOON:  Incomplete hypothetical.

25              THE WITNESS:  Am I supposed to answer        11:24
```

Page 66

Exhibit 1, Page 32

```
 1    that?                                                  11:25

 2            MR. MOON:  If you know.

 3            MS. PATEL:  Are you instructing the

 4    witness not to answer?

 5            MR. MOON:  No.                                  11:25

 6    BY MS. PATEL:

 7        Q.   Ms. Maisel, unless you hear Mr. Moon say

 8    "I'm instructing you not to answer," you need to

 9    answer my question.

10        A.   Okay.  I was just trying to --               11:25

11        Q.   He will -- he will be clear.

12        A.   -- trying to follow along here.

13            Do I feel like I've been harmed?  Not to

14    my knowledge.

15        Q.   So earlier you testified that -- you said    11:25

16    that the Ecover dishwasher tablet label said it was

17    plant-based, but it was not.  Do you remember that

18    testimony?

19        A.   (No response.)

20        Q.   Did you raise your concern with either       11:26

21    S.C. Johnson or Ecover?

22            MR. MOON:  Objection.  Vague and

23    ambiguous.

24            THE WITNESS:  No.

25    BY MS. PATEL:                                          11:26
```

Page 67

Exhibit 1, Page 33

```
 1         Q.   Did you ask for a refund of the product at      11:26
 2    the market?
 3         A.   No.
 4         Q.   Why not?
 5         A.   It's not -- I don't know.                         11:26
 6         Q.   What do you hope to achieve through this
 7    lawsuit?
 8              MR. MOON:  Objection.  Vague and
 9    ambiguous.
10              THE WITNESS:  You said what would I like          11:26
11    to achieve?
12    BY MS. PATEL:
13         Q.   Yes.
14         A.   The goal would be to have transparency in
15    labeling.  And as a consumer, having it, you know,          11:27
16    not be -- excuse me -- false representation on the
17    label.
18         Q.   And what changes to the labels would be
19    acceptable to you?
20              MR. MOON:  Objection.  Vague and                  11:27
21    ambiguous.  Incomplete hypothetical.
22              THE WITNESS:  I don't know.  I mean, to be
23    transparent about what it is, you know.  If it says
24    plant-based, to be plant-based.  Again, I'm not the
25    marketing specialist or a chemist.  I'm a consumer          11:27
```

Page 68

Exhibit 1, Page 34

```
 1    plant-based ingredients or that it contains some          11:32

 2    plant-based ingredients?

 3              MR. MOON:  Same objections.

 4              THE WITNESS:  Well, I don't know.  But as

 5    a consumer I'm guessing that it's plant-based.             11:32

 6    BY MS. PATEL:

 7         Q.   And does that mean -- in looking at the

 8    front label, do you interpret that to mean it

 9    includes only plant-based ingredients or that it has

10    some plant-based ingredients?                              11:32

11              MR. MOON:  Same objections.

12              THE WITNESS:  I don't know.

13    BY MS. PATEL:

14         Q.   So you don't have a sense of what "with

15    plant-based ingredients" means in the context of the       11:32

16    ingredients as a whole in this product?

17              MR. MOON:  Asked and answered.

18              THE WITNESS:  That is correct.  I'm -- I

19    mean -- can you say that -- you kind of segued into

20    the question partially.  So what -- what's the             11:33

21    question exactly?

22    BY MS. PATEL:

23         Q.   Whether you have an understanding of how

24    the phrase "with plant-based ingredients," what that

25    says about the ingredients as a whole in the               11:33
```

Page 73

1    product.                                          11:33

2              MR. MOON:  Same objections.

3              THE WITNESS:  I don't know.

4    BY MS. PATEL:

5         Q.   Do you think there's anything misleading    11:33

6    about this label?

7              MR. MOON:  Same objections.

8              THE WITNESS:  What I think would be

9    misleading is if it is plant-based and it is in fact

10   not.                                             11:33

11   BY MS. PATEL:

12        Q.   And do you know one way or another if it

13   is not -- in fact not plant-based?

14             MR. MOON:  Same objections.

15             THE WITNESS:  I do not know.            11:34

16             MS. PATEL:  Okay.  I think this is a good

17   time for a break.

18             Mr. Moon, how much time would you like?

19             MR. MOON:  Well, it's probably too early

20   to break.  How much longer do you think you're going    11:34

21   to have?  Are we going to incorporate a lunch break

22   or should we push through?

23             MS. PATEL:  I mean, I would hate to

24   deprive people of nutrition.  I'm sorry.  We could

25   probably go off the record for this conversation.    11:34

                                          Page 74

```
 1          Q.   Why did you decide to pursue litigation on      11:54
 2     behalf of a class instead of solely on your own
 3     behalf?
 4          A.   I -- I don't know how to answer that
 5     question.                                                 11:54
 6          Q.   Were you promised anything for being a
 7     class representative?
 8          A.   No.
 9          Q.   And do you have any understanding whether
10     you would receive an extra award or recovery or an        11:55
11     incentive award for serving as a class rep?
12          A.   No.
13          Q.   Will you be asking for an incentive award
14     for serving as a class rep?
15               MR. MOON:  Objection.  Vague and                11:55
16     ambiguous.  Calls for speculation.
17               THE WITNESS:  And I'm answering now?
18               No.  You said will I be asking for one?
19     BY MS. PATEL:
20          Q.   Correct.                                        11:55
21          A.   No.
22          Q.   And what do you understand your
23     responsibilities to be as a class rep?
24               MR. MOON:  Objection.  Vague and
25     ambiguous.  Overbroad.                                    11:55
```

Page 77

```
 1              THE WITNESS:  My responsibilities?  I --        11:55
 2    yeah, I don't -- I don't -- it is a little out of my
 3    scope of expertise, which I'm not, representing this
 4    class action -- action to -- go ahead.
 5    BY MS. PATEL:                                             11:56
 6         Q.   Sorry.  I didn't mean to interrupt.
 7         A.   I mean I don't know how to quite answer
 8    that question.
 9         Q.   Do you have an understanding of who is in
10    the class that you are seeking to represent?             11:56
11         A.   I don't know who's in the class other than
12    consumers like myself.  I mean -- yeah.
13         Q.   And would those be consumers who purchased
14    the dishwasher tabs?
15         A.   Yes.                                            11:56
16              MR. MOON:  Objection.  Hold on.
17              Calls for a legal conclusion.  Vague and
18    ambiguous.  Calls for speculation.
19    BY MS. PATEL:
20         Q.   Do you have any firsthand knowledge about      11:56
21    other consumers' experiences in purchasing the
22    dishwasher tabs?
23              MR. MOON:  Objection.  Vague and
24    ambiguous.  Overbroad.
25              THE WITNESS:  No, I do not.                     11:57
```

Page 78

```
 1    BY MS. PATEL:                                      11:57
 2         Q.   Any other Ecover cleaning products?  Any
 3    personal knowledge of anyone else's use of Ecover
 4    cleaning products?
 5         A.   Personal knowledge, no.                  11:57
 6         Q.   Do you believe you have an obligation to
 7    supervise your attorneys in this action?
 8              MR. MOON:  Objection.  Vague and
 9    ambiguous.  Incomplete hypothetical.
10              THE WITNESS:  Do I feel like I have an   11:57
11    obligation to serve my attorneys?
12    BY MS. PATEL:
13         Q.   Supervise.
14         A.   Supervise my attorneys?  Oh.  I don't
15    know.  I don't quite understand the question.      11:57
16         Q.   Do you understand what the word
17    "supervise" means?
18         A.   Yes.
19         Q.   And how do you understand that word?
20         A.   Guiding -- somebody who is overlooking,  11:57
21    supervising.  Yeah, okay.  I think so.
22         Q.   So with that understanding, do you feel
23    you have an obligation to guide or overlook or
24    oversee your attorneys in this action?
25              MR. MOON:  Same objections.              11:58
```

Page 79

```
 1                    THE WITNESS:  No.  I mean that's a strange      11:58

 2      question.

 3   BY MS. PATEL:

 4        Q.   Why do you think you would be an

 5   appropriate class representative?                                11:58

 6        A.   An inappropriate?

 7        Q.   Appropriate.

 8             MR. MOON:  Objection.  Vague and

 9   ambiguous.  Overbroad.  Calls for speculation.

10   Calls for a legal conclusion.                                    11:58

11             You can answer if you know.

12             THE WITNESS:  Because I'm a disappointed

13   consumer in this class.

14   BY MS. PATEL:

15        Q.   Do you know what court the case is pending            11:58

16      in?

17        A.   Do I know what court?  No.

18        Q.   And have you monitored developments in the

19   case?

20        A.   You broke up there for a moment.                       11:59

21        Q.   Apologies.

22             Have you monitored developments in the

23   case?

24        A.   No.

25        Q.   How would you say -- how would you                     11:59
```

                                                        Page 80

Exhibit 1, Page 40

```
 1            MR. MOON:  Objection.  Vague and          12:03

 2    ambiguous.

 3            THE WITNESS:  Did I provide any

 4    information?

 5    BY MS. PATEL:                                    12:03

 6        Q.   Uh-huh, yes.

 7        A.   Yes.

 8        Q.   There is a question mark at the end of

 9    that "Yes."

10        A.   Well, I'm trying --                     12:03

11        Q.   Do you remember?

12        A.   I'm sorry?

13        Q.   Do you remember if you did or you didn't?

14        A.   Well, yes, I did.

15        Q.   And can you tell me what information you  12:04

16    provided?

17        A.   My experience with purchasing the product.

18        Q.   And did you provide any documents in

19    connection with your experience purchasing the

20    product?                                         12:04

21        A.   No, I did not.

22        Q.   Did you have a chance to review the class

23    action complaint in draft form before it was filed?

24        A.   Yes.

25        Q.   Do you know when you had that opportunity?  12:04
```

Page 84

```
 1      read paragraph 5.  And once you've read it I'll        12:05

 2      proceed with the question.

 3              (The witness complies.)

 4          A.   Okay.

 5          Q.   All right.  Is this paragraph accurate        12:06

 6      insofar as it describes your goals and -- in this

 7      lawsuit?

 8              I'll just read it.  It says, you know, "As

 9      a result, plaintiff brings this action individually

10      and on behalf of those similarly situated to          12:06

11      represent a National class and a California class

12      (defined infra).

13              "Plaintiff seeks injunctive relief to stop

14      defendant's unlawful labeling and advertising of the

15      products, as plaintiff's primary litigation           12:06

16      objective is to enjoin defendant's unlawful labeling

17      practices for the National class and the California

18      class."

19              Do you agree with respect to the

20      description about the primary litigation objective?   12:06

21              MR. MOON:  I'm going to object.  That's

22      vague and ambiguous.  Calls for a legal conclusion.

23      BY MS. PATEL:

24          Q.   Let me ask it differently.  Is there

25      anything you would change about this paragraph?       12:06
```

                                                    Page 86

```
 1              MR. MOON:  Vague and ambiguous.              12:06

 2              THE WITNESS:  Well, I rely on my attorneys

 3    and counsel for this.

 4    BY MS. PATEL:

 5         Q.   Is the paragraph accurate as far as your    12:07

 6    understanding goes?

 7              MR. MOON:  Vague and ambiguous.  Calls for

 8    a legal conclusion.

 9              THE WITNESS:  Do I answer that?

10    BY MS. PATEL:                                         12:07

11         Q.   Yes.  Unless Mr. Moon tells you not to

12    answer, you may answer.

13         A.   And you're asking me, is it accurate?

14         Q.   Yes.

15         A.   For the most part.                          12:07

16         Q.   What part isn't accurate?

17         A.   Well, it's not -- yeah.  I don't know.

18         Q.   You don't know what part is inaccurate or

19    you don't know if it's accurate?

20         A.   It's not -- it's not inaccurate.  It's      12:07

21    just limiting.  But I guess that's -- okay, yeah.

22         Q.   What do you mean by that when you say it's

23    limiting?

24         A.   Well, I guess it's summarizing the goal.

25         Q.   Is there anything missing as to what your   12:08
```

                                                    Page 87

```
 1        not to do these across the table in person.        12:09
 2            A.   Yeah.
 3            Q.   And so I'm sorry, just so I'm clear, your
 4        recollection is that you approved this document; you
 5        just don't know if you approved it in writing or in    12:09
 6        a phone call?
 7            A.   In an email, to my knowledge.
 8            Q.   Got it.  You believe it's in an email?
 9            A.   Yes.
10            Q.   Okay.                                        12:10
11            A.   The approving of this document.
12            Q.   Okay.  All right.  Thank you.
13                 If I could ask you to go back to that
14        folder and pull up Exhibit 3.
15            A.   Back to the folder.                          12:10
16                 Okay.
17            Q.   All right.  Tell me again what this
18        document is.
19            A.   This is the First Amended Complaint.
20            Q.   And did you have a chance to review a        12:10
21        draft of the First Amended Complaint before it was
22        filed?
23            A.   Yes.
24            Q.   And did you suggest any changes to the
25        First Amended Complaint before it was finalized?      12:10
```

Page 89

```
 1        Q.   Later on in paragraph 9, and I think it's      12:18
 2   consistent with how you testified today, you say
 3   that you are not sophisticated in "chemistry,
 4   manufacturing, and formulation of cleaning products,
 5   such as the Products."                                    12:18
 6            Do you see that?
 7        A.   Yes.
 8        Q.   And so my question is, if you lack -- if
 9   you're not sophisticated in chemistry,
10   manufacturing, and formulation, how do you know that     12:19
11   that second part of Number 5 is true, that the
12   ingredients' original plant-based or mineral
13   composition was materially altered through chemical
14   modification of the processing?
15            MR. MOON:  Objection.  Vague and                12:19
16   ambiguous.  Calls for expert opinion.  Calls for
17   speculation.
18            THE WITNESS:  That's where I defer to my
19   attorneys and counsel.
20   BY MS. PATEL:                                             12:19
21        Q.   All right.  Let's scroll down to
22   paragraph 53.
23        A.   To paragraph 53?
24        Q.   Yes.  It will take me a second to get
25   there too.                                                12:19
```

Page 96

```
 1          Q.   No problem.                               12:24

 2               And it reads "Plaintiff and the California

 3     Subclass paid an unwarranted premium for the

 4     Products."

 5          A.   Okay.                                      12:24

 6          Q.   Do you have an understanding what that

 7     means, "unwarranted premium"?

 8               MR. MOON:  Objection.  Calls for an expert

 9     opinion.  Legal conclusion.

10               THE WITNESS:  I don't know what they mean  12:24

11     by that.

12     BY MS. PATEL:

13          Q.   Do you think you overpaid for the

14     dishwasher tablets?

15               MR. MOON:  Same objections.                12:25

16               THE WITNESS:  Given that I thought I was

17     purchasing something that was, you know, natural

18     ingredients, which is generally higher-priced,

19     nonsynthetic, potentially, yeah.

20     BY MS. PATEL:                                        12:25

21          Q.   Do you know by how much?

22          A.   No.

23          Q.   Okay.

24          A.   Again, that's not my -- my knowledge of

25     how to market and price.                             12:25
```

Page 100

```
 1              MR. MOON:  It's still up, the wheel in        01:08
 2     front of me.  Just give me another 30 seconds,
 3     please.
 4              MS. PATEL:  Okay.
 5              MR. MOON:  Thank you.                          01:08
 6              Number 5?
 7              MS. PATEL:  Yes.
 8              MR. MOON:  It's up.
 9     BY MS. PATEL:
10         Q.   Ms. Maisel, do you recognize this             01:08
11     document?
12         A.   Yes.
13         Q.   What is it?
14         A.   This is a motion for class certification.
15     It's a memorandum of points.                           01:08
16         Q.   And do you see what date it was filed?
17         A.   12-20-21.
18         Q.   Did you have an opportunity to look at a
19     draft of this before it was filed on December 20th?
20         A.   I believe I did.                               01:09
21         Q.   Was it provided to you via email?
22         A.   Yes.
23         Q.   But you don't have a copy of that email
24     anymore, correct?
25         A.   Correct.                                       01:09
```

                                                  Page 103

```
 1    legal words.                                        01:11

 2              But, you know, do you have a sense of what

 3    this motion is asking the Court to do?

 4              MR. MOON:  Objection.  Calls for a legal

 5    conclusion.                                          01:11

 6              THE WITNESS:  I would have to rely on my

 7    attorneys and the Court to decipher that.

 8    BY MS. PATEL:

 9         Q.   Do you understand that the motion is

10    asking to certify a class about label changes only?  01:11

11         A.   That this -- those sentences?

12         Q.   Yes.  That they refer only to -- the legal

13    jargon is "injunctive relief," but I'm focused on

14    the description, which is the label changes.

15         A.   Do I understand that?  Yes.               01:12

16         Q.   Are you foregoing any request for monetary

17    damages?

18              MR. MOON:  Objection.  Calls for a legal

19    conclusion.

20              THE WITNESS:  Yeah, I'm just deferring to  01:12

21    my attorneys on that.

22    BY MS. PATEL:

23         Q.   You don't know if you are asking for

24    damages in the case or not?

25              MR. MOON:  Asked and answered.            01:12
```

                                                  Page 105

```
 1    the United States and the State of California, that      01:17

 2    the foregoing is true and correct"?

 3         A.   Yes.

 4         Q.   Do you still agree with that declaration?

 5              MR. MOON:  Objection.  Vague and              01:17

 6    ambiguous.

 7              THE WITNESS:  Do I still agree with the

 8    declaration?

 9    BY MS. PATEL:

10         Q.   With that statement.  Where you say "I        01:17

11    declare under penalty of perjury."

12         A.   Yes.

13         Q.   I'm sorry --

14         A.   Yes.

15         Q.   Yes, okay.                                     01:17

16              Did you draft this declaration?

17         A.   No.

18         Q.   Who drafted it?

19         A.   The -- my attorneys.  The attorneys.

20         Q.   Do you know which attorneys?                   01:17

21         A.   I don't know who drafted it.

22         Q.   Did you make any edits to the draft that

23    the attorneys prepared?

24         A.   No.

25         Q.   Did you verify that everything in the         01:18
```

                                             Page 109

```
 1          Q.   Ms. Maisel, a response, please.          01:24

 2          A.   I really don't -- I don't know.

 3          Q.   Okay.  Let's go back to Exhibit 6.  When

 4     you get there, we'll look at paragraph 3.

 5          A.   Okay.                                     01:25

 6          Q.   And more specifically, lines 21 and 22

 7     where it reads "I have already spent approximately

 8     eight to ten hours in my role in this case."

 9               Do you see that?

10          A.   Yes.                                      01:25

11          Q.   Did you come up with that time estimate?

12          A.   You said did I come up with that time?

13          Q.   Yes, ma'am.

14          A.   Yes.

15          Q.   How did you come up with it?             01:25

16          A.   Based on the communication I had and --

17          Q.   What records did you look at to come up

18     with the estimate?

19          A.   That was based on just guesstimating what

20     I -- you know, what I had been already involved with 01:26

21     them.

22          Q.   And can you tell me how you spent those

23     eight to ten hours and describe the involvement that

24     you guesstimated on?

25               MR. MOON:  Objection.  Vague and         01:26
```

                                            Page 115

```
 1        A.   Uh-huh.                                    01:27

 2        Q.   What does "regular contact" mean?

 3        A.   What does "regular contact" mean?

 4    Whenever I needed to connect with them or they

 5    needed to connect with me.  That's the -- it's a    01:28

 6    little vague.

 7        Q.   That's your language -- or your attorney's

 8    language.  So I need your help in telling me what

 9    that means.

10             MR. MOON:  Objection.  Argumentative.       01:28

11             THE WITNESS:  I don't know.  I would be

12    guesstimating.

13             You know, during that period of time it

14    could have been every other month.  I mean I don't

15    know exactly.                                        01:28

16    BY MS. PATEL:

17        Q.   All right.  If you could scroll up to the

18    top of this page in paragraph 1.  Ms. Maisel, do you

19    see that part where it says at line 4, "I have

20    personal knowledge of the facts set forth in this    01:28

21    declaration and, if called as a witness, I could and

22    would competently testify to them"?

23        A.   I'm sorry, you're trying -- oh, you're at

24    the top of the page?

25        Q.   Yeah, lines 4 to 5.                         01:29
```

                                              Page 117

```
 1        A.   Yes, yes.                                    01:29

 2        Q.   So that means that I need something better

 3    than your guesses and responses to the questions

 4    about the statements in this declaration.

 5             MR. MOON:  Objection.  Argumentative.        01:29

 6    BY MS. PATEL:

 7        Q.   Are you able to give me a more precise

 8    answer on what "maintaining regular contact" means?

 9        A.   I mean I -- no, I'm not.  I -- I -- I

10    don't have specific dates to show you.               01:29

11        Q.   And what about the next item on this list

12    back down in line 23 on that same page?  It says

13    "being interviewed on more than one occasion

14    regarding matters relevant to this case."

15        A.   Uh-huh.                                      01:29

16        Q.   How many occasions?  More than one is

17    pretty vague.

18        A.   Uh-huh.  Between three to five, five to --

19    five or more.  It's a -- yeah.

20        Q.   The last item on this list is "searching    01:30

21    for and providing documents and information

22    requested."

23             What documents did you search for?

24        A.   The documents that we have -- they have

25    provided me.                                          01:30
```

                                                    Page 118

Exhibit 1, Page 52

```
 1        Q.   You spent time searching for documents        01:30
 2    that your lawyers provided you?
 3        A.   Well, I'm just not sure.  Yeah.  I mean
 4    looking for -- this is what I think this sentence is
 5    referring to -- again, speculating without --         01:31
 6            MR. MOON:  Don't speculate, Betsy.
 7            THE WITNESS:  Yeah.
 8    BY MS. PATEL:
 9        Q.   If you don't know, you can say "I don't
10    know."  But I am -- I want to remind you that you      01:31
11    signed this declaration under penalty of perjury,
12    that you have personal knowledge of what's in it.
13    And that means you need to know what's in it.
14        A.   Yeah.
15            MR. MOON:  Well, just give your best           01:31
16    testimony here today.  That's all you can do.
17            THE WITNESS:  Yeah.  Looking for documents
18    like receipts, et cetera, which -- bank statements
19    that may have shown when I purchased those things
20    which never came to light.                             01:31
21    BY MS. PATEL:
22        Q.   What bank statements did you look at?
23        A.   Just my credit cards.
24        Q.   I think earlier you testified that you
25    used several credit cards.                             01:32
```

Page 119

```
 1         Q.   That you searched for and provided        01:33

 2    documents.

 3              MR. MOON:  It says "searching for and

 4    providing documents and information requested."

 5              MS. PATEL:  I -- I can read too, Mr. Moon.  01:33

 6         Q.   Ms. Maisel, it says "searching for and

 7    providing documents and information requested."

 8              Did you provide any documents?

 9         A.   No.

10         Q.   Your estimate of eight to ten hours, do    01:33

11    you have a sense over when those hours were -- were

12    spent?  Was it before the complaint was filed,

13    before the amended complaint was filed, before class

14    cert?  Can you tell me how those eight to ten hours

15    stretch out between the filing date of this case and  01:34

16    right now?

17         A.   I mean, you know, without -- a little bit

18    here, a little bit there.  I can't really -- I don't

19    have a full scope of exactly when those were -- when

20    the communication happened.                          01:34

21         Q.   And that is because you didn't keep any

22    records of any communications with your counsel?

23         A.   Correct.

24              MR. MOON:  Objection.  Argumentative.

25              THE WITNESS:  I'm sorry, can I just take a   01:34
```

Page 121

```
 1          Q.   And really -- really focus on lines 1 and    01:37
 2     2 and a half.
 3          A.   Okay.
 4          Q.   All right.  It says "I want to, again,
 5     purchase Ecover brand cleaning products with those    01:38
 6     representations on the front labels, including the
 7     product, even though I have come to believe that,
 8     back in 2020, when I bought the product, it was
 9     falsely labeled as being made with plant-based and
10     mineral ingredients."                                 01:38
11               Do you see that?
12          A.   Uh-huh.
13          Q.   So the beginning of that sentence it says
14     you want to, again, purchase Ecover brand cleaning
15     products.                                             01:38
16               Just so I'm clear, the only product that
17     you purchased -- the only Ecover brand cleaning
18     product you purchased is the dishwasher tabs, right?
19          A.   Correct.
20          Q.   Okay.  And I want to try and understand     01:38
21     the circumstances that would lead you to purchase
22     the product again.
23               So if the dishwasher tablet label didn't
24     say "with plant-based and mineral ingredients,"
25     would you buy them?                                   01:38
```

Page 125

1              MR. MOON:  Objection.  Calls for            01:39

2      speculation.  Incomplete hypothetical.  Vague and

3      ambiguous.

4              THE WITNESS:  Yeah, I don't know.

5      BY MS. PATEL:                                        01:39

6          Q.   You don't know if you would buy them again

7      if they didn't say "with plant-based and mineral

8      ingredients"?

9              MR. MOON:  Objection.  Asked and answered.

10     Argumentative.                                       01:39

11             THE WITNESS:  Yeah, I would have to rely

12     on my attorneys to answer that.  I mean --

13     BY MS. PATEL:

14         Q.   What is -- go ahead.  Sorry?

15         A.   Again, it seems to me, as a layperson and  01:39

16     a consumer of a particular type of product that I

17     was looking for, I just want -- yeah, if it's -- if

18     it's truthful, you know, and it's something I can

19     trust and rely on, then, yeah.  If the -- yeah.  If

20     the representation on the label was truthful,        01:40

21     potentially I would buy the product again.

22         Q.   And how would you know it was truthful?

23             MR. MOON:  Objection.  Calls for

24     speculation.  Calls for expert opinion.  Vague and

25     ambiguous.                                           01:40

                                              Page 126

```
 1              THE WITNESS:  I -- I don't know how I --        01:40
 2     BY MS. PATEL:
 3         Q.   Would you rely on your attorneys?
 4              MR. MOON:  Same objections.  Incomplete
 5     hypothetical.                                            01:40
 6              THE WITNESS:  I don't know.
 7     BY MS. PATEL:
 8         Q.   So I want to -- you said a few things that
 9     confused me a little bit, so I want to go back to
10     the original question I asked, which was -- let's       01:40
11     say you go to the market again and you see the
12     Ecover dishwasher tablet box and it doesn't have
13     "with plant-based and mineral ingredients" on it.
14     It doesn't say that anymore.  Would you purchase the
15     product again?                                          01:41
16              MR. MOON:  Asked and answered for about
17     the third time now.  Same objections.
18              THE WITNESS:  I answer, right?
19     BY MS. PATEL:
20         Q.   Yes, please.                                   01:41
21         A.   I -- potentially I would.
22         Q.   All right.  Let's look at paragraph 7.
23     And more precisely, lines 14 to 19.  Let me know
24     when you're there.
25         A.   I'm there.                                     01:42
```

```
1    something else synthetic.                        01:44

2    BY MS. PATEL:

3         Q.   Do you have an example of what food item

4    you have in mind?

5         A.   It could be coconut oil; it could be palm   01:45

6    oil.  Yeah.

7         Q.   Do you know if either of those ingredients

8    are in the dishwasher tablets?

9         A.   I don't.

10        Q.   And this phrase, I think you said          01:45

11   "overprocessing."  In the declaration you say

12   "substantial processing."  Is that one and the same

13   in your mind?

14        A.   Yes.

15        Q.   And to me, that suggests that some amount   01:45

16   of processing is okay.  Do you agree with that or do

17   you think there should be no processing?

18             MR. MOON:  Objection.  Calls for expert

19   opinion.  Vague and ambiguous.  Incomplete

20   hypothetical.                                        01:45

21             THE WITNESS:  Yeah, I don't really know.

22   BY MS. PATEL:

23        Q.   You don't have a sense what the line is

24   between processing that's okay versus substantial

25   processing that's not okay?                          01:46
```

Page 130

```
 1              MR. MOON:  Asked and answered.  Same    01:46
 2    objections.
 3              THE WITNESS:  I have a sense, but it's
 4    not -- it's all guessing.  It's nothing from any --
 5    you know, it's not a -- it's not a -- it's not an   01:46
 6    educated -- you know, it's just all a guess.  A
 7    guess.
 8    BY MS. PATEL:
 9         Q.   Do you remember -- I'm sorry, were you
10    finished?                                            01:46
11         A.   Go ahead.  Yeah.
12         Q.   When we were looking at Exhibit 5, which
13    was the class certification motion, do you remember
14    the date that it was filed?
15              We can go back and look at it.  It's not a  01:46
16    memory test, but it's a foundation for the next
17    question.
18         A.   Okay.  I can go back?
19         Q.   Yeah, you can go back and check.
20         A.   Which one did you want me to confirm the   01:46
21    date?
22         Q.   Exhibit 5, which is the filing -- the
23    class certification motion.
24         A.   And you want to know what the date it was
25    filed?                                               01:47
```

Page 131

1          A.   Yes.                                          01:49

2          Q.   You understand that this document says it

3     was filed 10 days later, correct?

4          A.   Yes.

5          Q.   You understand that when we looked at         01:49

6     Exhibit 5, it was filed on December 20th, which is

7     when you signed this declaration, right?

8          A.   Yes.

9          Q.   Did your lawyers tell you that they didn't

10    file your declaration when they filed --               01:49

11              MR. MOON:   Objection.

12              I'm going to instruct you not to answer as

13    to what you discussed with your lawyers.

14    BY MS. PATEL:

15         Q.   Do you think it's a problem that your         01:49

16    lawyers didn't file your declaration when they filed

17    a motion?

18              MR. MOON:   Objection.   Argumentative.

19    Calls for speculation.

20              THE WITNESS:   I don't know because I don't   01:49

21    know anything about that.

22    BY MS. PATEL:

23         Q.   Are you aware -- go ahead.

24         A.   I just don't know about this stuff.   You

25    know, I don't know.   I trust that they're doing the    01:49

                                        Page 134

```
 1     job and I -- I don't -- not -- it's of no concern to        01:50

 2     me the dates because I don't know what they're -- I

 3     didn't know.

 4          Q.   So then safe to say you're not aware of

 5     any consequences when a party doesn't meet a court          01:50

 6     deadline?

 7               MR. MOON:  Objection.  Argumentative.

 8     Calls for speculation.  Calls for a legal

 9     conclusion.  Asked and answered.

10               THE WITNESS:  I'm not -- not made aware of         01:50

11     the deadline at the moment.  I'm not aware.

12     BY MS. PATEL:

13          Q.   You're not aware of anything that would

14     happen by missing a deadline?

15               MR. MOON:  Asked and answered.               01:50

16               THE WITNESS:  I know what happens when you

17     miss deadlines, yes.

18     BY MS. PATEL:

19          Q.   It's not a good thing, right?

20               MR. MOON:  Argumentative.  This is getting    01:50

21     silly.

22               MS. PATEL:  I don't think Ms. Maisel

23     thinks I'm arguing with her, Mr. Moon.

24               MR. MOON:  Your questions are

25     argumentative.  And you've asked the same question    01:51
```

Page 135

```
 1    an exhibit in an exhibit.                              01:56

 2          And if you keep scrolling down, there's a

 3    heading that says "Requests for Production."  Do you

 4    see that?

 5    A.   Yes.                                              01:56

 6    Q.   Do you remember receiving anything that

 7    looks like this asking for certain documents?

 8    A.   I don't recall.  But that doesn't mean I

 9    didn't.

10    Q.   And if you would have received it, you           01:56

11    would have received it via email; is that right?

12    A.   Yes.

13    Q.   You don't have any emails for this case,

14    so we can't -- we're not able to verify through your

15    email records, correct?                               01:57

16    A.   Correct.

17    Q.   Okay.  I want to ask just a question about

18    what's titled "Request for Production 9."  So if you

19    keep scrolling, let me know when you get to it.

20    A.   Okay.                                             01:57

21    Q.   It asks for "All documents evidencing your

22    purchase of dishwasher tablets, dishwasher powder,

23    or dishwasher liquid during the relevant period,

24    including any receipts, invoices, or credit card

25    statements."                                           01:57
```

                                                Page 140

```
1                        DECLARATION

2

3        I hereby declare I am the deponent in the within

4    matter; that I have read the foregoing transcript and

5    know the contents thereof; and I declare that the same

6    is true of my knowledge except as to the matters which

7    are therein stated upon my information or belief, and

8    as to those matters, I believe them to be true.

9        I declare under the penalties of perjury

10   under the laws of the United States that the

11   foregoing is true and correct.

12

13       This declaration is executed this _____ day

14   of _____, 20___, at

15   _____   _____

16           CITY                        STATE

17

18                    _____

19                         ELIZABETH MAISEL

20

21

22

23

24

25
                                          Page 156
```

Exhibit 1, Page 63

```
 1                  CERTIFICATE OF REPORTER

 2       I, ASHALA TYLOR, CSR No. 2436, in and for the State

 3    of California, do hereby certify:

 4       That the foregoing proceedings were taken before me

 5    at the time and place herein set forth; that any

 6    witnesses in the foregoing proceedings, prior to

 7    testifying, were placed under oath; that a verbatim

 8    record of the proceedings were made by me using machine

 9    shorthand which was thereafter transcribed under my

10    direction; further that the foregoing is an accurate

11    transcription thereof.

12       That before the completion of the deposition,

13    review of the transcript was requested.

14       I further certify that I am neither financially

15    interested in this action nor a relative or employee of

16    any attorney or any of the parties hereto.

17       In compliance with Section 8016 of the Business and

18    Professions Code, I certify under penalty of perjury

19    that I am a Certified Shorthand Reporter with

20    California License No. 2436 in full force and effect.

21    WITNESS my hand this 25th day of January, 2022.

22

23

24

25          Ashala Tylor, CSR #2436, RPR, CRR, CLR
```

Page 157

# EXHIBIT 2

| Ingredients | ecover All Purpose Cleaner | ecover Cream Scrub | ecover Delicate Wash | ecover Dishwasher Powder | ecover Dishwasher Tablets | ecover Dishwasher Tablets Zero | ecover Fabric Softener (Morning Fresh) | ecover Fabric Softener (Sunny Day) | ecover Floor Soap | ecover Laundry Detergent (Alpine Mint) | ecover Laundry Detergent (Lavender Field) | ecover Rinse Aid | ecover Stain Remover | ecover Toilet Cleaner |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2,6-dimethyl-7-octen-2-ol | X | | | | | | | | | | | | | |
| 2,6-Dimethyloct-7-en-2-ol | | | | X | | | | | | | | | | |
| 2-phenylethanol | | | | | | | | X | | | | | | |
| Alcohol alkoxylate | | | | | | | | | | | X | | | |
| Alpha-amylase | | | | | | | | | | | X | | | |
| Alpha-hexylcinnamaldehyde | | | | | | | | X | | | | | | |
| Alpha-Terpineol acetate | | | | X | | | | | | | | | | |
| Amylase | | | | X | X | X | | | | X | | | | |
| Benzisothiazolinone | | | | | | | | | | X | | | | |
| Benzyl acetate | | | | | | | X | | | | | | | |
| Benzyl alcohol | | | X | | | | | | | | | | | |
| Benzyl benzoate | X | | | | | | | | | | | | | |
| Benzylisothiazolinone | | | | | | | | | | | | X | X | |
| Beta-caryophyllene | | | | | | | | | | | | | X | |
| Beta-Pinene | | | X | | | | | | | | | | | |
| C12-16 pareth-7 | | | | | | | | | | X | | | | |
| Camphene | | | X | | | | | | | | | | | |
| Caprylyl/capryl glucoside | X | | | | | | | | | | | | | |
| Caprylyl/decyl glucoside | | | | | | | | | | X | | | | |
| Carboxymethyl Inulin | | | | | | | | | | | X | | | |
| Citral | X | | X | | | | | | | | | | | |
| Citric acid | | | X | | | | | | | X | X | X | | X |
| Citric acid solution | | | | | | | | | | X | | | | |
| Citronellal | X | | X | | | | | | | | | | | |
| Citronellol | X | | X | | | | X | | | | | | | |
| Coco-glucoside | | X | | | | | | | | | | | | |
| Decyl glucoside | | | | | | | | | | X | X | | | |
| Dihydromyrcenol | | | | | | | X | X | | | | | | |
| Disubstituted alaninamide | | | | | | | | | | | | | X | |
| Eucalyptol | X | | | | | | | | | | | | | |
| Eugenol | X | | | | | | | | | | | | | |
| Farnesol | X | | | | | | | | | | | | | |
| Fatty alcohol alkoxylate | | | | | X | X | | | | | | | | |
| Fragrance | | | X | | | | X | X | | | | | | X |
| Gammaterpinene | | | X | | | | | | | | | | | |
| Geraniol | X | | | | | | X | | | | | | | |
| Geranyl acetate | X | | | | | | X | | | | | | | |
| Glycerin | | X | | | X | | | X | | X | | | X | |
| Glyoxal | | | | | | | | | | | | | | X |
| Hexyl salicylate | | | | | X | | | | | | | | | |
| Isoeugenol | X | | | | | | | | | | | | | |
| Isopropanol | | | | | | | | | | | | X | | |
| Isopropyl alcohol | X | | | | | | | | | | | | | |
| Lactic acid | X | | | | | | X | | | | | | | |
| Lauryl ethoxylate | | | | | | | | | | | X | | | |
| Lauryl glucoside | X | | X | | | | | | | X | | X | | X |
| Lauryl/myristyl glucoside | | | | | | | | | | | X | | | |
| Lavandin extract | | | | | | | | | | | X | | | |
| Limonene | X | | X | | | | X | | | | | | X | |
| Linalool | X | | X | | | | X | | | X | | | | |
| Lipase | | | | | | | | | X | | | | | |
| Methylchloroisothiazolinone | | | | | | | | | | X | | | | |
| Methylisothiazolinone | | | | | | | | | | X | X | X | X | |
| Myrcene | X | | | | | | | | | | | | | |
| Nopyl acetate | | | | | | | | X | | | | | | |
| Oleic acid | X | | | | | | | | | | | | | |
| Orange extract | | | | | X | | | | | | | | | |
| Oxacyclohexadecen-2-one: | | | | | | | | X | | | | | | |
| P-anisic acid | | | | | | | X | | | | | | | |

| Ingredients | ecover All Purpose Cleaner | ecover Cream Scrub | ecover Delicate Wash | ecover Dishwasher Powder | ecover Dishwasher Tablets | ecover Dishwasher Tablets Zero | ecover Fabric Softener (Morning Fresh) | ecover Fabric Softener (Sunny Day) | ecover Floor Soap | ecover Laundry Detergent (Alpine Mint) | ecover Laundry Detergent (Lavender Field) | ecover Rinse Aid | ecover Stain Remover | ecover Toilet Cleaner |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P-anisic acid: |  |  |  |  |  |  | X |  |  |  |  |  |  |  |
| Phenoxyethanol | X | X |  |  |  |  |  |  | X |  |  | X |  |  |
| Pine extract |  |  |  |  | X |  |  |  |  |  |  |  |  |  |
| Pinene | X |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Polyethylene glycol |  |  |  |  |  |  |  |  | X |  |  |  |  |  |
| Polyoxyethylene trimethyldecyl alcohol |  |  |  |  | X | X |  |  |  |  |  |  |  |  |
| Potassium cocoate |  |  | X |  |  |  |  |  |  | X | X |  |  |  |
| Potassium oleate |  |  | X |  |  |  |  |  |  |  |  |  |  |  |
| Propylene glycol |  |  |  |  |  |  |  |  | X |  |  | X |  |  |
| Protease |  |  |  |  | X | X |  |  |  | X | X |  |  |  |
| Rosemary extract |  |  |  |  |  |  |  |  | X |  |  |  |  |  |
| Sodium citrate |  |  |  | X | X | X |  |  |  |  | X |  |  | X |
| Sodium diglycolate |  |  |  |  |  |  |  |  | X |  |  |  |  |  |
| Sodium formate |  |  |  |  |  |  |  |  |  |  |  | X |  |  |
| Sodium gluconate |  |  |  |  | X | X |  |  |  |  | X |  |  |  |
| Sodium glycolate |  |  |  |  |  |  |  |  | X |  |  |  |  |  |
| Sodium laureth sulfate ("SLES") |  |  | X |  |  |  |  |  |  |  | X | X |  |  |
| Sodium lauryl sulfate ("SLS") |  |  |  |  |  |  |  |  |  | X | X |  |  |  |
| Sodium polyaspartate |  |  |  |  | X | X |  |  |  |  |  |  |  |  |
| Sodium polyitaconate |  |  |  | X |  |  |  |  |  |  |  |  |  |  |
| Sophorolipids | X |  |  |  |  |  |  |  |  |  | X |  |  |  |
| Subtilisin |  |  |  | X |  |  |  |  |  |  |  | X |  |  |
| Taed |  |  |  |  | X | X |  |  |  |  |  |  |  |  |
| Terpineol |  |  |  | X |  |  |  | X |  |  |  |  |  |  |
| Tetrasodium edta |  |  |  |  |  |  |  |  | X |  |  |  |  |  |
| Tricyclodecenyl propionate |  |  |  |  |  | X |  |  |  |  |  |  |  |  |
| Undecan-4-olide |  |  |  |  |  | X |  |  |  |  |  |  |  |  |
| Verdyl acetate |  |  |  |  |  |  | X |  |  |  |  |  |  |  |
| Xanthan gum |  | X |  |  |  |  |  |  |  |  |  |  |  | X |