1    PURVI G. PATEL (CA SBN 270702)
     PPatel@mofo.com
2    KELSEY HARRISON (CA SBN 328621)
     KHarrison@mofo.com
3    MORRISON & FOERSTER LLP
     707 Wilshire Boulevard, Suite 6000
4    Los Angeles, California  90017-3543
     Telephone: 213.892.5200
5    Facsimile: 213.892.5454

6    THOMAS P. SCHULT (*PRO HAC VICE*)
     TSchult@berkowitzoliver.com
7    BERKOWITZ OLIVER LLP
     2600 Grand Boulevard, Suite 1200
8    Kansas City, Missouri  64108
     Telephone: 816.561.7007
9    Facsimile: 816.561.1888

10   ***Attorneys for Defendant S. C. Johnson & Son, Inc***.
     (*Additional counsel listed on next page*)
11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14               SAN FRANCISCO DIVISION

15

16   ELIZABETH MAISEL, individually and on      Case No.    3:21-cv-00413-TSH
     behalf of all others similarly situated,
17                                              **DECLARATION OF
                          Plaintiff,            BELEN ARELLANO IN SUPPORT
18                                              DEFENDANT'S OPPOSITION TO
           v.                                   PLAINTIFF'S MOTION FOR
19                                              CLASS CERTIFICATION**
     S. C. JOHNSON & SON, INC., a Wisconsin
20   Corporation,                               Date:      May 19, 2022
                                                Time:      10:00 am
21                        Defendant.            Ctrm:      G

22                                              Judge: Hon. Thomas Hixson
                                                Complaint Filed:  January 15, 2021
23                                              Trial Date:  None Set

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CAMILA A. TAPERNOUX (CA SBN 299289)
CTapernoux@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
***Attorneys for Defendant S. C. Johnson & Son, Inc***.

I, Belen Arellano, declare as follows:

1.     I am the Vice President of Customer Strategy and Development for the Lifestyle Brands at S. C. Johnson & Son, Inc. ("SCJ-LSB"). I have been in my current role since July 15, 2021. The statements of this declaration are based on my personal knowledge, including my review of corporate records maintained by SC Johnson in the ordinary course of business. If called to testify as a witness, I could and would competently do so under oath.

2.     In my time at SCJ-LSB, I have overseen the marketing, development, and sales of Ecover brand products. As a result of my role, I have access to current and historical records regarding the marketing and sales of these products. These records are maintained by SC Johnson in the ordinary course of business.

3.     I have reviewed Exhibit J to Plaintiff's Motion for Class Certification, which contains reports of sales data for fourteen Ecover products. SC Johnson does not sell any Ecover products directly to consumers. The sales data for the Ecover products included in Exhibit J is shipped sales data. It represents the dollar and unit sales of Ecover products SC Johnson sold to distributors and third-party retailers. It does not indicate (i) how many Ecover products consumers purchased from a brick-and-mortar or online third-party retailer; or (ii) the price consumers paid for those products.

4.     As of 2020, SC Johnson no longer sells the following products to third-party retailers in the United States: Ecover All-Purpose Cleaner, Ecover Cream Scrub, Ecover Delicate Wash, Ecover Floor Soap, or Ecover Laundry Detergent (Alpine Mint). SC Johnson did not sell any units of Ecover All-Purpose Cleaner or Ecover Delicate Wash in the United States after its 2019 fiscal year, and did not sell any units of Ecover Cream Scrub, Ecover Floor Soap, or Ecover Laundry Detergent (Alpine Mint) in the United States after its 2018 fiscal year.

5.      Beginning in January 2021, SC Johnson ceased selling to third-party retailers in the United States Ecover Fabric Softener (Sunny Day) and Ecover Fabric Softener (Morning Fresh) with the statement "with plant-based and mineral ingredients" on the product label in the United States.  Attached as Exhibit A are true and correct copies of the product labels for these two products in effect since January 2021.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 17th day of February, 2022, at San Francisco, California.

DocuSigned by:

*Belen Arellano*

0E20DF972EE0444...

Belen Arellano

Decl. of Belen Arellano iso Defendant's Opposition to Class Cert.
Case No. 3:21-cv-00413-TSH
sf-4655481

4

# EXHIBIT A

**FABRIC SOFTENER LABEL / 32oz (1L BOTTLE WIDE NECK) / ENGLISH/CANADA FRENCH**



32oz (1L BOTTLE WIDE NECK)

69.5 mm

184.2 mm



# ecover™

With plant-based softeners
Avec des assouplisseurs
à base de plantes

Helps to
reduce static
Aide à réduire
l'électricité statique

## Fabric Softener
## Assouplisseur Textile

Softens & freshens clothes
Adoucit et rafraîchit les vêtements

Morning Fresh · Fraîcheur Matinale

he

FOR ALL WASHERS
POUR TOUTES LES LAVEUSES

946 mL (32 FL OZ)

69.5 mm

184.2 mm



At Ecover, we have been pioneering green science for over 35 years to make effective, plant-based cleaners by planet-loving people. Chez Ecover, nous innovons dans le domaine de la science environnementale depuis plus de 35 ans pour créer des nettoyants efficaces à base de plantes faits par des amoureux de la planète.

Softens and freshens fabrics. //
Adoucit et rafraîchit les tissus.

Made with plant-based softeners. //
Fait avec des assouplisseurs à base
de plantes.

Helps reduce static, making your clothes easy
to iron. // Aide à réduire l'électricité statique,
ce qui facilite le repassage.

DIRECTIONS FOR USE: Add 1–2 capfuls to last rinse cycle or pour into separate washing machine dispenser. MODE D'EMPLOI: Ajoutez 1 à 2 bouchons au dernier cycle de rinçage ou versez dans le distributeur approprié de la machine.

| SOFTNESS // DOUCEUR | |
|---|---|
| Soft // Doux | |
| Extra Soft // Très Doux | |

INGREDIENTS/INGRÉDIENTS: Water(aqua), c18 and c18 unsatd. tea-esterquat, propylene glycol, p-anisic acid, lactic acid, magnesium chloride, fragrance (parfum). Contains fragrance allergens (contient des fragrances allergènes): limonene, linalool, geraniol.

CAUTION: DO NOT GET IN EYES. IF IN EYES, RINSE WITH WATER FOR 15 MINUTES. IF IRRITATION PERSISTS, GET MEDICAL ATTENTION. KEEP OUT OF REACH OF CHILDREN. ATTENTION: ÉVITER TOUT CONTACT DES YEUX. EN CAS DE CONTACT AVEC LES YEUX, RINCER AVEC DE L'EAU PENDANT 15 MINUTES. SI L'IRRITATION PERSISTE, CONSULTER UN MÉDECIN. TENIR HORS DE LA PORTÉE DES ENFANTS.

www.ecover.com
1-800-449-4925

7 28997 17200 4

HDPE

THIS BOTTLE IS MADE OF AT
LEAST 95% POST-CONSUMER
RECYCLED PLASTIC.
PLEASE RECYCLE.

©2020 Ecover US. Mfg. for Ecover US, San Francisco, CA 94111
Produced in Belgium. Fabriqué en Belgique.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Process Yellow | PMS 312 C | PMS 2265 C | PMS 137 C | PMS 184 C | PMS 7467 C | PMS Cool Gray 11 C | MATTE VARNISH |

JOB #: 20EF     PROJECT: ECOVER WARREN G 2.0 - FABRIC SOFTENER WHOLE FOODS GREEN SEAL     FILENAME: 2008777_2008778_FaSo_Labe_ECV_MoFr_32oz_ENFR_21_01.ai     ARTICLE: 2008777/2008778     UPC: 7 28997 17200 4

TRIM SIZE: 69.5mm x 184.2mm          FINISH: MATTE VARNISH          VENDOR INFO:  athena-graphics.be  +32 (0)51 22 69 66
DIE: 711952_Ecov-EcoverBottlelLLaundry                                                                                        Athena Graphics nv. Liebeekstraat 20  8800 Roeselare - België
INKS: 8 Stations - see swatch list          SUBSTRATE: Opaque Poly Label on HDPE bottle          ECOVER CONTACT: Chris Toner | chris.t@peopleagainstdirty.com



637 Commercial Street, #300 San Francisco, CA 94111 · 415 568 4600

**FABRIC SOFTENER LABEL / 32oz (1L BOTTLE WIDE NECK) / ENGLISH/CANADA FRENCH**



32oz (1L BOTTLE WIDE NECK)

69.5 mm

69.5 mm

184.2 mm

184.2 mm



## ecover™

With plant-based softeners
Avec des assouplisseurs à base de plantes

Helps to reduce static
Aide à réduire l'électricité statique

Fabric Softener
Assouplisseur Textile

Softens & freshens clothes
Adoucit et rafraîchit les vêtements

Sunny Day · Journée Ensoleillée

h·e

FOR ALL WASHERS
POUR TOUTES LES LAVEUSES

946 mL (32 FL OZ)

---

At Ecover, we have been pioneering green science for over 35 years to make effective, plant-based cleaners by planet-loving people. Chez Ecover, nous innovons dans le domaine de la science environnementale depuis plus de 35 ans pour créer des nettoyants efficaces à base de plantes faits par des amoureux de la planète.

Softens and freshens fabrics. // Adoucit et rafraîchit les tissus.

Made with plant-based softeners. // Fait avec des assouplisseurs à base de plantes.

Helps reduce static, making your clothes easy to iron. // Aide à réduire l'électricité statique, ce qui facilite le repassage.

**DIRECTIONS FOR USE:** Add 1–2 capfuls to last rinse cycle or pour into separate washing machine dispenser. **MODE D'EMPLOI:** Ajoutez 1 à 2 bouchons au dernier cycle de rinçage ou versez dans le distributeur approprié de la machine.

| SOFTNESS // DOUCEUR | |
|---|---|
| Soft // Doux | |
| Extra Soft // Très Doux | |

**INGREDIENTS/INGRÉDIENTS:** Water (aqua), c18 and c18 unsatd. tea-esterquat, propylene glycol, p-anisic acid, lactic acid, magnesium chloride, fragrance (parfum). Contains fragrance allergens (contient des fragrances allergènes): citronellol, hexyl cinnamal.

**CAUTION:** DO NOT GET IN EYES. IF IN EYES, RINSE WITH WATER FOR 15 MINUTES. IF IRRITATION PERSISTS, GET MEDICAL ATTENTION. KEEP OUT OF REACH OF CHILDREN. **ATTENTION:** ÉVITER TOUT CONTACT DES YEUX. EN CAS DE CONTACT AVEC LES YEUX, RINCER AVEC DE L'EAU PENDANT 15 MINUTES. SI L'IRRITATION PERSISTE, CONSULTER UN MÉDECIN. TENIR HORS DE LA PORTÉE DES ENFANTS.

www.ecover.com
1-800-449-4925

HDPE

THIS BOTTLE IS MADE OF AT LEAST 95% POST-CONSUMER RECYCLED PLASTIC. PLEASE RECYCLE.

©2020 Ecover US. Mfg. for Ecover US, San Francisco, CA 94111
Produced in Belgium. Fabriqué en Belgique.

7  28997  17201  1

---

PMS 321 C   PMS 2293 C   PMS 137 C   PMS 7548 C   PMS 7467 C   PMS Cool Gray 11 C   MATTE VARNISH

---

JOB #: 20EF   PROJECT: ECOVER WARREN G 2.0 – FABRIC SOFTENER   FILENAME: 2008779_2008780_FaSo_Labe_ECV_Sun_32oz_ENFR_Z1_01.ai   ARTICLE: 2008779/2008780   UPC: 7 28997 17201 1

TRIM SIZE: 69.5mm x 184.2mm   FINISH: MATTE VARNISH   VENDOR INFO: athena-graphics.be +32 (0)51 22 69 66
DIE: 711952_Ecov-EcoverBottle1LLaundry   SUBSTRATE: Opaque Poly Label on HDPE bottle   Athena Graphics nv. Liebeekstraat 20  8800 Roeselare - België
INKS: 7 Stations - see swatch list       ECOVER CONTACT: Chris Toner | chris.t@peopleagainstdirty.com

ecover   637 Commercial Street, #300 San Francisco, CA 94111 • 415 568 4600