# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH MAISEL, individually and on
behalf of all others similarly situated,

Plaintiff,

v.

S. C. JOHNSON & SON, INC., a Wisconsin
Corporation,

Defendant.

CASE NO. 3:21-cv-00413-TSH

# DECLARATION OF SARAH BUTLER

**TABLE OF CONTENTS**

I.      QUALIFICATIONS                                          3

II.     DOCUMENTS REVIEWED                                      5

III.    ASSIGNMENT AND SUMMARY OF OPINIONS                      5

IV.     BACKGROUND                                              8

V.      SURVEY METHODOLOGY                                      10
        A.    Survey Population                                 11
        B.    Sampling of the Relevant Population               11
        C.    Quality Control Measures for the Survey           12
        D.    Screening Questionnaire                           13
        E.    Main Questionnaire                                14

VI.     SURVEY RESULTS                                          20

VII.    CONCLUSIONS                                             35

I, Sarah Butler, hereby declare as follows:

I.      **QUALIFICATIONS**

1.      I am a Managing Director at NERA Economic Consulting ("NERA"), where I am the Chair of the Survey and Sampling Practice and a member of the Intellectual Property, Product Liability, Antitrust, and Labor Practices. My business address is 4 Embarcadero Center, San Francisco, CA 94111. NERA is a firm providing expert statistical, survey, economic, and financial research analysis.

2.      Among my responsibilities, I conduct survey research and market research and design and implement statistical samples for matters involving business and consumer decision-making, consumer choice, and consumer behavior. In the course of my career, I have conducted research for leading corporations and government agencies on consumers, employees, and businesses. My work has been included in numerous lawsuits involving issues related to trademark and trade dress confusion, secondary meaning, false advertising, and patent infringement, as well as in antitrust and employment-related litigations. I am a member of the American Association of Public Opinion Research, the American Statistical Association, the Intellectual Property Section of the American Bar Association, and the International Trademark Association (INTA).

3.      I have also worked as a market researcher conducting surveys of consumers and professionals, focus groups, and in-depth interviews. I worked as an independent consultant conducting research for the Department of Environment and Rural Affairs in the United Kingdom. I have taught courses focused on or involving research methodologies in both the United States and Europe. I hold a Master's Degree from Trinity College, Dublin and another Master's Degree from Temple University.

4.      I have substantial experience conducting and using surveys to measure consumer opinions and behaviors regarding products and services including purchase processes, product attributes, branding awareness and strength, new product research, and communications strategies. During my career in academic and commercial research, I have personally facilitated a wide range of research including large-scale surveys, in-depth interviews, focus groups, and observational studies.

5.      I have submitted expert reports, been deposed, and have testified at trial within the last five years. A list of my testimony is included on my current resume, which is attached as **Exhibit A**.

6.      NERA is being compensated for my services in this matter at my standard rate of $700 per hour. Members of the staff at NERA have worked at my direction to assist me in this engagement. No part of my compensation or NERA's compensation depends on the outcome of this litigation. Throughout this report, I have used the terms "I" and "my" to refer to work performed by me and/or others under my direction.

7.      As I continue my work on issues pertaining to my assignment in this case, I may supplement, refine, or revise my opinions and findings as a result of further review and analysis. I may also consider additional documents and information in forming any opinions, including testimony that may not have yet been given.

## II.    DOCUMENTS REVIEWED

8.      As part of my work, I reviewed Plaintiff's First Amended Complaint,[1] and other

materials. A list of the specific materials I reviewed and relied upon can be found in **Exhibit B**.

## III.   ASSIGNMENT AND SUMMARY OF OPINIONS

9.      I was retained on behalf of Defendant S. C. Johnson & Son, Inc. in this matter to

conduct a survey of individuals who have purchased or are likely to purchase Ecover brand

cleaning products[2] or products similar to them. My survey was designed to evaluate whether the

statements that Plaintiff has alleged are misleading ("plant-based ingredients," "with plant-based

ingredients," and "with plant-based & mineral ingredients") are material and would have an

impact on consumers' purchasing decisions. My survey also evaluates consumer understandings

of the statements and the extent to which consumers believe the statements mean that the Ecover

products contain (i) *only* ingredients that come from plants or plants and minerals and (ii) plant-

based or mineral ingredients that are not synthesized or processed in any way.

10.     I surveyed 538 respondents who have purchased or are likely to purchase Ecover

or comparable brands' cleaning products. After qualifying for the survey, respondents were

randomly assigned to either the Test or Control Group. Test Group respondents were shown an

actual Ecover "Automatic Dishwasher Tablets" package ("Dishwasher Tablets") which included

---

[1] First Amended Complaint, *Elizabeth Maisel v. S. C. Johnson & Son, Inc.*, United States District Court, Northern District of California, Case No. 3:21-cv-00413-TSH, dated March 24, 2021 (hereinafter, "Complaint").

[2] The Ecover brand products at issue include: Ecover All-Purpose Cleaner, Ecover Delicate Wash, Ecover Floor Soap, Ecover Rinse Aid, Ecover Toilet Cleaner, Ecover Laundry Detergent (Alpine Mint), Ecover Laundry Detergent (Lavender Field), Ecover Cream Scrub, Ecover Dishwasher Powder, Ecover Dishwasher Tablets, Ecover Dishwasher Tablets Zero, Ecover Fabric Softener (Sunny Day), Ecover Fabric Softener (Morning Fresh), Ecover Stain Remover. (Complaint, ¶ 4.)

the statement "with plant-based & mineral ingredients." Control Group respondents were shown

the same packaging, with the "with plant-based & mineral ingredients" statement removed.[3]

11.     Respondents in both groups were asked a series of questions to evaluate how

likely they are to purchase the Dishwasher Tablets and to determine which product characteristics

would be important to their purchasing decision. Respondents who indicated that plant-based

ingredients or mineral-based ingredients would be important to their purchasing decision were

asked additional questions about the meaning of these statements.

12.     I selected the Dishwasher Tablets as an example of an Ecover product to test, in

part, because this was the product Plaintiff purchased.[4] Further, the other at-issue statements

("plant-based ingredients" and "with plant-based ingredients") are subsumed in the "with plant-

based & mineral ingredients" statement tested on the Dishwasher Tablets. As a result, the results

of my survey reasonably apply to all of the at-issue statements.

13.     The results of my survey demonstrate the following:

a.   The statement "with plant-based & mineral ingredients" has no impact on

respondents' interest in and likelihood of purchasing Ecover products. There is no statistically

significant difference in the purchase intention of respondents who are shown the Ecover

packaging with the statement "with plant-based & mineral ingredients" (the Test Group) and

those who are shown the Ecover packaging without the statement "with plant-based & mineral

ingredients" (the Control Group). A total of 70.7 percent of respondents shown the Ecover

---

[3] The Control Group serves as a baseline measure, reflecting consumer behavior and perceptions when shown product packaging without the "with plant-based & mineral ingredients" statement Plaintiff has alleged to be at issue.

[4] Complaint, ¶ 54.

packaging with the statement "with plant-based & mineral ingredients" indicated that they would be likely to purchase the product shown. An equivalent share of Control Group respondents, 72.0 percent, shown the product without the statement "with plant-based & mineral ingredients" indicated that they would be likely to purchase the product shown. These results demonstrate the statement "with plant-based & mineral ingredients" (along with the statements "with plant-based ingredients" and "plant-based ingredients") is not material to consumers' decision to purchase the Ecover products.

    b.   The fact that these statements do not materially affect respondents' purchasing intentions is not a surprise as the majority of respondents, even when provided with a list of product characteristics, do not select plant-based ingredients as being important. Only 32.7 percent of Test Group respondents selected "plant-based ingredients" as important to their decision to purchase the product when shown the product packaging. In other words, 67.3 percent of Test Group respondents **did not indicate** that plant-based ingredients were an important factor when deciding to purchase the product, even after they were shown the package and provided the statement in a list.

    c.   Further, even of those who indicated that plant-based ingredients would be important, few believe that this means the product contains **only** plant-based ingredients that are not synthesized or processed in any way. Of Test Group respondents, only 21 of the total 263 respondents, or 8.0 percent, indicated that plant-based ingredients are important and also believe that this means the Ecover product shown only contains plant-based ingredients that are not processed and/or synthesized.

    d.   Respondents also placed little importance on mineral ingredients. A total of 85.9 percent of Test Group respondents did not indicate that mineral-based ingredients were an

7

important factor even after they were shown the package and provided the statement in a list. Even of those who indicated that mineral-based ingredients would be important, few believe that this means the product contains **only** mineral-based ingredients that are not processed in any way. Of Test Group respondents, only 9 of the total 263 respondents, or 3.4 percent, indicated that mineral-based ingredients are important and also believe that this means the Ecover product shown only contains mineral-based ingredients that are not processed.

14.     These results demonstrate the at-issue statements would not impact consumers' likelihood of purchasing the at-issue Ecover products. Further, the results demonstrate that the vast majority of respondents in the market for Ecover products do not indicate that the statement "with plant-based & mineral ingredients" is important to their purchase decision and do not believe that these products contain only plant-based or mineral ingredients that are not processed.

## IV.     BACKGROUND

15.     Defendant is a Wisconsin corporation with a principal place of business in Racine, Wisconsin.[5] Defendant manufactures a range of common household cleaning products under the Ecover brand name, which are sold by third-party retailers in brick-and-mortar stores and online nationwide.[6] As noted in the Complaint, these products include laundry detergent, dishwasher tablets and powder, fabric softener, toilet cleaner, and stain remover, amongst others.[7]

---

[5] Complaint, ¶ 10.

[6] Complaint, ¶¶ 54, 69.

[7] Complaint, ¶ 4. I understand that Ecover no longer sells all-purpose cleaner. There were two respondents in my survey who qualified on the basis of purchasing Ecover all-purpose cleaner alone. Declaration of Katherine A. Bruce in Support of Plaintiff's Motion for Class Certification; Appointment of Class Representative; and Appointment of Class Counsel, *Elizabeth Maisel v. S. C. Johnson & Son, Inc.*, United States District Court, Northern District of California, Case No. 3:21-cv-00413-TSH, dated December 20, 2021, Exhibit J.

I understand that the Ecover brand competes with other brands of household cleaners, such as Branch Basics, Green Works, Method, Mrs. Meyer's, Puracy, and Seventh Generation.[8]

16.     Plaintiff Elizabeth Maisel is a resident of Berkeley, California who purchased the Ecover Dishwasher Tablets in early 2020.[9] I understand that Plaintiff states that she relied on the statement "with plant-based & mineral ingredients" that appeared on the product's label when purchasing the Dishwasher Tablets.[10] Plaintiff asserts that this information is false, and that she would not have purchased the product "had she known that the products contained ingredients that do not come from plants or minerals."[11]

17.     Plaintiff alleges that statements such as "with plant-based & mineral ingredients" misrepresent "that the products only contain ingredients that come from plants and/or from plants and minerals, and that are not subjected to chemical modification or processing, which materially altered the ingredients' original plant-based or mineral composition."[12] Plaintiff further alleges that she, and other reasonable consumers "would not have purchased the products, or would have purchased the products on different terms, if they had known the truth" regarding the additional ingredients contained in Ecover products.[13]

---

[8] See for example, https://www.amazon.com/s?k=ecover&ref=nb_sb_noss and https://www.google.com/search?q=ecover+cleaning+products&safe=active&source=univ&tbm=shop&tbo=u&sa=X&ved=2ahUKEwjj3JqX5IT2AhWvgXIEHfIpCiIQ1TV6BAgBEF4&biw=1920&bih=937&dpr=1, last accessed February 17, 2022.

[9] Complaint, ¶ 8.

[10] Complaint, ¶ 8.

[11] Complaint, ¶ 8.

[12] Complaint, ¶ 51.

[13] Complaint, ¶ 53.

18.     Based on these allegations, Plaintiff filed a class action suit on behalf of consumers who, within the applicable statute of limitation periods, purchased the Ecover products in question.[14]

## V.     SURVEY METHODOLOGY

19.     The design of my research follows the generally accepted principles for the design of surveys to be used as evidence in litigation.[15] In general, the design of a reliable survey requires careful attention to the following key areas:

- The definition of the relevant population;

- The procedures for sampling from the relevant population;

- The survey questions used;

- The stimuli shown to respondents; and

- The protocol for calculating the results from the survey.[16]

20.     The discussion of the survey I conducted is organized around each of these key areas.

---

[14] Complaint, ¶ 55.

[15] Diamond, S. S. (2011). "Reference Guide on Survey Research," *Reference Manual on Scientific Evidence*, Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence; Federal Judicial Center; National Research Council (hereinafter, "*Diamond*"), pp. 359-423.

[16] The Federal Judicial Center's (2004) *Manual for Complex Litigation, Fourth Edition*, §11.493, p. 103 phrases these key areas as:

- the population was properly chosen and defined;
- the sample chosen was representative of that population;
- the data gathered were accurately reported; and
- the data were analyzed in accordance with accepted statistical principles.

**Survey Population**

21.    The population for my survey was U.S. residents age 18 years old or older who would be in the market for products like those offered by Ecover. To identify this population, I identified individuals who have purchased household products from the following qualifying brands: Branch Basics, Ecover, Green Works, Method, Mrs. Meyer's, Puracy, and/or Seventh Generation. Respondents could qualify for the survey if they indicated that they were likely to purchase a relevant product from one of these brands.

**Sampling of the Relevant Population**

22.    Potential survey respondents were contacted by Veridata Insights ("Veridata"), an online panel and data collection services company.[17] Veridata uses a variety of quality control measures to ensure the reliability and integrity of the responses it provides. Veridata complies with the standards and ethics for online survey data panels set forth by the Insights Association.[18] Veridata's standard quality control measures were applied in this study.

23.    The data for my survey were collected between January 13, 2022 and January 25, 2022. Potential respondents were unaware of the purpose or topic of the survey and needed to meet the screening criteria outlined below in order to qualify for the survey. A total of 4,211 potential respondents began the survey and, of these, 538 qualified for and completed the

---

[17] Additional information about Veridata Insights is available on their website at https://www.veridatainsights.com, last accessed February 17, 2022.

[18] The Insights Association is an organization representing the industry and profession of market research and analytics (https://www.insightsassociation.org/about, last accessed February 2, 2022), and puts out *the Code of Standards and Ethics for Marketing Research and Data Analytics* available at https://www.insightsassociation.org/sites/default/files/misc_files/ia_code_revised_november_2021_finalv2.pdf, last accessed February 2, 2022.

survey.[19] The complete questionnaire is provided in **Exhibit D**, and screenshots of the survey as it appeared to respondents are included as **Exhibit E**.

**Quality Control Measures for the Survey**

24.    To ensure that my data are of the highest quality, I implemented quality control measures in addition to those undertaken by Veridata:

a.    As is standard survey practice for litigation, the survey was conducted in a "double-blind" fashion; that is, neither the staff at Veridata nor any of the respondents was aware of the survey sponsor or the ultimate intention of the survey.[20]

b.    While respondents were able to take the survey on a variety of devices, including a desktop, laptop, tablet computer, or cell phone, I ensured that sufficient numbers of respondents were taking the survey and viewing the images on larger screens, like laptop or desktop computers. Only 27.0 percent of respondents took the survey on a cell phone.

c.    Respondents had to correctly answer a Google reCAPTCHA question to ensure that a person, and not a computer or "bot," was taking the survey.[21]

d.    Respondents were also required to enter their state of residence and ZIP code, and if these data conflicted with one another, the respondent was excluded.

e.    Respondents who work for or have a household member who works for a company that makes or manufactures household cleaning supplies (like laundry detergent, stain

---

[19] The invitation for the survey is included in **Exhibit C**.

[20] *Diamond*, pp. 410-411.

[21] "reCAPTCHA protects your website from fraud and abuse without creating friction. reCAPTCHA uses an advanced risk analysis engine and adaptive challenges to keep malicious software from engaging in abusive activities on your website." https://www.google.com/recaptcha/intro/v3.html, last accessed February 17, 2022.

removers, dish detergent, and all-purpose cleaners) were screened out. Respondents were also screened out if they, or someone in their household, works for a market research or advertising company or indicated they did not know or were unsure.[22]

      f.      Respondents who had previously completed a survey about household cleaning supplies in the past month[23] or who indicated that they did not understand or were unwilling to adhere to the survey instructions, were also screened out of the survey.

      g.      The survey question asking respondents to indicate the brand(s) of cleaners purchased included a fictitious brand intended to identify inattentive respondents or those who were guessing. Respondents were excluded from my analysis if they indicated that they had purchased products from the fictitious "Greener Cleaner" brand.

      h.      The survey was tested, and the initial results were reviewed to ensure that there were no errors in the programming and that respondents were able to understand and answer the questions as asked.

**Screening Questionnaire**

25.      To ensure that respondents were part of the relevant population, I asked a series of screening questions.[24] Only respondents who met the criteria for qualifying were able to continue with the main survey. In order to qualify, respondents had to meet the following criteria:

      a.      Be 18 years of age or older.

      b.      Reside in the United States.

---

[22] This is a standard research approach to avoid including respondents who are likely to have specialized knowledge about the survey topic or the survey methodology.

[23] Respondents who indicated "Don't know / unsure" to this question were also screened out.

[24] The questionnaire can be found in **Exhibit D**.

13

    c.  Indicate that they have purchased household product(s) (described below) from one or more of the qualifying brands in the past four years, or were likely to do so within the next year; and

    d.  Indicate that they have purchased, or would be likely to purchase, one or more of the following products from a qualifying brand: laundry detergent, dishwasher tablets, liquid dish soap, fabric softener, all-purpose cleaner, toilet cleaner and/or stain remover.

**Main Questionnaire**

26. After answering the screening questions, qualified respondents were taken to the main questionnaire. Prior to viewing the first stimulus, respondents were provided with the following introductions:

> Thank you for participating in today's survey. If you do not know or do not have an opinion about any of the questions, please select "Don't know." Please do not guess.
>
> On the following screens, you will be shown some images of a product you might consider purchasing. Please look at the images as you normally would if you were considering making a purchase.
>
> Please take as much time as you would like to review the images. There will be a slight delay after each image before you can advance in the survey. When you have finished reviewing the images, click on the "Continue" button at the bottom of the screen.

27. Respondents were then shown product packaging for the Dishwasher Tablets. The product packaging shown included the front and back of the packaging, as well as the top, bottom, and sides, for a total of six images.[25] Respondents in the Test Group were shown the at-issue packaging with the statement "with plant-based & mineral ingredients" on the packaging,

---

[25] The full-sized images shown to respondents are included as **Exhibit F**.

while Control Group respondents saw the same product packaging, with the statement removed.

Figures 1-4 below show the front and back of product packaging shown to respondents.

**Figure 1. Front of Product Packaging – Test Group**



**Figure 2. Back of Product Packaging – Test Group**



**Figure 3. Front of Product Packaging – Control Group**



**Figure 4. Back of Product Packaging – Control Group**



28. After viewing the product packaging,[26] respondents were first asked how likely they would be to purchase the Ecover product shown. The exact phrasing of this question is shown below:[27]

Q. Based on the product packaging, how likely would you be to purchase this product?

1. Very likely
2. Somewhat likely
3. Neither likely nor unlikely
4. Somewhat unlikely
5. Very unlikely
6. Don't know / unsure

---

[26] For all subsequent questions, thumbnails of the product packaging appeared above the question, with an instruction "Click on any image to enlarge."

[27] The ends of the scale were randomized to guard against order effects.

29.     Respondents were next asked which general product characteristics or attributes, if any, would be important when considering whether or not to purchase the product shown. This list included "plant-based ingredients" and "mineral-based ingredients." The phrasing of this question is shown below:[28]

Q. Which of the following product characteristics, if any, would be important to you when considering whether or not to purchase this product? (*Please select all that apply*)

1. Plant-based ingredients
2. Mineral-based ingredients
3. Product is new & improved
4. Product is gentle
5. Product is fish friendly
6. Packaging looks nice
7. Number of tablets in box
8. Individually wrapped tablets
9. I like this brand
10. Natural fragrance
11. Biodegradable ingredients
12. Dye free
13. Non-toxic
14. Anti-bacterial
15. Extra strength
16. Degreasing
17. Phosphate-free
18. Not tested on animals
19. Dermatologist-tested
20. Works in cold water
21. Recyclable packaging
22. Something else (*Please specify*)
23. None of these
24. Don't know / unsure

30.     Respondents who indicated "plant-based ingredients" would be important in their purchase decision were asked the following open-ended questions, "What does "plant-based ingredients" mean to you?" and, "Anything else?" Similarly, respondents who indicated

---

[28] To avoid order effects, response options were randomized.

18

"mineral-based ingredients" would be important in their purchase decision were asked the

following open-ended questions, "What does "mineral-based ingredients" mean to you?" and,

"Anything else?"

31.     After these open-ended questions, respondents who indicated that "plant-based

ingredients" and/or "mineral-based ingredients" would be important were asked to indicate from

a list of statements which, if any, reflected their understanding of the product. The question

read:[29]

> Q. Which of the following, if any, represents your understanding this product? (***Please select all that apply***)
>
> 1. Product contains only plant-based ingredients
> 2. Product contains some ingredients that come from sources other than plants
> 3. Product ingredients undergo some processing
> 4. Product contains some ingredients that are synthesized from plants
> 5. Product contains only mineral-based ingredients
> 6. Product contains ingredients that come from sources other than minerals
> 7. Product contains biodegradable ingredients
> 8. Product does not contain any animal ingredients
> 9. Product contains some animal ingredients
> 10. Product contains only ingredients that do not harm marine life
> 11. Product contains fragrance
> 12. Product contains renewable materials
> 13. Product does not contain toxic chemicals
> 14. Product is expensive
> 15. Product is vegan
> 16. Product is not tested on animals
> 17. Something else (***Please specify***)
> 18. None of these
> 19. Don't know/ unsure

32.     The survey then ended, and respondents were thanked for their time.

_____

[29] To guard against order effects, the response options were randomized.

## VI.    SURVEY RESULTS

33.    My survey included a total of 538 respondents who have purchased household products from a qualifying brand in the past four years, or who would consider doing so within the next year.[30] A total of 84.2 percent of the surveyed respondents purchased one or more household product(s) from a qualifying brand in the past four years, and 78.1 percent of respondents indicated that they would consider doing so within the next year.

34.    Respondents comprised a mix of men and women and were distributed across various age groups. Respondents were from a range of states, with the majority of respondents residing in California. Respondents' age, gender, and state of residence are shown below in Tables 1 and 2.

### Table 1. Age and Gender of Respondents

| Age Group | Male | | Female | | Overall | |
|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | Count | Percent |
| 18-34 | 83 | 33.1% | 84 | 29.5% | 169 | 31.4% |
| 35-54 | 87 | 34.7% | 86 | 30.2% | 173 | 32.2% |
| 55+ | 81 | 32.3% | 115 | 40.4% | 196 | 36.4% |
| **Total Respondents** | **251** | **100.0%** | **285** | **100.0%** | **538** | **100.0%** |

Note: One respondent indicated that they identify as "Non-binary" and one respondent selected "Other."

Source: NERA Cleaner Survey, January 2022

---

[30] The data are included as **Exhibit G**.

**Table 2. Respondents' State of Residence**

| Region | Count | Percent |
|--------|-------|---------|
| Northeast | 50 | 9.3% |
| Midwest | 64 | 11.9% |
| South | 109 | 20.3% |
| West[1] | 315 | 58.6% |
| **Total Respondents** | **538** | **100.0%** |

Note: [1] 276 respondents reported living in California.

Source: NERA Cleaner Survey, January 2022

35.     Respondents also indicated that they had purchased or would consider purchasing products from a number of different brands, including Ecover, competitor brands, and other brands of household cleaning products. A total of 53 respondents indicated that they had purchased "Greener Cleaner," a product that does not exist. Selection of this product serves as a measure of guessing or survey noise and as such, these respondents were removed from the analysis to ensure data quality.

36.     After qualifying for the survey, respondents were assigned to either the Test or Control Group – 263 respondents in the Test Group, and 275 respondents in the Control Group.

37.     After viewing the stimuli images, respondents in both groups were first asked about their likelihood of purchasing the product shown. The majority of respondents in both the Test and Control Groups reported that they would be likely to purchase the Ecover product. In the Test Group, 70.7 percent of respondents indicated that they would be very (31.6 percent) or somewhat likely (39.2 percent) to purchase the product with the label including the "with plant-based & mineral ingredients" statement. In the Control Group, 72.0 percent of respondents indicated that they would be very (38.2 percent) or somewhat likely (33.8 percent) to purchase

the Ecover product that did not include the at-issue statement. **These results demonstrate that including the "with plant-based & mineral ingredients" statement on the product packaging has no statistically significant impact on respondents' interest in purchasing the product**.[31] These results are shown below in Table 3.

**Table 3. Respondents' Likelihood of Purchasing Product**

| Response | Test | | Control | |
|---|---|---|---|---|
| | Count | Percent | Count | Percent |
| Very likely | 83 | 31.6% | 105 | 38.2% |
| Somewhat likely | 103 | 39.2% | 93 | 33.8% |
| Neither likely nor unlikely | 31 | 11.8% | 33 | 12.0% |
| Somewhat unlikely | 24 | 9.1% | 26 | 9.5% |
| Very unlikely | 17 | 6.5% | 16 | 5.8% |
| Don't know / unsure | 5 | 1.9% | 2 | 0.7% |
| **Total Respondents** | **263** | **100.0%** | **275** | **100.0%** |

*Q1. Based on the product packaging, how likely would you be to purchase this product?*

Source: NERA Cleaner Survey, January 2022

38.     Respondents were also asked to indicate, from a list, which product characteristics, if any, would be important when considering purchasing the product. As shown in Table 4 below, more than two-thirds of all Test Group respondents (67.3 percent) did not indicate that plant-based ingredients would be important to them, and an almost equal number of respondents in the Control Group, or 72.7 percent, indicated that plant-based ingredients were not important to them.

---

[31] A z-test of significance yields a p value of 0.74, which is not significant at the .05 alpha level.

39.    These results show that the small number of respondents who view "plant-based ingredients" as important do so independent of the at-issue label statements.

**Table 4. Important Characteristics in Purchase Decision**

| Response | Test Count | Test Percent[1] | Control Count | Control Percent[1] |
|---|---|---|---|---|
| Non-toxic | 126 | 47.9% | 118 | 42.9% |
| Biodegradable ingredients | 124 | 47.1% | 140 | 50.9% |
| Recyclable packaging | 111 | 42.2% | 121 | 44.0% |
| Anti-bacterial | 89 | 33.8% | 87 | 31.6% |
| Plant-based ingredients | 86 | 32.7% | 75 | 27.3% |
| Extra strength | 81 | 30.8% | 78 | 28.4% |
| Product is gentle | 81 | 30.8% | 80 | 29.1% |
| Number of tablets in box | 80 | 30.4% | 100 | 36.4% |
| Degreasing | 80 | 30.4% | 89 | 32.4% |
| Works in cold water | 79 | 30.0% | 66 | 24.0% |
| Product is fish friendly | 78 | 29.7% | 87 | 31.6% |
| Not tested on animals | 68 | 25.9% | 84 | 30.5% |
| Natural fragrance | 64 | 24.3% | 76 | 27.6% |
| Individually wrapped tablets | 57 | 21.7% | 64 | 23.3% |
| Packaging looks nice | 50 | 19.0% | 58 | 21.1% |
| I like this brand | 50 | 19.0% | 50 | 18.2% |
| Dye free | 48 | 18.3% | 45 | 16.4% |
| Phosphate-free | 47 | 17.9% | 51 | 18.5% |
| Product is new & improved | 46 | 17.5% | 48 | 17.5% |
| Mineral-based ingredients | 37 | 14.1% | 27 | 9.8% |
| Dermatologist-tested | 29 | 11.0% | 35 | 12.7% |
| Something else | 9 | 3.4% | 13 | 4.7% |
| None of these | 5 | 1.9% | 4 | 1.5% |
| Don't know / unsure | 3 | 1.1% | 2 | 0.7% |
| **Total Respondents** | **263** | | **275** | |

*Q2. Which of the following product characteristics, if any, would be important to you when considering whether or not to purchase this product?*

Note: [1] Percentages do not add to 100 because respondents could select multiple response options.

Source: NERA Cleaner Survey, January 2022

40.    These data also demonstrate that respondents consider more than whether the product has plant-based ingredients when choosing to purchase the Dishwasher Tablets. Indeed,

respondents most frequently selected **ten or more** product characteristics from the provided list as important to their purchase decision. Overall, respondents in both the Test and Control Group indicated that an average of six of the product characteristics would be important to the purchasing decision. In addition, **no** Test Group respondents selected *only* "plant-based ingredients"[32] from the list, indicating that not a single respondent thought this characteristic was the only relevant feature to consider when deciding whether to purchase the product.[33]

41.     Respondents who indicated that "plant-based ingredients" was important to their purchase decision were asked to describe in their own words their understanding of this feature.[34] The results reveal that respondents interpret "plant-based ingredients" in a wide variety of ways.[35]

    a.   Many respondents indicated that "plant-based ingredients" simply means that some of the ingredients come from plants, stating:

        i.   "It means it has elements from plants that were made and used in this product" (Respondent 2293)

        ii.  "It means it's manufactured with plants as the main ingredients in the product" (Respondent 3376)

        iii. "Ingredients made from plants" (Respondent 2183)

---

[32] Similarly, no respondent only selected mineral-based ingredients.

[33] Two Control Group respondents selected "plant-based ingredients," and no other response options from the list (See, **Exhibit G**, Respondents 3627 and 3624).

[34] Respondents who selected "plant-based ingredients" from the list of characteristics that may be important were asked the open-ended questions regarding plant-based ingredients. Those who selected "mineral-based ingredients" were asked the open-ended questions regarding mineral-based ingredients. If a respondent selected both response options, they were asked both sets of open-ended questions.

[35] Exhibit G, Columns ZH and ZO.

      iv.  "It would mean ingredients that are originally from plants as raw materials" (Respondent 3630)

  b.  Others indicated that "plant-based ingredients" means that no animal ingredients are used, stating:

      i.  "Anything that is not made from animals" (Respondent 2227)

      ii.  "It does not have animal derivatives" (Respondent 3680)

      iii.  "Not using any form of animal or insect by-product ingredients" (Respondent 2150)

      iv.  "No animal ingredients used" (Respondent 1204)

      v.  "No meat based ingredients whatsoever in the product" (Respondent 3627)

  c.  Still others had different understandings of the "plant-based ingredients," stating:

      i.  "It means it's of high quality" (Respondent 3354)

      ii.  "Plant-based is another term for vegan" (Respondent 1516)

      iii.  "this means it uses enzymes and citrus derivatives to clean dishes and not phosphates which are bad for fish and the environment" (Respondent 2311)

      iv.  "Green vegetable item" (Respondent 2092)

42.    These responses suggest that the meaning of "plant-based ingredients" is ambiguous.

43.    Survey respondents offer varied and vague definitions of "plant-based ingredients." The different responses from survey participants suggest that a consumer survey is highly unlikely to be able to yield a common understanding of consumer perceptions of "plant-based ingredients," "with plant-based ingredients," and "with plant-based & mineral ingredients." **In other words, based on the varied perceptions of the sample of survey**

**respondents, it would likely be necessary to ask each individual consumer whether the at-issue statements had any importance and then what these statements meant in the context of an Ecover product**.

44.     Respondents who indicated that "plant-based ingredients" would be important in their decision were also asked a closed-ended question to evaluate their understanding of the statement. Less than half of the 86 respondents in the Test Group who indicated that plant-based ingredients was an important factor in their purchase decision believed the product contained only plant-based ingredients. As shown in Table 5, only 15.2 percent of all Test Group respondents believe that plant-based ingredients is an important product characteristic and interpret this to mean that the product contains only plant-based ingredients.

**Table 5. Understanding of Product for Respondents Who Identified Plant-Based Ingredients as Important**

| Response | Test | | Control | |
|---|---|---|---|---|
| | Count | Percent[1] | Count | Percent[1] |
| Product contains biodegradable ingredients | 59 | 22.4% | 54 | 19.6% |
| Product does not contain toxic chemicals | 55 | 20.9% | 52 | 18.9% |
| Product contains only ingredients that do not harm marine life | 47 | 17.9% | 49 | 17.8% |
| Product does not contain any animal ingredients | 41 | 15.6% | 38 | 13.8% |
| Product contains only plant-based ingredients | 40 | 15.2% | 37 | 13.5% |
| Product is not tested on animals | 37 | 14.1% | 33 | 12.0% |
| Product contains some ingredients that are synthesized from plants | 34 | 12.9% | 28 | 10.2% |
| Product contains renewable materials | 31 | 11.8% | 39 | 14.2% |
| Product contains ingredients that come from sources other than minerals | 27 | 10.3% | 14 | 5.1% |
| Product contains some ingredients that come from sources other than plants | 20 | 7.6% | 14 | 5.1% |
| Product contains only mineral-based ingredients | 17 | 6.5% | 11 | 4.0% |
| Product is vegan | 16 | 6.1% | 16 | 5.8% |
| Product ingredients undergo some processing | 13 | 4.9% | 11 | 4.0% |
| Product contains fragrance | 12 | 4.6% | 10 | 3.6% |
| Product is expensive | 5 | 1.9% | 3 | 1.1% |
| Product contains some animal ingredients | 1 | 0.4% | 1 | 0.4% |
| Something else | 1 | 0.4% | 1 | 0.4% |
| None of these | 0 | 0.0% | 0 | 0.0% |
| Don't know / unsure | 2 | 0.8% | 0 | 0.0% |
| **Total Respondents** | **263** | | **275** | |

*Q2. Which of the following product characteristics, if any, would be important to you when considering whether or not to purchase this product?*
*Q7. Which of the following, if any, represents your understanding this product?*

Note: [1] Percentages do not add to 100 because respondents could select multiple response options.

Source: NERA Cleaner Survey, January 2022

45.     Table 5 also demonstrates that respondents understand the product as having a wide variety of attributes, including, sometimes, as having "plant-based ingredients." Respondents prioritize other attributes, such as that the product contains biodegradable ingredients or that it does not harm marine life. On average, respondents who identified plant-based ingredients as important selected **five** different statements to describe their understanding of the product, indicating that consumer beliefs about the meaning of plant-based ingredients are not informed by statements on the product packaging.

46.     There is also evidence that respondents may be guessing or may be unclear about their perception of "plant-based & mineral ingredients." There are a number of respondents who indicate that the product contains *only* plant-based ingredients, but then indicate that the product *does* contain ingredients other than plants. Some of the 15.2 percent of respondents who said plant-based ingredients were important and believe that the product contains only plant-based ingredients also believe that the plant-based ingredients undergo processing (7 respondents) and/or are synthesized (14 respondents). If I exclude these respondents, as shown in Figure 5 below, **only 8 percent of respondents in the Test Group indicate that "plant-based ingredients" is an important product characteristic and believe that the product only contains plant-based ingredients that are not processed and/or synthesized.**

47.     These data demonstrate that respondents (i) do not have a uniform understanding of the "with plant-based & mineral ingredients" statement; and (ii) that consumers in the market for products such as the Dishwasher Tablets do not attribute importance to plant-based ingredients when deciding whether to purchase the product. Further, of those who do consider plant-based ingredients to be important, only a small percentage also believe that the statement

indicates that the product contains <u>only</u> plant-based ingredients that are not processed and/or synthesized.

**Figure 5. Test Group Respondents' Understanding of "Plant-Based Ingredients"**



Notes: 1. Respondents who selected "Plant-based ingredients" at Q2 and who did not select "Contains only plant-based ingredients" at Q7.

2. Respondents who selected "Plant-based ingredients" at Q2 and selected response "Contains only plant-based ingredients" in addition to one or more of the following response options "Product contains some ingredients that come from sources other than plants," "Product ingredients undergo some processing," and/or "Product contains some ingredients that are synthesized from plants" at Q7.

3. Respondents who selected "Plant-based ingredients" at Q2 and who selected "Contains only plant-based ingredients" at Q7.

*Q2. Which of the following product characteristics, if any, would be important to you when considering whether or not to purchase this product?*
*Q7. Which of the following, if any, represents your understanding this product?*

48.     I also collected information on respondents' perceptions of the "& mineral ingredients" portion of the "with plant-based & mineral ingredients" statement on the product. Generally speaking, these results were comparable to those observed for the plant-based ingredients results reported above.

49.     More than 85 percent of Test Group respondents indicated that mineral-based ingredients are not important when considering purchasing the product. An almost equivalent number of respondents in the Control Group, 90.2 percent, indicated that mineral-based ingredients are not important to them when purchasing the product (Table 4). These results indicate that irrespective of the "with plant-based & mineral ingredients" statement on the product packaging, the "& mineral ingredients" statement is of minimal importance.

50.     Respondents who indicated that mineral-based ingredients were important to their purchasing decision were asked to explain in their own words their understanding of "mineral-based" ingredients. As with those who thought plant-based ingredients were important, respondents have a variety of different opinions on the meaning of "mineral-based ingredients."[36]

51.     Respondents who indicated that "mineral-based ingredients" would be important in their decision were also asked a closed-ended question to evaluate their understanding of the statement "mineral-based ingredients." Only 3.4 percent of Test Group respondents believed that "mineral-based ingredients" is an important product characteristic, and also understand this to mean that the product contains only mineral-based ingredients that are not processed (Table 6 and Figure 6, below).

---

[36] Exhibit G, Columns ZV and AAC.

52.     In summary, these data demonstrate that consumers in the market for products such as Ecover's Dishwasher Tablets do not attribute importance to "& mineral ingredients" in their purchase consideration. Of those who do consider mineral-based ingredients important, only a small percentage believe that such statements indicate that the product contains <u>only</u> mineral-based ingredients that are not processed.

**Table 6. Understanding of Product for Respondents Who Identified Mineral-Based Ingredients as Important**

| Response | Test | | Control | |
|---|---|---|---|---|
| | Count | Percent[1] | Count | Percent[1] |
| Product contains biodegradable ingredients | 28 | 10.6% | 16 | 5.8% |
| Product contains only ingredients that do not harm marine life | 25 | 9.5% | 17 | 6.2% |
| Product does not contain toxic chemicals | 22 | 8.4% | 17 | 6.2% |
| Product contains renewable materials | 21 | 8.0% | 19 | 6.9% |
| Product is not tested on animals | 20 | 7.6% | 11 | 4.0% |
| Product does not contain any animal ingredients | 19 | 7.2% | 11 | 4.0% |
| Product contains some ingredients that are synthesized from plants | 15 | 5.7% | 10 | 3.6% |
| Product contains ingredients that come from sources other than minerals | 14 | 5.3% | 6 | 2.2% |
| Product contains only plant-based ingredients | 12 | 4.6% | 11 | 4.0% |
| Product contains only mineral-based ingredients | 11 | 4.2% | 8 | 2.9% |
| Product contains some ingredients that come from sources other than plants | 11 | 4.2% | 6 | 2.2% |
| Product is vegan | 9 | 3.4% | 6 | 2.2% |
| Product ingredients undergo some processing | 9 | 3.4% | 5 | 1.8% |
| Product contains fragrance | 6 | 2.3% | 3 | 1.1% |
| Product is expensive | 2 | 0.8% | 2 | 0.7% |
| Product contains some animal ingredients | 0 | 0.0% | 1 | 0.4% |
| Something else | 1 | 0.4% | 0 | 0.0% |
| None of these | 0 | 0.0% | 0 | 0.0% |
| Don't know / unsure | 1 | 0.4% | 0 | 0.0% |
| **Total Respondents** | **263** | | **275** | |

*Q2. Which of the following product characteristics, if any, would be important to you when considering whether or not to purchase this product?*
*Q7. Which of the following, if any, represents your understanding this product?*

Note: [1] Percentages do not add to 100 because respondents could select multiple response options.

Source: NERA Cleaner Survey, January 2022

**Figure 6. Test Group Respondents' Understanding of "Mineral-Based Ingredients"**



Notes: 1. Respondents who selected "Mineral-based ingredients" at Q2 and who did not select "Contains only mineral-based ingredients" at Q7.
2. Respondents who selected "Mineral-based ingredients" at Q2 and selected response "Contains only mineral-based ingredients" in addition to "Product ingredients undergo some processing" at Q7.
3. Respondents who selected "Mineral-based ingredients" at Q2 and who selected "Contains only mineral-based ingredients" at Q7.

*Q2. Which of the following product characteristics, if any, would be important to you when considering whether or not to purchase this product?*
*Q7. Which of the following, if any, represents your understanding this product?*

## VII.   CONCLUSIONS

53.      I conducted a survey of 538 consumers in the market for products such as the

Ecover Dishwasher Tablets. When shown the Test or Control version of the product packaging

for the item purchased by Plaintiff, the statement "with plant-based & mineral ingredients" had

no material impact on respondents' interest in and likelihood of purchasing the Ecover product.

Respondents did not indicate that plant-based ingredients or mineral-based ingredients were

important factors when choosing whether to purchase the product, even after being shown the

package and being provided with these characteristics in a list of product features.

54.      Further, only 8.0 percent of Test Group respondents indicated that plant-based

ingredients are important to them when deciding whether to purchase the product and also

believe that this means the Ecover product shown only contains plant-based ingredients that are

not processed and/or synthesized. Similarly, when I conduct the same analysis with those who

indicated that mineral-based ingredients are important to them, only 3.4 percent of respondents

believe that this characteristic is important and means that the Ecover product only contains

mineral-based ingredients that are not processed.

55.      These results demonstrate that Defendant's inclusion of statements such as "with

plant-based & mineral ingredients" on Ecover product packaging would not impact consumers'

likelihood of purchasing Ecover products. Further, the results demonstrate that the vast majority

of respondents who have purchased or would purchase products such as the Dishwasher Tablets

do not indicate that plant-based and/or mineral-based ingredients are important to their purchase

decision, and furthermore, would also not believe that Ecover products contain only unprocessed

or un-synthesized plant-based ingredients, and/or only unprocessed mineral-based ingredients.

56.     The results of this survey allow me to conclude that consumers would not understand or attach importance to the other at-issue statements ("plant-based ingredients," and "with plant-based ingredients") because these statements contain the same "plant-based ingredients" language on which Plaintiff focuses her claims.

57.     I have reached my conclusions through the proper application of survey methods and using standard methodologies relied upon by experts in the field of survey and market and consumer research. My opinions will continue to be informed by any additional material that becomes available to me. I reserve the right to update and/or supplement my opinions if I am provided with additional information.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge and belief.

_____

Sarah Butler, Managing Director
February 18, 2022