1                UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                  SAN FRANCISCO DIVISION

4

5    ELIZABETH MAISEL, individually ) Case No.

6    and on behalf of all others    ) 3:21-cv-00413-TSH

7    similarly situated,            )

8               Plaintiff,          )

9          vs.                      )

10   S.C. JOHNSON & SON, INC., a    )

11   Wisconsin Corporation,         )

12               Defendant.         )

13   _____)

14

15

16    REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF

17                  ELIZABETH MAISEL

18              TUESDAY, JANUARY 18, 2022

19

20

21   Reported by:

22   Ashala Tylor, CSR #2436, CLR, CRR, RPR

23   JOB NO. 5017481

24

25   PAGES 1 - 160

                                         Page 1

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4

5   ELIZABETH MAISEL, individually ) Case No.

6   and on behalf of all others    ) 3:21-cv-00413-TSH

7   similarly situated,            )

8               Plaintiff,         )

9          vs.                     )

10  S.C. JOHNSON & SON, INC., a     )

11  Wisconsin Corporation,          )

12               Defendant.         )

13  _____)

14

15

16      Videotaped deposition of ELIZABETH MAISEL, taken

17  via virtual Zoom, commencing 9:57 a.m. and ending at

18  2:35 p.m., on Tuesday, January 18, 2022, before Ashala

19  Tylor, CSR No. 2436, RPR, CRR, CLR.

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

```
 1    APPEARANCES OF COUNSEL:
 2   FOR THE PLAINTIFF:
 3           MOON LAW APC
 4           BY:  KEVIN O. MOON, ESQ.
 5           228 Hamilton Avenue, 3rd Floor
 6           Palo Alto, California 94301
 7           Tel: (415) 730-0387
 8           kevin@moonlawapc.com
 9                 - and -
10           CLARKSON LAW FIRM, P.C.
11           BY:  KATHERINE A. BRUCE, ESQ.
12                KELSEY ELLING, ESQ.
13           9255 Sunset Blvd., Suite 804
14           Los Angeles, California 90069
15           Tel: (213) 788-4050
16           kbruce@clarksonlawfirm.com
17           kelling@clarksonlawfirm.com
18
19
20
21
22
23
24
25
```

Page 3

```
1    A P P E A R A N C E S (continued)
2    FOR THE DEFENDANT:
3         MORRISON & FOERSTER LLP
4         BY:  PURVI G. PATEL, ESQ.
5              KELSEY HARRISON, ESQ.
6          707 Wilshire Boulevard, Suite 6000
7          Los Angeles, California 90017-3543
8          Tel: 213.892.5200
9          PPatel@mofo.com
10         KHarrison@mofo.com
11
12   Also Present:
13        Jeff Nichols, Videographer
14        Olivia Treister
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1                    I N D E X

 2    WITNESS            EXAMINATION BY              PAGE

 3    ELIZABETH MAISEL

 4                       Ms. Patel                  8, 102

 5

 6

 7

 8

 9

10                    E X H I B I T S

11    NO.            DESCRIPTION                     PAGE

12    Exhibit 1      Retainer Agreement,               37

13                   PTLF_000370 - 373

14    Exhibit 2      Complaint for Restitution         46

15    Exhibit 3      First Amended Complaint           69

16    Exhibit 4      Class Action Complaint            82

17    Exhibit 5      Plaintiff Elizabeth Maisel's     102

18                   Memorandum of Points and

19                   Authorities in Support of

20                   Class Certification; Appointment

21                   of Class Representative; and

22                   Appointment of Class Counsel

23    Exhibit 6      Declaration of Plaintiff Elizabeth  107

24                   Maisel in Support of Plaintiff's

25                   Motion for Class Certification
```

Veritext Legal Solutions
866 299-5127

```
 1    E X H I B I T S (continued)

 2    NO.              DESCRIPTION                    PAGE

 3    Exhibit 7   S.C. Johnson & Son, Inc.'s Notice    137

 4                of Deposition of Elizabeth Maisel

 5                and Request for Production of

 6                Documents

 7    Exhibit 8   Letter to "Dear Counsel" from        138

 8                Clarkson Law Firm, 1-17-22

 9

10                QUESTIONS INSTRUCTED NOT TO ANSWER

11                          Page 27, Line 10

12                          Page 27, Line 20

13                          Page 28, Line  3

14                          Page 35, Line 21

15                          Page 36, Line 10

16                          Page 39, Line  6

17                          Page 75, Line 10

18                          Page 90, Line 14

19                          Page 102, Line 7

20                          Page 134, Line 9

21

22

23

24

25

                                          Page  6
```

```
 1                    Tuesday, January 18, 2022

 2                       9:57 a.m.

 3                       --o0o--

 4

 5          THE VIDEOGRAPHER:  Good morning.  We are          09:57

 6    going on the record at 9:57 a.m. on January 18,

 7    2022.  This is Media Unit 1 of the video-recorded

 8    deposition of Elizabeth Maisel taken by counsel for

 9    defendant in the matter of Elizabeth Maisel, et al.,

10    versus S.C. Johnson & Son, Incorporated, filed in     09:57

11    the United States District Court for the Northern

12    District of California, San Francisco Division.  The

13    case number is 3:21-cv-00413-TSH.

14          This deposition is being held virtually

15    via Zoom.  My name is Jeff Nichols from the firm      09:58

16    Veritext Legal Solutions and I am the videographer.

17    The court reporter is Ashala Tylor from the firm

18    Veritext Legal Solutions.

19          Counsel will now state their appearances

20    and affiliations for the record.                      09:58

21          MS. PATEL:  This is Purvi Patel on behalf

22    of defendant S.C. Johnson.

23          MS. HARRISON:  This is Kelsey Harrison on

24    behalf of defendant S.C. Johnson.

25          MR. MOON:  Good morning.  This is Kevin          09:58
```

Page 7

1    Moon on behalf of plaintiff Elizabeth Maisel.                09:58

2              MS. BRUCE:  Good morning.  You also have

3    Katherine Bruce, B-R-U-C-E, on behalf of plaintiff

4    Elizabeth Maisel.

5              THE VIDEOGRAPHER:  Ms. Treister?               09:58

6              MS. TREISTER:  Good morning.  This is

7    Olivia Treister on behalf of plaintiff.

8              THE VIDEOGRAPHER:  Thank you.

9              Will the court reporter please swear in

10   the witness.                                             09:58

11                  ELIZABETH MAISEL,

12      being first duly sworn or affirmed to testify

13      to the truth, the whole truth, and nothing but

14      the truth, was examined and testified as follows:

15             THE VIDEOGRAPHER:  Thank you.                  09:59

16             You may proceed, Counsel.

17                    EXAMINATION

18   BY MS. PATEL:

19        Q.   Wonderful.

20             Ms. Maisel, good morning.  My name is          09:59

21   Purvi Patel, as I just stated earlier.  Can you hear

22   me okay?

23        A.   Yeah.

24        Q.   Wonderful.

25             So I'll start with just some                   09:59

                                                       Page 8

1    preliminaries, which are unfortunately a little bit            09:59

2    more extensive given the virtual environment, but

3    we'll try and make this as painless as possible even

4    though we can't be in person.

5            Can you tell me where you're currently            09:59

6    located?

7        A.   Berkeley, California.

8        Q.   And are you in your home?

9        A.   Yes.

10       Q.   Is there anyone else physically present in      09:59

11   the same room that you're in?

12       A.   No.

13       Q.   Do you have the ability to communicate

14   electronically with anyone during the deposition?

15       A.   No.                                               10:00

16       Q.   You don't have --

17       A.   Do I have the ability to?  Yes, I suppose

18   I could.

19       Q.   Do you have your phone in front of you?

20       A.   It's here, yeah.                                  10:00

21       Q.   Is it silenced or put on airplane mode?

22       A.   Yes, silenced.

23       Q.   Okay.  Are you using a laptop or a desktop

24   for today's deposition?

25       A.   Laptop.                                           10:00

                                                        Page 9

1        Q.   And do you have any applications or                    10:00

2    programs or windows open other than Zoom and Exhibit

3    Share?

4        A.   No.

5        Q.   And do you agree not to open any other                 10:00

6    windows or applications during the course of the

7    deposition?

8        A.   Yes, I agree.

9        Q.   Do you have any documents in front of you?

10       A.   No.                                                     10:00

11       Q.   I'm going to ask that, to the extent you

12   can, you stay seated and looking directly at the

13   camera while we're on the record.  If you need a

14   break at any time, you need to stretch, go to the

15   restroom, please let me know.  I'm happy to take       10:00

16   breaks.  Sometimes I lose track of time.  And so if

17   you need a brain break, please let me know.  I'm

18   happy to take breaks at any point.  Is that fair?

19       A.   Yes.

20       Q.   Wonderful.  And then I'll -- just so the      10:01

21   admonitions are clear, you're certainly allowed to

22   speak to your counsel during breaks, not about the

23   subject matter of the deposition, but you're allowed

24   to speak with them if you have questions about

25   privilege or anything like that.                       10:01

                                                    Page 10

```
 1            You're not allowed to talk to counsel or        10:01

 2    really anyone else while we're on the record in the

 3    deposition, whether that's phone, email, text,

 4    social media, whatever the case may be.  So I just

 5    want to make sure that you agree and you're clear on  10:01

 6    those instructions.

 7         A.   Yes.

 8         Q.   All right.  Can you please state and spell

 9    your name for the record?

10         A.   Sure.  Elizabeth Maisel,                      10:01

11    E-L-I-Z-A-B-E-T-H, M-A-I-S-E-L.

12         Q.   Got it.  Thank you.

13            And I will try to remember to pronounce

14    your name correctly.  I have one of those names that

15    people often get wrong.  But in my head I have been   10:01

16    calling you Maisel, so I will do my best to convert

17    over to Maisel.

18            Ms. Maisel, have you been deposed before?

19         A.   (Inaudible.)

20         Q.   I'm sorry, what was that?                     10:01

21         A.   Everything is frozen.  I don't know if

22    that's on your end or my end.

23            THE VIDEOGRAPHER:  Her Internet connection

24    is really low right now.  She's got red bars.

25    Perhaps we should go off the record.                   10:02
```

Page 11

1              Is that okay, Ms. Patel?                    10:02

2              MS. PATEL:  Yes, that's fine.

3              THE VIDEOGRAPHER:  We are going off the

4      record.  The time is 10:02.

5              (Recess.)                                   10:06

6              (Off record:  10:02 a.m.)

7              (On record:  10:06 a.m.)

8              THE VIDEOGRAPHER:  We are back on the

9      record.  The time is 10:06.

10             MS. PATEL:  All right.  Ms. Maisel, before  10:06

11     we get back started, I see there's one more counsel

12     or attendee on behalf of plaintiff.  Could we just

13     have an appearance entered?

14             MS. ELLING:  Yes, Kelsey Elling for

15     plaintiff.                                          10:06

16     BY MS. PATEL:

17         Q.  Ms. Maisel, I'm not sure if you heard me

18     last time.  But I'm saying in my head, I've been

19     pronouncing your name Maisel.  So I will do my best

20     to transition to the long "A."  I know -- I know     10:06

21     what it's like to have a name that people might

22     mispronounce, so I will -- I'll do my best to get

23     that right.

24             But the question I asked when we went on

25     break was whether you had been deposed before.      10:06

                                             Page 12

```
 1        A.   No.                                           10:06

 2        Q.   And have you ever testified in court?

 3        A.   No.

 4        Q.   Do you understand that your deposition

 5   today is a proceeding under oath just like if you      10:06

 6   were in a court in front of a judge or a jury?

 7        A.   Yes.

 8        Q.   And you understand that the oath that you

 9   took this morning requires you to testify truthfully

10   under penalty of perjury?                              10:07

11        A.   Yes.

12        Q.   I'm going to ask that you listen carefully

13   and answer my questions to the best of your

14   knowledge.  And if you don't understand, please ask

15   me to repeat or explain or rephrase.  If you do        10:07

16   answer, I'm going to assume you understood my

17   question.  Is that fair?

18        A.   Yes.

19        Q.   For the benefit of the court reporter --

20   and you're doing a great job -- please wait until      10:07

21   I've kind of completed my questions until you

22   answer, and I'll do the same.  It's much tougher in

23   a non-in-person environment.  Usually we have got

24   body signals and cues when people are done.  So I

25   might pause an extra beat before asking my next        10:07
```

Veritext Legal Solutions
866 299-5127

```
 1    question just to make sure that you are done talking        10:07

 2    and we don't talk over each other.  Is that fair?

 3        A.   Yes.

 4        Q.   And you're doing a great job with this,

 5    but please continue to give oral responses.  No nods        10:07

 6    or shakes of the head in response to questions.  All

 7    right?

 8        A.   All right.

 9        Q.   You might hear your lawyer interject some

10    objections during today's deposition.  You're              10:08

11    required to answer my questions unless your lawyer

12    instructs you not to answer.  Do you understand?

13        A.   Yes.

14        Q.   And I think I said this earlier but we

15    will take periodic breaks.  If you need a break at          10:08

16    any time, let me know.  I may want to finish a

17    series of questions, you know, if I'm in the middle

18    of a line of thought.  And the only ask I have is we

19    not break while there's a question pending.  Is that

20    all right?                                                  10:08

21        A.   Understood.

22        Q.   Okay.  Are you taking any medications or

23    other drugs today that would prevent you from

24    testifying accurately?

25        A.   No.                                                10:08
```

Page 14

```
 1          Q.   And is there any reason you can't give        10:08
 2     your best testimony today?
 3          A.   No.
 4          Q.   Do you have any questions about the
 5     process?                                                 10:08
 6          A.   No.
 7          Q.   All right.  Have you previously been
 8     involved in litigation?
 9          A.   No.
10          Q.   Is this your first lawsuit?                    10:08
11          A.   Yes.
12          Q.   Have you -- are you involved in any other
13     lawsuits?
14          A.   No.
15          Q.   Have you ever been sued?                       10:09
16          A.   No.
17          Q.   Can you tell me in your own words what you
18     believe S.C. Johnson did wrong?
19               MR. MOON:  Objection.  Vague and
20     ambiguous.  Overbroad.  Calls for a legal               10:09
21     conclusion.
22               You can go ahead and answer, Betsy.
23               THE WITNESS:  Okay.  You said go ahead and
24     answer?  I'm sorry.
25               MR. MOON:  Yeah, you can answer the           10:09
```

Page 15

1    question if you understand it.                              10:09

2                THE WITNESS:  I more or less understand

3    it.

4                The labeling is very deceiving as a

5    consumer.                                                   10:09

6    BY MS. PATEL:

7        Q.    Can you be more specific?  What about the

8    labeling is deceiving?

9        A.    Well, it says it's plant-based and it is

10   in fact not.                                                10:09

11       Q.    And how do you know it's not plant-based?

12       A.    I heard a buzz.  I'm sorry.  I wasn't sure

13   if that's --

14               MR. MOON:  I'm sorry, I had to silence my

15   phone.  I thought it was already off.                       10:10

16               Yeah, can you repeat the question, please?

17               MS. PATEL:  Could I have the court

18   reporter read it back, please.

19                       (The record was read by the

20                       court reporter, as requested.)         10:31

21               MR. MOON:  All right.  Let me just insert

22   an objection.  Vague and ambiguous.  Overbroad.

23               You can answer.

24               THE WITNESS:  Well, I don't know that

25   it's -- I mean I know that it's all -- you know,            10:10

                                                    Page 16

1    it's been overly processed and now anything that was        10:10

2    a plant is no longer a plant.   It's all synthetic.

3    BY MS. PATEL:

4        Q.   Is that -- is your explanation of

5    ingredients that were plants are no longer plants        10:11

6    and (audio distortion) --

7              THE REPORTER:  I'm sorry, Counsel, you

8    broke up.  Can you repeat your question, please?

9              MS. PATEL:  Yes, of course.

10       Q.   My question is, you know, is your answer        10:11

11   that an ingredient that was a plant is no longer a

12   plant an explanation of what you mean by overly

13   processed, or are those two different problems with

14   the ingredients?

15             MR. MOON:  Again, objection.  Vague and        10:11

16   ambiguous as to what product we're talking about.

17   BY MS. PATEL:

18       Q.   Ms. Maisel, do you have an understanding

19   of what product we're here to talk about today?

20       A.   Yes.        10:11

21       Q.   What product is that?

22       A.   Ecover.

23       Q.   And do you know what specific Ecover

24   product?

25       A.   Yes.        10:11

1      Q.   Which one?                                    10:11

2      A.   The dishwashing tablets.

3      Q.   Thank you.

4           And now can you please answer my question,

5  my original question?                                  10:12

6           MR. MOON:  Sorry, let me just interject

7  again.  Calls for expert opinion.  Foundation.

8           But go ahead.

9           THE WITNESS:  Yeah.  Your original

10 question was, how do I know if it's plant-based or     10:12

11 not?  Is that your question?

12 BY MS. PATEL:

13     Q.   So it was actually -- you answered in

14 response to that question that the product -- the

15 ingredients are overly processed and that             10:12

16 ingredients that were plants are no longer plants.

17          And I was asking if those were two

18 problems or if one was the explanation for what

19 "overly processed" meant.

20          MR. MOON:  Objection.  Vague and            10:12

21 ambiguous.  Compound.

22          THE WITNESS:  Yeah, I don't know.

23 BY MS. PATEL:

24     Q.   Okay.  Let me try it differently.  What do

25 you mean by "overly processed"?                        10:12

Page 18

```
 1         A.   Well --                                    10:12

 2              MR. MOON:  Objection.  Calls for expert

 3    opinion.

 4              You can go.

 5              THE WITNESS:  Yeah, I'm not -- I'm not an   10:12

 6    expert in that.  I'm not a scientist or, you know, a

 7    chemist, so I don't know how to answer that

 8    question.

 9    BY MS. PATEL:

10         Q.   What do you mean -- you said the reason     10:13

11    that it's not plant-based is because it's overly

12    processed.  What does that mean to you from a

13    layperson's standpoint?

14              MR. MOON:  Same objections.

15              THE WITNESS:  It means it's been through a  10:13

16    litany of, you know, manufacturing and processing.

17    BY MS. PATEL:

18         Q.   And how do you know that?

19              MR. MOON:  You can answer if you can do so

20    without revealing communications with your           10:13

21    attorneys.

22              THE WITNESS:  Yeah, I mean, I'm not -- I'm

23    not, as I said, a scientist or a chemist, so I don't

24    know how.  I'm not quite sure.

25    BY MS. PATEL:                                         10:13
```

1          Q.   Do you have any information about -- let          10:13

2     me start again.

3               Do you have any understanding about what

4     "overly processed" means independent of

5     conversations with your counsel?                              10:13

6          A.   I mean I have a layperson's understanding

7     of what "overly processed" means.

8          Q.   And that is the answer you provided

9     earlier, that it goes through a litany of

10    processing?                                                   10:14

11         A.   Yeah.

12         Q.   And what is that?  How do you know that?

13    What are you basing that on?

14               MR. MOON:  Vague and ambiguous.

15    Overbroad.  Calls for expert opinion.                         10:14

16               THE WITNESS:  Well, do I continue?  I'm

17    sorry.

18               MR. MOON:  You can answer if you

19    understand.

20               THE WITNESS:  I'm not -- I mean I'm          10:14

21    just -- I'm not able to answer that.  I don't know

22    how.

23    BY MS. PATEL:

24         Q.   How do you know that an ingredient that

25    was a plant is no longer a plant?                            10:14

                                              Page 20

```
 1              MR. MOON:  Objection.  Incomplete         10:14

 2    hypothetical.  Vague and ambiguous.  Calls for

 3    expert opinion.

 4              You can answer if you know.

 5              THE WITNESS:  I don't know.              10:14

 6    BY MS. PATEL:

 7        Q.   You mentioned earlier that we're here to

 8    talk about the dishwasher tablets.  Are there any

 9    other Ecover products that you are suing about?

10        A.   No.                                       10:15

11        Q.   Have you bought any other Ecover products

12    other than the dishwasher tablets?

13        A.   No.

14        Q.   And was it your idea to sue S.C. Johnson?

15              MR. MOON:  Objection.  Vague and         10:15

16    ambiguous.

17              THE WITNESS:  Was it my idea?  I'm part of

18    the class action suit.

19    BY MS. PATEL:

20        Q.   So it's a yes-or-no question.  Was it your 10:15

21    idea to sue S.C. Johnson?  Did you come up with it?

22              MR. MOON:  Objection.  Vague and

23    ambiguous.  Vague as to time.

24    BY MS. PATEL:

25        Q.   You need to answer my question,           10:16
```

                                            Page 21

```
 1    Ms. Maisel.                                      10:16
 2         A.   Oh, I'm sorry.  I'm not -- all the -- I'm
 3    not sure what was going on there.
 4              No.
 5         Q.   Whose idea was it?                      10:16
 6              MR. MOON:  Well, hold on.  We're starting
 7    to get into attorney-client communications here.  So
 8    aside from communications you had with your counsel,
 9    you can answer if you understand.
10              THE WITNESS:  I'm sorry, the communication  10:16
11    broke up there.  Aside from the communication with
12    my counsel, what?  I'm sorry, I did not hear.
13              MR. MOON:  I'm sorry if my connection is
14    unstable here.
15              I said aside from communications with your  10:16
16    attorneys, you can answer if you understand the
17    question.
18              THE WITNESS:  Okay.  And can you ask the
19    question again?  I'm sorry.
20    BY MS. PATEL:                                    10:16
21         Q.   I think I asked, whose idea it was to sue
22    S.C. Johnson?
23         A.   I don't know.
24         Q.   Ms. Maisel, who are your lawyers in this
25    case?                                           10:17
```

Page 22

```
 1          A.    Clarkson Law Firm.                            10:17

 2          Q.    And do you know the names of the lawyers

 3     at the Clarkson Law Firm that are representing you?

 4          A.    I know -- yes.

 5          Q.    And what are their names?                     10:17

 6          A.    Chris Moon, Kevin Moon, Katherine Bruce.

 7          Q.    Anyone else?

 8          A.    I don't know.

 9          Q.    Who was the first lawyer you discussed

10     this lawsuit with?                                       10:17

11          MR. MOON:  Well, hold on a sec.  That

12     calls for disclosure of attorney-client

13     communications.

14          So I don't want you to answer that

15     question.                                                10:17

16          MS. PATEL:  I don't think asking who she

17     talked to is an attorney-client communication.  It

18     would be --

19          MR. MOON:  You didn't ask who she talked

20     to.  You said who did she talk to about this            10:18

21     lawsuit, which is the subject of a communication,

22     which is inappropriate.

23          MS. PATEL:  If you're going to put a

24     privilege log together, it's going to say who the

25     parties communicating are and a general description     10:18
```

Page 23

```
 1    of the communication, which would be about the        10:18

 2    lawsuit.  I'm not sure how this is -- asking who is

 3    invading into privilege.

 4              MR. MOON:  Well, again, fine.  You can

 5    have that question.  But, you know, anything more       10:18

 6    than just general subject matter we're not going to

 7    get into.

 8    BY MS. PATEL:

 9         Q.   All right.  Ms. Maisel, you can answer

10    that question if I'm following your counsel's          10:18

11    objections clearly.  Who was the first lawyer you

12    spoke to about the lawsuit?

13         A.   I don't recall.

14         Q.   Who was your primary point of contact for

15    this lawsuit?                                          10:19

16         A.   Katherine Bruce, Chris and Kevin Moon.

17         Q.   And was Katherine Bruce the first lawyer

18    you talked to about this lawsuit?

19         A.   I don't recall.

20         Q.   When did you first meet Katherine Bruce?      10:19

21         A.   I don't recall.

22         Q.   When did you first meet Chris Moon?

23         A.   When you say "meet," what do you mean

24    exactly?

25         Q.   Do you know Chris Moon outside of his role    10:19
```

Page 24

```
 1    as your lawyer in this case?                         10:19

 2         A.   No.

 3         Q.   So when did you first meet him?  When did

 4    you have your first interaction with him?

 5         A.   I don't recall.                            10:19

 6         Q.   What about Kevin Moon, when did you have

 7    your first interaction with him?

 8         A.   I don't recall.

 9         Q.   Do you have any records that would help

10    you recall when you first met any of these three     10:20

11    lawyers?

12         A.   No.

13         Q.   How did you find the Clarkson firm to

14    represent you in this case?

15              MR. MOON:  Objection.  Vague and           10:20

16    ambiguous.  Assumes facts.

17              Go ahead.

18              THE WITNESS:  I had a phone call with them

19    in late 2020.

20    BY MS. PATEL:                                        10:20

21         Q.   And when you say "with them" --

22         A.   Clarkson.

23         Q.   Can you recall who from Clarkson was on

24    that call?

25         A.   I believe Ryan.                            10:21
```

Page 25

```
 1          Q.    Anyone else?                              10:21

 2          A.    No.

 3          Q.    And how did that phone call get set up

 4    between you and Mr. Clarkson?

 5                MR. MOON:  Objection.  Vague and          10:21

 6    ambiguous.

 7                THE WITNESS:  I don't recall.

 8    BY MS. PATEL:

 9          Q.    You just -- did he call you out of the

10    blue?                                                 10:21

11                MR. MOON:  Asked and answered.

12                THE WITNESS:  I'm sorry?

13    BY MS. PATEL:

14          Q.    Unless your counsel says not to answer my

15    question, you can answer after he objects, if that   10:21

16    helps.

17          A.    Okay.  I'm sorry, what was the question?

18          Q.    Yeah.  You said you don't recall how the

19    call got set up.  So I'm trying to understand, did

20    he just call you, cold call you out of the blue?      10:21

21    How did you get on the phone with him?

22                MR. MOON:  Well, I don't want you to

23    speculate or guess, Betsy.  It's only if you know.

24                THE WITNESS:  I don't remember.

25    BY MS. PATEL:                                         10:22
```

                                                    Page 26

1          Q.   You don't remember how you found the          10:22

2     lawyers that are representing you in this case?

3               MR. MOON:  Objection.  Argumentative.

4     Asked and answered.

5               THE WITNESS:  I heard about the case          10:22

6     through -- from an email is what I remember.

7     BY MS. PATEL:

8          Q.   Do you still have a copy of that email?

9          A.   No.

10         Q.   Did your attorneys ask you to preserve          10:22

11    documents relevant to the litigation?

12              MR. MOON:  Well, hold on a sec.  It's an

13    attorney-client communication.

14              Don't answer that.

15              MS. PATEL:  Could I ask the court reporter          10:22

16    to please mark any instructions not to answer in the

17    transcript.

18              THE REPORTER:  Yes, we do that.

19              MS. PATEL:  Thank you.

20         Q.   If I understand, Ms. Maisel, you received          10:22

21    an email.  Do you remember what the email -- what it

22    involved?  Did it involve Ecover products?  Can you

23    tell me anything about that email?

24              MR. MOON:  No.  Again, that's an

25    attorney-client communication.  We're not going to          10:23

                                                        Page 27

```
 1    get into that.                                          10:23

 2    BY MS. PATEL:

 3        Q.   Had you received any emails about the

 4    subject matter of this lawsuit before the one that

 5    you just mentioned?                                     10:23

 6            MR. MOON:  Well, again, if it has to do

 7    with one -- an email from one of your attorneys,

 8    then I don't want you to answer that.

 9            MS. PATEL:  I can ask her if she received

10    more than one communication.  That's not privileged.   10:23

11            MR. MOON:  Yeah, but, again, we're talking

12    about specific matters addressed in this email.

13    BY MS. PATEL:

14        Q.   Ms. Maisel, did you receive any emails

15    from the lawyers representing you in this case          10:23

16    before the one you just described?

17        A.   No.

18        Q.   And had you solicited that email that you

19    received -- the email that you've described, had you

20    solicited that email?                                   10:23

21            MR. MOON:  Objection.  Vague and

22    ambiguous.

23            THE WITNESS:  Did I solicit it?

24    BY MS. PATEL:

25        Q.   Uh-huh.                                        10:24
```

Page 28

1        A.   Not that I can remember.                      10:24

2        Q.   So it was a unsolicited email that showed

3   up in your inbox?

4             MR. MOON:  Well, again, vague and

5   ambiguous.  Asked and answered.  And calls for         10:24

6   speculation.

7             THE WITNESS:  So I answer?

8             You know, I just don't remember.

9   BY MS. PATEL:

10       Q.   So try -- I'm trying to understand how --      10:24

11  maybe if I give you some context about why I'm

12  asking the questions I'm asking.

13            I'm trying to understand how you came to

14  become a plaintiff in this case.  And to understand

15  that, I'm trying to ask how you found your lawyers     10:24

16  and when you spoke with them.  I'm not trying to ask

17  about what you spoke about.

18            And so with that context, can you

19  explain -- maybe I'll just ask that question.  How

20  did you come to be a plaintiff in this lawsuit?        10:25

21  What steps did you take?

22       A.   Contacting Clarkson Law Firm.

23       Q.   And you contacted Clarkson -- how did you

24  find Clarkson to be able to contact them?

25       A.   I heard about them.                           10:25

                                            Page 29

```
 1        Q.   How did you hear about them?                    10:25

 2        A.   I don't remember.

 3             MR. MOON:  Can we take a break whenever

 4   you're done with these questions?  Can we take a

 5   quick break?                                              10:25

 6             MS. PATEL:  Sure.

 7        Q.   Did you hear about -- did you read about

 8   them?

 9        A.   No.  I just -- yeah, I don't remember.

10        Q.   Did somebody tell you about them?              10:25

11        A.   I don't recall.

12             MR. MOON:  Objection.  Asked and answered.

13   BY MS. PATEL:

14        Q.   So you can't tell me anything about how

15   you came to find the law firm that's representing        10:26

16   you in this case?  Am I --

17             MR. MOON:  Objection.  Argumentative.

18             MS. PATEL:  Mr. Moon, I'm going to ask

19   that you wait until I'm done with my question before

20   you object.                                              10:26

21             MR. MOON:  All right.  Well, I apologize.

22   My Internet connection may be an issue, but it -- I

23   will get these pauses and so I assume you're done

24   and then it will jump back in.  So maybe I'll wait a

25   little bit longer.                                       10:26
```

                                                       Page 30

```
 1              THE WITNESS:  Are you waiting on me now?        10:26
 2      Sorry.
 3      BY MS. PATEL:
 4           Q.   Yes, ma'am.
 5           A.   Yeah, I just -- I mean there wasn't -- I       10:26
 6      had an email that I responded to.
 7           Q.   Did you respond -- you responded to that
 8      email in writing?
 9           A.   I believe so.
10              MR. MOON:  Again, don't guess or                10:26
11      speculate, Betsy.
12              THE WITNESS:  Yeah, I -- no.
13      BY MS. PATEL:
14           Q.   Do you remember approximately how long
15      that first conversation was with Mr. Clarkson?          10:27
16           A.   No.
17           Q.   Do you know how long after that first
18      conversation -- how long after that first
19      conversation you agreed to sue S.C. Johnson?
20           A.   Approximately a month.                        10:27
21           Q.   And did you have any other conversations
22      with Mr. Clarkson or anyone else at the Clarkson
23      firm in that intervening month?
24           A.   That interview -- I don't remember.
25           Q.   What did you do during that month as you      10:27
```

                                                   Page 31

```
 1    were deciding whether to sue S.C. Johnson to help          10:27

 2    make your decision?

 3              MR. MOON:  Objection.  Vague and

 4    ambiguous.

 5              THE REPORTER:  I didn't hear the answer,          10:28

 6    Ms. Maisel.

 7              THE WITNESS:  Nothing.

 8              THE REPORTER:  Thank you.

 9    BY MS. PATEL:

10         Q.   Did you do any research about the Clarkson       10:28

11    firm?

12         A.   About the what?  The Clarkson firm?

13         Q.   Yes.

14         A.   No.

15         Q.   Did you research their qualifications?           10:28

16         A.   No.

17         Q.   Do you know what kind of experience the

18    Clarkson firm has in litigating these kinds of

19    cases?

20              MR. MOON:  Objection.  Vague and                 10:28

21    ambiguous.

22              THE WITNESS:  No.

23    BY MS. PATEL:

24         Q.   Do you know how many classes they've

25    successfully certified?                                    10:28
```

Page 32

```
 1          A.   No.                                      10:28

 2          Q.   Are you aware that Mr. Moon is not a part

 3     of the Clarkson Law Firm?

 4               MR. MOON:  Well, I will just interject.

 5     There are -- there are two Moons.  So when you say    10:28

 6     "Mr. Moon," I assuming you're speaking about me.

 7               MS. PATEL:  I mean the Mr. Moon who is

 8     present in this deposition.  So that should be

 9     pretty clear.

10               MR. MOON:  Well, you also asked about       10:29

11     Chris Moon earlier, so it's not clear.

12               THE WITNESS:  I mean -- I'm sorry, what

13     was the question?  I'm getting a little confused

14     there.

15               MS. PATEL:  Me too.  There's a lot of       10:29

16     speaking objections from your counsel.

17               Madam Court Reporter, could you please

18     read back the question.

19               MR. MOON:  We've also asked for a break,

20     so we'd appreciate one at the earliest convenience.   10:29

21               MS. PATEL:  You said I could wait -- we

22     could wait until I finish this area of questioning,

23     and I'm almost done.

24                         (The record was read by the

25                          court reporter, as requested.)   10:29
```

                                            Page 33

```
 1                    THE WITNESS:  I'm not aware.              10:29

 2               MS. PATEL:  We can take a break now.

 3               Mr. Moon, how much time do you need?

 4               MR. MOON:  Five minutes should be fine.

 5               MS. PATEL:  Okay.  And I'll be ready to       10:30

 6     introduce the first exhibit, so let me know if you

 7     need more time for the Exhibit Share.

 8               MR. MOON:  Okay.  I think I'm up and

 9     running with Exhibit Share, but we shall see.

10               THE VIDEOGRAPHER:  We are going off the       10:30

11     record.  The time is 10:30.

12               (Recess.)

13               (Off record:  10:30 a.m.)

14               (On record:  10:40 a.m.)

15               THE VIDEOGRAPHER:  We are back on the         10:40

16     record.  The time is 10:40.

17     BY MS. PATEL:

18          Q.  Ms. Maisel, your attorney says there's

19     something you'd like to clarify.

20          A.  Yeah.  So the first contact that I had        10:40

21     with Clarkson was in mid -- mid-2020 regarding

22     another case.  So when you asked was there another

23     lawsuit, I wasn't thinking of it as an active

24     lawsuit.  Just -- it is, but -- so that was my first

25     contact with them.                                     10:41
```

                                                    Page 34

```
 1        Q.   And what's that other case about?         10:41

 2        A.   Tootsie candy.

 3        Q.   You're suing Tootsie in that case?  I'm

 4   sorry?

 5        A.   Yes.                                        10:41

 6        Q.   And what's the subject matter?

 7        A.   Regarding the content of the boxes of

 8   candy, how much is in there.

 9        Q.   And so when I asked earlier if you were a

10   plaintiff in any other lawsuits and you said no, did   10:42

11   you just not remember this lawsuit?

12        A.   It was just nerves.  I wasn't thinking,

13   yeah.

14        Q.   Okay.  And did your counsel remind you of

15   the lawsuit during the break?                          10:42

16            MR. MOON:  Hold on.  That's

17   attorney-client privilege.

18            THE WITNESS:  Yeah -- no, I remembered my

19   own -- on my own accord.

20   BY MS. PATEL:                                          10:42

21        Q.   Okay.  Did you discuss the Tootsie Roll

22   lawsuit during the break?

23        A.   No.

24            MR. MOON:  Wait.  Stop.  Hold on.

25            We're not going to ask about anything that   10:42
```

                                                    Page 35

```
 1    was discussed during the break when she was with her      10:42

 2    attorneys.

 3            MS. PATEL:  I mean there's enough indicia

 4    of potential coaching given the witness has

 5    completely changed her answer after a break and a         10:42

 6    meeting with counsel.

 7            MR. MOON:  I'm instructing her not to

 8    answer.

 9    BY MS. PATEL:

10        Q.   Ms. Maisel, did you discuss your testimony        10:43

11    in this deposition at all during the break?  That's

12    a yes-or-no question.

13            MR. MOON:  I'm instructing her not to

14    answer.

15            MS. PATEL:  Okay.  Why don't we start with         10:43

16    our first exhibit.  I think it will come up on the

17    screen shortly.

18            MS. HARRISON:  I am introducing it now.

19            MS. PATEL:  Thank you, Kelsey.

20            MS. HARRISON:  It's up.  Don't worry.  My          10:44

21    computer is taking a little bit of time.  There's a

22    little bit of lag here.

23            Okay.  It should have been introduced.

24            MS. PATEL:  All right.  Can everybody see

25    it?  I think we probably will have --                     10:44
```

Page 36

```
 1              MR. MOON:  Where is it going to be        10:44

 2    displayed?

 3              MS. PATEL:  Everybody has to go -- in the

 4    Egnyte window, there will be a Marked Exhibits

 5    folder.                                             10:44

 6                        (Exhibit 1 was marked for

 7                         identification and attached

 8                         hereto.)

 9    BY MS. PATEL:

10         Q.   Ms. Maisel, do you see that?              10:44

11         A.   I do.

12              MR. MOON:   Okay.

13    BY MS. PATEL:

14         Q.   If you click on that, there's one document

15    in there.                                           10:44

16         A.   Yes.

17         Q.   And then you'll have to click on that to

18    open it.

19         A.   Okay.

20              MS. BRUCE:  Sorry to interrupt.  Just for 10:44

21    the record, the retainer agreement has been marked

22    as confidential under the terms of the protective

23    order.  So any testimony regarding the content of

24    this document or if this document appears shown on

25    the screen with the video, then that needs to be    10:45
```

Page 37

```
 1    marked as confidential accordingly.                  10:45

 2             THE REPORTER:  Who is speaking, please?

 3             MS. BRUCE:  Forgive me.  This is Katherine

 4    Bruce, B-R-U-C-E.

 5    BY MS. PATEL:                                        10:45

 6        Q.   All right.  Ms. Maisel, can you see what's

 7    been marked as Exhibit 1?

 8        A.   Yes.

 9        Q.   Do you recognize this document?

10        A.   Yes.                                        10:45

11        Q.   And if you could flip through the pages,

12    can you tell me if it looks complete?

13        A.   Yes.

14        Q.   And then if you go back to the first page,

15    if you see on the top left it says "Page 2 of 5."    10:45

16    Do you know what page 1 of 5 said?

17             MR. MOON:  Objection.  Assumes facts.

18    Vague and ambiguous.

19             You can answer if you know.

20             THE WITNESS:  Do I know what page 1 of 5?   10:46

21    I don't remember.

22    BY MS. PATEL:

23        Q.   You do see, though, it says page 2 of 5

24    and we appear to be missing page 1 of 5?

25        A.   Yes.                                        10:46
```

                                                  Page 38

```
 1        Q.   Do you recall who asked you to sign this      10:46

 2   agreement?

 3        A.   Well, yes.

 4        Q.   Okay.  Who was that?

 5        A.   Ryan, if I remember correctly.              10:46

 6        Q.   And did Ryan explain it to you?

 7             MR. MOON:  Objection.  Attorney-client

 8   privilege.

 9             Don't answer that.

10   BY MS. PATEL:                                         10:47

11        Q.   If you can flip to the last page.  Let me

12   know when you're there, Ms. Maisel.

13        A.   I'm here.

14        Q.   Wonderful.  Is that your DocuSign

15   signature above your printed name?                   10:47

16        A.   Yes.

17        Q.   And is that address your home address?

18        A.   Yes.

19        Q.   And it looks like you signed this on

20   December 10, 2020; is that right?                    10:47

21        A.   Yes.

22        Q.   Is it fair, then, that you first talked

23   with Mr. Clarkson about this lawsuit in about

24   November 2020?

25        A.   Yes, it's -- yeah.  Yes.                    10:47
```

Page 39

1          Q.    And based on your corrected testimony, is        10:47

2     it fair also that the reason Mr. Clarkson contacted

3     you, to the extent you know, is because you already

4     had an existing attorney-client relationship with

5     him?                                                        10:48

6          A.    Is it fair to say that he contacted me

7     because of that?  I don't know.

8          Q.    It's fair to say that you did have an

9     existing attorney-client relationship at the time he

10    contacted you about this lawsuit?                           10:48

11         A.    Yes.

12         Q.    Did you have the opportunity to read the

13    agreement, Exhibit 1, in full before you signed it?

14         A.    Yes.

15         Q.    And did you understand each of the               10:48

16    agreement's provisions?

17               MR. MOON:  Objection.  Vague and

18    ambiguous.

19               THE WITNESS:  To the best of my knowledge.

20    BY MS. PATEL:                                               10:48

21         Q.    Did you consult anybody other than your

22    attorneys in this case about the agreement before

23    you signed it?

24         A.    No.

25         Q.    Earlier you testified that your primary         10:49

                                                  Page 40

```
1    contacts with the attorneys for this matter were        10:49

2    Katherine Bruce, Chris Moon and Kevin Moon.  Is that

3    still accurate?

4         A.   Yes.

5         Q.   Have you interacted with Mr. Clarkson          10:49

6    since you signed the engagement letter?

7              MR. MOON:  Objection.  Vague and

8    ambiguous.

9              THE WITNESS:  And I answer, right?

10             MR. MOON:  You can answer.                      10:49

11             THE WITNESS:  I don't recall.

12   BY MS. PATEL:

13        Q.   With respect to Ms. Bruce, how do you

14   typically interact with her?  And by "how," I mean

15   phone, email, text?  I'm looking for the method of       10:49

16   communication.

17        A.   There has been -- well, let's see.  There

18   has been phone, Zoom, and an email, I believe.

19        Q.   Do you know about how many times you've

20   talked to her on the phone?                              10:50

21        A.   I don't know.  I'm speculating.

22             MR. MOON:  Don't speculate, Betsy.

23             THE WITNESS:  Yeah, I don't know.

24   BY MS. PATEL:

25        Q.   Do you have any records that would help        10:50
```

                                              Page 41

```
 1   you remember?                                          10:50

 2        A.   No.

 3        Q.   Do you maintain a calendar of your

 4   appointments?

 5        A.   Unfortunately, no.                            10:50

 6        Q.   How do you remember to show up?  There's

 7   no way I could.

 8        A.   I have -- yeah, scattered.

 9        Q.   How many Zoom meetings have you had with

10   Ms. Bruce?                                              10:50

11        A.   I don't know.  It would be speculating.

12        Q.   Do you know about how many emails you've

13   exchanged with her?

14        A.   I don't know.

15        Q.   Do you have copies of the emails you've     10:51

16   sent or received in this case?

17        A.   No.

18        Q.   You haven't retained any of them?

19        A.   No.

20        Q.   What about Chris Moon?  Same question in     10:51

21   terms of how do you typically interact with Chris

22   Moon?

23        A.   The same, although I don't think I have

24   any emails with him.  Just we've had Zoom -- a few

25   Zoom calls.                                             10:51
```

Page 42

1       Q.   And in terms of those Zoom calls, do you          10:51

2   remember about how many you've had?

3       A.   I -- no.

4       Q.   And have you spoken with Chris Moon on the

5   phone?                                                     10:51

6       A.   No, not that I recall.

7       Q.   Okay.  And then finally, how about Kevin

8   Moon?  How do you typically interact with him or how

9   have you typically interacted with him?

10      A.   In the same manner as the others.                 10:52

11      Q.   Do you have a sense of how many phone

12  calls you've had with him?

13      A.   No.

14      Q.   But you have spoken to him on the phone?

15      A.   Not on the phone.  Via Zoom.                       10:52

16      Q.   And I'm just going to ask so it's clear on

17  the record, do you have a recollection of how many

18  Zoom meetings you've had with Kevin Moon?

19      A.   No.

20      Q.   And any sense of how many emails you've           10:52

21  exchanged with Mr. Kevin Moon?

22      A.   No.

23      Q.   And as with my questions with respect to

24  Ms. Bruce, you don't have any emails between you and

25  Kevin Moon or Chris Moon saved?                            10:53

                                                    Page 43

```
 1          A.   No.                                    10:53

 2          Q.   Do you have any emails relating to this

 3     litigation saved?

 4          A.   No.

 5          Q.   Have you spoken with any other lawyers  10:53

 6     other than the ones that we've discussed -- Ryan

 7     Clarkson, Katherine Bruce, Kevin Moon or Chris

 8     Moon -- about this lawsuit?

 9          A.   No.

10          Q.   Have you discussed your participation in 10:53

11     this lawsuit in any way with anyone other than your

12     attorneys?

13          A.   No.

14          Q.   Do you know anyone socially or through

15     your network who works at either the Clarkson firm  10:53

16     or where Mr. Moon works?

17          A.   No.

18          Q.   And are you related to any lawyers or

19     staff at the Clarkson firm or the firm where

20     Mr. Moon works?                                    10:54

21          A.   No.

22          Q.   Have you had any relationship with any

23     attorney at the Clarkson firm or where Mr. Moon

24     works other than a lawyer/client relationship?

25               MR. MOON:   Objection.   Vague and       10:54
```

                                                  Page 44

```
 1   ambiguous.                                          10:54

 2           You can answer.

 3           THE WITNESS:  Can you repeat the question?

 4   BY MS. PATEL:

 5       Q.   Yeah.  Have you ever had a relationship    10:54

 6   with an attorney at the Clarkson firm or where

 7   Mr. Moon works other than a lawyer/client

 8   relationship?

 9       A.   Oh.  No.

10       Q.   All right.  I think we can move on to      10:54

11   Exhibit 2.  And it will be the same process.  So,

12   Ms. Maisel, you'll go back to that folder and you'll

13   need to reclick on it to refresh it once we get

14   Exhibit 2 in there.  That will just take a second

15   and then...                                         10:54

16           THE WITNESS:  Clicking on the folder with

17   the two exclamation points?

18           MS. PATEL:  Yeah.  Ms. Harrison will let

19   us know when it's ready.

20           MS. HARRISON:  The process takes a little   10:55

21   longer than just passing it across the table.

22           MS. PATEL:  It does save paper, though.

23           MS. HARRISON:  It should have been

24   introduced.

25           MS. PATEL:  Thank you.                      10:55
```

                                                    Page 45

```
 1                    (Exhibit 2 was marked for          10:55

 2                    identification and attached

 3                    hereto.)

 4    BY MS. PATEL:

 5        Q.   Ms. Maisel, let me know once you have it    10:55

 6    open.

 7        A.   Okay.

 8        Q.   We're not going to spend a lot of time in

 9    this.  But if you can make sure that you can see the

10    first page pretty clearly.                           10:55

11            MR. MOON:  Sorry, I still don't have it

12    loaded.  It's just -- there's a circle spinning.

13            MS. PATEL:  All right.  Let me know when

14    you're ready.

15            MR. MOON:  All right.  Here we go.           10:56

16            Okay.  Thanks.  It's up and running now.

17    BY MS. PATEL:

18        Q.   All right.  Ms. Maisel, can you see

19    Exhibit 2?

20        A.   Yes.                                        10:56

21        Q.   All right.  Is that your name on the case

22    caption?

23        A.   Yes.

24        Q.   And is this the lawsuit that you're

25    referring to that the Clarkson firm also represents  10:56
```

Page 46

```
 1    you in?                                              10:56

 2         A.   Yes.

 3         Q.   Can you tell me what the status of this

 4    lawsuit is?

 5              MR. MOON:  Objection.  Vague and           10:56

 6    ambiguous.

 7              You can answer if you know.

 8              THE WITNESS:  I don't know.

 9    BY MS. PATEL:

10         Q.   You don't know what's going on in the     10:56

11    lawsuit?

12              MR. MOON:  Objection.  Asked and answered.

13    Argumentative.

14              THE WITNESS:  Am I to answer?

15    BY MS. PATEL:                                        10:57

16         Q.   Yes, ma'am.

17         A.   Okay.  Sorry.

18              Do I know what's going on in this lawsuit?

19    No.

20         Q.   How did you get involved in this lawsuit? 10:57

21         A.   I'm not sure what you mean by the

22    question.

23         Q.   So it's similar to the questions I asked

24    about how you got involved in the lawsuit against

25    S.C. Johnson.  I'm trying to understand how you      10:57
```

Page 47

```
 1   became a plaintiff.                                      10:57
 2        A.   Well, I don't know.  I don't know how to
 3   answer that question.
 4        Q.   Let me try it a different way.  You said
 5   that the case is about the contents of the packaging    10:58
 6   or the amount -- the candy in the package or
 7   something like that; is that right?
 8        A.   Yes.
 9        Q.   And so you had -- what candy had you
10   purchased?                                              10:58
11        A.   There are several different candies.
12        Q.   Can you name one?
13        A.   Junior Mints, yeah.
14        Q.   And what was the problem with the Junior
15   Mints candy?                                            10:58
16             MR. MOON:  Objection.  Vague and
17   ambiguous.  Calls for expert opinion.  Calls for
18   speculation.  Calls for a legal conclusion.
19             You can answer if you know.
20             THE WITNESS:  There's falsely represented    10:58
21   how much is in the box.
22   BY MS. PATEL:
23        Q.   And when did you realize that was a
24   problem with the candy?
25        A.   I don't know.                                 10:58
```

Page 48

```
1          Q.   And what prompted you to contact a lawyer      10:59
2    about the Junior Mints candy?
3              MR. MOON:  Hold on.  Objection.
4              This is -- what's the relevance here?
5    What's the offer of proof?  Why are we going into      10:59
6    this case specifically?
7              MS. PATEL:  I don't need to answer those
8    questions.
9          Q.   Ms. Maisel?
10         A.   You said what was wrong with the candy?      10:59
11         Q.   The follow-up question was, what prompted
12   you to contact a lawyer?
13         A.   Yeah, I don't know whether -- I don't know
14   how to answer that question.
15         Q.   Let me ask one more and then we'll move      10:59
16   on.  How did you find the Clarkson firm to represent
17   you in this case, in the Tootsie Roll case?
18         A.   How did I find them?  I don't know.
19         Q.   Are there any other lawsuits in which you
20   are a plaintiff?      11:00
21         A.   No.
22         Q.   Are there any other legal matters in which
23   the Clarkson Law Firm is representing you?  I'm not
24   asking for a description of them, just yes or no.
25         A.   No.      11:00
```

Page 49

```
 1          Q.   All right.  We can close that exhibit.        11:00
 2               Ms. Maisel, can you tell me in your own
 3     words what the term "plant-based ingredients" means?
 4               MR. MOON:  Objection.  Vague and
 5     ambiguous.  Calls for expert opinion, legal            11:00
 6     conclusion.
 7               THE WITNESS:  So I'm sorry.  Can I
 8     describe to you what "plant-based" means?
 9     BY MS. PATEL:
10          Q.   Yeah, what the term "plant-based             11:01
11     ingredients" means.
12               MR. MOON:  Same objections.
13               THE WITNESS:  That it's plant-based.
14     BY MS. PATEL:
15          Q.   Do you have a description that doesn't use   11:01
16     the words that are already in the phrase?
17          A.   I mean in my -- yeah.  No.
18          Q.   So "plant-based ingredients" means it's
19     plant-based?
20          A.   Yeah.                                        11:01
21          Q.   How do you think those ingredients are
22     created?
23               MR. MOON:  Objection.  Vague and
24     ambiguous.  Calls for expert opinion, legal
25     conclusion.  Incomplete hypothetical.                 11:01
```

Page 50

```
 1              THE WITNESS:  So the question is how do      11:02
 2    I --
 3    BY MS. PATEL:
 4         Q.   How do you think plant-based ingredients
 5    are created?                                           11:02
 6              MR. MOON:  Same objections.  Overbroad.
 7              THE WITNESS:  I don't know.
 8    BY MS. PATEL:
 9         Q.   You realize that your claims against S.C.
10    Johnson are based on an allegation that the phrase     11:02
11    "with plant-based ingredients" is false and
12    misleading, correct?
13              MR. MOON:  Objection.  Argumentative.
14              THE WITNESS:  Can you repeat the question?
15              MS. PATEL:  Could the court reporter         11:03
16    please read it back?
17                        (The record was read by the
18                        court reporter, as requested.)
19              MR. MOON:  Same objections.
20              THE WITNESS:  That it is false?  Sorry.      11:03
21    I'm for some reason having a hard time understanding
22    the question.
23    BY MS. PATEL:
24         Q.   Do you differentiate the phrase
25    "plant-based ingredients" from the phrase "with        11:03
```

Page 51

1    plant-based ingredients"?                                    11:03

2              MR. MOON:  Same objections.

3              THE WITNESS:  No.  Do I differentiate?

4    No.

5    BY MS. PATEL:                                                11:03

6        Q.   You understand them to be the same?

7              MR. MOON:  Asked and answered.

8              THE WITNESS:  Yes.

9    BY MS. PATEL:

10       Q.   What does the word, using the word "with"          11:04

11   mean to you, if anything, then?

12             MR. MOON:  Objection.  Vague and

13   ambiguous.  Overbroad.

14             THE WITNESS:  What does "with" mean?  It

15   means includes.  I mean I'm not sure what you mean.         11:04

16   BY MS. PATEL:

17       Q.   If we add to the phrase "plant-based

18   ingredients" the word mineral -- the phrase "mineral

19   ingredients," so it reads "with plant-based and

20   mineral ingredients," do you have an understanding          11:04

21   what that means?

22             MR. MOON:  Objection.  Vague and

23   ambiguous.  Overbroad.  Calls for speculation.

24             THE WITNESS:  I understand -- I understand

25   what it means, yes.                                         11:04

Page 52

```
1    BY MS. PATEL:                                          11:04

2         Q.   And what does that mean?

3         A.   That it's plant and mineral-based.

4         Q.   Do you know what a -- can you give me an

5    example of a mineral ingredient?                       11:05

6         A.   No.

7         Q.   All right.  Earlier you testified that

8    you've -- the Ecover product -- Ms. Maisel, are you

9    texting or on your phone?

10        A.   I'm sorry.  My elderly mother.  I           11:05

11   apologize.

12             Can I get back to the screen first of all?

13   How do I get back there?

14        Q.   I think you minimize -- all right.

15        A.   My elderly mother is downstairs.  I         11:05

16   apologize.  My caregiver just sent me a message.  So

17   I apologize.  I'm here.

18        Q.   I understand.

19             Do you need to take a break and attend to

20   her?                                                   11:05

21        A.   I told her, if it's not an emergency, that

22   I need to do this.  So she'll let me know.

23        Q.   Okay.  If you need a break, please --

24   please let me know.

25        A.   Yes.                                         11:06
```

Page 53

| | | |
|---|---|---|
| 1 | Q.   Okay.  So back to -- back to the fun we're | 11:06 |
| 2 | having. | |
| 3 | Earlier you testified that the Ecover | |
| 4 | product you purchased that you're suing about are | |
| 5 | the dishwasher tablets.  Am I right on that? | 11:06 |
| 6 | A.   Yes. | |
| 7 | Q.   Okay.  And do you know about how many | |
| 8 | times you purchased the dishwasher tablets? | |
| 9 | A.   Once. | |
| 10 | Q.   And when did you purchase them? | 11:06 |
| 11 | A.   In early 2020. | |
| 12 | Q.   Could you narrow that a little bit for me? | |
| 13 | A.   Meaning like a day in time? | |
| 14 | Q.   Or a month. | |
| 15 | A.   January. | 11:06 |
| 16 | Q.   And where did you buy the dishwasher | |
| 17 | tablets? | |
| 18 | A.   I believe at my local market. | |
| 19 | Q.   What's that market called? | |
| 20 | A.   Andronico's. | 11:06 |
| 21 | Q.   And is that a place you typically shop? | |
| 22 | A.   One of many. | |
| 23 | Q.   Was there -- if you can remember -- I know | |
| 24 | we're going far back in time -- but was there a | |
| 25 | particular reason you went to that market the day | 11:07 |

Page 54

1    that you purchased the dishwasher tablets?                11:07

2         A.   No.

3         Q.   It was part of a regular shop?

4         A.   I don't remember.

5         Q.   Did you know before you went to the market    11:07

6    that day that you were going to buy the Ecover

7    dishwasher tablets?

8         A.   I don't recall.

9         Q.   Did you know about Ecover dishwasher

10   tablets before you went to the market that day?         11:07

11        A.   I've seen the product.

12        Q.   Where had you seen it?

13        A.   There at the store.

14        Q.   Anywhere else?

15        A.   No, or not that I can recall.                 11:08

16        Q.   Had you done any research about the

17   product before you purchased it?

18        A.   No.

19        Q.   Do you remember how much you paid for the

20   tablets?                                                11:08

21        A.   Approximately $5.

22        Q.   And did you purchase a number of other

23   items when you purchased the tablets?  Was this a

24   big shop or a small shop?

25        A.   I don't remember.                             11:08

                                             Page 55

1          Q.   Do you remember how you paid for them?          11:08

2     Was it cash, credit card, other means?

3          A.   That I also don't remember.  I pay many

4     different ways.

5          Q.   What are the ways that you often pay for          11:08

6     items you buy at this particular market?

7          A.   Cash, card.

8          Q.   Any others?

9          A.   Any other ways, no.

10         Q.   And do you have a receipt from your          11:09

11    purchase that day?

12         A.   No.

13         Q.   Would you be able to check kind of -- let

14    me back up.  You said you sometimes pay by credit

15    card when you go to the market.  Do you use a single          11:09

16    credit card or do you have a variety of credit

17    cards?

18         A.   I have a variety of credit cards.

19         Q.   Would you be able to look up your credit

20    card bills from January 2020 to see if there's any          11:09

21    purchased at the market?

22         A.   Would I be able to?  In theory, yes.

23         Q.   And if you did that, would it help in

24    narrowing when you might have purchased the

25    dishwasher tablets?          11:09

                                            Page 56

```
 1        A.   I don't know.                              11:09

 2        Q.   Did you talk to anyone about the

 3   dishwasher tablets before you bought them?

 4        A.   No.

 5        Q.   No one at the market?                      11:09

 6        A.   No.

 7        Q.   And what did you look at before you bought

 8   them?

 9             MR. MOON:  Objection.  Vague and

10   ambiguous.                                           11:10

11             THE WITNESS:  As far as what did I look at

12   in the store?  I'm not sure what you mean, what did

13   I look at.

14   BY MS. PATEL:

15        Q.   That's a good question.  I mean on the     11:10

16   dishwasher tablet product.

17        A.   The very nice front label that, you know,

18   describes, you know, biodegradable and plant-based

19   and, you know, pretty images of what led me to

20   believe it was going to be a plant-based product.    11:10

21        Q.   Do you know about how long you looked at

22   the front label before you decided to make a

23   purchase?

24        A.   Probably not that long.  I don't know.

25        Q.   Did you look at the back of the label?     11:11
```

Page 57

```
 1          A.   No.                                      11:11

 2          Q.   Why not?

 3          A.   I generally don't as a consumer.

 4               THE REPORTER:  Ms. Maisel, could you

 5     please speak up?                                   11:11

 6               THE WITNESS:  Sure.  Shall I repeat that

 7     or --

 8               THE REPORTER:  No, that's fine.  Thank

 9     you.

10     BY MS. PATEL:                                      11:11

11          Q.   Did you notice anything else about the

12     front label other than what you've already told me?

13          A.   Not that I can think of at the moment.

14          Q.   Had you seen the term "with plant-based,"

15     the "plant-based" term before you decided to make  11:11

16     the purchase?  So, in other words, on prior visits

17     to the market, you know, on days other than the day

18     you bought?

19          A.   Have I seen the term "plant-based"?  Yes.

20          Q.   In what context?                         11:12

21          A.   On other products.

22          Q.   Can you tell me what kind of products?

23          A.   A range of products from cosmetics to

24     fruit -- food to cleaning supplies.  I mean it --

25     yeah, varying.                                     11:12
```

Page 58

```
 1        Q.   When you -- on the day that you bought the      11:12

 2    dishwasher tablets, was price relevant to you?

 3             MR. MOON:  Objection.  Vague and

 4    ambiguous.

 5             THE WITNESS:  Yeah, always a problem --         11:12

 6    always a -- always something I pay attention to.

 7    BY MS. PATEL:

 8        Q.   Would you have bought them if they were

 9    $10?

10             MR. MOON:  Objection.  Calls for               11:12

11    speculation.  Vague and ambiguous.

12             THE WITNESS:  I don't know.

13    BY MS. PATEL:

14        Q.   Were you using a different dishwasher

15    tablet product before you bought the Ecover tablets?    11:13

16        A.   Yes.

17        Q.   What were you using?

18        A.   Different -- something called

19    generation -- after generation.  I can't remember

20    the name.  Different -- different -- what I thought     11:13

21    to be natural products or think to be natural

22    products.

23        Q.   What other dishwashing products were you

24    using?  So were you using like a powder or a liquid

25    or a dish soap?                                         11:13
```

Page 59

```
 1          A.    Usually the pods.                      11:13
 2          Q.    And you don't remember the brand of the
 3      pods you were using before?
 4          A.    Not offhand.
 5          Q.    You said you only purchased the Ecover  11:14
 6      dishwasher tablets once.  What -- what dishwasher
 7      tablet brands have you used since then?
 8          A.    I am not using dishwasher tablets.
 9          Q.    What are you using?
10          A.    Dish soap.                              11:14
11          Q.    And what kind of dish soap are you using?
12          A.    What is the name?  I actually don't know
13      the name of it offhand.
14          Q.    Do you know -- can you tell me what
15      characteristics about the product, the dish soap,  11:14
16      caused you to buy it?
17              MR. MOON:  Objection.  Vague and
18      ambiguous.
19              THE WITNESS:  The biodegradable nature of
20      it.  I don't -- I mean I'm not sure.  What's the   11:15
21      question?  Why did I buy that particular one?
22      BY MS. PATEL:
23          Q.    Yes.
24          A.    I don't know.
25          Q.    And is the one that you're currently using  11:15
```

Page 60

| | | |
|---|---|---|
| 1 | the same brand of dish soap that you've been using | 11:15 |
| 2 | since you stopped using the Ecover tablets? | |
| 3 | A.   Is it the same one, you're asking? | |
| 4 | Q.   Yes. | |
| 5 | A.   I've tried different soaps. | 11:15 |
| 6 | Q.   What other soaps have you tried? | |
| 7 | A.   I've tried Method.   I've tried -- | |
| 8 | I mean do you need the names of all those? | |
| 9 | Q.   Yes, please. | |
| 10 | A.   It's -- I'm at a loss for that at the | 11:16 |
| 11 | moment.  Open Nature, I believe, is one of them. | |
| 12 | I don't know.   There's a few. | |
| 13 | Q.   Did you typically purchase these at the | |
| 14 | same market where you purchased the dishwasher tabs? | |
| 15 | A.   No, not necessarily. | 11:16 |
| 16 | Q.   Where else would you purchase?   Where were | |
| 17 | you purchasing the dish soap? | |
| 18 | A.   Well, I shop at many places.   The Monterey | |
| 19 | Market to Trader Joe's, Safeway, Andronico's. | |
| 20 | Q.   And is it your recollection that you | 11:16 |
| 21 | purchased dish soap at each of these three | |
| 22 | retailers? | |
| 23 | A.   At different times, yeah. | |
| 24 | Q.   And in terms of -- I am trying to cap the | |
| 25 | time here to sometime after you stopped using the | 11:17 |

Page 61

```
 1    Ecover tablets.  So this would be post early 2020.      11:17

 2    So is it true for that time period, from 2020 on to

 3    present, that you would have bought the replacement

 4    dish soap at one of these three retailers?

 5         A.   Yes.                                           11:17

 6         Q.   Is there anywhere else?

 7         A.   I don't believe so.

 8         Q.   Going back to when you purchased the

 9    Ecover dishwasher tablets, did you compare the

10    tablets to any other products around it?               11:17

11         A.   No.

12         Q.   So what -- what prompted you to look at

13    the dishwasher tablets that day?

14         A.   Meaning did I need dishwashing soap?  You

15    mean what prompted me to look at --                    11:17

16         Q.   The Ecover tablets to the exclusion of

17    anything else.

18         A.   Oh.  I liked the labeling.  I liked what

19    it said.

20         Q.   Did you look at the Ecover website before    11:18

21    you purchased the tablets?

22         A.   Did I look at the website?

23         Q.   Uh-huh.

24         A.   No.

25         Q.   Did you look at S.C. Johnson's website       11:18
```

Page 62

```
 1    before you purchased them?                            11:18

 2        A.   No.

 3        Q.   Did you use all of the Ecover dishwasher

 4    tablets that you purchased?

 5        A.   Yes.                                          11:18

 6        Q.   And where did you use them?  At home?

 7        A.   Yes, at home.

 8        Q.   Anywhere else?

 9        A.   No.

10        Q.   And how did they work?                        11:18

11        A.   They worked fine.

12        Q.   Dishes were clean?

13        A.   Yeah.

14        Q.   Would you buy the dishwasher tablets

15    again?                                                 11:18

16        A.   If they were properly representing the

17    ingredients.

18        Q.   You said that you weren't currently using

19    any kind of dishwasher tablets.  Why is that?

20        A.   Just choosing to use dish soap since we do    11:19

21    more dishes in the sink at this juncture.

22        Q.   Can you tell me a little bit about the

23    types of other home cleaning products you buy?  If

24    we are going to start with a category, like

25    all-purpose, multipurpose spray, do you know what      11:19
```

Page 63

1    brand you're currently using?                          11:19

2        A.    I use a lot of vinegar and water, meaning

3    I don't buy a lot of chemicals.

4        Q.    What about toilet cleaner?   What do you

5    use to clean the toilet bowls?                          11:19

6        A.    That's my son's job.   No.   Sorry.

7              What do I use to clean the toilet bowls?

8    Bleach?   I don't know.

9        Q.    What kind of laundry detergent are you

10   using?                                                  11:20

11       A.    That varies.

12       Q.    What's the -- what are you using

13   currently?

14       A.    There's a Trader Joe's.   I don't know what

15   it's called.                                            11:20

16       Q.    And what other types have you used in the

17   last two years?

18       A.    I've used Tide.   There's another one, I

19   can't think of the name of it, that is not as harsh.

20   I can't think of it.                                    11:21

21       Q.    Are there other products you're using that

22   are plant-based currently?

23             MR. MOON:   Objection.   Vague and

24   ambiguous.   Calls for an expert opinion.

25             THE WITNESS:   Are there other products      11:21

Page 64

```
1     that I'm using that are plant-based?  I don't know.        11:21
2     BY MS. PATEL:
3          Q.   Is there anything that would help you
4     figure out the answer to that question?
5          A.   Is there anything -- well, I'd have to           11:21
6     look around.
7          Q.   All right.  What about personal care
8     products?  What kind of shampoo are you currently
9     using?
10         A.   Something I bought at Whole Foods.  I            11:22
11    don't know the name of it.
12         Q.   Did you also buy the conditioner that goes
13    with it?
14         A.   Most likely, yes.
15         Q.   What about body wash or soap?  What kind         11:22
16    are you using currently?
17         A.   I use something called Dr. Bronner's most
18    of the time.
19         Q.   And how do you decide, you know, which
20    brand to buy for these personal care products?            11:22
21              MR. MOON:  Objection.  Vague and
22    ambiguous.  Overbroad.
23              THE WITNESS:  I'm looking for things
24    without sulfates and parabens, parabens, or whatever
25    they're called, and just looking for the most            11:23
```

Page 65

```
1    earth-friendly, nontoxic for my skin and my body.        11:23

2    BY MS. PATEL:

3         Q.    And how do you -- how do you know that the

4    products are earth-friendly or nontoxic?

5              MR. MOON:  Objection.  Vague and               11:23

6    ambiguous.  Overbroad.  Calls for expert opinion.

7    Calls for speculation.

8              THE WITNESS:  I don't know.  The labeling.

9    I don't know.

10   BY MS. PATEL:                                             11:23

11        Q.    Do any of the personal care products that

12   you've described now -- so I'm just going to stick

13   to the shampoo, conditioner, and the body wash -- do

14   they say that they are plant-based?

15        A.    I don't know.                                  11:24

16        Q.    Do you believe you've been harmed by your

17   purchase of the Ecover dishwasher tablets?

18             MR. MOON:  Objection.  Vague and

19   ambiguous.  Overbroad.  Calls for expert opinion.

20             THE WITNESS:  Do I feel like I've been         11:24

21   harmed?

22   BY MS. PATEL:

23        Q.    Yes.

24             MR. MOON:  Incomplete hypothetical.

25             THE WITNESS:  Am I supposed to answer          11:24
```

Page 66

1    that?                                                    11:25

2            MR. MOON:  If you know.

3            MS. PATEL:  Are you instructing the

4    witness not to answer?

5            MR. MOON:  No.                                   11:25

6    BY MS. PATEL:

7        Q.   Ms. Maisel, unless you hear Mr. Moon say

8    "I'm instructing you not to answer," you need to

9    answer my question.

10       A.   Okay.  I was just trying to --               11:25

11       Q.   He will -- he will be clear.

12       A.   -- trying to follow along here.

13            Do I feel like I've been harmed?  Not to

14    my knowledge.

15       Q.  So earlier you testified that -- you said     11:25

16    that the Ecover dishwasher tablet label said it was

17    plant-based, but it was not.  Do you remember that

18    testimony?

19       A.   (No response.)

20       Q.   Did you raise your concern with either       11:26

21    S.C. Johnson or Ecover?

22            MR. MOON:  Objection.  Vague and

23    ambiguous.

24            THE WITNESS:  No.

25    BY MS. PATEL:                                          11:26

                                          Page 67

```
1          Q.   Did you ask for a refund of the product at      11:26

2     the market?

3          A.   No.

4          Q.   Why not?

5          A.   It's not -- I don't know.                        11:26

6          Q.   What do you hope to achieve through this

7     lawsuit?

8               MR. MOON:   Objection.   Vague and

9     ambiguous.

10              THE WITNESS:   You said what would I like        11:26

11    to achieve?

12    BY MS. PATEL:

13         Q.   Yes.

14         A.   The goal would be to have transparency in

15    labeling.   And as a consumer, having it, you know,       11:27

16    not be -- excuse me -- false representation on the

17    label.

18         Q.   And what changes to the labels would be

19    acceptable to you?

20              MR. MOON:   Objection.   Vague and               11:27

21    ambiguous.   Incomplete hypothetical.

22              THE WITNESS:   I don't know.   I mean, to be

23    transparent about what it is, you know.   If it says

24    plant-based, to be plant-based.   Again, I'm not the

25    marketing specialist or a chemist.   I'm a consumer       11:27
```

Page 68

1    wanting to be able to rely on what I'm reading on          11:27

2    the label to be true.

3    BY MS. PATEL:

4        Q.   All right.  I think we can look at

5    Exhibit 3.  And I've got maybe five minutes of             11:28

6    questions to start, and then I think we can probably

7    take a break because we're getting close to an hour

8    being on the record.

9            Does that sound okay to you, Ms. Maisel?

10       A.   Sure.                                             11:28

11           MS. PATEL:  Mr. Moon, is that okay with

12   you?

13           MR. MOON:  That works.

14           MS. PATEL:  Okay.  Great.  So Ms. Harrison

15   will let us know when we can refresh the Marked            11:28

16   Exhibits folder.

17           MS. HARRISON:  This is Kelsey.  It should

18   have been introduced.

19           MS. PATEL:  Thank you.

20                       (Exhibit 3 was marked for              11:28

21                       identification and attached

22                       hereto.)

23           THE WITNESS:  Am I the only one that

24   disappears when this happens?

25           MS. PATEL:  I -- I have both of the                11:29

Page 69

| | | |
|---|---|---|
| 1 | windows on a split screen. | 11:29 |
| 2 | THE WITNESS:  Oh.  Okay. | |
| 3 | MS. PATEL:  I minimized them and put them | |
| 4 | side by side, if that helps. | |
| 5 | THE WITNESS:  Let me see if I can do that, | 11:29 |
| 6 | because I don't know if I can. | |
| 7 | MS. PATEL:  Mr. Moon, were you able to | |
| 8 | pull it up? | |
| 9 | MR. MOON:  Yes, better luck this time. | |
| 10 | MS. PATEL:  Great. | 11:29 |
| 11 | Q.  Ms. Maisel, just let me know when you're | |
| 12 | ready. | |
| 13 | A.  Yes, I have it. | |
| 14 | Q.  All right.  Have you seen this document | |
| 15 | before? | 11:29 |
| 16 | A.  Yes. | |
| 17 | Q.  And can you tell me what it is? | |
| 18 | A.  It's the amended -- the first amended | |
| 19 | complaint. | |
| 20 | Q.  Great.  Can you scroll down to paragraph | 11:29 |
| 21 | 28.  It's a photograph of an Ecover laundry | |
| 22 | detergent. | |
| 23 | Let me know when you're there. | |
| 24 | A.  Okay. | |
| 25 | Q.  It might take a little while with the | 11:30 |

Page 70

1    pages to load.                                              11:30

2         A.   Okay.  The laundry detergent?

3         Q.   Yes.  It's paragraph 28, so it's on page

4    21 of 64.

5         A.   Yes.                                              11:30

6         Q.   If you can take a minute to look at the

7    label on this detergent and let me know once you

8    have had a chance to look at it.  I have a couple

9    questions.

10        A.   All right.                                        11:30

11        Q.   Do you see where it says --

12             MS. BRUCE:  I'm sorry.  I apologize for

13   interrupting.  Were you looking at page 21 --

14             THE REPORTER:  I'm sorry, who's speaking?

15   I'm sorry, who's speaking, please?                          11:30

16             MS. BRUCE:  Forgive me.  This is Katherine

17   Bruce.  And I just wanted to make sure that I'm

18   looking at the correct page that Ms. Patel has

19   pointed out.  Are you looking at page 21, paragraph

20   28?  It depicts a laundry detergent.                        11:31

21             MS. PATEL:  Yes, that's right, the Ecover

22   laundry detergent with lavender field.

23             MS. BRUCE:  Okay.  Perfect.  Thank you.

24             MS. PATEL:  No problem.

25        Q.   All right.  Ms. Maisel, have you had a            11:31

                                                    Page 71

1    chance to look at the label here, in paragraph 28?    11:31

2         A.   Yes.

3         Q.   And do you see where it says "with

4    plant-based ingredients"?

5         A.   Yes.    11:31

6         Q.   Do you have a sense of what that means in

7    this context?

8              MR. MOON:   Objection.  Vague and

9    ambiguous.  Overbroad.  Calls for speculation.

10   Expert opinion.    11:31

11             THE WITNESS:   You're asking me do I know

12   what that means?

13   BY MS. PATEL:

14        Q.   Yeah, how do you interpret that phrase?

15   What does it mean?    11:31

16             MR. MOON:   Objection.

17             THE REPORTER:   I'm sorry, objection --

18   your objection, please, Mr. Moon?

19             MR. MOON:   I said -- sorry -- "Same

20   objections.  Calls for a legal conclusion."    11:32

21             THE WITNESS:   And I answer now?

22   BY MS. PATEL:

23        Q.   Please.

24        A.   That it's plant-based ingredients.

25        Q.   And does that mean that it only has    11:32

Page 72

1    plant-based ingredients or that it contains some          11:32

2    plant-based ingredients?

3                MR. MOON:   Same objections.

4                THE WITNESS:   Well, I don't know.   But as

5    a consumer I'm guessing that it's plant-based.            11:32

6    BY MS. PATEL:

7         Q.   And does that mean -- in looking at the

8    front label, do you interpret that to mean it

9    includes only plant-based ingredients or that it has

10   some plant-based ingredients?                             11:32

11               MR. MOON:   Same objections.

12               THE WITNESS:   I don't know.

13   BY MS. PATEL:

14        Q.   So you don't have a sense of what "with

15   plant-based ingredients" means in the context of the     11:32

16   ingredients as a whole in this product?

17               MR. MOON:   Asked and answered.

18               THE WITNESS:   That is correct.   I'm -- I

19   mean -- can you say that -- you kind of segued into

20   the question partially.   So what -- what's the          11:33

21   question exactly?

22   BY MS. PATEL:

23        Q.   Whether you have an understanding of how

24   the phrase "with plant-based ingredients," what that

25   says about the ingredients as a whole in the             11:33

1    product.                                                    11:33

2               MR. MOON:  Same objections.

3               THE WITNESS:  I don't know.

4    BY MS. PATEL:

5        Q.   Do you think there's anything misleading         11:33

6    about this label?

7               MR. MOON:  Same objections.

8               THE WITNESS:  What I think would be

9    misleading is if it is plant-based and it is in fact

10   not.                                                        11:33

11   BY MS. PATEL:

12       Q.   And do you know one way or another if it

13   is not -- in fact not plant-based?

14              MR. MOON:  Same objections.

15              THE WITNESS:  I do not know.              11:34

16              MS. PATEL:  Okay.  I think this is a good

17   time for a break.

18              Mr. Moon, how much time would you like?

19              MR. MOON:  Well, it's probably too early

20   to break.  How much longer do you think you're going   11:34

21   to have?  Are we going to incorporate a lunch break

22   or should we push through?

23              MS. PATEL:  I mean, I would hate to

24   deprive people of nutrition.  I'm sorry.  We could

25   probably go off the record for this conversation.     11:34

                                                    Page 74

```
 1              MR. MOON:  Yes.                        11:34

 2              THE VIDEOGRAPHER:  We are going off the

 3    record.  The time is 11:34.

 4              (Recess.)

 5              (Off record:  11:34 a.m.)             11:50

 6              (On record:  11:52 a.m.)

 7              THE VIDEOGRAPHER:  We are back on the

 8    record.  The time is 11:52.

 9    BY MS. PATEL:

10         Q.   All right, Ms. Maisel.  One preliminary    11:52

11    question and that is, did you discuss the subject

12    matter of your testimony with your attorneys during

13    the break?

14         A.   No.

15              MR. MOON:  Objection.  Attorney-client    11:52

16    privilege.

17              Instruct you not to answer.

18    BY MS. PATEL:

19         Q.   All right.  Ms. Maisel, what is your

20    understanding of your role in this case?           11:52

21              MR. MOON:  Objection.  Vague and

22    ambiguous.

23              THE WITNESS:  My role in this case is to

24    try to get the defendant to, you know, accurately

25    label their products so that it's not feeling like    11:53
```

Page 75

```
 1      a -- you know, a farce when you go and read          11:53
 2      something that says it's plant-based and isn't.
 3      BY MS. PATEL:
 4          Q.   You don't have any understanding, though,
 5      of how it's not plant-based; is that correct?        11:53
 6              MR. MOON:  Objection.  Vague and
 7      ambiguous.  Argumentative.  Calls for expert
 8      opinion.
 9              THE WITNESS:  I don't.  Other than --
10      yeah.                                                11:53
11      BY MS. PATEL:
12          Q.   Are you aware that in this case you filed
13      suit not just on your own behalf but on behalf of a
14      putative class?
15          A.   Yes.                                        11:54
16          Q.   And do you know what needs to happen for
17      this case to proceed as a class action?
18              MR. MOON:  Objection.  Vague and
19      ambiguous.
20              THE WITNESS:  Do I understand how it needs   11:54
21      to proceed?
22      BY MS. PATEL:
23          Q.   What needs to happen before it can proceed
24      as a class action?
25          A.   I don't know.                              11:54
```

Page 76

```
 1        Q.   Why did you decide to pursue litigation on      11:54
 2   behalf of a class instead of solely on your own
 3   behalf?
 4        A.   I -- I don't know how to answer that
 5   question.                                                  11:54
 6        Q.   Were you promised anything for being a
 7   class representative?
 8        A.   No.
 9        Q.   And do you have any understanding whether
10   you would receive an extra award or recovery or an         11:55
11   incentive award for serving as a class rep?
12        A.   No.
13        Q.   Will you be asking for an incentive award
14   for serving as a class rep?
15             MR. MOON:  Objection.  Vague and                 11:55
16   ambiguous.  Calls for speculation.
17             THE WITNESS:  And I'm answering now?
18             No.  You said will I be asking for one?
19   BY MS. PATEL:
20        Q.   Correct.                                         11:55
21        A.   No.
22        Q.   And what do you understand your
23   responsibilities to be as a class rep?
24             MR. MOON:  Objection.  Vague and
25   ambiguous.  Overbroad.                                     11:55
```

```
 1              THE WITNESS:  My responsibilities?  I --        11:55

 2   yeah, I don't -- I don't -- it is a little out of my

 3   scope of expertise, which I'm not, representing this

 4   class action -- action to -- go ahead.

 5   BY MS. PATEL:                                              11:56

 6        Q.   Sorry.  I didn't mean to interrupt.

 7        A.   I mean I don't know how to quite answer

 8   that question.

 9        Q.   Do you have an understanding of who is in

10   the class that you are seeking to represent?             11:56

11        A.   I don't know who's in the class other than

12   consumers like myself.  I mean -- yeah.

13        Q.   And would those be consumers who purchased

14   the dishwasher tabs?

15        A.   Yes.                                            11:56

16              MR. MOON:  Objection.  Hold on.

17              Calls for a legal conclusion.  Vague and

18   ambiguous.  Calls for speculation.

19   BY MS. PATEL:

20        Q.   Do you have any firsthand knowledge about      11:56

21   other consumers' experiences in purchasing the

22   dishwasher tabs?

23              MR. MOON:  Objection.  Vague and

24   ambiguous.  Overbroad.

25              THE WITNESS:  No, I do not.                    11:57
```

```
 1   BY MS. PATEL:                                        11:57
 2        Q.   Any other Ecover cleaning products?  Any
 3   personal knowledge of anyone else's use of Ecover
 4   cleaning products?
 5        A.   Personal knowledge, no.                    11:57
 6        Q.   Do you believe you have an obligation to
 7   supervise your attorneys in this action?
 8             MR. MOON:  Objection.  Vague and
 9   ambiguous.  Incomplete hypothetical.
10             THE WITNESS:  Do I feel like I have an     11:57
11   obligation to serve my attorneys?
12   BY MS. PATEL:
13        Q.   Supervise.
14        A.   Supervise my attorneys?  Oh.  I don't
15   know.  I don't quite understand the question.        11:57
16        Q.   Do you understand what the word
17   "supervise" means?
18        A.   Yes.
19        Q.   And how do you understand that word?
20        A.   Guiding -- somebody who is overlooking,    11:57
21   supervising.  Yeah, okay.  I think so.
22        Q.   So with that understanding, do you feel
23   you have an obligation to guide or overlook or
24   oversee your attorneys in this action?
25             MR. MOON:  Same objections.                11:58
```

Page 79

```
 1              THE WITNESS:  No.  I mean that's a strange        11:58

 2   question.

 3   BY MS. PATEL:

 4        Q.   Why do you think you would be an

 5   appropriate class representative?                           11:58

 6        A.   An inappropriate?

 7        Q.   Appropriate.

 8              MR. MOON:  Objection.  Vague and

 9   ambiguous.  Overbroad.  Calls for speculation.

10   Calls for a legal conclusion.                               11:58

11              You can answer if you know.

12              THE WITNESS:  Because I'm a disappointed

13   consumer in this class.

14   BY MS. PATEL:

15        Q.   Do you know what court the case is pending        11:58

16   in?

17        A.   Do I know what court?  No.

18        Q.   And have you monitored developments in the

19   case?

20        A.   You broke up there for a moment.                  11:59

21        Q.   Apologies.

22              Have you monitored developments in the

23   case?

24        A.   No.

25        Q.   How would you say -- how would you               11:59
```

Page 80

```
 1    describe your participation in the case to date?          11:59
 2              MR. MOON:  Objection.  Vague and
 3    ambiguous.
 4              THE WITNESS:  How would I describe my
 5    role?                                                     11:59
 6    BY MS. PATEL:
 7         Q.   Sure, role is fine.
 8         A.   What was the word you used?  I'm sorry.
 9         Q.   I used participation.
10         A.   Oh, participation.                              11:59
11              As a plaintiff in the class action suit.
12              I'm sorry.  I'm just freezing in this
13    room.
14         Q.   No problems.  I was thinking about pulling
15    a blanket out of my drawer too.  So I feel you.           12:00
16              Ms. Maisel, what's your understanding
17    regarding costs that you might have to pay in
18    connection with the litigation?
19              MR. MOON:  Objection.  Vague and
20    ambiguous.  Calls for speculation.  Calls for a           12:00
21    legal conclusion.
22              THE WITNESS:  I don't have an
23    understanding of any costs.
24    BY MS. PATEL:
25         Q.   Are you responsible for paying for your         12:00
```

Page 81

```
 1    attorneys' fees?                                        12:00

 2         A.   I don't know.

 3         Q.   Have you gotten a bill for any of the work

 4    your lawyers have done?

 5         A.   I have not.                                   12:00

 6         Q.   Do you know how they're going to get paid

 7    for their work?

 8         A.   I do not.

 9         Q.   Do you -- going back to the cost question.

10    Have you paid for any costs in the case so far?         12:01

11         A.   I have not.

12         Q.   And do you have any idea of the amount of

13    costs that have been incurred to date?

14         A.   No.

15              MS. PATEL:  All right.  We can go back to     12:01

16    our exhibit folder and pull up what's been marked as

17    Exhibit 4.

18                        (Exhibit 4 was marked for

19                         identification and attached

20                         hereto.)                           12:01

21              MS. PATEL:  It should be over there

22    momentarily.

23              MS. HARRISON:  This is Kelsey Harrison.

24    It's just loading quickly, hopefully.

25              This is Kelsey Harrison.  It should have      12:02
```

                                                    Page 82

```
 1    been introduced as Exhibit 4.                      12:02

 2    BY MS. PATEL:

 3         Q.   All right.  Ms. Maisel, let me know when

 4    you have it up.

 5              MS. PATEL:  Mr. Moon, you as well.        12:02

 6              MR. MOON:  I've got it up.

 7              THE WITNESS:  There it is.  Hold on.

 8              Okay.  I'm going to have to go back to

 9    this bigger because I cannot see it.  Sorry.

10    BY MS. PATEL:                                       12:02

11         Q.   Please do.

12         A.   Okay.

13              MS. PATEL:  Mr. Moon, are you ready?

14              MR. MOON:  I'm ready, thanks.

15    BY MS. PATEL:                                       12:03

16         Q.   I only have a few questions about this

17    one.  So at first, have you seen this document

18    before?

19         A.   Are you asking me?  I'm sorry?

20         Q.   Yes, Ms. Maisel.                          12:03

21         A.   Yes.

22         Q.   And what is it?

23         A.   It's the class action complaint.

24         Q.   Did you provide any information for this

25    document?                                           12:03
```

                                                    Page 83

```
 1              MR. MOON:  Objection.  Vague and          12:03

 2     ambiguous.

 3              THE WITNESS:  Did I provide any

 4     information?

 5     BY MS. PATEL:                                       12:03

 6          Q.   Uh-huh, yes.

 7          A.   Yes.

 8          Q.   There is a question mark at the end of

 9     that "Yes."

10          A.   Well, I'm trying --                       12:03

11          Q.   Do you remember?

12          A.   I'm sorry?

13          Q.   Do you remember if you did or you didn't?

14          A.   Well, yes, I did.

15          Q.   And can you tell me what information you   12:04

16     provided?

17          A.   My experience with purchasing the product.

18          Q.   And did you provide any documents in

19     connection with your experience purchasing the

20     product?                                            12:04

21          A.   No, I did not.

22          Q.   Did you have a chance to review the class

23     action complaint in draft form before it was filed?

24          A.   Yes.

25          Q.   Do you know when you had that opportunity?  12:04
```

Page 84

```
 1        A.   I don't recall.                        12:04

 2        Q.   Was it sent to you via email?

 3        A.   Yes.

 4             Now I can see it better.  I couldn't see

 5   it for a minute.  Now it's up.  Okay.  Sorry.  I    12:04

 6   was --

 7        Q.   Did you --

 8        A.   -- was having problems with that, so...

 9        Q.   Does it looks okay now?

10        A.   Now it does.  It just wasn't really coming  12:04

11   in and now it is.  Sorry.

12        Q.   Perfect.

13             So you testified that you had a chance to

14   review a draft of this complaint before it was

15   filed.  Am I --                                   12:05

16        A.   Yes.

17        Q.   "Yes"?

18             And did you suggest any edits or changes

19   to it before it was finalized?

20        A.   I don't recall.                        12:05

21        Q.   If you could please scroll down to

22   paragraph 5.  When I get there I'll give you another

23   landmark.  So it's on page 7 of 57.

24        A.   Okay.

25        Q.   All right.  If you could take a minute and   12:05
```

Page 85

```
 1    read paragraph 5.  And once you've read it I'll        12:05

 2    proceed with the question.

 3              (The witness complies.)

 4        A.   Okay.

 5        Q.   All right.  Is this paragraph accurate         12:06

 6    insofar as it describes your goals and -- in this

 7    lawsuit?

 8              I'll just read it.  It says, you know, "As

 9    a result, plaintiff brings this action individually

10    and on behalf of those similarly situated to           12:06

11    represent a National class and a California class

12    (defined infra).

13              "Plaintiff seeks injunctive relief to stop

14    defendant's unlawful labeling and advertising of the

15    products, as plaintiff's primary litigation            12:06

16    objective is to enjoin defendant's unlawful labeling

17    practices for the National class and the California

18    class."

19              Do you agree with respect to the

20    description about the primary litigation objective?     12:06

21              MR. MOON:  I'm going to object.  That's

22    vague and ambiguous.  Calls for a legal conclusion.

23    BY MS. PATEL:

24        Q.   Let me ask it differently.  Is there

25    anything you would change about this paragraph?        12:06
```

Page 86

```
 1              MR. MOON:  Vague and ambiguous.              12:06
 2              THE WITNESS:  Well, I rely on my attorneys
 3      and counsel for this.
 4      BY MS. PATEL:
 5          Q.  Is the paragraph accurate as far as your     12:07
 6      understanding goes?
 7              MR. MOON:  Vague and ambiguous.  Calls for
 8      a legal conclusion.
 9              THE WITNESS:  Do I answer that?
10      BY MS. PATEL:                                        12:07
11          Q.  Yes.  Unless Mr. Moon tells you not to
12      answer, you may answer.
13          A.  And you're asking me, is it accurate?
14          Q.  Yes.
15          A.  For the most part.                           12:07
16          Q.  What part isn't accurate?
17          A.  Well, it's not -- yeah.  I don't know.
18          Q.  You don't know what part is inaccurate or
19      you don't know if it's accurate?
20          A.  It's not -- it's not inaccurate.  It's       12:07
21      just limiting.  But I guess that's -- okay, yeah.
22          Q.  What do you mean by that when you say it's
23      limiting?
24          A.  Well, I guess it's summarizing the goal.
25          Q.  Is there anything missing as to what your    12:08
```

Page 87

```
 1    goal is in this lawsuit?                          12:08
 2            MR. MOON:  Same objections.
 3            THE WITNESS:  Well, I guess the
 4    elaboration would be that it's -- you know, the
 5    defendant's labeling is deceptive and it's like   12:08
 6    false representation on the labeling.  And that
 7    would be the goal is to have them be more
 8    transparent.
 9    BY MS. PATEL:
10        Q.   Did you approve this document before it   12:08
11    was filed?
12            MR. MOON:  Objection.  Vague and
13    ambiguous.
14            THE WITNESS:  To my knowledge, yes.
15    BY MS. PATEL:                                      12:09
16        Q.   Would there be an email with your approval
17    in it?
18        A.   I don't know.
19        Q.   You don't recall if you approved it in
20    writing or over the phone?  Is that the issue?     12:09
21        A.   That is the issue.  Well, yeah.
22            I'm trying to make this smaller again.
23    It's strange to have a conversation and not see
24    people.  There.
25        Q.   It is.  And I'll tell you, it's strange   12:09
```

Page 88

```
 1    not to do these across the table in person.        12:09

 2         A.   Yeah.

 3         Q.   And so I'm sorry, just so I'm clear, your

 4    recollection is that you approved this document; you

 5    just don't know if you approved it in writing or in   12:09

 6    a phone call?

 7         A.   In an email, to my knowledge.

 8         Q.   Got it.  You believe it's in an email?

 9         A.   Yes.

10         Q.   Okay.                                        12:10

11         A.   The approving of this document.

12         Q.   Okay.  All right.  Thank you.

13              If I could ask you to go back to that

14    folder and pull up Exhibit 3.

15         A.   Back to the folder.                          12:10

16              Okay.

17         Q.   All right.  Tell me again what this

18    document is.

19         A.   This is the First Amended Complaint.

20         Q.   And did you have a chance to review a        12:10

21    draft of the First Amended Complaint before it was

22    filed?

23         A.   Yes.

24         Q.   And did you suggest any changes to the

25    First Amended Complaint before it was finalized?       12:10
```

Page 89

```
 1        A.   No.                                    12:11

 2        Q.   Do you have a sense of the main

 3   differences between Exhibit 4, which was the

 4   original complaint, and Exhibit 3, which is the

 5   amended complaint?                               12:11

 6             MR. MOON:  Objection.  Vague and

 7   ambiguous.  Calls for a legal conclusion.

 8             THE WITNESS:  Do I know what the

 9   difference is between the two?

10   BY MS. PATEL:                                    12:11

11        Q.   The main differences.  I'm not looking for

12   if there's a comma here or a period here.

13        A.   No.

14        Q.   Did your attorneys explain to you what the

15   differences were at the time the First Amended   12:11

16   Complaint was drafted?

17             MR. MOON:  Hold on.  Objection.

18             MS. PATEL:  Answer --

19             (Simultaneous speakers.)

20             MR. MOON:  Objection.                  12:11

21   BY MS. PATEL:

22        Q.   Answer the question.

23             MR. MOON:  No, I'm not going to allow you

24   to answer that question.  That's an attorney-client

25   privileged communication.                        12:11
```

Page 90

```
 1              MS. PATEL:  You're instructing the witness    12:11

 2    not to answer?

 3              MR. MOON:  I'm instructing her not to

 4    answer it.

 5    BY MS. PATEL:                                           12:12

 6        Q.   Let's scroll down to paragraph 5 just like

 7    we did with the prior exhibit.  Ms. Maisel, let me

 8    know when you're there.

 9        A.   You said -- I'm sorry -- paragraph 5?

10        Q.   Yes.  It's on page 7 of 64.                    12:12

11        A.   Okay.

12        Q.   All right.  Could you take a minute to

13    read that and let me know once you've had a chance.

14              (The witness complies.)

15    BY MS. PATEL:                                           12:12

16        Q.   Are you ready?

17        A.   Yes.

18        Q.   Okay.  Thank you.

19              So here in a relevant part in paragraph 5,

20    it says "Plaintiff seeks injunctive relief to stop     12:13

21    Defendant's unlawful labeling and advertising of the

22    Products and reimbursement of the money consumers

23    paid for the falsely advertised Product attribute,

24    as Plaintiff's primary litigation objectives are to

25    enjoin Defendant's unlawful labeling practices and     12:13
```

Page 91

```
 1    make the National Class and the California Class        12:13

 2    whole."

 3            Do you see that?

 4        A.   Uh-huh.

 5        Q.   That's different from what we read in the     12:13

 6    original complaint, correct?

 7        A.   Uh-huh.

 8        Q.   Is that a "yes"?

 9        A.   Yes.  Sorry.

10        Q.   No, no, it's no problem.  We get into         12:13

11    these habits.

12            Why -- why did the primary objective

13    change?

14            MR. MOON:  Well, vague and ambiguous.

15    Calls for a legal conclusion.                           12:13

16            And to the extent that would require you

17    to answer and reveal communications with your

18    attorneys, I'm going to instruct you not to answer.

19    If you have an understanding aside from

20    communications with your counsel, then you can         12:13

21    answer.

22            THE WITNESS:  Well, I think I do, but I --

23    I'm very confused about all of this -- the legal

24    jargon.

25    BY MS. PATEL:                                           12:14
```

                                                        Page 92

```
 1        Q.   The legal jargon in paragraph 5?              12:14

 2        A.   No, no, between the two of you.

 3        Q.   I'm just asking questions.  It's Mr. Moon

 4    who is interjecting the legal jargon.

 5        A.   No, I understand that, and I understand       12:14

 6    Mr. Moon.  But I'm -- yeah, trying to figure out how

 7    I'm okay to answer the question or not, yeah.

 8        Q.   If you're worried about disclosing

 9    privilege, then please don't answer the question,

10    because I'm not -- I'm not seeking to learn the        12:14

11    contents of your conversations with your counsel.

12        A.   Uh-huh.

13        Q.   So if you're concerned, then I would -- I

14    think Mr. Moon would agree you should err on the

15    side of caution.                                       12:14

16             MR. MOON:  Absolutely.  In other words,

17    don't answer if doing so would reveal what we've

18    discussed.  If you have an understanding independent

19    of communications with your attorneys, then you can

20    answer.  But if you don't, then I don't want you to    12:15

21    answer.

22             THE WITNESS:  Okay.  Well, that seems like

23    a gray area to me in my mind right now, so I'm

24    not -- everything is very gray.

25    BY MS. PATEL:                                          12:15
```

                                                      Page 93

```
 1        Q.   Okay.  Can you -- can you tell me what's      12:15
 2   different in the -- in this paragraph than what we
 3   looked at before?  How is the objective different?
 4   What's been added or changed?
 5        A.   That it's gone from dealing with             12:15
 6   reimbursement to an injunctive relief case.
 7        Q.   And do you think that other consumers or
 8   class members would want both things --
 9             MR. MOON:  Objection.  Sorry.  I
10   apologize.                                             12:15
11             MS. PATEL:  That's okay.  Let me -- let me
12   just finish and then I'll pause for your objection.
13        Q.   Do you think they would want both the
14   label change and their money back?
15             MR. MOON:  Objection.  Vague and            12:15
16   ambiguous.  Calls for speculation.  Calls for a
17   legal conclusion.
18             THE WITNESS:  I don't know what other
19   defendant -- other plaintiffs would want.
20   BY MS. PATEL:                                          12:16
21        Q.   Do you want your money back?
22        A.   I'm not here for that.
23        Q.   All right.  Let's scroll down to
24   paragraphs 8 and 9 in this document.  8 is pretty
25   lengthy, as is paragraph 9.                            12:16
```

Page 94

| | | |
|---|---|---|
| 1 | Just take a minute to familiarize with | 12:16 |
| 2 | that, and then I'll point you to where I have a | |
| 3 | question. | |
| 4 | A.  Okay. | |
| 5 | (The witness complies.) | 12:16 |
| 6 | A.  Did you want me to read 9 as well or just | |
| 7 | start with 8? | |
| 8 | Q.  If you could read 9 as well, that would be | |
| 9 | great. | |
| 10 | A.  When I'm reading novels, I'm very fast, | 12:17 |
| 11 | but with this I'm reading slow, so pardon me. | |
| 12 | Q.  Take your time. | |
| 13 | (The witness complies.) | |
| 14 | A.  Okay. | |
| 15 | Q.  All right.  So in paragraph 8, I'm | 12:18 |
| 16 | actually going to direct you to the sentence that's | |
| 17 | numbered 5.  And it reads "Plaintiff would not have | |
| 18 | purchased the Products had she known that the | |
| 19 | Products contain ingredients that do not come from | |
| 20 | plants or minerals, or that the ingredients' | 12:18 |
| 21 | original plant-based or mineral composition was | |
| 22 | materially altered through chemical modification and | |
| 23 | processing." | |
| 24 | Do you see that? | |
| 25 | A.  Yes. | 12:18 |

Page 95

```
 1          Q.   Later on in paragraph 9, and I think it's         12:18
 2     consistent with how you testified today, you say
 3     that you are not sophisticated in "chemistry,
 4     manufacturing, and formulation of cleaning products,
 5     such as the Products."                                      12:18
 6               Do you see that?
 7          A.   Yes.
 8          Q.   And so my question is, if you lack -- if
 9     you're not sophisticated in chemistry,
10     manufacturing, and formulation, how do you know that        12:19
11     that second part of Number 5 is true, that the
12     ingredients' original plant-based or mineral
13     composition was materially altered through chemical
14     modification of the processing?
15               MR. MOON:  Objection.  Vague and                  12:19
16     ambiguous.  Calls for expert opinion.  Calls for
17     speculation.
18               THE WITNESS:  That's where I defer to my
19     attorneys and counsel.
20     BY MS. PATEL:                                               12:19
21          Q.   All right.  Let's scroll down to
22     paragraph 53.
23          A.   To paragraph 53?
24          Q.   Yes.  It will take me a second to get
25     there too.                                                  12:19
```

Page 96

```
 1              I'm there.  Let me know when you're there.    12:20

 2       A.    All right.

 3       Q.    All right.  You can read along with me.

 4       A.    Okay.  "Plaintiff and reasonable consumers

 5    would not have purchased the Products, or would have    12:20

 6    purchased the Products on different terms, if they

 7    had known the truth - that the Plant-Based

 8    Representations are false and the Products contain

 9    nonnatural, synthetic, and highly processed

10    ingredients."                                           12:20

11           So I'm curious mostly on that phrase

12    "would have purchased the Products on different

13    terms."

14              What does that -- what does that mean to

15    you?  What different terms would you have purchased    12:20

16    the products on?

17              MR. MOON:  Objection.  Vague and

18    ambiguous.  Calls for expert opinion.  Calls for a

19    legal conclusion.  Incomplete hypothetical.

20              THE WITNESS:  So again, I'm not a            12:21

21    marketing expert or labeling expert, so I'm just a

22    consumer that wants to believe what I'm reading on a

23    package -- on a label, so...

24    BY MS. PATEL:

25       Q.    So "on different terms" means a different     12:21
```

Page 97

```
 1    label?                                               12:21

 2            MR. MOON:  Same objection.

 3            THE WITNESS:  A believable, truthful label

 4    that I could rely on as being truthful.

 5    BY MS. PATEL:                                         12:21

 6        Q.   And you don't have any independent

 7    knowledge that the Ecover dishwasher tablet labels

 8    are not truthful?

 9            MR. MOON:  Same objections.

10            THE WITNESS:  I don't have any what?         12:22

11    BY MS. PATEL:

12        Q.   Independent knowledge.

13        A.   No.  I don't know.

14        Q.   Scroll down to paragraph 72.

15            Whoops, went too far.  Let me know when      12:22

16    you're there.

17        A.   Okay.

18        Q.   Okay.  I want to direct you to about line

19    number 18 in that paragraph that starts with the

20    words "in addition."  And it reads, "In addition,    12:22

21    Defendant's use of various forms of media to

22    advertise, call attention to, or give publicity to

23    the sale of goods or merchandise that are not as

24    represented."

25            And I'm really focused on the "various       12:22
```

Page 98

```
 1    forms of media."                                   12:22
 2          Did you look at any type of advertising
 3    other than the product label itself in deciding to
 4    purchase the tablets?
 5          A.   I don't recall.                          12:23
 6          Q.   Do you know what forms of media
 7    S.C. Johnson uses to advertise the dishwasher
 8    tablets?
 9          A.   I do not.
10          Q.   All right.  One more question on this    12:23
11    document, and that's at paragraph 88.  If you could
12    scroll there, please, and let me know when you're
13    there.
14          A.   Okay.
15          Q.   All right.  And I want to direct you to  12:23
16    the sentence that begins on line 5 and continues on
17    to line 6.  And it reads "Plaintiff and the
18    California Subclass paid an unwarranted premium for
19    the Products."
20          Do you see that?                              12:24
21          A.   No, I'm not there.  Sorry.  Hold on.
22          Q.   No problem.  Paragraph 88, and the
23    sentence starts at the end of line 5.
24          A.   Okay.  Oh, there we go.  Sorry.  I don't
25    know why I passed it.  Okay.  Sorry.              12:24
```

Page 99

```
 1        Q.   No problem.                                  12:24

 2             And it reads "Plaintiff and the California

 3   Subclass paid an unwarranted premium for the

 4   Products."

 5        A.   Okay.                                        12:24

 6        Q.   Do you have an understanding what that

 7   means, "unwarranted premium"?

 8             MR. MOON:  Objection.  Calls for an expert

 9   opinion.  Legal conclusion.

10             THE WITNESS:  I don't know what they mean    12:24

11   by that.

12   BY MS. PATEL:

13        Q.   Do you think you overpaid for the

14   dishwasher tablets?

15             MR. MOON:  Same objections.                  12:25

16             THE WITNESS:  Given that I thought I was

17   purchasing something that was, you know, natural

18   ingredients, which is generally higher-priced,

19   nonsynthetic, potentially, yeah.

20   BY MS. PATEL:                                          12:25

21        Q.   Do you know by how much?

22        A.   No.

23        Q.   Okay.

24        A.   Again, that's not my -- my knowledge of

25   how to market and price.                               12:25
```

Page 100

1          MS. PATEL:  Okay.  So I think this is a          12:25

2    good place for us to take a break.  How about we

3    reconvene at 1:00.  Does that work for everybody?

4          MR. MOON:  Yeah.  Is that enough time,

5    Betsy?                                                 12:25

6          THE WITNESS:  Sure.  I'm going to just run

7    down to my mom.

8          MR. MOON:  We can go off the record.  I

9    think that should be fine.

10          THE VIDEOGRAPHER:  We are going off the         12:26

11    record.  The time is 12:26.

12        (Whereupon, a luncheon recess was had.)

13          (Off record:  12:26 p.m.)

14          (On record:  1:07 p.m.)

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

```
 1                  Tuesday, January 18, 2022                12:26

 2                       1:07 p.m.

 3             THE VIDEOGRAPHER:  We are back on the

 4     record.  The time is 1:07.

 5                  EXAMINATION (resumed)                    01:07

 6     BY MS. PATEL:

 7        Q.  All right, Ms. Maisel.  I know what your

 8     counsel is going to say, but I'm going to ask the

 9     question for the record anyway.  Did you discuss the

10     subject matter of your testimony with counsel during  01:07

11     the break?

12             MR. MOON:  Objection.  Attorney-client

13     privilege.

14             Instruct you not to answer.

15             MS. PATEL:  All right.  If we can go to      01:07

16     the Market Exhibits folder and pull up

17     Exhibit Number 5.

18                       (Exhibit 5 was marked for

19                        identification and attached

20                        hereto.)                          01:07

21     BY MS. PATEL:

22        Q.  Ms. Maisel, let me know when you're there.

23        A.  Okay.

24             MS. PATEL:  All right.  Mr. Moon, are you

25     there too?                                            01:08
```

Page 102

```
 1              MR. MOON:  It's still up, the wheel in        01:08
 2    front of me.  Just give me another 30 seconds,
 3    please.
 4              MS. PATEL:  Okay.
 5              MR. MOON:  Thank you.                          01:08
 6              Number 5?
 7              MS. PATEL:  Yes.
 8              MR. MOON:  It's up.
 9    BY MS. PATEL:
10         Q.   Ms. Maisel, do you recognize this             01:08
11    document?
12         A.   Yes.
13         Q.   What is it?
14         A.   This is a motion for class certification.
15    It's a memorandum of points.                            01:08
16         Q.   And do you see what date it was filed?
17         A.   12-20-21.
18         Q.   Did you have an opportunity to look at a
19    draft of this before it was filed on December 20th?
20         A.   I believe I did.                              01:09
21         Q.   Was it provided to you via email?
22         A.   Yes.
23         Q.   But you don't have a copy of that email
24    anymore, correct?
25         A.   Correct.                                      01:09
```

                                             Page 103

1        Q.   Did you provide any comments or edits?          01:09

2        A.   No.

3        Q.   Did you have any questions about the

4    document?  And, again, that's yes or no.  I don't

5    want to know the questions that you actually had.       01:09

6        A.   I don't believe so, no.

7        Q.   We can scroll down to I believe it's page

8    8 of 31.  We're just going to spend one minute with

9    this document and then we'll move on.

10       A.   Wait.  Page 8?                                  01:10

11            Okay.

12       Q.   All right.  And could you specifically

13   look at lines 15 to 19 in the introduction?

14       A.   I just now realized where the lines are.

15   Okay.  Sorry.  So 15 to 19, you said?                    01:10

16       Q.   Actually, 15 to 17, a little bit less.

17       A.   Okay.

18            Okay.

19       Q.   And then, I'm sorry, if you could read the

20   last sentence as well.                                  01:11

21            (The witness complies.)

22       A.   Okay.

23       Q.   Do you have an understanding of what those

24   two sentences mean?  And you can put it in plain

25   English.  You don't have to parrot back the specific    01:11

                                            Page 104

```
1    legal words.                                          01:11

2            But, you know, do you have a sense of what

3    this motion is asking the Court to do?

4            MR. MOON:  Objection.  Calls for a legal

5    conclusion.                                           01:11

6            THE WITNESS:  I would have to rely on my

7    attorneys and the Court to decipher that.

8    BY MS. PATEL:

9        Q.   Do you understand that the motion is

10   asking to certify a class about label changes only?   01:11

11       A.   That this -- those sentences?

12       Q.   Yes.  That they refer only to -- the legal

13   jargon is "injunctive relief," but I'm focused on

14   the description, which is the label changes.

15       A.   Do I understand that?  Yes.                  01:12

16       Q.   Are you foregoing any request for monetary

17   damages?

18            MR. MOON:  Objection.  Calls for a legal

19   conclusion.

20            THE WITNESS:  Yeah, I'm just deferring to     01:12

21   my attorneys on that.

22   BY MS. PATEL:

23       Q.   You don't know if you are asking for

24   damages in the case or not?

25            MR. MOON:  Asked and answered.               01:12
```

                                                    Page 105

1    BY MS. PATEL:                                              01:12

2         Q.   You can answer.

3         A.   Okay.   I'm sorry.

4              No.

5              MS. PATEL:   I'm sorry, could the court      01:12

6    reporter read back the question and the answer.

7                        (The record was read by the

8                         court reporter, as requested.)

9    BY MS. PATEL:

10        Q.   So my follow-up question is, does that      01:13

11   "no" go to -- is that "no" an answer to you are not

12   asking for damages, or does that "no" respond to you

13   don't know if you are asking for damages?

14             MR. MOON:   Objection.   Calls for a legal

15   conclusion.                                          01:13

16             THE WITNESS:   I don't know.   I'll rely on

17   my attorneys and the Court for that.

18   BY MS. PATEL:

19        Q.   You're going to rely on the Court to tell

20   you if you are asking for damages in the case?       01:13

21             MR. MOON:   Objection.   Argumentative.

22             THE WITNESS:   Are we still here?   I'm

23   sorry.

24   BY MS. PATEL:

25        Q.   You need to answer my question, please.    01:14

                                          Page 106

1      A.   Okay.   Question being I don't know if I'm          01:14

2   relying on the Court.   Is that what you said?

3      Q.   Yes, that's right.

4      A.   I'm just a little confused.

5      Q.   What's confusing?                                   01:14

6      A.   Am I asking for damages?   No.

7      Q.   Do you understand that if you don't ask

8   the Court to certify a damages class, then you and

9   others who bought the dishwasher tablets can't

10  receive monetary compensation?                             01:14

11       MR. MOON:   Objection.   Calls for a legal

12  conclusion.   Vague and ambiguous.

13       THE WITNESS:   I understand that the

14  damages versus an injunctive relief in this case

15  doesn't seem feasible.   But what does seem feasible       01:15

16  is the defendant having, as a consumer, their

17  labeling be clear and transparent and of true

18  representation of the product.

19       MS. PATEL:   All right.   Let's go back to

20  the exhibit folder and pull up Exhibit 6.                  01:15

21              (Exhibit 6 was marked for

22              identification and attached

23              hereto.)

24       THE WITNESS:   I don't have an Exhibit 6.

25       Oh, wait, now I do.                                   01:16

Page 107

```
 1    BY MS. PATEL:                                          01:16

 2        Q.   Just let me know when you have it up.

 3        A.   I have it.

 4             MS. PATEL:  Mr. Moon, ready?

 5             MR. MOON:  Yes, I do.  Thanks.               01:16

 6    BY MS. PATEL:

 7        Q.   Ms. Maisel, have you seen this document

 8    before?

 9        A.   I have.

10        Q.   And what is it?                              01:16

11        A.   It's a declaration.

12        Q.   Whose declaration?

13        A.   Of mine in support of the plaintiff's

14    motion for class.

15        Q.   If you can scroll down to the last page,    01:16

16    page 5.

17        A.   Okay.

18        Q.   Is that your signature above your printed

19    name where it says "Elizabeth Maisel"?

20        A.   Yes.                                         01:16

21        Q.   And did you sign this document on

22    December 20, 2021?

23        A.   Yes.

24        Q.   And do you see above it, it says you

25    "declare under penalty of perjury, under the laws of  01:17
```

Veritext Legal Solutions
866 299-5127

1    the United States and the State of California, that          01:17

2    the foregoing is true and correct"?

3         A.    Yes.

4         Q.    Do you still agree with that declaration?

5               MR. MOON:   Objection.   Vague and              01:17

6    ambiguous.

7               THE WITNESS:   Do I still agree with the

8    declaration?

9    BY MS. PATEL:

10        Q.    With that statement.   Where you say "I          01:17

11   declare under penalty of perjury."

12        A.    Yes.

13        Q.    I'm sorry --

14        A.    Yes.

15        Q.    Yes, okay.                                        01:17

16              Did you draft this declaration?

17        A.    No.

18        Q.    Who drafted it?

19        A.    The -- my attorneys.   The attorneys.

20        Q.    Do you know which attorneys?                      01:17

21        A.    I don't know who drafted it.

22        Q.    Did you make any edits to the draft that

23   the attorneys prepared?

24        A.    No.

25        Q.    Did you verify that everything in the            01:18

Page 109

1    declaration is true and correct?                        01:18

2         A.    Yes.

3         Q.    And did you understand everything that's

4    in the declaration?

5         A.    To the best of my knowledge, yes.            01:18

6         Q.    Is there anything, as you sit here now, in

7    the declaration that you think needs to be

8    corrected?  And if you want to take a minute to

9    review the declaration -- I know it's been some time

10   since it's been filed -- feel free.                     01:18

11        A.    I just lost it.  Hold on.

12              I'm sorry.  Could you repeat that last

13   question?  I was trying to do two things and -- on

14   the screen and this doesn't seem to do well.  Can

15   you ask the question again?  I'm sorry.                 01:18

16        Q.    Yes.  No, of course.

17              Is there anything, as you sit here today,

18   in the declaration that needs to be corrected?

19        A.    Would you like me to scroll through and

20   confirm?                                                01:19

21        Q.    That's fine if you want to take a minute

22   to refresh your memory on what's in the document.

23        A.    Okay.  Yeah, I mean -- I don't -- there's

24   nothing that I would change.

25        Q.    Okay.  Why don't we look at paragraph 4      01:19

                                                     Page 110

| | | |
|---|---|---|
| 1 | which starts on the bottom of page 2 and continues | 01:19 |
| 2 | on to the top of page 3.  Do you see that? | |
| 3 |     A.   Yep -- yes. | |
| 4 |     Q.   And here you say "I do not know of any | |
| 5 | personal interests that would conflict with the | 01:19 |
| 6 | class' interest." | |
| 7 |         Can you explain what you mean by that? | |
| 8 |         MR. MOON:  Objection.  The document speaks | |
| 9 | for itself.  Calls for a legal conclusion. | |
| 10 |         THE WITNESS:  Can I explain that? | 01:20 |
| 11 | BY MS. PATEL: | |
| 12 |     Q.   What do you understand that sentence to be | |
| 13 | saying? | |
| 14 |     A.   I don't have investments in the product. | |
| 15 | I don't know.  I'm -- I'm not even sure.  It's not | 01:20 |
| 16 | personally affecting me other than this class, you | |
| 17 | know. | |
| 18 |     Q.   Do you know if S.C. Johnson is a publicly | |
| 19 | traded company? | |
| 20 |     A.   If it's a what? | 01:20 |
| 21 |     Q.   Publicly traded company. | |
| 22 |     A.   I don't know. | |
| 23 |     Q.   You mentioned you don't have investments | |
| 24 | in the product and -- | |
| 25 |     A.   Well, I mean, you know, I don't have -- I | 01:20 |

Page 111

| | |
|---|---|
| 1 | don't work there.  I'm not a -- you know -- yeah, I | 01:20 |
| 2 | don't know.  I don't know anything about that.  It |
| 3 | just sounded like it was pertinent. |
| 4 | Do I have any personal interests?  That's |
| 5 | what I take that as.  Yes, I do not know if they are | 01:21 |
| 6 | a public company or whatever you said. |
| 7 | Q.   Okay.  I wasn't sure what you meant by |
| 8 | "investments." |
| 9 | A.   Oh, like invested somehow, right, yeah. |
| 10 | Q.   Understood. | 01:21 |
| 11 | A.   I have no stocks anywhere. |
| 12 | Q.   Understood. |
| 13 | I'm going to briefly direct you back to |
| 14 | Exhibit 3.  We're going to come back to Exhibit 6 in |
| 15 | a second.  But I want you to keep this sentence we | 01:21 |
| 16 | just talked about in mind.  And if you could pull up |
| 17 | Exhibit 3.  We're going to go all the way to |
| 18 | paragraph 136 when you're there. |
| 19 | A.   I'm sorry, go to where? |
| 20 | Q.   Paragraph 136.  It's on page 58 of 64. | 01:22 |
| 21 | A.   Okay.  Jeez. |
| 22 | Q.   I know.  It's a long document. |
| 23 | A.   Probably an easier way to do this.  Okay. |
| 24 | Okay. |
| 25 | Q.   All right.  I'm looking at paragraph 136, | 01:22 |

Page 112

```
 1    lines 15 to the beginning of 18, and it reads        01:22
 2    "Further, plaintiff and members of the class have
 3    suffered and continue to suffer economic losses and
 4    other damages including, but not limited to, the
 5    amounts paid for the products, and any interest that  01:23
 6    would have accrued on those monies, in an amount to
 7    be proven at trial."  Do you see that?
 8        A.   You know what?  Actually I don't.  I think
 9    I must have gone too far.  56 you said?  Page --
10        Q.   Paragraph 136 on page 58.                    01:23
11        A.   Okay.  I'm sorry.
12             Page 58.  Here we go.  136?
13        Q.   Yep.  And I'm looking at line 15.
14        A.   Okay.
15        Q.   And it reads "Further, plaintiff and         01:23
16    members of the class have suffered and continue to
17    suffer economic losses and other damages including,
18    but not limited to, the amounts paid for the
19    products, and any interest that would have accrued
20    on those monies, in an amount to be proven at         01:23
21    trial."
22             With me?
23        A.   Yes.
24        Q.   All right.  Do you think it is a conflict
25    if you are pursuing injunctive relief only and there  01:23
```

Page 113

```
 1    are class members who suffered monetary damages?          01:23

 2              MR. MOON:  Objection.  Vague and

 3    ambiguous.  Calls for speculation.  Calls for expert

 4    opinion and legal conclusion.  Incomplete

 5    hypothetical.                                             01:24

 6              You can answer if you know.

 7              THE WITNESS:  I would have to defer to my

 8    attorneys on that question.

 9    BY MS. PATEL:

10         Q.   Do you think there is some class members       01:24

11    that might want their money back?

12              MR. MOON:  Calls for speculation.

13              THE WITNESS:  Yeah, I don't know.

14    BY MS. PATEL:

15         Q.   Do you agree if there are class members         01:24

16    that want their money back, and that's not something

17    you're seeking, that that would be a conflict?

18              MR. MOON:  Objection.  Vague and

19    ambiguous.  Calls for speculation.  Calls for a

20    legal conclusion and expert opinion.  Incomplete        01:24

21    hypothetical.  Asked and answered.

22              MS. PATEL:  Any more, Mr. Moon, on your

23    list?

24              MR. MOON:  I think that does it.

25    BY MS. PATEL:                                             01:24
```

Page 114

1        Q.   Ms. Maisel, a response, please.                01:24

2        A.   I really don't -- I don't know.

3        Q.   Okay.  Let's go back to Exhibit 6.  When

4    you get there, we'll look at paragraph 3.

5        A.   Okay.                                           01:25

6        Q.   And more specifically, lines 21 and 22

7    where it reads "I have already spent approximately

8    eight to ten hours in my role in this case."

9             Do you see that?

10       A.   Yes.                                            01:25

11       Q.   Did you come up with that time estimate?

12       A.   You said did I come up with that time?

13       Q.   Yes, ma'am.

14       A.   Yes.

15       Q.   How did you come up with it?                   01:25

16       A.   Based on the communication I had and --

17       Q.   What records did you look at to come up

18    with the estimate?

19       A.   That was based on just guesstimating what

20    I -- you know, what I had been already involved with  01:26

21    them.

22       Q.   And can you tell me how you spent those

23    eight to ten hours and describe the involvement that

24    you guesstimated on?

25             MR. MOON:  Objection.  Vague and             01:26

1   ambiguous.   Overbroad.                               01:26

2          THE WITNESS:   Communicating about the

3   case.   Reviewing -- you know, reviewing the

4   documents.

5   BY MS. PATEL:                                         01:26

6          Q.   Which documents, other than the ones I

7   think we've already talked about?  We talked about

8   the two complaints, your declaration and the motion.

9   Did you review any other documents?

10         A.   No.                                       01:27

11         Q.   In line -- kind of continuing on that same

12  sentence we were looking at, the rest of line 22 and

13  into 23 you list some of the things that you did.

14  One of them is "maintaining regular contact with my

15  attorney."  Do you see that?                          01:27

16         A.   Sorry, I'm just trying to get -- trying to

17  do both of the screens, but I can't.

18         Okay.   Sorry.   23?

19         Q.   End of line 22, beginning of 23.

20         A.   Uh-huh.                                    01:27

21         Q.   It says that -- you're describing some of

22  the things that you did in those eight to ten hours.

23         A.   Okay.

24         Q.   One of them is maintaining regular contact

25  with your attorney.   Do you see that?                01:27

Page 116

```
 1        A.   Uh-huh.                                        01:27

 2        Q.   What does "regular contact" mean?

 3        A.   What does "regular contact" mean?

 4   Whenever I needed to connect with them or they

 5   needed to connect with me.  That's the -- it's a        01:28

 6   little vague.

 7        Q.   That's your language -- or your attorney's

 8   language.  So I need your help in telling me what

 9   that means.

10        MR. MOON:  Objection.  Argumentative.              01:28

11        THE WITNESS:  I don't know.  I would be

12   guesstimating.

13        You know, during that period of time it

14   could have been every other month.  I mean I don't

15   know exactly.                                           01:28

16   BY MS. PATEL:

17        Q.   All right.  If you could scroll up to the

18   top of this page in paragraph 1.  Ms. Maisel, do you

19   see that part where it says at line 4, "I have

20   personal knowledge of the facts set forth in this       01:28

21   declaration and, if called as a witness, I could and

22   would competently testify to them"?

23        A.   I'm sorry, you're trying -- oh, you're at

24   the top of the page?

25        Q.   Yeah, lines 4 to 5.                           01:29
```

Page 117

```
 1          A.   Yes, yes.                                  01:29

 2          Q.   So that means that I need something better

 3     than your guesses and responses to the questions

 4     about the statements in this declaration.

 5               MR. MOON:   Objection.   Argumentative.    01:29

 6     BY MS. PATEL:

 7          Q.   Are you able to give me a more precise

 8     answer on what "maintaining regular contact" means?

 9          A.   I mean I -- no, I'm not.   I -- I -- I

10     don't have specific dates to show you.              01:29

11          Q.   And what about the next item on this list

12     back down in line 23 on that same page?   It says

13     "being interviewed on more than one occasion

14     regarding matters relevant to this case."

15          A.   Uh-huh.                                    01:29

16          Q.   How many occasions?   More than one is

17     pretty vague.

18          A.   Uh-huh.   Between three to five, five to --

19     five or more.   It's a -- yeah.

20          Q.   The last item on this list is "searching   01:30

21     for and providing documents and information

22     requested."

23               What documents did you search for?

24          A.   The documents that we have -- they have

25     provided me.                                         01:30
```

                                             Page 118

1      Q.   You spent time searching for documents      01:30

2   that your lawyers provided you?

3      A.   Well, I'm just not sure.  Yeah.  I mean

4   looking for -- this is what I think this sentence is

5   referring to -- again, speculating without --          01:31

6           MR. MOON:  Don't speculate, Betsy.

7           THE WITNESS:  Yeah.

8   BY MS. PATEL:

9      Q.   If you don't know, you can say "I don't

10  know."  But I am -- I want to remind you that you      01:31

11  signed this declaration under penalty of perjury,

12  that you have personal knowledge of what's in it.

13  And that means you need to know what's in it.

14     A.   Yeah.

15          MR. MOON:  Well, just give your best          01:31

16  testimony here today.  That's all you can do.

17          THE WITNESS:  Yeah.  Looking for documents

18  like receipts, et cetera, which -- bank statements

19  that may have shown when I purchased those things

20  which never came to light.                             01:31

21  BY MS. PATEL:

22     Q.   What bank statements did you look at?

23     A.   Just my credit cards.

24     Q.   I think earlier you testified that you

25  used several credit cards.                             01:32

                                              Page 119

```
1          A.   Yeah.                                    01:32

2          Q.   So which credit card statements did you

3     look at?

4          A.   Specifically which, the names of the

5     credit cards?                                       01:32

6          Q.   Yes, ma'am.

7          A.   I don't know which ones I looked at.

8     Capital One.

9          Q.   What time period did you look at?

10         A.   During the early 2020s.                   01:32

11         Q.   How many months' worth of statements did

12    you look at?

13         A.   Two to three.

14         Q.   Did you find any purchases at the market

15    that you bought the tablets at?                     01:32

16              MR. MOON:  Objection.  Asked and answered.

17              THE WITNESS:  I don't know.  I don't

18    recall.

19    BY MS. PATEL:

20         Q.   Did you provide any documents to your     01:33

21    counsel?  This says "searching for and providing

22    documents and information."

23         A.   No, I did not.

24         Q.   So that's not accurate then?

25         A.   What's not accurate?                      01:33
```

Veritext Legal Solutions
866 299-5127

```
 1        Q.   That you searched for and provided        01:33

 2   documents.

 3             MR. MOON:  It says "searching for and

 4   providing documents and information requested."

 5             MS. PATEL:  I -- I can read too, Mr. Moon.  01:33

 6        Q.   Ms. Maisel, it says "searching for and

 7   providing documents and information requested."

 8             Did you provide any documents?

 9        A.   No.

10        Q.   Your estimate of eight to ten hours, do    01:33

11   you have a sense over when those hours were -- were

12   spent?  Was it before the complaint was filed,

13   before the amended complaint was filed, before class

14   cert?  Can you tell me how those eight to ten hours

15   stretch out between the filing date of this case and  01:34

16   right now?

17        A.   I mean, you know, without -- a little bit

18   here, a little bit there.  I can't really -- I don't

19   have a full scope of exactly when those were -- when

20   the communication happened.                           01:34

21        Q.   And that is because you didn't keep any

22   records of any communications with your counsel?

23        A.   Correct.

24             MR. MOON:  Objection.  Argumentative.

25             THE WITNESS:  I'm sorry, can I just take a  01:34
```

Page 121

```
 1    moment?  This is the --                              01:34

 2               MS. PATEL:  Yes.

 3               THE WITNESS:  -- downstairs people.  I

 4    just want to tell them -- make sure they're okay.

 5               MS. PATEL:  Fine.                          01:34

 6               (Pause in proceedings.)

 7               THE WITNESS:  Sorry.

 8    BY MS. PATEL:

 9        Q.   No.  Understand.  Thank you for letting me

10    know that that's what's happening.                   01:34

11        A.   Sorry.  Okay.

12        Q.   All right.  Let's go to paragraph 5 in the

13    declaration, which is on the next page.  It's rather

14    lengthy.  But I'd like to direct you to lines 13 to

15    15.  Feel free to read the whole paragraph for       01:35

16    context if you'd like.

17        A.   You said paragraph 5, correct?

18        Q.   Yes.

19        A.   You want me to focus on?

20        Q.   Lines 13 to 15.  When you're there I can    01:35

21    read along with you.

22        A.   Okay.

23        Q.   Starting at the middle of line 13 it says

24    "More often than not, I only have a few seconds to

25    look at household cleaning products on shelves,      01:35
```

Page 122

```
 1    judge them by the information provided on the front      01:36
 2    of their labels, and then decide whether to buy
 3    those products."
 4            Do you see that?
 5        A.   Uh-huh.                                          01:36
 6        Q.   How long do you think it would take --
 7    well, scratch that.
 8            Do you ever look at the back labels of the
 9    products?
10            MR. MOON:  Objection.  Vague and                 01:36
11    ambiguous.
12            THE WITNESS:  Very rarely, if -- never.
13    BY MS. PATEL:
14        Q.   How long do you think it would take you to
15    look at the back label of the product?                   01:36
16            MR. MOON:  Objection.  Vague and
17    ambiguous.  Calls for speculation.
18            THE WITNESS:  I don't know.
19    BY MS. PATEL:
20        Q.   Do you think it would take more than 30         01:36
21    seconds?
22            MR. MOON:  Same objections.  Asked and
23    answered.
24            THE WITNESS:  I really don't know how long
25    it would take.                                           01:36
```

                                                    Page 123

```
 1    BY MS. PATEL:                                        01:36

 2         Q.   But you never bothered?

 3              MR. MOON:  Asked and answered.

 4              THE WITNESS:  Not in this case I mean.

 5    BY MS. PATEL:                                        01:37

 6         Q.   Yes, so not for the tablets, the

 7    dishwasher tablets.  But have you looked at the back

 8    labels for any household cleaning products you

 9    purchased?

10         A.   In my life, I'm sure.                      01:37

11         Q.   But not commonly?

12         A.   No.

13         Q.   Do you think that there isn't relevant

14    information on the back label?

15              MR. MOON:  Objection.  Vague and           01:37

16    ambiguous.  Calls for speculation.  Argumentative.

17              THE WITNESS:  I imagine there is.

18              MR. MOON:  Don't speculate.

19    BY MS. PATEL:

20         Q.   Let's go to paragraph 6.                   01:37

21         A.   In the same paragraph here?

22         Q.   I'm sorry.  No, the next paragraph in the

23    declaration.  It starts on the bottom of page 3 and

24    continues on to page 4.

25         A.   Okay.                                      01:37
```

Page 124

1          Q.   And really -- really focus on lines 1 and        01:37
2     2 and a half.

3          A.   Okay.

4          Q.   All right.  It says "I want to, again,

5     purchase Ecover brand cleaning products with those        01:38

6     representations on the front labels, including the

7     product, even though I have come to believe that,

8     back in 2020, when I bought the product, it was

9     falsely labeled as being made with plant-based and

10    mineral ingredients."                                     01:38

11         Do you see that?

12         A.   Uh-huh.

13         Q.   So the beginning of that sentence it says

14    you want to, again, purchase Ecover brand cleaning

15    products.                                                 01:38

16         Just so I'm clear, the only product that

17    you purchased -- the only Ecover brand cleaning

18    product you purchased is the dishwasher tabs, right?

19         A.   Correct.

20         Q.   Okay.  And I want to try and understand         01:38

21    the circumstances that would lead you to purchase

22    the product again.

23         So if the dishwasher tablet label didn't

24    say "with plant-based and mineral ingredients,"

25    would you buy them?                                       01:38

                                                    Page 125

```
 1              MR. MOON:  Objection.  Calls for        01:39

 2    speculation.  Incomplete hypothetical.  Vague and

 3    ambiguous.

 4              THE WITNESS:  Yeah, I don't know.

 5    BY MS. PATEL:                                     01:39

 6        Q.   You don't know if you would buy them again

 7    if they didn't say "with plant-based and mineral

 8    ingredients"?

 9              MR. MOON:  Objection.  Asked and answered.

10    Argumentative.                                    01:39

11              THE WITNESS:  Yeah, I would have to rely

12    on my attorneys to answer that.  I mean --

13    BY MS. PATEL:

14        Q.   What is -- go ahead.  Sorry?

15        A.   Again, it seems to me, as a layperson and  01:39

16    a consumer of a particular type of product that I

17    was looking for, I just want -- yeah, if it's -- if

18    it's truthful, you know, and it's something I can

19    trust and rely on, then, yeah.  If the -- yeah.  If

20    the representation on the label was truthful,      01:40

21    potentially I would buy the product again.

22        Q.   And how would you know it was truthful?

23              MR. MOON:  Objection.  Calls for

24    speculation.  Calls for expert opinion.  Vague and

25    ambiguous.                                         01:40
```

                                            Page 126

```
 1               THE WITNESS:  I -- I don't know how I --    01:40
 2     BY MS. PATEL:
 3         Q.   Would you rely on your attorneys?
 4               MR. MOON:  Same objections.  Incomplete
 5     hypothetical.                                        01:40
 6               THE WITNESS:  I don't know.
 7     BY MS. PATEL:
 8         Q.   So I want to -- you said a few things that
 9     confused me a little bit, so I want to go back to
10     the original question I asked, which was -- let's    01:40
11     say you go to the market again and you see the
12     Ecover dishwasher tablet box and it doesn't have
13     "with plant-based and mineral ingredients" on it.
14     It doesn't say that anymore.  Would you purchase the
15     product again?                                       01:41
16               MR. MOON:  Asked and answered for about
17     the third time now.  Same objections.
18               THE WITNESS:  I answer, right?
19     BY MS. PATEL:
20         Q.   Yes, please.                                01:41
21         A.   I -- potentially I would.
22         Q.   All right.  Let's look at paragraph 7.
23     And more precisely, lines 14 to 19.  Let me know
24     when you're there.
25         A.   I'm there.                                  01:42
```

Page 127

1        Q.    All right.   It says "My primary purpose   01:42

2    behind bringing this lawsuit was, and continues to

3    be, a desire to stop Defendant from deceptively

4    labeling the Ecover brand household products with

5    plant and mineral representations or otherwise   01:42

6    provide clearer labels."

7             Do you see that?

8        A.    Yes.

9        Q.    Assuming that the product formulation

10   doesn't change on the dishwasher tablets, what would   01:42

11   a clearer label say?

12            MR. MOON:   Objection.   Calls for

13   speculation.   Incomplete hypothetical.   Calls for

14   expert opinion.   Vague and ambiguous.

15            THE WITNESS:   I don't -- this is not my   01:42

16   realm of expertise, what it would say.

17   BY MS. PATEL:

18       Q.    What did you have in mind, though, when

19   you said in the declaration your goal is to have

20   otherwise clearer labels?   01:43

21            MR. MOON:   Same objections.

22            THE WITNESS:   It's deceptive when it says

23   plant and mineral based and then it's not.   That's

24   all.

25            So, again, I'm not a, you know, marketing   01:43

                                    Page 128

1    expert or labeling, you know, expert.  So that's --          01:43

2    I'm just a consumer wanting to believe what I'm

3    reading on the front, front of the label.

4    BY MS. PATEL:

5        Q.   That response actually reminded me that I          01:43

6    have questions about paragraph 5 at lines 25 to 26.

7        A.   I'm sorry, paragraph 5?

8        Q.   Uh-huh, yep, page 3, and lines 25 to 26.

9        A.   Okay.

10       Q.   The first part of that sentence actually          01:44

11   starts at line 23, and it says "I would not have

12   bought the Product if I had known that the

13   ingredients' original or mineral composition were

14   significantly altered through substantial processing

15   or chemical modification."                                  01:44

16            Do you see that?

17       A.   Uh-huh.

18       Q.   And so what do you mean when you say

19   "chemical modification"?

20            MR. MOON:  Objection.  Calls for expert           01:44

21   opinion.

22            THE WITNESS:  You know, I am not a

23   chemist, but I do know that when you take a food

24   item and break it down and process it, overprocess

25   it, it is now no longer a food item.  It's some --          01:44

```
 1    something else synthetic.                          01:44

 2    BY MS. PATEL:

 3         Q.   Do you have an example of what food item

 4    you have in mind?

 5         A.   It could be coconut oil; it could be palm  01:45

 6    oil.  Yeah.

 7         Q.   Do you know if either of those ingredients

 8    are in the dishwasher tablets?

 9         A.   I don't.

10         Q.   And this phrase, I think you said          01:45

11    "overprocessing."  In the declaration you say

12    "substantial processing."  Is that one and the same

13    in your mind?

14         A.   Yes.

15         Q.   And to me, that suggests that some amount  01:45

16    of processing is okay.  Do you agree with that or do

17    you think there should be no processing?

18              MR. MOON:  Objection.  Calls for expert

19    opinion.  Vague and ambiguous.  Incomplete

20    hypothetical.                                        01:45

21              THE WITNESS:  Yeah, I don't really know.

22    BY MS. PATEL:

23         Q.   You don't have a sense what the line is

24    between processing that's okay versus substantial

25    processing that's not okay?                          01:46
```

Page 130

```
 1              MR. MOON:  Asked and answered.  Same          01:46
 2     objections.
 3              THE WITNESS:  I have a sense, but it's
 4     not -- it's all guessing.  It's nothing from any --
 5     you know, it's not a -- it's not a -- it's not an     01:46
 6     educated -- you know, it's just all a guess.  A
 7     guess.
 8     BY MS. PATEL:
 9         Q.   Do you remember -- I'm sorry, were you
10     finished?                                             01:46
11         A.   Go ahead.  Yeah.
12         Q.   When we were looking at Exhibit 5, which
13     was the class certification motion, do you remember
14     the date that it was filed?
15              We can go back and look at it.  It's not a   01:46
16     memory test, but it's a foundation for the next
17     question.
18         A.   Okay.  I can go back?
19         Q.   Yeah, you can go back and check.
20         A.   Which one did you want me to confirm the     01:46
21     date?
22         Q.   Exhibit 5, which is the filing -- the
23     class certification motion.
24         A.   And you want to know what the date it was
25     filed?                                                01:47
```

Page 131

```
 1          Q.   Yes.                                    01:47

 2          A.   Okay.  12-20-21.

 3          Q.   And did you know that that was a

 4     court-ordered deadline?

 5          A.   I did not.                              01:47

 6          Q.   Do you understand -- and then if you go

 7     back to Exhibit 6, can we go to the first -- the

 8     cover page?

 9          A.   Okay.

10          Q.   The bold text on the right-hand side under  01:47

11     all the case details where it starts with

12     "Declaration of Plaintiff Elizabeth Maisel," do you

13     see that?

14          A.   Yes.

15          Q.   Can you read the rest of that?           01:47

16          A.   "Declaration of Plaintiff Elizabeth Maisel

17     in support of" -- let me just note -- sorry -- "in

18     support of Plaintiff's Motion for Class

19     Certification."  That?

20          Q.   That's right.                            01:47

21               Do you understand this declaration to be

22     part of Plaintiff's Motion for Class Certification?

23          A.   Yes.

24          Q.   All right.  Let's go to the last page.

25          A.   Of this, of Exhibit 6?                   01:48
```

Veritext Legal Solutions
866 299-5127

```
 1        Q.   Yes, ma'am.                                01:48

 2        A.   Okay.

 3        Q.   All right.  What date did you sign this

 4   declaration?

 5        A.   December 20.                                01:48

 6        Q.   Do you see the file date on top?

 7        A.   Yes.

 8        Q.   What does that say?

 9        A.   December 30.

10        Q.   So if your lawyers filed it December 30th,  01:48

11   they filed it 10 days after the deadline; is that

12   right?

13             MR. MOON:  Objection.  It calls for

14   speculation.

15             THE WITNESS:  I don't -- I don't know.      01:48

16   BY MS. PATEL:

17        Q.   They filed it 10 days after the class

18   certification motion, correct?

19             MR. MOON:  Argumentative.  Asked and

20   answered.                                             01:49

21             THE WITNESS:  I -- yeah, I don't

22   understand the dates and the deadlines.

23   BY MS. PATEL:

24        Q.   You understand that you signed this on

25   December 20th, correct?                               01:49
```

                                              Page 133

```
 1          A.   Yes.                                      01:49

 2          Q.   You understand that this document says it

 3    was filed 10 days later, correct?

 4          A.   Yes.

 5          Q.   You understand that when we looked at      01:49

 6    Exhibit 5, it was filed on December 20th, which is

 7    when you signed this declaration, right?

 8          A.   Yes.

 9          Q.   Did your lawyers tell you that they didn't

10    file your declaration when they filed --             01:49

11              MR. MOON:  Objection.

12              I'm going to instruct you not to answer as

13    to what you discussed with your lawyers.

14    BY MS. PATEL:

15          Q.   Do you think it's a problem that your      01:49

16    lawyers didn't file your declaration when they filed

17    a motion?

18              MR. MOON:  Objection.  Argumentative.

19    Calls for speculation.

20              THE WITNESS:  I don't know because I don't  01:49

21    know anything about that.

22    BY MS. PATEL:

23          Q.   Are you aware -- go ahead.

24          A.   I just don't know about this stuff.  You

25    know, I don't know.  I trust that they're doing the  01:49
```

Page 134

```
 1    job and I -- I don't -- not -- it's of no concern to        01:50

 2    me the dates because I don't know what they're -- I

 3    didn't know.

 4         Q.   So then safe to say you're not aware of

 5    any consequences when a party doesn't meet a court          01:50

 6    deadline?

 7              MR. MOON:  Objection.  Argumentative.

 8    Calls for speculation.  Calls for a legal

 9    conclusion.  Asked and answered.

10              THE WITNESS:  I'm not -- not made aware of         01:50

11    the deadline at the moment.  I'm not aware.

12    BY MS. PATEL:

13         Q.   You're not aware of anything that would

14    happen by missing a deadline?

15              MR. MOON:  Asked and answered.                     01:50

16              THE WITNESS:  I know what happens when you

17    miss deadlines, yes.

18    BY MS. PATEL:

19         Q.   It's not a good thing, right?

20              MR. MOON:  Argumentative.  This is getting         01:50

21    silly.

22              MS. PATEL:  I don't think Ms. Maisel

23    thinks I'm arguing with her, Mr. Moon.

24              MR. MOON:  Your questions are

25    argumentative.  And you've asked the same question          01:51
```

Page 135

1    just slightly differently about five times now.      01:51

2    BY MS. PATEL:

3        Q.   Ms. Maisel, can you answer my last

4    question?

5        A.   I'm just trying to see you guys.           01:51

6             Yeah, I'm not -- can you see me when

7    I'm -- that thing is covered, by the way?

8        Q.   I can see you because I opened up two

9    screens on my computer.

10            THE WITNESS:  Because I can't -- Kevin,     01:51

11   can you see me?

12            MR. MOON:  I can see you.

13            THE WITNESS:  It's very weird to be having

14   this conversation.

15            I'm just -- I understand that there are     01:51

16   all kinds of things that happen when things don't

17   happen the way people want them to at a given date.

18   I'm just not aware of that.  That's not something

19   I'm aware of or interested in.  I don't know how

20   to -- you know, it's not my thing.                  01:51

21   BY MS. PATEL:

22       Q.   All right.  Earlier we talked about, when

23   we were talking about the documents that you

24   searched for -- I just want to be clear.  Are there

25   any additional documents that you think you'll be    01:52

                                        Page 136

1    able to find if you spend some time looking?          01:52

2              MR. MOON:  Objection.  Calls for

3    speculation.

4              THE WITNESS:  No.

5    BY MS. PATEL:                                         01:52

6         Q.   All right.  Let's -- we're going to turn

7    to Exhibit 7 and then we'll look at Exhibit 8 right

8    away shortly.  So you can go back to the folder and

9    they'll be ready, I think, momentarily.

10        A.   I'm sorry, going to where?                  01:52

11        Q.   In a minute we'll go to the Marked

12   Exhibits folder.

13        A.   Okay.

14        Q.   They're not ready yet for you.

15        A.   I am going to also respond to the parent    01:52

16   of the kid who is downstairs sleeping who just

17   texted me.  Is that okay?

18             MS. PATEL:  Yes, that's fine.

19             MS. HARRISON:  Exhibit 7 has been

20   introduced.                                           01:53

21                       (Exhibit 7 was marked for

22                        identification and attached

23                        hereto.)

24             (Pause in proceedings.)

25             THE WITNESS:  Sorry.  I apologize.          01:53

                                             Page 137

```
 1              MS. PATEL:  No, it was perfect timing,          01:53
 2     because I think while that happened, Exhibit 7 is
 3     ready for us.  So we can go back to that Marked
 4     Exhibits folder.
 5              MS. HARRISON:  Exhibit 8 has also been          01:53
 6     introduced.
 7                        (Exhibit 8 was marked for
 8                         identification and attached
 9                         hereto.)
10              THE WITNESS:  Which one am I opening up?        01:53
11     BY MS. PATEL:
12         Q.   Please open 7.
13         A.   Okay.
14              MS. PATEL:  Mr. Moon, are you there?
15              MR. MOON:  Yes, thanks.                         01:54
16     BY MS. PATEL:
17         Q.   Ms. Maisel, have you seen this document
18     before?
19         A.   I don't know.
20         Q.   It doesn't look familiar to you?               01:54
21         A.   No, I don't think so.
22         Q.   Okay.  Can you scroll down --
23         A.   They all look the same.  Sorry.
24         Q.   Why don't we look at the title.  Does the
25     title help jog your memory?  That's on the cover        01:54
```

                                                    Page 138

```
1    page.                                            01:54

2         A.   United States District Court.  No.

3         Q.   Just to the right of that, that bold

4    all-caps language.

5         A.   "Defendant S.C. Johnson"...           01:54

6              I don't know.  I'm not sure I'm familiar

7    with this.

8         Q.   Not jogging your memory?

9         A.   Maybe it is.  Let me think.  Can I scroll

10   through and see if it's -- I mean I did read all the   01:55

11   documents.

12        Q.   Yes, please.

13        A.   This looks just slightly different from

14   the others.

15             Yeah, I'm -- I'm not sure.              01:55

16        Q.   All right.  If you scroll to -- and I'm

17   sorry, this isn't easy to find the page numbers.

18   But you probably -- it's the -- one, two, three --

19   fourth page.  At the top of it, it says "Exhibit A."

20        A.   In this same thing?  Okay, here.       01:56

21        Q.   Yes.  It's Exhibit A within Exhibit 7, not

22   to make it any more confusing.

23        A.   I see Exhibit A, but I don't see

24   Exhibit 7.

25        Q.   Yeah.  This document is Exhibit 7.  It's   01:56
```

Page 139

```
1    an exhibit in an exhibit.                              01:56

2          And if you keep scrolling down, there's a

3    heading that says "Requests for Production."  Do you

4    see that?

5          A.  Yes.                                         01:56

6          Q.  Do you remember receiving anything that

7    looks like this asking for certain documents?

8          A.  I don't recall.  But that doesn't mean I

9    didn't.

10         Q.  And if you would have received it, you       01:56

11   would have received it via email; is that right?

12         A.  Yes.

13         Q.  You don't have any emails for this case,

14   so we can't -- we're not able to verify through your

15   email records, correct?                               01:57

16         A.  Correct.

17         Q.  Okay.  I want to ask just a question about

18   what's titled "Request for Production 9."  So if you

19   keep scrolling, let me know when you get to it.

20         A.  Okay.                                        01:57

21         Q.  It asks for "All documents evidencing your

22   purchase of dishwasher tablets, dishwasher powder,

23   or dishwasher liquid during the relevant period,

24   including any receipts, invoices, or credit card

25   statements."                                          01:57
```

                                                    Page 140

1              Do you see that?                              01:57

2      A.   Uh-huh.

3      Q.   Now, I know when we talked earlier, you

4   don't have any records for the Ecover dishwasher

5   tabs.  But do you have any records that show          01:57

6   purchases of any kind of dishwasher tablet or

7   dishwasher power or dishwasher liquid?

8      A.   I don't know.

9      Q.   Do you think you might?

10      A.   Have receipts from any kind of dishwasher     01:58

11   liquid or powder or tablet --

12      Q.   That's right.

13      A.   -- from any time in life?

14      Q.   Well, I should -- I should tell you it's

15   not as bad as any time in life.  The relevant time   01:58

16   period is just from January 2017 to the present.

17      A.   I'm not in the habit of keeping receipts,

18   unfortunately.

19      Q.   Okay.  Why don't we very quickly look at

20   Exhibit 8.  So if we go back to the folder.  Take a   01:58

21   minute and scroll through it once you have it up,

22   and let me know when you're ready.

23           (The witness complies.)

24      A.   I have it up.

25      Q.   All right.  And have you had a chance to      01:59

```
 1    scroll through it?                                    01:59

 2         A.   Sure.

 3              MS. PATEL:  Okay.  Mr. Moon, you have it

 4    up too?

 5              MR. MOON:  I do, yeah.                       01:59

 6    BY MS. PATEL:

 7         Q.   All right.  Ms. Maisel, have you seen this

 8    document before?

 9         A.   I don't think so.  Well, maybe.  Let's

10    see.  It would have been a while.                     01:59

11              Yeah, probably I've seen this.

12         Q.   When did you see it?

13         A.   That I don't know.

14         Q.   Do you know what it is?

15         A.   A lot of words.  Sorry.  It is -- what is   02:00

16    it?  I don't know what it's called, no.

17         Q.   What makes you think you might have seen

18    it before?

19         A.   Honestly, a lot of these things look

20    familiar, so I don't -- I -- it's hard to say.  I     02:00

21    don't know what -- because it looks like other

22    things that I've seen that have been presented to me

23    from the counsel.  But I don't know.

24         Q.   So other than -- we've looked at right

25    now -- I think you've testified that you saw the      02:01
```

Veritext Legal Solutions
866 299-5127

```
 1    original complaint, the amended complaint.  You saw        02:01

 2    your declaration and the class certification motion.

 3    Those all looked different from this document,

 4    correct?

 5         A.   Slightly different.                              02:01

 6         Q.   And is it your testimony that you received

 7    other documents that look similar to this from your

 8    counsel with the Clarkson firm's letterhead on top?

 9         A.   The question, I'm sorry, again is?

10         Q.   Whether you've received other documents         02:01

11    that look --

12         A.   Like this?

13         Q.   -- more like this one.

14         A.   Possibly.

15         Q.   So you don't have a sense in looking at         02:02

16    this document what it's for, what it's about?

17         A.   Not without really giving more -- looking

18    more into it as being different than any of the

19    others, but yeah.

20         Q.   Okay.  That's fair.  And in scrolling           02:02

21    through it, it didn't jog any memory of having seen

22    it and having a prior understanding of it?

23         A.   Correct.

24         Q.   Okay.

25              MS. PATEL:  We're at about the hour mark.        02:02
```

Page 143

```
 1    I don't have very much more.  I should have, I          02:02
 2    think, you know, less than an hour, hopefully closer
 3    to half hour.  So why don't we take a 10-minute
 4    break, or maybe come back at 2:15, that might be
 5    easier.  And then we can get things wrapped up.         02:02
 6            THE VIDEOGRAPHER:  We're going off the
 7    record.  The time is 2:02.
 8            (Recess.)
 9            (Off record:  2:02 p.m.)
10            (On record:  2:16 p.m.)                         02:16
11            THE VIDEOGRAPHER:  We are back on the
12    record.  The time is 2:16.
13    BY MS. PATEL:
14        Q.  Ms. Maisel, I have good news for you.
15    We're done with the exhibits.  So you can have your     02:16
16    screen up where you can look at us.  And I just have
17    a handful of questions for you before we let you go
18    for the day.
19            Can you tell me if you did anything to
20    prepare for today's deposition?                         02:16
21        A.  No.
22        Q.  Actually, I'll ask a better question.
23            Did you do anything to prepare for today's
24    deposition?
25        A.  No.                                             02:16
```

Page 144

1        Q.   Did you talk to any of your lawyers before          02:16
2    the deposition?
3        A.   Did I talk to them before the deposition?
4    I mean they're my counsel.
5        Q.   Yes, I understand you've spoken to them in          02:17
6    the period of time before the deposition, but did
7    you talk with them to get ready for the deposition
8    in the days or weeks leading up to it?
9        A.   Yes.  I'm just confused about -- isn't
10   that what is done, you speak with your counsel about         02:17
11   something happening?
12       Q.   Yes.  Did you have a conversation that
13   would help you get ready for the deposition?
14       A.   Oh, no.
15       Q.   Okay.  Did you review any documents to             02:17
16   refresh your memory, you know, to answer questions
17   today?
18       A.   Other than the documents that were
19   provided that I had that I signed?  I'm not sure
20   what you mean.                                              02:18
21       Q.   Did you review anything to prepare for
22   your deposition?
23       A.   No.
24       Q.   Okay.  Did you discuss your deposition
25   with anybody but your lawyers?                             02:18

                                        Page 145

```
 1        A.   No.                                        02:18

 2        Q.   Does your mom know what you're doing?

 3        A.   My mom has dementia.  No.

 4        Q.   And how about like a business partner or

 5   anyone else?                                          02:18

 6        A.   No.

 7        Q.   The caretaker?

 8        A.   No.

 9        Q.   Okay.  Ms. Maisel, are you married?

10        A.   Yes.                                        02:18

11        Q.   How long have you been married?

12        A.   Five years.

13        Q.   And what is your spouse's name?

14        A.   Anthony.

15        Q.   Does Anthony share your last name?          02:18

16        A.   No.

17        Q.   What's his last name?

18        A.   Bush.

19        Q.   Can you spell that, please?

20        A.   B-U-S-H.                                    02:18

21        Q.   And does Anthony have an occupation?

22        A.   He is primarily a student.

23        Q.   What's he studying?

24        A.   History.

25        Q.   And where is he studying history?          02:19
```

                                              Page 146

1      A.   Currently it's online through -- I don't          02:19

2  know.  It's an online school.  I just don't know it.

3      Q.   Is it a college degree?  Advanced degree?

4  What kind of degree is he pursuing?

5      A.   A master's.                                        02:19

6      Q.   Do you have any children?

7      A.   Yes, I do.

8      Q.   And what ages are they?

9      A.   15 and 16.

10     Q.   Do they both live in the home with you?           02:19

11     A.   Yes.

12     Q.   In addition to your husband and your two

13 children and your mother, anyone else live in the

14 home with you?

15     A.   No.                                               02:19

16     Q.   Do you rent or own your home?

17     A.   Rent.

18     Q.   And how long have you lived there?

19     A.   16 years.

20     Q.   Can you tell me your home address?               02:20

21     A.   1120 Amador.  That's in Berkeley,

22 California 94707.

23     Q.   And would you spell Amador, please?

24     A.   A-M-A-D-O-R.

25     Q.   What's the highest level of education            02:20

Page 147

1   you've completed?                                              02:20

2       A.   Some college and trade school.

3       Q.   Where did you attend college?

4       A.   Do you want all the colleges that I've

5   taken classes at?                                              02:20

6       Q.   Let's back up.  Where did you go to

7   high school?

8       A.   I went to Berkeley High and Maybeck.

9       Q.   And can you spell the second school,

10  please?                                                        02:21

11      A.   M-A-Y-B-E-C-K.

12      Q.   And did you split your time evenly between

13  these two schools?

14      A.   Yes.

15      Q.   But freshman, sophomore year at Berkeley        02:21

16  and junior, senior at Maybeck?

17      A.   Yes.

18      Q.   And did you go to college immediately

19  after graduation?

20      A.   No.                                                   02:21

21      Q.   When did you first pursue college courses?

22      A.   Probably a year later.

23      Q.   And, I'm sorry, what year did you graduate

24  high school?

25      A.   '84.                                                  02:21

                                                      Page 148

1        Q.    And where -- what college did you first        02:21

2    pursue classes at?

3        A.    Contra Costa Community College.   And --

4        Q.    How -- how long did you study there?

5        A.    Probably a year.                               02:22

6        Q.    And did you receive an associate's degree

7    or any degree?

8        A.    No.

9        Q.    Did you continuously pursue college

10   courses or was it more sporadic?                         02:22

11       A.    More sporadic.

12       Q.    Okay.   And how many -- approximately how

13   many different colleges have you had coursework at?

14       A.    Three.

15       Q.    And when you were at Contra Costa             02:22

16   Community College, what types of classes were you

17   taking?

18       A.    Oh, boy.

19       Q.    General description.   I realize it was

20   quite some time ago.                                     02:22

21       A.    Probably back then there were IBMs and I

22   took a computer class, and an English class, and I

23   really don't remember.

24       Q.    Okay.   When did you next -- what college

25   did you next take courses at?                            02:22

1     A.    Laney.                                              02:22

2     Q.    L-A-N-E-Y?

3     A.    Yeah.

4     Q.    And about what year did you go there?

5     A.    Yeah -- I don't know.   About what year?        02:23

6     '86.   I'm just guessing.   I really don't remember.

7     Q.    How long did you study at Laney?

8     A.    Probably also about a year.

9     Q.    And a general description of the type of

10    coursework.                                             02:23

11    A.    I think I took a math class there, and a

12    history class, and possibly an art class.

13    Q.    And did you earn an associate's degree or

14    any other kind of degree --

15    A.    No.                                                02:23

16    Q.    -- community college -- or while at Laney?

17    A.    No.

18    Q.    And then what was the third college where

19    you took coursework?

20    A.    Santa Monica.                                      02:23

21    Q.    Is that also a community college?

22    A.    It is.

23    Q.    And do you know approximately what time

24    period you were there?

25    A.    '98, '97 -- '96, '97, '98, somewhere in          02:24

                                              Page 150

1        there.  I'm not sure.                                    02:24

2            Q.   And what kind of -- what kind of courses

3        did you take?

4            A.   I took early childhood development and

5        psychology.                                              02:24

6            Q.   Okay.  Any degrees earned?

7            A.   No, but I did get A's.

8            Q.   Excellent.  You mentioned that you

9        attended some trade school.

10           A.   I did.                                           02:24

11           Q.   Was it more than one trade school?

12           A.   No.

13           Q.   What trade school did you attend?

14           A.   Vidal Sassoon Cosmetology School.

15           Q.   Was that -- is that the if you don't look       02:24

16       good, we don't look good?

17           A.   I don't remember the slogan, but probably

18       sounds about right.

19           Q.   And about what time period were you at

20       Vidal Sassoon?                                           02:25

21           A.   '90 -- hold on.  That was '95 -- nope.

22       Let's see.  That was probably '95 to '96.

23           Q.   So before Santa Monica Community College?

24           A.   Yes.

25           Q.   Okay.  Did you work as a hairstylist?           02:25

                                                        Page 151

1          A.    Yes.                                        02:25

2          Q.    Any other college level or trade school

3     education?

4          A.    No.

5          Q.    Okay.  Are you currently employed?          02:25

6          A.    Yes.

7          Q.    And what do you do?

8          A.    I own a day care.

9          Q.    What's the name of your day care?

10         A.    It's under my name officially, Elizabeth     02:25

11    Maisel.  But Little B, Big B is how I'm known around

12    here.

13         Q.    What does Little B and Big -- what do

14    Little B and Big B refer to?

15         A.    Well, you could leave it to the              02:26

16    imagination of -- it can mean a lot of things.  It

17    can mean the alphabet, the Little B and the Big B in

18    the alphabet.  It could be me, Little B, Betsy, Big

19    B, Barbara, and other such things.

20         Q.    Who is Barbara?                              02:26

21         A.    She is my working partner.

22         Q.    When did you open your day care?

23         A.    2007.

24         Q.    And have you -- has it been open

25    continuously since 2007?  Notwithstanding the         02:26

                                              Page 152

```
 1    pandemic.  I'm sure there might have been some          02:26

 2    disruptions.

 3         A.   I stayed open.

 4         Q.   You stayed open.  That's amazing.  Okay.

 5    I wish I knew you after I had my baby.                  02:27

 6              Where is the day care located?

 7         A.   In my home.

 8         Q.   And how many children do you accept at a

 9    time?

10         A.   Four to six, but we like to keep it at       02:27

11    about four or five, no more.

12         Q.   And do you have preferred age ranges or

13    set age ranges?

14         A.   There are licensing requirements or

15    constraints.  But, yeah, we take care of about 1 to    02:27

16    2-and-a-half-year-olds.

17         Q.   Who does the cleaning in your home for

18    purposes of the day care?

19         A.   Me and Barbara.

20         Q.   Do you use plant-based products to clean      02:28

21    your home?

22         A.   We try to because --

23         Q.   All right.  I have a few questions that I

24    am required to ask that fall in -- your counsel will

25    know once I get there -- in the credibility bucket.     02:28
```

Page 153

```
 1     I don't mean to pry and I don't mean to offend.  If        02:28
 2     any of this information you'd like to have
 3     designated confidential, certainly happy to
 4     accommodate that.
 5             So I'll start with, have you ever been              02:28
 6     arrested?
 7        A.   No.
 8        Q.   Have you ever filed for bankruptcy?
 9        A.   Yes.
10        Q.   When did you file for bankruptcy?                   02:29
11        A.   I don't remember.  2008?  I can't
12     remember.  It was after my kids' father passed away.
13     So I actually don't remember.
14        Q.   Do you remember how long until after the
15     bankruptcy proceedings were completed?                      02:29
16        A.   Do I know how long after the bankruptcy --
17        Q.   I'm sorry, I should have asked that
18     better.
19             How long did it take for the bankruptcy
20     proceedings to complete?                                    02:29
21        A.   Oh, it was not long.
22             MS. PATEL:  Okay.  Those are all the
23     questions I have for you today.  We can go off the
24     record and see if there's stipulations we need to
25     enter into and then pop back on to do that.                 02:30
```

Page 154

```
 1              THE VIDEOGRAPHER:  We are going off the        02:30
 2     record.  The time is 2:30 p.m.
 3              (Off the record discussion.)
 4              THE VIDEOGRAPHER:  We are back on the
 5     record.  The time is 2:35 p.m.                           02:35
 6              And now we are off the record.  The time
 7     is 2:35 p.m., and this concludes today's testimony
 8     given by Elizabeth Maisel.  The total number of
 9     media used was one and will be retained by Veritext
10     Legal Solutions.                                         02:35
11              (At the time of 2:35 p.m. the deposition
12              was concluded.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Veritext Legal Solutions
866 299-5127

1                        DECLARATION

2

3          I hereby declare I am the deponent in the within

4     matter; that I have read the foregoing transcript and

5     know the contents thereof; and I declare that the same

6     is true of my knowledge except as to the matters which

7     are therein stated upon my information or belief, and

8     as to those matters, I believe them to be true.

9          I declare under the penalties of perjury

10    under the laws of the United States that the

11    foregoing is true and correct.

12

13         This declaration is executed this _____ day

14    of _____, 20___, at

15    _____   _____

16            CITY                        STATE

17

18                      _____

19                           ELIZABETH MAISEL

20

21

22

23

24

25

                                        Page 156

1              CERTIFICATE OF REPORTER

2         I, ASHALA TYLOR, CSR No. 2436, in and for the State

3    of California, do hereby certify:

4         That the foregoing proceedings were taken before me

5    at the time and place herein set forth; that any

6    witnesses in the foregoing proceedings, prior to

7    testifying, were placed under oath; that a verbatim

8    record of the proceedings were made by me using machine

9    shorthand which was thereafter transcribed under my

10   direction; further that the foregoing is an accurate

11   transcription thereof.

12        That before the completion of the deposition,

13   review of the transcript was requested.

14        I further certify that I am neither financially

15   interested in this action nor a relative or employee of

16   any attorney or any of the parties hereto.

17        In compliance with Section 8016 of the Business and

18   Professions Code, I certify under penalty of perjury

19   that I am a Certified Shorthand Reporter with

20   California License No. 2436 in full force and effect.

21   WITNESS my hand this 25th day of January, 2022.

22

23

24

25        Ashala Tylor, CSR #2436, RPR, CRR, CLR

                                            Page 157

1    MS. ELIZABETH MAISEL

2    rabbittm2@yahoo.com

3                              January 25, 2022

4    RE: ELIZABETH MAISEL vs. S.C. JOHNSON & SON, INC.

5    1/18/2022, ELIZABETH MAISEL, JOB NO. 5017481

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10        to schedule a time to review the original transcript at

11        a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13        Transcript - The witness should review the transcript and

14        make any necessary corrections on the errata pages included

15        below, noting the page and line number of the corrections.

16        The witness should then sign and date the errata and penalty

17        of perjury pages and return the completed pages to all

18        appearing counsel within the period of time determined at

19        the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21        Counsel - Original transcript to be released for signature

22        as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24        time of the deposition.

25

                                                    Page 158

1   _x_ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2      Transcript - The witness should review the transcript and

3      make any necessary corrections on the errata pages included

4      below, noting the page and line number of the corrections.

5      The witness should then sign and date the errata and penalty

6      of perjury pages and return the completed pages to all

7      appearing counsel within the period of time determined at

8      the deposition or provided by the Federal Rules.

9   __ Federal R&S Not Requested - Reading & Signature was not

10     requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 159

```
1    ELIZABETH MAISEL vs. S.C. JOHNSON & SON, INC.

2    ELIZABETH MAISEL (JOB NO. 5017481)

3                   E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   WITNESS                             Date

25
```

Page 160

**[& - 88]**

| & | | |
|---|---|---|
| **&** 1:10 2:10 4:3 6:3 7:10 158:4,23 159:9 160:1 | | |

| 0 | | |
|---|---|---|
| **000370** 5:13 | | |
| **00413** 1:6 2:6 7:13 | | |

| 1 | | |
|---|---|---|
| **1** 1:25 5:12 7:7 37:6 38:7,16,20,24 40:13 117:18 125:1 153:15 159:1 | | |
| **1-17-22** 6:8 | | |
| **1/18/2022** 158:5 | | |
| **10** 6:11,15,17 39:20 59:9 133:11 133:17 134:3 144:3 | | |
| **102** 5:4,17 6:19 | | |
| **107** 5:23 | | |
| **1120** 147:21 | | |
| **11625** 157:24 | | |
| **12-20-21** 103:17 132:2 | | |
| **13** 122:14,20,23 | | |
| **134** 6:20 | | |
| **136** 112:18,20,25 113:10,12 | | |
| **137** 6:3 | | |
| **138** 6:7 | | |
| **14** 6:18 127:23 | | |
| **15** 104:13,15,16 113:1,13 122:15 122:20 147:9 | | |
| **16** 147:9,19 | | |
| **160** 1:25 | | |
| **17** 104:16 | | |
| **18** 1:18 2:18 7:1,6 98:19 102:1 113:1 | | |

**19** 104:13,15 127:23
**1:00** 101:3
**1:07** 101:14 102:2 102:4

| 2 | | |
|---|---|---|
| **2** 5:14 38:15,23 45:11,14 46:1,19 111:1 125:2 153:16 | | |
| **20** 6:12 108:22 133:5 156:14 | | |
| **2007** 152:23,25 | | |
| **2008** 154:11 | | |
| **2017** 141:16 | | |
| **2020** 25:19 34:21 39:20,24 54:11 56:20 62:1,2 125:8 | | |
| **2020s** 120:10 | | |
| **2021** 108:22 | | |
| **2022** 1:18 2:18 7:1 7:7 102:1 157:21 158:3 | | |
| **2025.520** 158:9,12 | | |
| **20th** 103:19 133:25 134:6 | | |
| **21** 6:14 71:4,13,19 115:6 | | |
| **213** 3:15 | | |
| **213.892.5200** 4:8 | | |
| **22** 115:6 116:12,19 | | |
| **228** 3:5 | | |
| **23** 116:13,18,19 118:12 129:11 | | |
| **2436** 1:22 2:19 157:2,20,25 | | |
| **25** 129:6,8 158:3 | | |
| **25th** 157:21 | | |
| **26** 129:6,8 | | |

**27** 6:11,12
**28** 6:13 70:21 71:3 71:20 72:1
**2:02** 144:7,9
**2:15** 144:4
**2:30** 155:2

| 3 | | |
|---|---|---|
| **3** 5:15 6:13 69:5 69:20 89:14 90:4 111:2 112:14,17 115:4 124:23 129:8 | | |
| **30** 103:2 123:20 133:9 159:1 | | |
| **30th** 133:10 | | |
| **31** 104:8 | | |
| **35** 6:14 | | |
| **36** 6:15 | | |
| **37** 5:12 | | |
| **373** 5:13 | | |
| **39** 6:16 | | |
| **3:21** 1:6 2:6 7:13 | | |
| **3rd** 3:5 | | |

| 4 | | |
|---|---|---|
| **4** 5:16 82:17,18 83:1 90:3 110:25 117:19,25 124:24 | | |
| **415** 3:7 | | |
| **46** 5:14 | | |

| 5 | | |
|---|---|---|
| **5** 5:17 38:15,16,20 38:23,24 55:21 85:22 86:1 91:6,9 91:19 93:1 95:17 96:11 99:16,23 102:17,18 103:6 108:16 117:25 122:12,17 129:6,7 131:12,22 134:6 | | |

**5017481** 1:23 158:5 160:2
**53** 96:22,23
**56** 113:9
**57** 85:23
**58** 112:20 113:10 113:12

| 6 | | |
|---|---|---|
| **6** 5:23 6:16 99:17 107:20,21,24 112:14 115:3 124:20 132:7,25 | | |
| **6000** 4:6 | | |
| **64** 71:4 91:10 112:20 | | |
| **69** 5:15 | | |

| 7 | | |
|---|---|---|
| **7** 6:3,19 85:23 91:10 127:22 137:7,19,21 138:2 138:12 139:21,24 139:25 | | |
| **707** 4:6 | | |
| **72** 98:14 | | |
| **730-0387** 3:7 | | |
| **75** 6:17 | | |
| **788-4050** 3:15 | | |

| 8 | | |
|---|---|---|
| **8** 5:4 6:7 94:24,24 95:7,15 104:8,10 137:7 138:5,7 141:20 | | |
| **8016** 157:17 | | |
| **804** 3:13 | | |
| **82** 5:16 | | |
| **84** 148:25 | | |
| **86** 150:6 | | |
| **88** 99:11,22 | | |

Page 1

**[9 - anthony]**

**9**

**9**  6:20 94:24,25
  95:6,8 96:1
  140:18
**90**  6:18 151:21
**90017-3543**  4:7
**90069**  3:14
**9255**  3:13
**94301**  3:6
**94707**  147:22
**95**  151:21,22
**96**  150:25 151:22
**97**  150:25,25
**98**  150:25,25
**9:57**  2:17 7:2,6

**a**

**a.m.**  2:17 7:2,6
  12:6,7 34:13,14
  75:5,6
**ability**  9:13,17
**able**  20:21 29:24
  56:13,19,22 69:1
  70:7 118:7 137:1
  140:14
**absolutely**  93:16
**accept**  153:8
**acceptable**  68:19
**accommodate**
  154:4
**accord**  35:19
**accrued**  113:6,19
**accurate**  41:3 86:5
  87:5,13,16,19
  120:24,25 157:10
**accurately**  14:24
  75:24
**achieve**  68:6,11
**action**  5:16 21:18
  76:17,24 78:4,4
  79:7,24 81:11

**83**:23 84:23 86:9
  157:15
**active**  34:23
**add**  52:17
**added**  94:4
**addition**  98:20,20
  147:12
**additional**  136:25
**address**  39:17,17
  147:20
**addressed**  28:12
**admonitions**  10:21
**advanced**  147:3
**advertise**  98:22
  99:7
**advertised**  91:23
**advertising**  86:14
  91:21 99:2
**affiliations**  7:20
**affirmed**  8:12
**age**  153:12,13
**ages**  147:8
**ago**  149:20
**agree**  10:5,8 11:5
  86:19 93:14 109:4
  109:7 114:15
  130:16
**agreed**  31:19
**agreement**  5:12
  37:21 39:2 40:13
  40:22
**agreement's**  40:16
**ahead**  15:22,23
  18:8 25:17 78:4
  126:14 131:11
  134:23
**airplane**  9:21
**al**  7:9
**allegation**  51:10
**allow**  90:23

**allowed**  10:21,23
  11:1
**alphabet**  152:17
  152:18
**altered**  95:22
  96:13 129:14
**alto**  3:6
**amador**  147:21,23
**amazing**  153:4
**ambiguous**  15:20
  16:22 17:16 18:21
  20:14 21:2,16,23
  25:16 26:6 28:22
  29:5 32:4,21
  38:18 40:18 41:8
  45:1 47:6 48:17
  50:5,24 52:13,23
  57:10 59:4,11
  60:18 64:24 65:22
  66:6,19 67:23
  68:9,21 72:9
  75:22 76:7,19
  77:16,25 78:18,24
  79:9 80:9 81:3,20
  84:2 86:22 87:1,7
  88:13 90:7 92:14
  94:16 96:16 97:18
  107:12 109:6
  114:3,19 116:1
  123:11,17 124:16
  126:3,25 128:14
  130:19
**amended**  5:15
  70:18,18 89:19,21
  89:25 90:5,15
  121:13 143:1
**amount**  48:6
  82:12 113:6,20
  130:15
**amounts**  113:5,18

**andronico's**  54:20
  61:19
**angeles**  3:14 4:7
**answer**  6:10 13:13
  13:16,22 14:11,12
  15:22,24,25 16:23
  17:10 18:4 19:7
  19:19 20:8,18,21
  21:4,25 22:9,16
  23:14 24:9 26:14
  26:15 27:14,16
  28:8 29:7 32:5
  36:5,8,14 38:19
  39:9 41:9,10 45:2
  47:7,14 48:3,19
  49:7,14 65:4
  66:25 67:4,8,9
  72:21 75:17 77:4
  78:7 80:11 87:9
  87:12,12 90:18,22
  90:24 91:2,4
  92:17,18,21 93:7,9
  93:17,20,21
  102:14 106:2,6,11
  106:25 114:6
  118:8 126:12
  127:18 134:12
  136:3 145:16
**answered**  18:13
  26:11 27:4 29:5
  30:12 47:12 52:7
  73:17 105:25
  114:21 120:16
  123:23 124:3
  126:9 127:16
  131:1 133:20
  135:9,15
**answering**  77:17
**anthony**  146:14,15
  146:21

Page 2

[anybody - based]

**anybody** 40:21
 145:25
**anymore** 103:24
 127:14
**anyway** 102:9
**apc** 3:3
**apologies** 80:21
**apologize** 30:21
 53:11,16,17 71:12
 94:10 137:25
**appear** 38:24
**appearance** 12:13
**appearances** 3:1
 7:19
**appearing** 158:18
 159:7
**appears** 37:24
**applications** 10:1
 10:6
**appointment** 5:20
 5:22
**appointments**
 42:4
**appreciate** 33:20
**appropriate** 80:5
 80:7
**approval** 88:16
**approve** 88:10
**approved** 88:19
 89:4,5
**approving** 89:11
**approximately**
 31:14,20 55:21
 115:7 149:12
 150:23
**area** 33:22 93:23
**arguing** 135:23
**argumentative**
 27:3 30:17 47:13
 51:13 76:7 106:21
 117:10 118:5

**arrested** 154:6
**art** 150:12
**ashala** 1:22 2:18
 7:17 157:2,25
**aside** 22:8,11,15
 92:19
**asked** 12:24 22:21
 26:11 27:4 29:5
 30:12 33:10,19
 34:22 35:9 39:1
 47:12,23 52:7
 73:17 105:25
 114:21 120:16
 123:22 124:3
 126:9 127:10,16
 131:1 133:19
 135:9,15,25
 154:17
**asking** 13:25
 18:17 23:16 24:2
 29:12,12 49:24
 61:3 72:11 77:13
 77:18 83:19 87:13
 93:3 105:3,10,23
 106:12,13,20
 107:6 140:7
**asks** 140:21
**associate's** 149:6
 150:13
**assume** 13:16
 30:23
**assumes** 25:16
 38:17
**assuming** 33:6
 128:9
**attached** 37:7 46:2
 69:21 82:19

121:24 124:16
 126:10 133:19
 134:18 135:7,20
 135:25
 102:19 107:22
 137:22 138:8
**attend** 53:19 148:3
 151:13
**attended** 151:9
**attendee** 12:12
**attention** 59:6
 98:22
**attorney** 22:7
 23:12,17 27:13,25
 34:18 35:17 39:7
 40:4,9 44:23 45:6
 75:15 90:24
 102:12 116:15,25
 157:16
**attorney's** 117:7
**attorneys** 19:21
 22:16 27:10 28:7
 36:2 40:22 41:1
 44:12 75:12 79:7
 79:11,14,24 82:1
 87:2 90:14 92:18
 93:19 96:19 105:7
 105:21 106:17
 109:19,19,20,23
 114:8 126:12
 127:3
**attribute** 91:23
**audio** 17:6
**authorities** 5:19
**avenue** 3:5
**award** 77:10,11,13
**aware** 33:2 34:1
 76:12 134:23
 135:4,10,11,13
 136:18,19

**b**

**b** 5:10 6:1 8:3
 11:11 38:4 146:20
 148:11 152:11,11
 152:13,14,14,17

152:17,18,19
 159:1
**baby** 153:5
**back** 12:8,11
 16:18 30:24 33:18
 34:15 38:14 45:12
 51:16 53:12,13
 54:1,1,24 56:14
 57:25 62:8 75:7
 82:9,15 83:8
 89:13,15 94:14,21
 102:3 104:25
 106:6 107:19
 112:13,14 114:11
 114:16 115:3
 118:12 123:8,15
 124:7,14 125:8
 127:9 131:15,18
 131:19 132:7
 137:8 138:3
 141:20 144:4,11
 148:6 149:21
 154:25 155:4
**bad** 141:15
**bank** 119:18,22
**bankruptcy** 154:8
 154:10,15,16,19
**barbara** 152:19,20
 153:19
**bars** 11:24
**based** 16:9,11
 18:10 19:11 40:1
 50:3,8,10,13,18,19
 51:4,10,11,25 52:1
 52:17,19 53:3
 57:18,20 58:14,15
 58:19 64:22 65:1
 66:14 67:17 68:24
 68:24 72:4,24
 73:1,2,5,9,10,15
 73:24 74:9,13

Veritext Legal Solutions
866 299-5127

**[based - carefully]**

76:2,5 95:21
96:12 97:7 115:16
115:19 125:9,24
126:7 127:13
128:23 153:20
**basing** 20:13
**beat** 13:25
**beginning** 113:1
116:19 125:13
**begins** 99:16
**behalf** 1:6 2:6 7:21
7:24 8:1,3,7 12:12
76:13,13 77:2,3
86:10
**belief** 156:7
**believable** 98:3
**believe** 15:18
25:25 31:9 41:18
54:18 57:20 61:11
62:7 66:16 79:6
89:8 97:22 103:20
104:6,7 125:7
129:2 156:8
**benefit** 13:19
**berkeley** 9:7
147:21 148:8,15
**best** 11:16 12:19
12:22 13:13 15:2
40:19 110:5
119:15
**betsy** 15:22 26:23
31:11 41:22 101:5
119:6 152:18
**better** 70:9 85:4
118:2 144:22
154:18
**big** 55:24 152:11
152:13,14,17,18
**bigger** 83:9
**bill** 82:3

**bills** 56:20
**biodegradable**
57:18 60:19
**bit** 9:1 30:25 36:21
36:22 54:12 63:22
104:16 121:17,18
127:9
**blanket** 81:15
**bleach** 64:8
**blue** 26:10,20
**blvd** 3:13
**body** 13:24 65:15
66:1,13
**bold** 132:10 139:3
**bothered** 124:2
**bottom** 111:1
124:23
**bought** 21:11 57:3
57:7 58:18 59:1,8
59:15 62:3 65:10
107:9 120:15
125:8 129:12
**boulevard** 4:6
**bowls** 64:5,7
**box** 48:21 127:12
**boxes** 35:7
**boy** 149:18
**brain** 10:17
**brand** 60:2 61:1
64:1 65:20 125:5
125:14,17 128:4
**brands** 60:7
**break** 10:14,17
12:25 14:15,19
30:3,5 33:19 34:2
35:15,22 36:1,5,11
53:19,23 69:7
74:17,20,21 75:13
101:2 102:11
129:24 144:4

**breaks** 10:16,18
10:22 14:15
**briefly** 112:13
**bringing** 128:2
**brings** 86:9
**broke** 17:8 22:11
80:20
**bronner's** 65:17
**bruce** 3:11 8:2,3
23:6 24:16,17,20
37:20 38:3,4 41:2
41:13 42:10 43:24
44:7 71:12,16,17
71:23
**bucket** 153:25
**bush** 146:18
**business** 146:4
157:17
**buy** 54:16 55:6
56:6 60:16,21
63:14,23 64:3
65:12,20 123:2
125:25 126:6,21
**buzz** 16:12

**c**

**c** 4:1 8:3 38:4
148:11
**ca** 158:9,12,20
**calendar** 42:3
**california** 1:2 2:2
3:6,14 4:7 7:12
9:7 86:11,17 92:1
99:18 100:2 109:1
147:22 157:3,20
**call** 25:18,24 26:3
26:9,19,20,20 89:6
98:22
**called** 54:19 59:18
64:15 65:17,25
117:21 142:16

**calling** 11:16
**calls** 15:20 18:7
19:2 20:15 21:2
23:12 29:5 42:25
43:1,12 48:17,17
48:18 50:5,24
52:23 59:10 64:24
66:6,7,19 72:9,20
76:7 77:16 78:17
78:18 80:9,10
81:20,20 86:22
87:7 90:7 92:15
94:16,16 96:16,16
97:18,18 100:8
105:4,18 106:14
107:11 111:9
114:3,12,19,19
123:17 124:16
126:1,23,24
128:12,13 129:20
130:18 133:13
134:19 135:8,8
137:2
**camera** 10:13
**candies** 48:11
**candy** 35:2,8 48:6
48:9,15,24 49:2,10
**cap** 61:24
**capital** 120:8
**caps** 139:4
**caption** 46:22
**card** 56:2,7,15,16
56:20 120:2
140:24
**cards** 56:17,18
119:23,25 120:5
**care** 65:7,20 66:11
152:8,9,22 153:6
153:15,18
**carefully** 13:12

**[caregiver - communications]**

**caregiver** 53:16
**caretaker** 146:7
**case** 1:5 2:5 7:13
  11:4 22:25 25:1
  25:14 27:2,5
  28:15 29:14 30:16
  34:22 35:1,3
  40:22 42:16 46:21
  48:5 49:6,17,17
  75:20,23 76:12,17
  80:15,19,23 81:1
  82:10 94:6 105:24
  106:20 107:14
  115:8 116:3
  118:14 121:15
  124:4 132:11
  140:13
**cases** 32:19
**cash** 56:2,7
**category** 63:24
**caused** 60:16
**caution** 93:15
**ccp** 158:9,12
**cert** 121:14
**certain** 140:7
**certainly** 10:21
  154:3
**certificate** 157:1
**certification** 5:20
  5:25 103:14
  131:13,23 132:19
  132:22 133:18
  143:2
**certified** 32:25
  157:19
**certify** 105:10
  107:8 157:3,14,18
**cetera** 119:18
**chance** 71:8 72:1
  84:22 85:13 89:20
  91:13 141:25

**change** 86:25
  92:13 94:14
  110:24 128:10
  160:4,7,10,13,16
  160:19
**changed** 36:5 94:4
**changes** 68:18
  85:18 89:24
  105:10,14
**characteristics**
  60:15
**check** 56:13
  131:19
**chemical** 95:22
  96:13 129:15,19
**chemicals** 64:3
**chemist** 19:7,23
  68:25 129:23
**chemistry** 96:3,9
**childhood** 151:4
**children** 147:6,13
  153:8
**choosing** 63:20
**chris** 23:6 24:16
  24:22,25 33:11
  41:2 42:20,21
  43:4,25 44:7
**circle** 46:12
**circumstances**
  125:21
**city** 156:16
**civil** 158:19,20
**claims** 51:9
**clarify** 34:19
**clarkson** 3:10 6:8
  23:1,3 25:13,22,23
  26:4 29:22,23,24
  31:15,22,22 32:10
  32:12,18 33:3
  34:21 39:23 40:2
  41:5 44:7,15,19,23

45:6 46:25 49:16
  49:23 143:8
**clarksonlawfirm...**
  3:16,17
**class** 5:16,20,21,22
  5:25 21:18 76:14
  76:17,24 77:2,7,11
  77:14,23 78:4,10
  78:11 80:5,13
  81:11 83:23 84:22
  86:11,11,17,18
  92:1,1 94:8
  103:14 105:10
  107:8 108:14
  111:6,16 113:2,16
  114:1,10,15
  121:13 131:13,23
  132:18,22 133:17
  143:2 149:22,22
  150:11,12,12
**classes** 32:24
  148:5 149:2,16
**clean** 63:12 64:5,7
  153:20
**cleaner** 64:4
**cleaning** 58:24
  63:23 79:2,4 96:4
  122:25 124:8
  125:5,14,17
  153:17
**clear** 10:21 11:5
  33:9,11 43:16
  67:11 89:3 107:17
  125:16 136:24
**clearer** 128:6,11
  128:20
**clearly** 24:11
  46:10
**click** 37:14,17
**clicking** 45:16

**client** 22:7 23:12
  23:17 27:13,25
  35:17 39:7 40:4,9
  44:24 45:7 75:15
  90:24 102:12
**close** 50:1 69:7
**closer** 144:2
**clr** 1:22 2:19
  157:25
**coaching** 36:4
**coconut** 130:5
**code** 157:18 158:9
  158:12,19,20
**cold** 26:20
**college** 147:3
  148:2,3,18,21
  149:1,3,9,16,24
  150:16,18,21
  151:23 152:2
**colleges** 148:4
  149:13
**come** 21:21 29:20
  36:16 95:19
  112:14 115:11,12
  115:15,17 125:7
  144:4
**coming** 85:10
**comma** 90:12
**commencing** 2:17
**comments** 104:1
**commonly** 124:11
**communicate** 9:13
**communicating**
  23:25 116:2
**communication**
  22:10,11 23:17,21
  24:1 27:13,25
  28:10 41:16 90:25
  115:16 121:20
**communications**
  19:20 22:7,8,15

[communications - coursework]

23:13 92:17,20
93:19 121:22
**community** 149:3
149:16 150:16,21
151:23
**company** 111:19
111:21 112:6
**compare** 62:9
**compensation**
107:10
**competently**
117:22
**complaint** 5:14,15
5:16 70:19 83:23
84:23 85:14 89:19
89:21,25 90:4,5,16
92:6 121:12,13
143:1,1
**complaints** 116:8
**complete** 38:12
154:20
**completed** 13:21
148:1 154:15
158:7,17 159:6
**completely** 36:5
**completion** 157:12
159:10
**compliance**
157:17
**complies** 86:3
91:14 95:5,13
104:21 141:23
**composition** 95:21
96:13 129:13
**compound** 18:21
**computer** 36:21
136:9 149:22
**concern** 67:20
135:1
**concerned** 93:13

**concluded** 155:12
**concludes** 155:7
**conclusion** 15:21
48:18 50:6,25
72:20 78:17 80:10
81:21 86:22 87:8
90:7 92:15 94:17
97:19 100:9 105:5
105:19 106:15
107:12 111:9
114:4,20 135:9
**conditioner** 65:12
66:13
**confidential** 37:22
38:1 154:3
**confirm** 110:20
131:20
**conflict** 111:5
113:24 114:17
**confused** 33:13
92:23 107:4 127:9
145:9
**confusing** 107:5
139:22
**connect** 117:4,5
**connection** 11:23
22:13 30:22 81:18
84:19
**consequences**
135:5
**consistent** 96:2
**constraints** 153:15
**consult** 40:21
**consumer** 16:5
58:3 68:15,25
73:5 80:13 97:22
107:16 126:16
129:2
**consumers** 78:12
78:13,21 91:22
94:7 97:4

**contact** 24:14
29:24 34:20,25
49:1,12 116:14,24
117:2,3 118:8
158:9
**contacted** 29:23
40:2,6,10
**contacting** 29:22
**contacts** 41:1
**contain** 95:19 97:8
**contains** 73:1
**content** 35:7 37:23
**contents** 48:5
93:11 156:5
**context** 29:11,18
58:20 72:7 73:15
122:16
**continue** 14:5
20:16 113:3,16
**continued** 4:1 6:1
**continues** 99:16
111:1 124:24
128:2
**continuing** 116:11
**continuously**
149:9 152:25
**contra** 149:3,15
**convenience** 33:20
**conversation**
31:15,18,19 74:25
88:23 136:14
145:12
**conversations**
20:5 31:21 93:11
**convert** 11:16
**copies** 42:15
**copy** 27:8 103:23
**corporation** 1:11
2:11
**correct** 51:12
71:18 73:18 76:5

77:20 92:6 103:24
103:25 109:2
110:1 121:23
122:17 125:19
133:18,25 134:3
140:15,16 143:4
143:23 156:11
**corrected** 40:1
110:8,18
**corrections** 158:14
158:15 159:3,4
**correctly** 11:14
39:5
**cosmetics** 58:23
**cosmetology**
151:14
**cost** 82:9
**costa** 149:3,15
**costs** 81:17,23
82:10,13
**counsel** 3:1 5:22
6:7 7:8,19 8:16
10:22 11:1 12:11
17:7 20:5 22:8,12
26:14 33:16 35:14
36:6 87:3 92:20
93:11 96:19 102:8
102:10 120:21
121:22 142:23
143:8 145:4,10
153:24 158:18,21
159:7
**counsel's** 24:10
**couple** 71:8
**course** 10:6 17:9
110:16
**courses** 148:21
149:10,25 151:2
**coursework**
149:13 150:10,19

[court - disappointed]

**court** 1:1 2:1 7:11
7:17 8:9 13:2,6,19
16:17,20 27:15
33:17,25 51:15,18
80:15,17 105:3,7
106:5,8,17,19
107:2,8 132:4
135:5 139:2
**cover** 132:8
138:25
**covered** 136:7
**created** 50:22 51:5
**credibility** 153:25
**credit** 56:2,14,16
56:16,18,19
119:23,25 120:2,5
140:24
**crr** 1:22 2:19
157:25
**csr** 1:22 2:19
157:2,25
**cues** 13:24
**curious** 97:11
**currently** 9:5
60:25 63:18 64:1
64:13,22 65:8,16
147:1 152:5
**cv** 1:6 2:6 7:13

**d**

**d** 5:1 147:24
**damages** 105:17
105:24 106:12,13
106:20 107:6,8,14
113:4,17 114:1
**date** 81:1 82:13
103:16 121:15
131:14,21,24
133:3,6 136:17
158:16 159:5
160:24

**dates** 118:10
133:22 135:2
**day** 54:13,25 55:6
55:10 56:11 58:17
59:1 62:13 144:18
152:8,9,22 153:6
153:18 156:13
157:21
**days** 58:17 133:11
133:17 134:3
145:8
**deadline** 132:4
133:11 135:6,11
135:14
**deadlines** 133:22
135:17
**dealing** 94:5
**dear** 6:7
**deceiving** 16:4,8
**december** 39:20
103:19 108:22
133:5,9,10,25
134:6
**deceptive** 88:5
128:22
**deceptively** 128:3
**decide** 65:19 77:1
123:2
**decided** 57:22
58:15
**deciding** 32:1 99:3
**decipher** 105:7
**decision** 32:2
**declaration** 5:23
108:11,12 109:4,8
109:16 110:1,4,7,9
110:18 116:8
117:21 118:4
119:11 122:13
124:23 128:19
130:11 132:12,16

132:21 133:4
134:7,10,16 143:2
156:1,13
**declare** 108:25
109:11 156:3,5,9
**defendant** 1:12
2:12 4:2 7:9,22,24
75:24 94:19
107:16 128:3
139:5
**defendant's** 86:14
86:16 88:5 91:21
91:25 98:21
**defer** 96:18 114:7
**deferring** 105:20
**defined** 86:12
**degree** 147:3,3,4
149:6,7 150:13,14
**degrees** 151:6
**dementia** 146:3
**depicts** 71:20
**deponent** 156:3
**deposed** 11:18
12:25
**deposition** 1:16
2:16 6:4 7:8,14
9:14,24 10:7,23
11:3 13:4 14:10
33:8 36:11 144:20
144:24 145:2,3,6,7
145:13,22,24
155:11 157:12
158:19,22,24
159:8,10
**deprive** 74:24
**describe** 50:8 81:1
81:4 115:23
**described** 28:16
28:19 66:12
**describes** 57:18
86:6

**describing** 116:21
**description** 5:11
6:2 23:25 49:24
50:15 86:20
105:14 149:19
150:9
**designated** 154:3
**desire** 128:3
**desktop** 9:23
**details** 132:11
**detergent** 64:9
70:22 71:2,7,20,22
**determined**
158:18,22 159:7
**development**
151:4
**developments**
80:18,22
**difference** 90:9
**differences** 90:3
90:11,15
**different** 17:13
48:4,11 56:4
59:14,18,20,20
61:5,23 92:5 94:2
94:3 97:6,12,15,25
97:25 139:13
143:3,5,18 149:13
**differentiate** 51:24
52:3
**differently** 18:24
86:24 136:1
**direct** 95:16 98:18
99:15 112:13
122:14
**direction** 157:10
**directly** 10:12
**disappears** 69:24
**disappointed**
80:12

Veritext Legal Solutions
866 299-5127

**disclosing** 93:8
**disclosure** 23:12
**discuss** 35:21
  36:10 75:11 102:9
  145:24
**discussed** 23:9
  36:1 44:6,10
  93:18 134:13
**discussion** 155:3
**dish** 59:25 60:10
  60:11,15 61:1,17
  61:21 62:4 63:20
**dishes** 63:12,21
**dishwasher** 21:8
  21:12 54:5,8,16
  55:1,7,9 56:25
  57:3,16 59:2,14
  60:6,6,8 61:14
  62:9,13 63:3,14,19
  66:17 67:16 78:14
  78:22 98:7 99:7
  100:14 107:9
  124:7 125:18,23
  127:12 128:10
  130:8 140:22,22
  140:23 141:4,6,7,7
  141:10
**dishwashing** 18:2
  59:23 62:14
**displayed** 37:2
**disruptions** 153:2
**distortion** 17:6
**district** 1:1,2 2:1,2
  7:11,12 139:2
**division** 1:3 2:3
  7:12
**document** 37:14
  37:24,24 38:9
  70:14 83:17,25
  88:10 89:4,11,18
  94:24 99:11

103:11 104:4,9
108:7,21 110:22
111:8 112:22
134:2 138:17
139:25 142:8
143:3,16
**documents** 6:6
  10:9 27:11 84:18
  116:4,6,9 118:21
  118:23,24 119:1
  119:17 120:20,22
  121:2,4,7,8 136:23
  136:25 139:11
  140:7,21 143:7,10
  145:15,18
**docusign** 39:14
**doing** 13:20 14:4
  93:17 134:25
  146:2
**downstairs** 53:15
  122:3 137:16
**dr** 65:17
**draft** 84:23 85:14
  89:21 103:19
  109:16,22
**drafted** 90:16
  109:18,21
**drawer** 81:15
**drugs** 14:23
**duly** 8:12

---

**e**

**e** 4:1,1 5:1,10 6:1
  8:3 11:11,11,11
  38:4 148:11 150:2
  158:9,12 159:1
  160:3,3,3
**earlier** 8:21 14:14
  20:9 21:7 33:11
  35:9 40:25 53:7
  54:3 67:15 119:24
  136:22 141:3

**earliest** 33:20
**early** 54:11 62:1
  74:19 120:10
  151:4
**earn** 150:13
**earned** 151:6
**earth** 66:1,4
**easier** 112:23
  144:5
**easy** 139:17
**economic** 113:3,17
**ecover** 17:22,23
  21:9,11 27:22
  53:8 54:3 55:6,9
  59:15 60:5 61:2
  62:1,9,16,20 63:3
  66:17 67:16,21
  70:21 71:21 79:2
  79:3 98:7 125:5
  125:14,17 127:12
  128:4 141:4
**edits** 85:18 104:1
  109:22
**educated** 131:6
**education** 147:25
  152:3
**effect** 157:20
**egnyte** 37:4
**eight** 115:8,23
  116:22 121:10,14
**either** 44:15 67:20
  130:7
**elaboration** 88:4
**elderly** 53:10,15
**electronically** 9:14
**elizabeth** 1:5,17
  2:5,16 5:3,17,23
  6:4 7:8,9 8:1,4,11
  11:10 108:19
  132:12,16 152:10
  155:8 156:19

158:1,4,5 160:1,2
**elling** 3:12 12:14
  12:14
**else's** 79:3
**email** 11:3 27:6,8
  27:21,21,23 28:7
  28:12,18,19,20
  29:2 31:6,8 41:15
  41:18 85:2 88:16
  89:7,8 103:21,23
  140:11,15
**emails** 28:3,14
  42:12,15,24 43:20
  43:24 44:2 140:13
**emergency** 53:21
**employed** 152:5
**employee** 157:15
**engagement** 41:6
**english** 104:25
  149:22
**enjoin** 86:16 91:25
**enter** 154:25
**entered** 12:13
**environment** 9:2
  13:23
**err** 93:14
**errata** 158:14,16
  159:3,5
**esq** 3:4,11,12 4:4,5
**estimate** 115:11
  115:18 121:10
**et** 7:9 119:18
**evenly** 148:12
**everybody** 36:24
  37:3 101:3
**evidencing** 140:21
**exactly** 24:24
  73:21 117:15
  121:19
**examination** 5:2
  8:17 102:5

[examined - formulation]

**examined**  8:14
**example**  53:5
  130:3
**excellent**  151:8
**exchanged**  42:13
  43:21
**exclamation**  45:17
**exclusion**  62:16
**excuse**  68:16
**executed**  156:13
**exhibit**  5:12,14,15
  5:16,17,23 6:3,7
  10:2 34:6,7,9
  36:16 37:6 38:7
  40:13 45:11,14
  46:1,19 50:1 69:5
  69:20 82:16,17,18
  83:1 89:14 90:3,4
  91:7 102:17,18
  107:20,20,21,24
  112:14,14,17
  115:3 131:12,22
  132:7,25 134:6
  137:7,7,19,21
  138:2,5,7 139:19
  139:21,21,23,24
  139:25 140:1,1
  141:20
**exhibits**  37:4
  69:16 102:16
  137:12 138:4
  144:15
**existing**  40:4,9
**experience**  32:17
  84:17,19
**experiences**  78:21
**expert**  18:7 19:2,6
  20:15 21:3 48:17
  50:5,24 64:24
  66:6,19 72:10
  76:7 96:16 97:18

**97**:21,21 100:8
  114:3,20 126:24
  128:14 129:1,1,20
  130:18
**expertise**  78:3
  128:16
**explain**  13:15
  29:19 39:6 90:14
  111:7,10
**explanation**  17:4
  17:12 18:18
**extensive**  9:2
**extent**  10:11 40:3
  92:16
**extra**  13:25 77:10

## f

**fact**  16:10 74:9,13
**facts**  25:16 38:17
  117:20
**fair**  10:18 13:17
  14:2 39:22 40:2,6
  40:8 143:20
**fall**  153:24
**false**  51:11,20
  68:16 88:6 97:8
**falsely**  48:20 91:23
  125:9
**familiar**  138:20
  139:6 142:20
**familiarize**  95:1
**far**  54:24 57:11
  82:10 87:5 98:15
  113:9
**farce**  76:1
**fast**  95:10
**father**  154:12
**feasible**  107:15,15
**federal**  159:1,8,9
**feel**  66:20 67:13
  79:10,22 81:15
  110:10 122:15

**feeling**  75:25
**fees**  82:1
**field**  71:22
**figure**  65:4 93:6
**file**  133:6 134:10
  134:16 154:10
**filed**  7:10 76:12
  84:23 85:15 88:11
  89:22 103:16,19
  110:10 121:12,13
  131:14,25 133:10
  133:11,17 134:3,6
  134:10,16 154:8
**filing**  121:15
  131:22
**finalized**  85:19
  89:25
**finally**  43:7
**financially**  157:14
**find**  25:13 29:24
  30:15 49:16,18
  120:14 137:1
  139:17
**fine**  12:2 24:4 34:4
  58:8 63:11 81:7
  101:9 110:21
  122:5 137:18
**finish**  14:16 33:22
  94:12
**finished**  131:10
**firm**  3:10 6:8 7:15
  7:17 23:1,3 25:13
  29:22 30:15 31:23
  32:11,12,18 33:3
  44:15,19,19,23
  45:6 46:25 49:16
  49:23
**firm's**  143:8
**first**  5:15 8:12
  15:10 23:9 24:11
  24:17,20,22 25:3,4

**25**:7,10 31:15,17
  31:18 34:6,20,24
  36:16 38:14 39:22
  46:10 53:12 70:18
  83:17 89:19,21,25
  90:15 129:10
  132:7 148:21
  149:1
**firsthand**  78:20
**five**  34:4 69:5
  118:18,18,19
  136:1 146:12
  153:11
**flip**  38:11 39:11
**floor**  3:5
**focus**  122:19 125:1
**focused**  98:25
  105:13
**foerster**  4:3
**folder**  37:5 45:12
  45:16 69:16 82:16
  89:14,15 102:16
  107:20 137:8,12
  138:4 141:20
**follow**  49:11 67:12
  106:10
**following**  24:10
**follows**  8:14 158:8
**food**  58:24 129:23
  129:25 130:3
**foods**  65:10
**force**  157:20
**foregoing**  105:16
  109:2 156:4,11
  157:4,6,10
**forgive**  38:3 71:16
**form**  84:23
**forms**  98:21 99:1,6
**formulation**  96:4
  96:10 128:9

Page 9

[forth - high]

**forth** 117:20 157:5
**found** 27:1 29:15
**foundation** 18:7
  131:16
**four** 153:10,11
**fourth** 139:19
**francisco** 1:3 2:3
  7:12
**frcp** 159:1
**free** 110:10 122:15
**freezing** 81:12
**freshman** 148:15
**friendly** 66:1,4
**front** 9:19 10:9
  13:6 57:17,22
  58:12 73:8 103:2
  123:1 125:6 129:3
  129:3
**frozen** 11:21
**fruit** 58:24
**full** 40:13 121:19
  157:20
**fun** 54:1
**further** 113:2,15
  157:10,14

**g**

**g** 4:4
**general** 23:25 24:6
  149:19 150:9
**generally** 58:3
  100:18
**generation** 59:19
  59:19
**getting** 33:13 69:7
  135:20
**give** 14:5 15:1
  29:11 53:4 85:22
  98:22 103:2 118:7
  119:15
**given** 9:2 36:4
  100:16 136:17

155:8
**giving** 143:17
**go** 10:14 11:25
  15:22,23 18:8
  19:4 25:17 37:3
  38:14 45:12 46:15
  56:15 74:25 76:1
  78:4 82:15 83:8
  89:13 99:24 101:8
  102:15 106:11
  107:19 112:17,19
  113:12 115:3
  122:12 124:20
  126:14 127:9,11
  131:11,15,18,19
  132:6,7,24 134:23
  137:8,11 138:3
  141:20 144:17
  148:6,18 150:4
  154:23
**goal** 68:14 87:24
  88:1,7 128:19
**goals** 86:6
**goes** 20:9 65:12
  87:6
**going** 7:6 10:11
  12:3 13:12,16
  22:3 23:23,24
  24:6 27:25 30:18
  34:10 35:25 37:1
  43:16 46:8 47:10
  47:18 49:5 54:24
  55:6 57:20 62:8
  63:24 66:12 74:20
  74:21 75:2 82:6,9
  83:8 86:21 90:23
  92:18 95:16 101:6
  101:10 102:8,8
  104:8 106:19
  112:13,14,17
  134:12 137:6,10

137:15 144:6
  155:1
**good** 7:5,25 8:2,6
  8:20 57:15 74:16
  101:2 135:19
  144:14 151:16,16
**goods** 98:23
**gotten** 82:3
**graduate** 148:23
**graduation** 148:19
**gray** 93:23,24
**great** 13:20 14:4
  69:14 70:10,20
  95:9
**guess** 26:23 31:10
  87:21,24 88:3
  131:6,7
**guesses** 118:3
**guessing** 73:5
  131:4 150:6
**guesstimated**
  115:24
**guesstimating**
  115:19 117:12
**guide** 79:23
**guiding** 79:20
**guys** 136:5

**h**

**h** 5:10 6:1 11:11
  146:20 160:3
**habit** 141:17
**habits** 92:11
**hairstylist** 151:25
**half** 125:2 144:3
  153:16
**hamilton** 3:5
**hand** 132:10
  157:21
**handful** 144:17
**handled** 158:8

**happen** 76:16,23
  135:14 136:16,17
**happened** 121:20
  138:2
**happening** 122:10
  145:11
**happens** 69:24
  135:16
**happy** 10:15,18
  154:3
**hard** 51:21 142:20
**harmed** 66:16,21
  67:13
**harrison** 4:5 7:23
  7:23 36:18,20
  45:18,20,23 69:14
  69:17 82:23,23,25
  137:19 138:5
**harsh** 64:19
**hate** 74:23
**head** 11:15 12:18
  14:6
**heading** 140:3
**hear** 8:21 14:9
  22:12 30:1,7 32:5
  67:7
**heard** 12:17 16:12
  27:5 29:25
**held** 7:14
**help** 25:9 32:1
  41:25 56:23 65:3
  117:8 138:25
  145:13
**helps** 26:16 70:4
**hereto** 37:8 46:3
  69:22 82:20
  102:20 107:23
  137:23 138:9
  157:16
**high** 148:7,8,24

**higher** 100:18
**highest** 147:25
**highly** 97:9
**history** 146:24,25
  150:12
**hold** 22:6 23:11
  27:12 35:16,24
  49:3 78:16 83:7
  90:17 99:21
  110:11 151:21
**home** 9:8 39:17
  63:6,7,23 147:10
  147:14,16,20
  153:7,17,21
**honestly** 142:19
**hope** 68:6
**hopefully** 82:24
  144:2
**hour** 69:7 143:25
  144:2,3
**hours** 115:8,23
  116:22 121:10,11
  121:14
**household** 122:25
  124:8 128:4
**huh** 28:25 62:23
  84:6 92:4,7 93:12
  116:20 117:1
  118:15,18 123:5
  125:12 129:8,17
  141:2
**husband** 147:12
**hypothetical** 21:2
  50:25 66:24 68:21
  79:9 97:19 114:5
  114:21 126:2
  127:5 128:13
  130:20

**i**

**ibms** 149:21
**idea** 21:14,17,21
  22:5,21 82:12
**identification** 37:7
  46:2 69:21 82:19
  102:19 107:22
  137:22 138:8
**images** 57:19
**imagination**
  152:16
**imagine** 124:17
**immediately**
  148:18
**inaccurate** 87:18
  87:20
**inappropriate**
  23:22 80:6
**inaudible** 11:19
**inbox** 29:3
**inc.'s** 6:3
**incentive** 77:11,13
**included** 158:14
  159:3
**includes** 52:15
  73:9
**including** 113:4,17
  125:6 140:24
**incomplete** 21:1
  50:25 66:24 68:21
  79:9 97:19 114:4
  114:20 126:2
  127:4 128:13
  130:19
**incorporate** 74:21
**incorporated** 7:10
**incurred** 82:13
**independent** 20:4
  93:18 98:6,12
**indicia** 36:3

**individually** 1:5
  2:5 86:9
**information** 20:1
  83:24 84:4,15
  118:21 120:22
  121:4,7 123:1
  124:14 154:2
  156:7
**infra** 86:12
**ingredient** 17:11
  20:24 53:5
**ingredients** 17:5
  17:14 18:15,16
  50:3,11,18,21 51:4
  51:11,25 52:1,18
  52:19,20 63:17
  72:4,24 73:1,2,9
  73:10,15,16,24,25
  95:19,20 96:12
  97:10 100:18
  125:10,24 126:8
  127:13 129:13
  130:7
**injunctive** 86:13
  91:20 94:6 105:13
  107:14 113:25
**insert** 16:21
**insofar** 86:6
**instruct** 75:17
  92:18 102:14
  134:12
**instructed** 6:10
**instructing** 36:7
  36:13 67:3,8 91:1
  91:3
**instructions** 11:6
  27:16
**instructs** 14:12
**interact** 41:14
  42:21 43:8

**interacted** 41:5
  43:9
**interaction** 25:4,7
**interest** 111:6
  113:5,19
**interested** 136:19
  157:15
**interests** 111:5
  112:4
**interject** 14:9 18:6
  33:4
**interjecting** 93:4
**internet** 11:23
  30:22
**interpret** 72:14
  73:8
**interrupt** 37:20
  78:6
**interrupting** 71:13
**intervening** 31:23
**interview** 31:24
**interviewed**
  118:13
**introduce** 34:6
**introduced** 36:23
  45:24 69:18 83:1
  137:20 138:6
**introducing** 36:18
**introduction**
  104:13
**invading** 24:3
**invested** 112:9
**investments**
  111:14,23 112:8
**invoices** 140:24
**involve** 27:22
**involved** 15:8,12
  27:22 47:20,24
  115:20
**involvement**
  115:23

Veritext Legal Solutions
866 299-5127

**issue**  30:22 88:20
  88:21
**item**  118:11,20
  129:24,25 130:3
**items**  55:23 56:6

**j**

**january**  1:18 2:18
  7:1,6 54:15 56:20
  102:1 141:16
  157:21 158:3
**jargon**  92:24 93:1
  93:4 105:13
**jeez**  112:21
**jeff**  4:13 7:15
**job**  1:23 13:20
  14:4 64:6 135:1
  158:5 160:2
**joe's**  61:19 64:14
**jog**  138:25 143:21
**jogging**  139:8
**johnson**  1:10 2:10
  6:3 7:10,22,24
  15:18 21:14,21
  22:22 31:19 32:1
  47:25 51:10 67:21
  99:7 111:18 139:5
  158:4 160:1
**johnson's**  62:25
**judge**  13:6 123:1
**jump**  30:24
**juncture**  63:21
**junior**  48:13,14
  49:2 148:16
**jury**  13:6

**k**

**k**  148:11
**katherine**  3:11 8:3
  23:6 24:16,17,20
  38:3 41:2 44:7
  71:16

**kbruce**  3:16
**keep**  112:15
  121:21 140:2,19
  153:10
**keeping**  141:17
**kelling**  3:17
**kelsey**  3:12 4:5
  7:23 12:14 36:19
  69:17 82:23,25
**kevin**  3:4,8 7:25
  23:6 24:16 25:6
  41:2 43:7,18,21,25
  44:7 136:10
**kharrison**  4:10
**kid**  137:16
**kids**  154:12
**kind**  13:21 32:17
  56:13 58:22 60:11
  63:19 64:9 65:8
  65:15 73:19
  116:11 141:6,10
  147:4 150:14
  151:2,2
**kinds**  32:18
  136:16
**knew**  153:5
**know**  10:15,17
  11:21 12:20,20
  14:16,17 16:11,24
  16:25,25 17:10,23
  18:10,22 19:6,7,16
  19:18,24 20:12,21
  20:24 21:4,5
  22:23 23:2,4,8
  24:5,25 26:23
  29:8 31:17 32:17
  32:24 34:6 38:16
  38:19,20 39:12
  40:3,7 41:19,21,23
  42:11,12,14 44:14
  45:19 46:5,13

47:7,8,10,18 48:2
  48:2,19,25 49:13
  49:13,18 51:7
  53:4,22,24 54:7,23
  55:5,9 57:1,17,18
  57:19,21,24 58:17
  59:12 60:12,14,24
  61:12 63:25 64:8
  64:14 65:1,11,19
  66:3,8,9,15 67:2
  68:5,15,22,23
  69:15 70:6,11,23
  71:7 72:11 73:4
  73:12 74:3,12,15
  75:24 76:1,16,25
  77:4 78:7,11
  79:15 80:11,15,17
  82:2,6 83:3 84:25
  86:8 87:17,18,19
  88:4,18 89:5 90:8
  91:8,13 94:18
  96:10 97:1 98:13
  98:15 99:6,12,25
  100:10,17,21
  102:7,22 104:5
  105:2,23 106:13
  106:16 107:1
  108:2 109:20,21
  110:9 111:4,15,17
  111:18,22,25
  112:1,2,2,5,22
  113:8 114:6,13
  115:2,20 116:3
  117:11,13,15
  119:9,10,13 120:7
  120:17 121:17
  122:10 123:18,24
  126:4,6,18,22
  127:1,6,23 128:25
  129:1,22,23 130:7
  130:21 131:5,6,24

132:3 133:15
  134:20,21,24,25
  134:25 135:2,3,16
  136:19,20 138:19
  139:6 140:19
  141:3,8,22 142:13
  142:14,16,21,23
  144:2 145:16
  146:2 147:2,2
  150:5,23 153:25
  154:16 156:5
**knowledge**  13:14
  40:19 67:14 78:20
  79:3,5 88:14 89:7
  98:7,12 100:24
  110:5 117:20
  119:12 156:6
**known**  95:18 97:7
  129:12 152:11

**l**

**l**  11:11,11 150:2
**label**  57:17,22,25
  58:12 67:16 68:17
  69:2 71:7 72:1
  73:8 74:6 75:25
  94:14 97:23 98:1
  98:3 99:3 105:10
  105:14 123:15
  124:14 125:23
  126:20 128:11
  129:3
**labeled**  125:9
**labeling**  16:4,8
  62:18 66:8 68:15
  86:14,16 88:5,6
  91:21,25 97:21
  107:17 128:4
  129:1
**labels**  68:18 98:7
  123:2,8 124:8
  125:6 128:6,20

[lack - lost]

**lack** 96:8
**lag** 36:22
**landmark** 85:23
**laney** 150:1,7,16
**language** 117:7,8
  139:4
**laptop** 9:23,25
**late** 25:19
**laundry** 64:9
  70:21 71:2,20,22
**lavender** 71:22
**law** 3:3,10 6:8
  23:1,3 29:22
  30:15 33:3 49:23
**laws** 108:25
  156:10
**lawsuit** 15:10
  23:10,21 24:2,12
  24:15,18 28:4
  29:20 34:23,24
  35:11,15,22 39:23
  40:10 44:8,11
  46:24 47:4,11,18
  47:20,24 68:7
  86:7 88:1 128:2
**lawsuits** 15:13
  35:10 49:19
**lawyer** 14:9,11
  23:9 24:11,17
  25:1 44:24 45:7
  49:1,12
**lawyers** 22:24
  23:2 25:11 27:2
  28:15 29:15 44:5
  44:18 82:4 119:2
  133:10 134:9,13
  134:16 145:1,25
**layperson** 126:15
**layperson's** 19:13
  20:6

**lead** 125:21
**leading** 145:8
**learn** 93:10
**leave** 152:15
**led** 57:19
**left** 38:15
**legal** 7:16,18 15:20
  48:18 49:22 50:5
  50:24 72:20 78:17
  80:10 81:21 86:22
  87:8 90:7 92:15
  92:23 93:1,4
  94:17 97:19 100:9
  105:1,4,12,18
  106:14 107:11
  111:9 114:4,20
  135:8 155:10
  158:7
**lengthy** 94:25
  122:14
**letter** 6:7 41:6
**letterhead** 143:8
**letting** 122:9
**level** 147:25 152:2
**license** 157:20
**licensing** 153:14
**life** 124:10 141:13
  141:15
**light** 119:20
**liked** 62:18,18
**limited** 113:4,18
**limiting** 87:21,23
**line** 6:11,12,13,14
  6:15,16,17,18,19
  6:20 14:18 98:18
  99:16,17,23
  113:13 116:11,12
  116:19 117:19
  118:12 122:23
  129:11 130:23
  158:15 159:4

160:4,7,10,13,16
  160:19
**lines** 104:13,14
  113:1 115:6
  117:25 122:14,20
  125:1 127:23
  129:6,8
**liquid** 59:24
  140:23 141:7,11
**list** 114:23 116:13
  118:11,20
**listen** 13:12
**litany** 19:16 20:9
**litigating** 32:18
**litigation** 15:8
  27:11 44:3 77:1
  81:18 86:15,20
  91:24
**little** 9:1 30:25
  33:13 36:21,22
  45:20 54:12 63:22
  70:25 78:2 104:16
  107:4 117:6
  121:17,18 127:9
  152:11,13,14,17
  152:18
**live** 147:10,13
**lived** 147:18
**llp** 4:3
**load** 71:1
**loaded** 46:12
**loading** 82:24
**local** 54:18
**located** 9:6 153:6
**locked** 158:12
  159:1
**log** 23:24
**long** 12:20 31:14
  31:17,18 57:21,24
  112:22 123:6,14
  123:24 146:11

147:18 149:4
  150:7 154:14,16
  154:19,21
**longer** 17:2,5,11
  18:16 20:25 30:25
  45:21 74:20
  129:25
**look** 56:19 57:7,11
  57:13,25 62:12,15
  62:20,22,25 65:6
  69:4 71:6,8 72:1
  99:2 103:18
  104:13 110:25
  115:4,17 119:22
  120:3,9,12 122:25
  123:8,15 127:22
  131:15 137:7
  138:20,23,24
  141:19 142:19
  143:7,11 144:16
  151:15,16
**looked** 57:21 94:3
  120:7 124:7 134:5
  142:24 143:3
**looking** 10:12
  41:15 65:23,25
  71:13,18,19 73:7
  90:11 112:25
  113:13 116:12
  119:4,17 126:17
  131:12 137:1
  143:15,17
**looks** 38:12 39:19
  85:9 139:13 140:7
  142:21
**los** 3:14 4:7
**lose** 10:16
**loss** 61:10
**losses** 113:3,17
**lost** 110:11

[lot - modification]

**lot** 33:15 46:8 64:2
  64:3 142:15,19
  152:16
**low** 11:24
**luck** 70:9
**lunch** 74:21
**luncheon** 101:12

**m**

**m** 11:11 147:24
  148:11
**ma'am** 31:4 47:16
  115:13 120:6
  133:1
**machine** 157:8
**madam** 33:17
**main** 90:2,11
**maintain** 42:3
**maintaining**
  116:14,24 118:8
**maisel** 1:5,17 2:5
  2:16 5:3,24 6:4
  7:8,9 8:1,4,11,20
  11:10,16,17,18
  12:10,17,19 17:18
  22:1,24 24:9
  27:20 28:14 32:6
  34:18 36:10 37:10
  38:6 39:12 45:12
  46:5,18 49:9 50:2
  53:8 58:4 67:7
  69:9 70:11 71:25
  75:10,19 81:16
  83:3,20 91:7
  102:7,22 103:10
  108:7,19 115:1
  117:18 121:6
  132:12,16 135:22
  136:3 138:17
  142:7 144:14
  146:9 152:11
  155:8 156:19

158:1,4,5 160:1,2
**maisel's** 5:17
**manner** 43:10
**manufacturing**
  19:16 96:4,10
**mark** 27:16 84:8
  143:25
**marked** 37:4,6,21
  38:1,7 46:1 69:15
  69:20 82:16,18
  102:18 107:21
  137:11,21 138:3,7
**market** 54:18,19
  54:25 55:5,10
  56:6,15,21 57:5
  58:17 61:14,19
  68:2 100:25
  102:16 120:14
  127:11
**marketing** 68:25
  97:21 128:25
**married** 146:9,11
**master's** 147:5
**materially** 95:22
  96:13
**math** 150:11
**matter** 7:9 10:23
  24:6 28:4 35:6
  41:1 75:12 102:10
  156:4
**matters** 28:12
  49:22 118:14
  156:6,8
**maybeck** 148:8,16
**mean** 16:25 17:12
  18:25 19:10,12,22
  20:6,20 24:23
  31:5 33:7,12 36:3
  41:14 47:21 50:17
  52:11,14,15,15
  53:2 57:12,15

58:24 60:20 61:8
  62:15 68:22 72:15
  72:25 73:7,8,19
  74:23 78:6,7,12
  80:1 87:22 97:14
  100:10 104:24
  110:23 111:7,25
  117:2,3,14 118:9
  119:3 121:17
  124:4 126:12
  129:18 139:10
  140:8 145:4,20
  152:16,17 154:1,1
**meaning** 54:13
  62:14 64:2
**means** 19:15 20:4
  20:7 50:3,8,11,18
  52:15,21,25 56:2
  72:6,12 73:15
  79:17 97:25 100:7
  117:9 118:2,8
  119:13
**meant** 18:19 112:7
**media** 7:7 11:4
  98:21 99:1,6
  155:9
**medications** 14:22
**meet** 24:20,22,23
  25:3 135:5
**meeting** 36:6
**meetings** 42:9
  43:18
**members** 94:8
  113:2,16 114:1,10
  114:15
**memorandum**
  5:18 103:15
**memory** 110:22
  131:16 138:25
  139:8 143:21
  145:16

**mentioned** 21:7
  28:5 111:23 151:8
**merchandise**
  98:23
**message** 53:16
**met** 25:10
**method** 41:15 61:7
**mid** 34:21,21
**middle** 14:17
  122:23
**mind** 93:23 112:16
  128:18 130:4,13
**mine** 108:13
**mineral** 52:18,18
  52:20 53:3,5
  95:21 96:12
  125:10,24 126:7
  127:13 128:5,23
  129:13
**minerals** 95:20
**minimize** 53:14
**minimized** 70:3
**mints** 48:13,15
  49:2
**minute** 71:6 85:5
  85:25 91:12 95:1
  104:8 110:8,21
  137:11 141:21
  144:3
**minutes** 34:4 69:5
**misleading** 51:12
  74:5,9
**mispronounce**
  12:22
**missing** 38:24
  87:25 135:14
**mode** 9:21
**modification**
  95:22 96:14
  129:15,19

Veritext Legal Solutions
866 299-5127

[mofo.com - number]

**mofo.com** 4:9,10
**mom** 101:7 146:2
  146:3
**moment** 58:13
  61:11 80:20 122:1
  135:11
**momentarily**
  82:22 137:9
**monetary** 105:16
  107:10 114:1
**money** 91:22
  94:14,21 114:11
  114:16
**monica** 150:20
  151:23
**monies** 113:6,20
**monitored** 80:18
  80:22
**monterey** 61:18
**month** 31:20,23,25
  54:14 117:14
**months** 120:11
**moon** 3:3,4 7:25
  8:1 15:19,25
  16:14,21 17:15
  18:6,20 19:2,14,19
  20:14,18 21:1,15
  21:22 22:6,13
  23:6,6,11,19 24:4
  24:16,22,25 25:6
  25:15 26:5,11,22
  27:3,12,24 28:6,11
  28:21 29:4 30:3
  30:12,17,18,21
  31:10 32:3,20
  33:2,4,6,7,10,11
  33:19 34:3,4,8
  35:16,24 36:7,13
  37:1,12 38:17
  39:7 40:17 41:2,2
  41:7,10,22 42:20

42:22 43:4,8,18,21
43:25,25 44:7,8,16
44:20,23,25 45:7
46:11,15 47:5,12
48:16 49:3 50:4
50:12,23 51:6,13
51:19 52:2,7,12,22
57:9 59:3,10
60:17 64:23 65:21
66:5,18,24 67:2,5
67:7,22 68:8,20
69:11,13 70:7,9
72:8,16,18,19 73:3
73:11,17 74:2,7,14
74:18,19 75:1,15
75:21 76:6,18
77:15,24 78:16,23
79:8,25 80:8 81:2
81:19 83:5,6,13,14
84:1 86:21 87:1,7
87:11 88:2,12
90:6,17,20,23 91:3
92:14 93:3,6,14,16
94:9,15 96:15
97:17 98:2,9
100:8,15 101:4,8
102:12,24 103:1,5
103:8 105:4,18,25
106:14,21 107:11
108:4,5 109:5
111:8 114:2,12,18
114:22,24 115:25
117:10 118:5
119:6,15 120:16
121:3,5,24 123:10
123:16,22 124:3
124:15,18 126:1,9
126:23 127:4,16
128:12,21 129:20
130:18 131:1
133:13,19 134:11

134:18 135:7,15
135:20,23,24
136:12 137:2
138:14,15 142:3,5
**moonlawapc.com**
  3:8
**moons** 33:5
**morning** 7:5,25
  8:2,6,20 13:9
**morrison** 4:3
**mother** 53:10,15
  147:13
**motion** 5:25
  103:14 105:3,9
  108:14 116:8
  131:13,23 132:18
  132:22 133:18
  134:17 143:2
**move** 45:10 49:15
  104:9
**multipurpose**
  63:25

**n**

**n** 4:1 5:1 150:2
**name** 7:15 8:20
  11:9,14 12:19,21
  39:15 46:21 48:12
  59:20 60:12,13
  64:19 65:11
  108:19 146:13,15
  146:17 152:9,10
**names** 11:14 23:2
  23:5 61:8 120:4
**narrow** 54:12
**narrowing** 56:24
**national** 86:11,17
  92:1
**natural** 59:21,21
  100:17
**nature** 60:19
  61:11

**necessarily** 61:15
**necessary** 158:14
  159:3
**need** 10:13,14,17
  14:15 21:25 34:3
  34:7 45:13 49:7
  53:19,22,23 61:8
  62:14 67:8 106:25
  117:8 118:2
  119:13 154:24
**needed** 117:4,5
**needs** 37:25 76:16
  76:20,23 110:7,18
**neither** 157:14
**nerves** 35:12
**network** 44:15
**never** 119:20
  123:12 124:2
**news** 144:14
**nice** 57:17
**nichols** 4:13 7:15
**nods** 14:5
**non** 13:23
**nonnatural** 97:9
**nonsynthetic**
  100:19
**nontoxic** 66:1,4
**nope** 151:21
**northern** 1:2 2:2
  7:11
**notating** 158:15
  159:4
**note** 132:17
**notice** 6:3 58:11
**notwithstanding**
  152:25
**novels** 95:10
**november** 39:24
**number** 7:13
  55:22 96:11 98:19
  102:17 103:6

Page 15

[number - oversee]

155:8 158:15
159:4
**numbered** 95:17
**numbers** 139:17
**nutrition** 74:24

**o**

**o** 3:4 147:24
**o0o** 7:3
**oath** 13:5,8 157:7
**object** 30:20 86:21
**objection** 15:19
16:22 17:15 18:20
19:2 21:1,15,22
25:15 26:5 27:3
28:21 30:12,17
32:3,20 38:17
39:7 40:17 41:7
44:25 47:5,12
48:16 49:3 50:4
50:23 51:13 52:12
52:22 57:9 59:3
59:10 60:17 64:23
65:21 66:5,18
67:22 68:8,20
72:8,16,17,18
75:15,21 76:6,18
77:15,24 78:16,23
79:8 80:8 81:2,19
84:1 88:12 90:6
90:17,20 94:9,12
94:15 96:15 97:17
98:2 100:8 102:12
105:4,18 106:14
106:21 107:11
109:5 111:8 114:2
114:18 115:25
117:10 118:5
120:16 121:24
123:10,16 124:15
126:1,9,23 128:12
129:20 130:18

133:13 134:11,18
135:7 137:2
**objections** 14:10
19:14 24:11 33:16
50:12 51:6,19
52:2 72:20 73:3
73:11 74:2,7,14
79:25 88:2 98:9
100:15 123:22
127:4,17 128:21
131:2
**objective** 86:16,20
92:12 94:3
**objectives** 91:24
**objects** 26:15
**obligation** 79:6,11
79:23
**occasion** 118:13
**occasions** 118:16
**occupation** 146:21
**offend** 154:1
**offer** 49:5
**offhand** 60:4,13
**office** 158:11
**officially** 152:10
**oh** 22:2 45:9 62:18
70:2 79:14 81:10
99:24 107:25
112:9 117:23
145:14 149:18
154:21
**oil** 130:5,6
**okay** 8:22 9:23
12:1 14:22 15:23
18:24 22:18 26:17
34:5,8 35:14,21
36:15,23 37:12,19
39:4 43:7 46:7,16
47:17 53:23 54:1
54:7 67:10 69:9
69:11,14 70:2,24

71:2,23 74:16
79:21 83:8,12
85:5,9,24 86:4
87:21 89:10,12,16
91:11,18 93:7,22
94:1,11 95:4,14
97:4 98:17,18
99:14,24,25 100:5
100:23 101:1
102:23 103:4
104:11,15,17,18
104:22 106:3
107:1 108:17
109:15 110:23,25
112:7,21,23,24
113:11,14 115:3,5
116:18,23 122:4
122:11,22 124:25
125:3,20 129:9
130:16,24,25
131:18 132:2,9
133:2 137:13,17
138:13,22 139:20
140:17,20 141:19
142:3 143:20,24
145:15,24 146:9
149:12,24 151:6
151:25 152:5
153:4 154:22
**olds** 153:16
**olivia** 4:14 8:7
**once** 45:13 46:5
54:9 60:6 71:7
86:1 91:13 141:21
153:25
**ones** 44:6 116:6
120:7
**online** 147:1,2
**open** 10:2,5 37:18
46:6 61:11 138:12
152:22,24 153:3,4

**opened** 136:8
**opening** 138:10
**opinion** 18:7 19:3
20:15 21:3 48:17
50:5,24 64:24
66:6,19 72:10
76:8 96:16 97:18
100:9 114:4,20
126:24 128:14
129:21 130:19
**opportunity** 40:12
84:25 103:18
**oral** 14:5
**order** 37:23
**ordered** 132:4
**original** 18:5,9
90:4 92:6 95:21
96:12 127:10
129:13 143:1
158:10,21
**outside** 24:25
**overbroad** 15:20
16:22 20:15 51:6
52:13,23 65:22
66:6,19 72:9
77:25 78:24 80:9
116:1
**overlook** 79:23
**overlooking** 79:20
**overly** 17:1,12
18:15,19,25 19:11
20:4,7
**overpaid** 100:13
**overprocess**
129:24
**overprocessing**
130:11
**oversee** 79:24

[p - period]

**p**

**p** 4:1,1
**p.c.** 3:10
**p.m.** 2:18 101:13
  101:14 102:2
  144:9,10 155:2,5,7
  155:11
**package** 48:6
  97:23
**packaging** 48:5
**page** 5:2,11 6:2,11
  6:12,13,14,15,16
  6:17,18,19,20
  38:14,15,16,20,23
  38:24 39:11 46:10
  71:3,13,18,19
  85:23 91:10 104:7
  104:10 108:15,16
  111:1,2 112:20
  113:9,10,12
  117:18,24 118:12
  122:13 124:23,24
  129:8 132:8,24
  139:1,17,19
  158:15 159:4
  160:4,7,10,13,16
  160:19
**pages** 1:25 38:11
  71:1 158:14,17,17
  159:3,6,6
**paid** 55:19 56:1
  82:6,10 91:23
  99:18 100:3 113:5
  113:18
**painless** 9:3
**palm** 130:5
**palo** 3:6
**pandemic** 153:1
**paper** 45:22
**parabens** 65:24,24

**paragraph** 70:20
  71:3,19 72:1
  85:22 86:1,5,25
  87:5 91:6,9,19
  93:1 94:2,25
  95:15 96:1,22,23
  98:14,19 99:11,22
  110:25 112:18,20
  112:25 113:10
  115:4 117:18
  122:12,15,17
  124:20,21,22
  127:22 129:6,7
**paragraphs** 94:24
**pardon** 95:11
**parent** 137:15
**parrot** 104:25
**part** 21:17 33:2
  55:3 87:15,16,18
  91:19 96:11
  117:19 129:10
  132:22
**partially** 73:20
**participation**
  44:10 81:1,9,10
**particular** 54:25
  56:6 60:21 126:16
**parties** 23:25
  157:16
**partner** 146:4
  152:21
**party** 135:5
**passed** 99:25
  154:12
**passing** 45:21
**patel** 4:4 5:4 7:21
  7:21 8:18,21 12:1
  12:2,10,16 16:6,17
  17:3,9,17 18:12,23
  19:9,17,25 20:23
  21:6,19,24 22:20

23:16,23 24:8
  25:20 26:8,13,25
  27:7,15,19 28:2,9
  28:13,24 29:9
  30:6,13,18 31:3,13
  32:9,23 33:7,15,21
  34:2,5,17 35:20
  36:3,9,15,19,24
  37:3,9,13 38:5,22
  39:10 40:20 41:12
  41:24 45:4,18,22
  45:25 46:4,13,17
  47:9,15 48:22
  49:7 50:9,14 51:3
  51:8,15,23 52:5,9
  52:16 53:1 57:14
  58:10 59:7,13
  60:22 65:2 66:2
  66:10,22 67:3,6,25
  68:12 69:3,11,14
  69:19,25 70:3,7,10
  71:18,21,24 72:13
  72:22 73:6,13,22
  74:4,11,16,23 75:9
  75:18 76:3,11,22
  77:19 78:5,19
  79:1,12 80:3,14
  81:6,24 82:15,21
  83:2,5,10,13,15
  84:5 86:23 87:4
  87:10 88:9,15
  90:10,18,21 91:1,5
  91:15 92:25 93:25
  94:11,20 96:20
  97:24 98:5,11
  100:12,20 101:1
  102:6,15,21,24
  103:4,7,9 105:8,22
  106:1,5,9,18,24
  107:19 108:1,4,6
  109:9 111:11

114:9,14,22,25
  116:5 117:16
  118:6 119:8,21
  120:19 121:5
  122:2,5,8 123:13
  123:19 124:1,5,19
  126:5,13 127:2,7
  127:19 128:17
  129:4 130:2,22
  131:8 133:16,23
  134:14,22 135:12
  135:18,22 136:2
  136:21 137:5,18
  138:1,11,14,16
  142:3,6 143:25
  144:13 154:22
**pause** 13:25 94:12
  122:6 137:24
**pauses** 30:23
**pay** 56:3,5,14 59:6
  81:17
**paying** 81:25
**pdf** 158:12 159:1
**penalties** 156:9
**penalty** 13:10
  108:25 109:11
  119:11 157:18
  158:16 159:5
**pending** 14:19
  80:15
**people** 11:15
  12:21 13:24 74:24
  88:24 122:3
  136:17
**perfect** 71:23
  85:12 138:1
**period** 62:2 90:12
  117:13 120:9
  140:23 141:16
  145:6 150:24
  151:19 158:18

Veritext Legal Solutions
866 299-5127

[period - product]

159:7
**periodic** 14:15
**perjury** 13:10
  108:25 109:11
  119:11 156:9
  157:18 158:17
  159:6
**person** 9:4 13:23
  89:1
**personal** 65:7,20
  66:11 79:3,5
  111:5 112:4
  117:20 119:12
**personally** 111:16
**pertinent** 112:3
**phone** 9:19 11:3
  16:15 25:18 26:3
  26:21 41:15,18,20
  43:5,11,14,15 53:9
  88:20 89:6
**photograph** 70:21
**phrase** 50:16
  51:10,24,25 52:17
  52:18 72:14 73:24
  97:11 130:10
**physically** 9:10
**place** 54:21 101:2
  157:5
**placed** 157:7
**places** 61:18
**plain** 104:24
**plaintiff** 1:8 2:8
  3:2 5:17,23 8:1,3
  8:7 12:12,15
  29:14,20 35:10
  48:1 49:20 81:11
  86:9,13 91:20
  95:17 97:4 99:17
  100:2 113:2,15
  132:12,16

**plaintiff's** 5:24
  86:15 91:24
  108:13 132:18,22
**plaintiffs** 94:19
**plant** 16:9,11 17:2
  17:2,11,12 18:10
  19:11 20:25,25
  50:3,8,10,13,18,19
  51:4,11,25 52:1,17
  52:19 53:3 57:18
  57:20 58:14,15,19
  64:22 65:1 66:14
  67:17 68:24,24
  72:4,24 73:1,2,5,9
  73:10,15,24 74:9
  74:13 76:2,5
  95:21 96:12 97:7
  125:9,24 126:7
  127:13 128:5,23
  153:20
**plants** 17:5,5
  18:16,16 95:20
**please** 8:9 10:15
  10:17 11:8 13:14
  13:20 14:5 16:16
  16:18 17:8 18:4
  27:16 33:17 38:2
  51:16 53:23,24
  58:5 61:9 71:15
  72:18,23 83:11
  85:21 93:9 99:12
  103:3 106:25
  115:1 127:20
  138:12 139:12
  146:19 147:23
  148:10
**pods** 60:1,3
**point** 10:18 24:14
  95:2
**pointed** 71:19

**points** 5:18 45:17
  103:15
**pop** 154:25
**possible** 9:3
**possibly** 143:14
  150:12
**post** 62:1
**potential** 36:4
**potentially** 100:19
  126:21 127:21
**powder** 59:24
  140:22 141:11
**power** 141:7
**ppatel** 4:9
**practices** 86:17
  91:25
**precise** 118:7
**precisely** 127:23
**preferred** 153:12
**preliminaries** 9:1
**preliminary** 75:10
**premium** 99:18
  100:3,7
**prepare** 144:20,23
  145:21
**prepared** 109:23
**present** 4:12 9:10
  33:8 62:3 141:16
**presented** 142:22
**preserve** 27:10
**pretty** 33:9 46:10
  57:19 94:24
  118:17
**prevent** 14:23
**previously** 15:7
**price** 59:2 100:25
**priced** 100:18
**primarily** 146:22
**primary** 24:14
  40:25 86:15,20
  91:24 92:12 128:1

**printed** 39:15
  108:18
**prior** 58:16 91:7
  143:22 157:6
**privilege** 10:25
  23:24 24:3 35:17
  39:8 75:16 93:9
  102:13
**privileged** 28:10
  90:25
**probably** 36:25
  57:24 69:6 74:19
  74:25 112:23
  139:18 142:11
  148:22 149:5,21
  150:8 151:17,22
**problem** 48:14,24
  59:5 71:24 92:10
  99:22 100:1
  134:15
**problems** 17:13
  18:18 81:14 85:8
**procedure** 158:19
  158:20
**proceed** 8:16
  76:17,21,23 86:2
**proceeding** 13:5
**proceedings** 122:6
  137:24 154:15,20
  157:4,6,8
**process** 15:5 45:11
  45:20 129:24
**processed** 17:1,13
  18:15,19,25 19:12
  20:4,7 97:9
**processing** 19:16
  20:10 95:23 96:14
  129:14 130:12,16
  130:17,24,25
**product** 17:16,19
  17:21,24 18:14

Veritext Legal Solutions
866 299-5127

[product - ready]

53:8 54:4 55:11
55:17 57:16,20
59:15 60:15 68:1
73:16 74:1 84:17
84:20 91:23 99:3
107:18 111:14,24
123:15 125:7,8,16
125:18,22 126:16
126:21 127:15
128:9 129:12
**production** 6:5
140:3,18
**products** 21:9,11
27:22 58:21,22,23
59:21,22,23 62:10
63:23 64:21,25
65:8,20 66:4,11
75:25 79:2,4
86:15 91:22 95:18
95:19 96:4,5 97:5
97:6,8,12,16 99:19
100:4 113:5,19
122:25 123:3,9
124:8 125:5,15
128:4 153:20
**professions** 157:18
**programs** 10:2
**promised** 77:6
**prompted** 49:1,11
62:12,15
**pronounce** 11:13
**pronouncing**
12:19
**proof** 49:5
**properly** 63:16
**protective** 37:22
**proven** 113:7,20
**provide** 83:24
84:3,18 104:1
120:20 121:8
128:6

**provided** 20:8
84:16 103:21
118:25 119:2
121:1 123:1
145:19 158:19
159:8
**providing** 118:21
120:21 121:4,7
**provisions** 40:16
**pry** 154:1
**psychology** 151:5
**ptlf** 5:13
**public** 112:6
**publicity** 98:22
**publicly** 111:18,21
**pull** 70:8 82:16
89:14 102:16
107:20 112:16
**pulling** 81:14
**purchase** 54:10
55:22 56:11 57:23
58:16 61:13,16
66:17 99:4 125:5
125:14,21 127:14
140:22
**purchased** 48:10
54:4,8 55:1,17,23
56:21,24 60:5
61:14,21 62:8,21
63:1,4 78:13
95:18 97:5,6,12,15
119:19 124:9
125:17,18
**purchases** 120:14
141:6
**purchasing** 61:17
78:21 84:17,19
100:17
**purpose** 63:25
128:1

**purposes** 153:18
**pursue** 77:1
148:21 149:2,9
**pursuing** 113:25
147:4
**purvi** 4:4 7:21
8:21
**push** 74:22
**put** 9:21 23:23
70:3 104:24
**putative** 76:14

**q**

**qualifications**
32:15
**question** 12:24
13:17 14:1,19
16:1,16 17:8,10
18:4,5,10,11,14
19:8 21:20,25
22:17,19 23:15
24:5,10 26:15,17
29:19 30:19 33:13
33:18 36:12 42:20
45:3 47:22 48:3
49:11,14 51:1,14
51:22 57:15 60:21
65:4 67:9 73:20
73:21 75:11 77:5
78:8 79:15 80:2
82:9 84:8 86:2
90:22,24 93:7,9
95:3 96:8 99:10
102:9 106:6,10,25
107:1 110:13,15
114:8 127:10
131:17 135:25
136:4 140:17
143:9 144:22
**questioning** 33:22
**questions** 6:10
10:24 13:13,21

14:6,11,17 15:4
29:12 30:4 43:23
47:23 49:8 69:6
71:9 83:16 93:3
104:3,5 118:3
129:6 135:24
144:17 145:16
153:23 154:23
**quick** 30:5
**quickly** 82:24
141:19
**quite** 19:24 78:7
79:15 149:20

**r**

**r** 4:1 8:3 38:4
147:24 160:3,3
**r&s** 159:1,9
**rabbittm2** 158:2
**raise** 67:20
**range** 58:23
**ranges** 153:12,13
**rarely** 123:12
**read** 16:18,19 30:7
33:18,24 40:12
51:16,17 76:1
86:1,1,8 91:13
92:5 95:6,8 97:3
104:19 106:6,7
121:5 122:15,21
132:15 139:10
156:4
**reading** 69:1
95:10,11 97:22
129:3 158:23
159:9
**reads** 52:19 95:17
98:20 99:17 100:2
113:1,15 115:7
**ready** 34:5 45:19
46:14 70:12 83:13
83:14 91:16 108:4

[ready - research]

137:9,14 138:3
141:22 145:7,13
**realize** 48:23 51:9
149:19
**realized** 104:14
**really** 11:2,24
85:10 98:25 115:2
121:18 123:24
125:1,1 130:21
143:17 149:23
150:6
**realm** 128:16
**reason** 15:1 19:10
40:2 51:21 54:25
160:6,9,12,15,18
160:21
**reasonable** 97:4
**recall** 24:13,19,21
25:5,8,10,23 26:7
26:18 30:11 39:1
41:11 43:6 55:8
55:15 85:1,20
88:19 99:5 120:18
140:8
**receipt** 56:10
**receipts** 119:18
140:24 141:10,17
**receive** 28:14
77:10 107:10
149:6
**received** 27:20
28:3,9,19 42:16
140:10,11 143:6
143:10
**receiving** 140:6
**recess** 12:5 34:12
75:4 101:12 144:8
**reclick** 45:13
**recognize** 38:9
103:10

**recollection** 43:17
61:20 89:4
**reconvene** 101:3
**record** 7:6,20
10:13 11:2,9,25
12:4,6,7,9 16:19
33:24 34:11,13,14
34:16 37:21 43:17
51:17 69:8 74:25
75:3,5,6,8 101:8
101:11,13,14
102:4,9 106:7
144:7,9,10,12
154:24 155:2,3,5,6
157:8
**recorded** 7:7
**records** 25:9 41:25
115:17 121:22
140:15 141:4,5
**recovery** 77:10
**red** 11:24
**refer** 105:12
152:14
**referenced** 158:6
**referring** 46:25
119:5
**refresh** 45:13
69:15 110:22
145:16
**refund** 68:1
**regarding** 34:21
35:7 37:23 81:17
118:14
**regular** 55:3
116:14,24 117:2,3
118:8
**reimbursement**
91:22 94:6
**related** 44:18
**relating** 44:2

**relationship** 40:4
40:9 44:22,24
45:5,8
**relative** 157:15
**released** 158:21
**relevance** 49:4
**relevant** 27:11
59:2 91:19 118:14
124:13 140:23
141:15
**relief** 86:13 91:20
94:6 105:13
107:14 113:25
**rely** 69:1 87:2 98:4
105:6 106:16,19
126:11,19 127:3
**relying** 107:2
**remember** 11:13
26:24 27:1,6,21
29:1,8 30:2,9
31:14,24 35:11
38:21 39:5 42:1,6
43:2 54:23 55:4
55:19,25 56:1,3
59:19 60:2 67:17
84:11,13 131:9,13
140:6 149:23
150:6 151:17
154:11,12,13,14
**remembered**
35:18
**remind** 35:14
119:10
**reminded** 129:5
**remote** 1:16
**rent** 147:16,17
**rep** 77:11,14,23
**repeat** 13:15 16:16
17:8 45:3 51:14
58:6 110:12

**rephrase** 13:15
**replacement** 62:3
**reported** 1:21
**reporter** 7:17 8:9
13:19 16:18,20
17:7 27:15,18
32:5,8 33:17,25
38:2 51:15,18
58:4,8 71:14
72:17 106:6,8
157:1,19
**represent** 25:14
49:16 78:10 86:11
**representation**
68:16 88:6 107:18
126:20
**representations**
97:8 125:6 128:5
**representative**
5:21 77:7 80:5
**represented** 48:20
98:24
**representing** 23:3
27:2 28:15 30:15
49:23 63:16 78:3
**represents** 46:25
**request** 6:5 105:16
140:18
**requested** 16:20
33:25 51:18 106:8
118:22 121:4,7
157:13 159:1,9,10
**requests** 140:3
**require** 92:16
**required** 14:11
153:24
**requirements**
153:14
**requires** 13:9
**research** 32:10,15
55:16

**[respect - see]**

**respect** 41:13
43:23 86:19
**respond** 31:7
106:12 137:15
**responded** 31:6,7
**response** 14:6
18:14 67:19 115:1
129:5
**responses** 14:5
118:3
**responsibilities**
77:23 78:1
**responsible** 81:25
**rest** 116:12 132:15
**restitution** 5:14
**restroom** 10:15
**result** 86:9
**resumed** 102:5
**retailers** 61:22
62:4
**retained** 42:18
155:9
**retainer** 5:12
37:21
**return** 158:17
159:6
**reveal** 92:17 93:17
**revealing** 19:20
**review** 84:22
85:14 89:20 110:9
116:9 145:15,21
157:13 158:8,10
158:13 159:2
**reviewing** 116:3,3
**right** 11:8,24
12:10,23 14:7,8,20
15:7 16:21 24:9
30:21 36:24 38:6
39:20 41:9 45:10
46:13,15,18,21
48:7 50:1 53:7,14

54:5 65:7 69:4
70:14 71:10,21,25
75:10,19 82:15
83:3 85:25 86:5
89:12,17 91:12
93:23 94:23 95:15
96:21 97:2,3
99:10,15 102:7,15
102:24 104:12
107:3,19 112:9,25
113:24 117:17
121:16 122:12
125:4,18 127:18
127:22 128:1
132:10,20,24
133:3,12 134:7
135:19 136:22
137:6,7 139:3,16
140:11 141:12,25
142:7,24 151:18
153:23
**role** 24:25 75:20
75:23 81:5,7
115:8
**roll** 35:21 49:17
**room** 9:11 81:13
**rpr** 1:22 2:19
157:25
**rules** 159:8
**run** 101:6
**running** 34:9
46:16
**ryan** 25:25 39:5,6
44:6

**s**

**s** 4:1 5:10 6:1
11:11 146:20
160:3
**s.c.** 1:10 2:10 6:3
7:10,22,24 15:18
21:14,21 22:22

31:19 32:1 47:25
51:9 62:25 67:21
99:7 111:18 139:5
158:4 160:1
**safe** 135:4
**safeway** 61:19
**sale** 98:23
**san** 1:3 2:3 7:12
**santa** 150:20
151:23
**sassoon** 151:14,20
**save** 45:22
**saved** 43:25 44:3
**saw** 142:25 143:1
**saying** 12:18
111:13
**says** 16:9 26:14
34:18 38:15,23
68:23 71:11 72:3
73:25 76:2 86:8
91:20 108:19,24
116:21 117:19
118:12 120:21
121:3,6 122:23
125:4,13 128:1,22
129:11 134:2
139:19 140:3
**scattered** 42:8
**schedule** 158:10
**school** 147:2 148:2
148:7,9,24 151:9
151:11,13,14
152:2
**schools** 148:13
**scientist** 19:6,23
**scope** 78:3 121:19
**scratch** 123:7
**screen** 36:17 37:25
53:12 70:1 110:14
144:16

**screens** 116:17
136:9
**scroll** 70:20 85:21
91:6 94:23 96:21
98:14 99:12 104:7
108:15 110:19
117:17 138:22
139:9,16 141:21
142:1
**scrolling** 140:2,19
143:20
**search** 118:23
**searched** 121:1
136:24
**searching** 118:20
119:1 120:21
121:3,6
**seated** 10:12
**sec** 23:11 27:12
**second** 45:14
96:11,24 112:15
148:9
**seconds** 103:2
122:24 123:21
**section** 157:17
**see** 12:11 34:9
36:24 37:10 38:6
38:15,23 41:17
46:9,18 56:20
70:5 71:11 72:3
83:9 85:4,4 88:23
92:3 95:24 96:6
99:20 103:16
108:24 111:2
113:7 115:9
116:15,25 117:19
123:4 125:11
127:11 128:7
129:16 132:13
133:6 136:5,6,8,11
136:12 139:10,23

Veritext Legal Solutions
866 299-5127

[see - speculation]

139:23 140:4
141:1 142:10,12
151:22 154:24
**seeking**  78:10
93:10 114:17
**seeks**  86:13 91:20
**seen**  55:11,12
58:14,19 70:14
83:17 108:7
138:17 142:7,11
142:17,22 143:21
**segued**  73:19
**senior**  148:16
**sense**  43:11,20
72:6 73:14 90:2
105:2 121:11
130:23 131:3
143:15
**sent**  42:16 53:16
85:2
**sentence**  95:16
99:16,23 104:20
111:12 112:15
116:12 119:4
125:13 129:10
**sentences**  104:24
105:11
**series**  14:17
**serve**  79:11
**serving**  77:11,14
**set**  26:3,19 117:20
153:13 157:5
**shakes**  14:6
**shampoo**  65:8
66:13
**share**  10:3 34:7,9
146:15
**she'll**  53:22
**shelves**  122:25
**shop**  54:21 55:3,24
55:24 61:18

**shorthand**  157:9
157:19
**shortly**  36:17
137:8
**show**  42:6 118:10
141:5
**showed**  29:2
**shown**  37:24
119:19
**side**  70:4,4 93:15
132:10
**sign**  39:1 108:21
133:3 158:16
159:5
**signals**  13:24
**signature**  39:15
108:18 157:24
158:21,23,23
159:9
**signed**  39:19 40:13
40:23 41:6 119:11
133:24 134:7
145:19
**significantly**
129:14
**silence**  16:14
**silenced**  9:21,22
**silly**  135:21
**similar**  47:23
143:7
**similarly**  1:7 2:7
86:10
**simultaneous**
90:19
**single**  56:15
**sink**  63:21
**sit**  110:6,17
**situated**  1:7 2:7
86:10
**six**  153:10

**skin**  66:1
**sleeping**  137:16
**slightly**  136:1
139:13 143:5
**slogan**  151:17
**slow**  95:11
**small**  55:24
**smaller**  88:22
**soap**  59:25 60:10
60:11,15 61:1,17
61:21 62:4,14
63:20 65:15
**soaps**  61:5,6
**social**  11:4
**socially**  44:14
**solely**  77:2
**solicit**  28:23
**solicited**  28:18,20
**solutions**  7:16,18
155:10 158:7
**somebody**  30:10
79:20
**son**  1:10 2:10 6:3
7:10 158:4 160:1
**son's**  64:6
**sophisticated**  96:3
96:9
**sophomore**  148:15
**sorry**  11:20 15:24
16:12,14 17:7
18:6 20:17 22:2
22:10,12,13,19
26:12,17 31:2
33:12 35:4 37:20
46:11 47:17 50:7
51:20 53:10 64:6
71:12,14,15 72:17
72:19 74:24 78:6
81:8,12 83:9,19
84:12 85:5,11
89:3 91:9 92:9

94:9 99:21,24,25
104:15,19 106:3,5
106:23 109:13
110:12,15 112:19
113:11 116:16,18
117:23 121:25
122:7,11 124:22
126:14 129:7
131:9 132:17
137:10,25 138:23
139:17 142:15
143:9 148:23
154:17
**sound**  69:9
**sounded**  112:3
**sounds**  151:18
**speak**  10:22,24
58:5 145:10
**speakers**  90:19
**speaking**  33:6,16
38:2 71:14,15
**speaks**  111:8
**specialist**  68:25
**specific**  16:7 17:23
28:12 104:25
118:10
**specifically**  49:6
104:12 115:6
120:4
**speculate**  26:23
31:11 41:22 119:6
124:18
**speculating**  41:21
42:11 119:5
**speculation**  29:6
48:18 52:23 59:11
66:7 72:9 77:16
78:18 80:9 81:20
94:16 96:17 114:3
114:12,19 123:17
124:16 126:2,24

Veritext Legal Solutions
866 299-5127

**[speculation - tell]**

128:13 133:14
134:19 135:8
137:3
**spell**  11:8 146:19
147:23 148:9
**spend**  46:8 104:8
137:1
**spent**  115:7,22
119:1 121:12
**spinning**  46:12
**split**  70:1 148:12
**spoke**  24:12 29:16
29:17
**spoken**  43:4,14
44:5 145:5
**sporadic**  149:10
149:11
**spouse's**  146:13
**spray**  63:25
**staff**  44:19
**standpoint**  19:13
**start**  8:25 20:2
36:15 63:24 69:6
95:7 154:5
**started**  12:11
**starting**  22:6
122:23
**starts**  98:19 99:23
111:1 124:23
129:11 132:11
**state**  7:19 11:8
109:1 156:16
157:2 158:9,12
**stated**  8:21 156:7
**statement**  109:10
**statements**  118:4
119:18,22 120:2
120:11 140:25
**states**  1:1 2:1 7:11
109:1 139:2
156:10

**status**  47:3
**stay**  10:12
**stayed**  153:3,4
**steps**  29:21
**stick**  66:12
**stipulation**  158:20
**stipulations**
154:24
**stocks**  112:11
**stop**  35:24 86:13
91:20 128:3
**stopped**  61:2,25
**store**  55:13 57:12
**strange**  80:1 88:23
88:25
**stretch**  10:14
121:15
**student**  146:22
**study**  149:4 150:7
**studying**  146:23
146:25
**stuff**  134:24
**subclass**  99:18
100:3
**subject**  10:23
23:21 24:6 28:4
35:6 75:11 102:10
**substantial**  129:14
130:12,24
**successfully**  32:25
**sue**  21:14,21 22:21
31:19 32:1
**sued**  15:15
**suffer**  113:3,17
**suffered**  113:3,16
114:1
**suggest**  85:18
89:24
**suggests**  130:15
**suing**  21:9 35:3
54:4

**suit**  21:18 76:13
81:11
**suite**  3:13 4:6
**sulfates**  65:24
**summarizing**
87:24
**sunset**  3:13
**supervise**  79:7,13
79:14,17
**supervising**  79:21
**supplies**  58:24
**support**  5:19,24
108:13 132:17,18
**suppose**  9:17
**supposed**  66:25
**sure**  11:5,10 12:17
14:1 16:12 19:24
22:3 24:2 30:6
46:9 47:21 52:15
57:12 58:6 60:20
69:10 71:17 81:7
101:6 111:15
112:7 119:3 122:4
124:10 139:6,15
142:2 145:19
151:1 153:1
**swear**  8:9
**sworn**  8:12
**synthetic**  17:2
97:9 130:1

**t**

**t**  5:10 6:1 11:11
160:3,3
**table**  45:21 89:1
**tablet**  57:16 59:15
60:7 67:16 98:7
125:23 127:12
141:6,11
**tablets**  18:2 21:8
21:12 54:5,8,17
55:1,7,10,20,23

56:25 57:3 59:2
59:15 60:6,8 61:2
62:1,9,10,13,16,21
63:4,14,19 66:17
99:4,8 100:14
107:9 120:15
124:6,7 128:10
130:8 140:22
**tabs**  61:14 78:14
78:22 125:18
141:5
**take**  10:15,18
14:15 29:21 30:3
30:4 34:2 45:14
53:19 69:7 70:25
71:6 85:25 91:12
95:1,12 96:24
101:2 110:8,21
112:5 121:25
123:6,14,20,25
129:23 141:20
144:3 149:25
151:3 153:15
154:19
**taken**  2:16 7:8
148:5 157:4
**takes**  45:20
**talk**  11:1 14:2
17:19 21:8 23:20
57:2 145:1,3,7
**talked**  23:17,19
24:18 39:22 41:20
112:16 116:7,7
136:22 141:3
**talking**  14:1 17:16
28:11 136:23
**tel**  3:7,15 4:8
**tell**  9:5 15:17
27:23 30:10,14
38:12 47:3 50:2
58:22 60:14 63:22

Veritext Legal Solutions
866 299-5127

[tell - trying]

70:17 84:15 88:25
89:17 94:1 106:19
115:22 121:14
122:4 134:9
141:14 144:19
147:20
**telling**  117:8
**tells**  87:11
**ten**  115:8,23
116:22 121:10,14
**term**  50:3,10
58:14,15,19
**terms**  37:22 42:21
43:1 61:24 97:6
97:13,15,25
**test**  131:16
**testified**  8:14 13:2
40:25 53:7 54:3
67:15 85:13 96:2
119:24 142:25
**testify**  8:12 13:9
117:22
**testifying**  14:24
157:7
**testimony**  15:2
36:10 37:23 40:1
67:18 75:12
102:10 119:16
143:6 155:7
**text**  11:3 41:15
132:10
**texted**  137:17
**texting**  53:9
**thank**  8:8,15 11:12
18:3 27:19 32:8
36:19 45:25 58:8
69:19 71:23 89:12
91:18 103:5 122:9
**thanks**  46:16
83:14 108:5
138:15

**theory**  56:22
**thereof**  156:5
157:11
**thing**  135:19 136:7
136:20 139:20
**things**  65:23 94:8
110:13 116:13,22
119:19 127:8
136:16,16 142:19
142:22 144:5
152:16,19
**think**  14:14 22:21
23:16 34:8 36:16
36:25 42:23 45:10
50:21 51:4 53:14
58:13 59:21 64:19
64:20 69:4,6 74:5
74:8,16,20 79:21
80:4 92:22 93:14
94:7,13 96:1
100:13 101:1,9
110:7 113:8,24
114:10,24 116:7
119:4,24 123:6,14
123:20 124:13
130:10,17 134:15
135:22 136:25
137:9 138:2,21
139:9 141:9 142:9
142:17,25 144:2
150:11
**thinking**  34:23
35:12 81:14
**thinks**  135:23
**third**  127:17
150:18
**thought**  14:18
16:15 59:20
100:16
**three**  25:10 61:21
62:4 118:18

120:13 139:18
149:14
**tide**  64:18
**time**  10:14,16 12:4
12:9,18 14:16
21:23 34:3,7,11,16
36:21 40:9 46:8
51:21 54:13,24
61:25 62:2 65:18
70:9 74:17,18
75:3,8 90:15
95:12 101:4,11
102:4 110:9
115:11,12 117:13
119:1 120:9
127:17 137:1
141:13,15,15
144:7,12 145:6
148:12 149:20
150:23 151:19
153:9 155:2,5,6,11
157:5 158:10,18
158:24 159:7
**times**  41:19 54:8
61:23 136:1
**timing**  138:1
**title**  138:24,25
**titled**  140:18
**today**  13:5 14:23
15:2 17:19 96:2
110:17 119:16
145:17 154:23
**today's**  9:24 14:10
144:20,23 155:7
**toilet**  64:4,5,7
**told**  53:21 58:12
**tootsie**  35:2,3,21
49:17
**top**  38:15 111:2
117:18,24 133:6
139:19 143:8

**total**  155:8
**tougher**  13:22
**track**  10:16
**trade**  148:2 151:9
151:11,13 152:2
**traded**  111:19,21
**trader**  61:19 64:14
**transcribed**  157:9
**transcript**  27:17
156:4 157:13
158:6,8,10,13,13
158:21 159:2,2
**transcription**
157:11
**transition**  12:20
**transparency**
68:14
**transparent**  68:23
88:8 107:17
**treister**  4:14 8:5,6
8:7
**trial**  113:7,21
**tried**  61:5,6,7,7
**true**  62:2 69:2
96:11 107:17
109:2 110:1 156:6
156:8,11
**trust**  126:19
134:25
**truth**  8:13,13,14
97:7
**truthful**  98:3,4,8
126:18,20,22
**truthfully**  13:9
**try**  9:3 11:13
18:24 29:10 48:4
75:24 125:20
153:22
**trying**  26:19 29:10
29:13,15,16 47:25
61:24 67:10,12

Veritext Legal Solutions
866 299-5127

**[trying - weeks]**

84:10 88:22 93:6
110:13 116:16,16
117:23 136:5
**tsh**   1:6 2:6 7:13
**tuesday**   1:18 2:18
7:1 102:1
**turn**   137:6
**two**   17:13 18:17
33:5 45:17 64:17
90:9 93:2 104:24
110:13 116:8
120:13 136:8
139:18 147:12
148:13
**tylor**   1:22 2:19
7:17 157:2,25
**type**   99:2 126:16
150:9
**types**   63:23 64:16
149:16
**typically**   41:14
42:21 43:8,9
54:21 61:13

**u**

**u**   8:3 38:4 146:20
**uh**   28:25 62:23
84:6 92:4,7 93:12
116:20 117:1
118:15,18 123:5
125:12 129:8,17
141:2
**understand**   13:4,8
13:14 14:12 16:1
16:2 20:19 22:9
22:16 26:19 27:20
29:10,13,14 40:15
47:25 52:6,24,24
53:18 76:20 77:22
79:15,16,19 93:5,5
105:9,15 107:7,13
110:3 111:12

122:9 125:20
132:6,21 133:22
133:24 134:2,5
136:15 145:5
**understanding**
17:18 20:3,6
51:21 52:20 73:23
75:20 76:4 77:9
78:9 79:22 81:16
81:23 87:6 92:19
93:18 100:6
104:23 143:22
**understood**   13:16
14:21 112:10,12
**unfortunately**   9:1
42:5 141:18
**unit**   7:7
**united**   1:1 2:1 7:11
109:1 139:2
156:10
**unlawful**   86:14,16
91:21,25
**unsolicited**   29:2
**unstable**   22:14
**unwarranted**
99:18 100:3,7
**use**   50:15 56:15
63:3,6,20 64:2,5,7
65:17 79:3 98:21
153:20
**uses**   99:7
**usually**   13:23 60:1

**v**

**vague**   15:19 16:22
17:15 18:20 20:14
21:2,15,22,23
25:15 26:5 28:21
29:4 32:3,20
38:18 40:17 41:7
44:25 47:5 48:16
50:4,23 52:12,22

57:9 59:3,11
60:17 64:23 65:21
66:5,18 67:22
68:8,20 72:8
75:21 76:6,18
77:15,24 78:17,23
79:8 80:8 81:2,19
84:1 86:22 87:1,7
88:12 90:6 92:14
94:15 96:15 97:17
107:12 109:5
114:2,18 115:25
117:6 118:17
123:10,16 124:15
126:2,24 128:14
130:19
**varies**   64:11
**variety**   56:16,18
**various**   98:21,25
**varying**   58:25
**verbatim**   157:7
**verify**   109:25
140:14
**veritext**   7:16,18
155:9 158:7,9,11
**versus**   7:10 107:14
130:24
**vidal**   151:14,20
**video**   7:7 37:25
**videographer**   4:13
7:5,16 8:5,8,15
11:23 12:3,8
34:10,15 75:2,7
101:10 102:3
144:6,11 155:1,4
**videotaped**   1:16
2:16
**vinegar**   64:2
**virtual**   1:16 2:17
9:2

**virtually**   7:14
**visits**   58:16
**vs**   1:9 2:9 158:4
160:1

**w**

**wait**   13:20 30:19
30:24 33:21,22
35:24 104:10
107:25
**waiting**   31:1
**waived**   158:23,23
**waiving**   158:20
**want**   11:5 14:16
23:14 26:22 28:8
93:20 94:8,13,19
94:21 95:6 98:18
99:15 104:5 110:8
110:21 112:15
114:11,16 119:10
122:4,19 125:4,14
125:20 126:17
127:8,9 131:20,24
136:17,24 140:17
148:4
**wanted**   71:17
**wanting**   69:1
129:2
**wants**   97:22
**wash**   65:15 66:13
**water**   64:2
**way**   42:7 44:11
48:4 74:12 112:17
112:23 136:7,17
**ways**   56:4,5,9
**we've**   33:19 42:24
44:6 93:17 116:7
142:24
**website**   62:20,22
62:25
**weeks**   145:8

Veritext Legal Solutions
866 299-5127

[weird - zoom]

**weird** 136:13
**went** 12:24 54:25
  55:5,10 98:15
  148:8
**wheel** 103:1
**whoops** 98:15
**wilshire** 4:6
**window** 37:4
**windows** 10:2,6
  70:1
**wisconsin** 1:11
  2:11
**wish** 153:5
**witness** 5:2 8:10
  15:23 16:2,24
  18:9,22 19:5,15,22
  20:16,20 21:5,17
  22:10,18 25:18
  26:7,12,24 27:5
  28:23 29:7 31:1
  31:12 32:7,22
  33:12 34:1 35:18
  36:4 38:20 40:19
  41:9,11,23 45:3,16
  47:8,14 48:20
  50:7,13 51:1,7,14
  51:20 52:3,8,14,24
  57:11 58:6 59:5
  59:12 60:19 64:25
  65:23 66:8,20,25
  67:4,24 68:10,22
  69:23 70:2,5
  72:11,21 73:4,12
  73:18 74:3,8,15
  75:23 76:9,20
  77:17 78:1,25
  79:10 80:1,12
  81:4,22 83:7 84:3
  86:3 87:2,9 88:3
  88:14 90:8 91:1
  91:14 92:22 93:22

  94:18 95:5,13
  96:18 97:20 98:3
  98:10 100:10,16
  101:6 104:21
  105:6,20 106:16
  106:22 107:13,24
  109:7 111:10
  114:7,13 116:2
  117:11,21 119:7
  119:17 120:17
  121:25 122:3,7
  123:12,18,24
  124:4,17 126:4,11
  127:1,6,18 128:15
  128:22 129:22
  130:21 131:3
  133:15,21 134:20
  135:10,16 136:10
  136:13 137:4,25
  138:10 141:23
  157:21 158:13,16
  159:2,5 160:24
**witnesses** 157:6
**wonderful** 8:19,24
  10:20 39:14
**word** 52:10,10,18
  79:16,19 81:8
**words** 15:17 50:3
  50:16 58:16 93:16
  98:20 105:1
  142:15
**work** 63:10 82:3,7
  101:3 112:1
  151:25
**worked** 63:11
**working** 152:21
**works** 44:15,16,20
  44:24 45:7 69:13
**worried** 93:8
**worry** 36:20

**worth** 120:11
**wrapped** 144:5
**writing** 31:8 88:20
  89:5
**wrong** 11:15 15:18
  49:10

**x**

**x** 5:1,10 6:1 159:1

**y**

**y** 148:11 150:2
**yahoo.com** 158:2
**yeah** 8:23 9:20
  15:25 16:16 18:9
  18:22 19:5,22
  20:11 26:18 28:11
  30:9 31:5,12
  34:20 35:13,18
  39:25 41:23 42:8
  45:5,18 48:13
  49:13 50:10,17,20
  58:25 59:5 61:23
  63:13 72:14 76:10
  78:2,12 79:21
  87:17,21 88:21
  89:2 93:6,7
  100:19 101:4
  105:20 110:23
  112:1,9 114:13
  117:25 118:19
  119:3,7,14,17
  120:1 126:4,11,17
  126:19,19 130:6
  130:21 131:11,19
  133:21 136:6
  139:15,25 142:5
  142:11 143:19
  150:3,5 153:15
**year** 148:15,22,23
  149:5 150:4,5,8
  153:16

**years** 64:17
  146:12 147:19
**yep** 111:3 113:13
  129:8

**z**

**z** 11:11
**zoom** 1:16 2:17
  7:15 10:2 41:18
  42:9,24,25 43:1,15
  43:18

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.