# Exhibit U

*Proof of Continued Sale*

Plaintiffs' Reply in Support of Motion for Class Certification



**All Purpose [Amazon] Webpage**
**URL: https://www.amazon.com/gp/product/B002F5DB0Y/ref=ppx_yo_dt_b_asin_image_o00_s00?ie=UTF8&psc=1**
**Captured: 4/18/2022**



**All Purpose Front Label**
**Date Taken: 04/17/2022**



**All Purpose Back Label**
**Date Taken: 04/17/2022**



**Delicate [Amazon] Webpage**
**URL:**
**https://www.amazon.com/gp/product/B00N86644O/ref=ppx_yo_dt_b_asin_image_o01_s00?ie=UTF8&psc=1**
**Captured: 4/18/2022**



**Delicate Front Label**
**Date Taken: 04/17/2022**



**Delicate Back Label**
**Date Taken: 04/17/2022**