# Exhibit V

*Ingredient Comparison Chart*

Plaintiffs' Reply in Support of Motion
for Class Certification

| NO. & NAME OF PRODUCT | PLTF EVIDENCE: INGREDIENTS DISCLOSED IN DISCOVERY (EX. H, ECF 40-6 (SCJ Doc Prod)) OR IDENTIFIED THROUGH INVESTIGATION (FAC, ECF 16; EX. F, ECF 39-8 (Archived Online Ingredient Disclosures)), Including ADMITTED SYNTHETIC INGREDIENTS (EX. G, ECF 39-9 (Ingredient Glossary—Synthetic Admissions); EX. I, ECF 40-8 (Summarizing & Highlighting Synthetic Admissions)) and RESEARCHED SYNTHETIC INGREDIENTS (FAC, ECF 16) | DEF EVIDENCE: INGREDIENTS LISTED IN DEFENDANT'S EX. 2 TO TAPERNOUX DECL, ECF 46-2 (Ingredient Chart) | INGREDIENTS OMITTED FROM DEFENDANT'S EX. 2, ECF 46-2 |
|---|---|---|---|
| 1. All Purpose Cleaner | (1) 2, 6-dimethyl-7-octea-2-ol† (2) APG 8 (colourless) (Ecoc) (3) APG 8/14 (Ecoc) (4) Benzyl benzoate† (5) Caprylyl, capryl glucoside† (6) Citral† (7) Citronellal† (8) Citronellol† (9) Eucalyptol† (10) Eugenol† (11) X Fatty acids (liquid soap) (warm) (12) Farnesol† (13) Geraniol† (14) Geranyl acetate† (15) Isoeugenol† (16) Isopropyl alcohol† (17) Lactic acid† (18) Lauryl glucoside† (19) Limonene† (20) Linalool† (21) Myrcene† (22) Oleic Acid† (23) X Perfume oranmine 2 55882 (24) Preservative phenoxyethanol† | (1) 2,6-dimethyl-7-octen-2-ol† (2) OMITTED (3) OMITTED (4) Benzyl benzoate† (5) Caprylyl, capryl glucoside† (6) Citral† (7) Citronellal† (8) Citronellol† (9) Eucalyptol† (10) Eugenol† (11) OMITTED (12) Farnesol† (13) Geraniol† (14) Geranyl acetate† (15) Isoeugenol† (16) Isopropyl alcohol† (17) Lactic acid† (18) Lauryl glucoside† (19) Limonene† (20) Linalool† (21) Myrcene† (22) Oleic Acid† (23) OMITTED (24) Phenoxyethanol† | 1. APG 8 (colourless) (Ecoc) 2. APG 8/14 (Ecoc) 3. X Fatty Acids 4. X Perfume oranmine 2 55882 5. X SL Filt. / no bleach 6. Sodium citrate (Ecoc) 7. Water |

**Exhibit "V" ISO Plaintiff's Reply to Motion for Class Certification**
*Chart Comparing Ingredients Plaintiff Identified in Discovery or*
*Through Investigation With Ingredients Identified by Defendant in Exhibit 2*

**LEGEND**
† Plaintiff Identified as Synthetic in FAC (ECF 16)
BLUE Def Admitted Synthetic (Ex. I, ECF 40-8; Ex. F, ECF 39-8)
* Def Did Not Disclose in Discovery

| NO. & NAME OF PRODUCT | PLTF EVIDENCE: INGREDIENTS DISCLOSED IN DISCOVERY (EX. H, ECF 40-6 (SCJ Doc Prod)) OR IDENTIFIED THROUGH INVESTIGATION (FAC, ECF 16; EX. F, ECF 39-8 (Archived Online Ingredient Disclosures)), Including ADMITTED SYNTHETIC INGREDIENTS (EX. G, ECF 39-9 (Ingredient Glossary—Synthetic Admissions); EX. I, ECF 40-8 (Summarizing & Highlighting Synthetic Admissions)) and RESEARCHED SYNTHETIC INGREDIENTS (FAC, ECF 16) | DEF EVIDENCE: INGREDIENTS LISTED IN DEFENDANT'S EX. 2 TO TAPERNOUX DECL, ECF 46-2 (Ingredient Chart) | INGREDIENTS OMITTED FROM DEFENDANT'S EX. 2, ECF 46-2 |
|---|---|---|---|
|  | (25) Pinene† <br> (26) X SL Filt. / no bleach <br> (27) Sodium citrate (Ecoc) <br> (28) Water <br> (29) Sophorolipids† | (25) Pinene† <br> (26) OMITTED <br> (27) OMITTED <br> (28) OMITTED <br> (29) Sophorolipids† |  |
| 2.  Cream Scrub | (1) APG 8/14 (Ecoc) <br> (2) X Clay <br> (3) Coco-glucoside† <br> (4) Ethanol (Ecoc) <br> (5) Glycerin† <br> (6) X Lime <br> (7) Preservative phenoxyethanol† <br> (8) Water <br> (9) Xanthan gum (coated)† | (1) OMITTED <br> (2) OMITTED <br> (3) Coco-glucoside† <br> (4) OMITTED <br> (5) Glycerin† <br> (6) OMITTED <br> (7) Phenoxyethanol† <br> (8) OMITTED <br> (9) Xanthan gum† | 1.  APG 8/14 (Ecoc) <br> 2.  X Clay <br> 3.  Ethanol (Ecoc) <br> 4.  X Lime |
| 3.  Delicate Wash | (1) APG 12 (Ecoc) <br> (2) * <br> (3) Benzyl alcohol† <br> (4) Citric acid (Ecoc)† <br> (5) Ethanol (Ecoc) <br> (6) Fragrance† | (1) OMITTED <br> (2) Benzyl acetate <br> (3) OMITTED <br> (4) Citric acid† <br> (5) OMITTED <br> (6) Fragrance† | 1.  APG 12 (Ecoc) <br> 2.  Benzyl alcohol† <br> 3.  Ethanol (Ecoc) <br> 4.  X LES (Ecoc) <br> 5.  X Liquid Soap <br> 6.  X Perfume floralia SL137886 (!) |

**Exhibit "V" ISO Plaintiff's Reply to Motion for Class Certification**
*Chart Comparing Ingredients Plaintiff Identified in Discovery or*
*Through Investigation With Ingredients Identified by Defendant in Exhibit 2*

<u>LEGEND</u>
† Plaintiff Identified as Synthetic in FAC (ECF 16)
BLUE Def Admitted Synthetic (Ex. I, ECF 40-8; Ex. F, ECF 39-8)
* Def Did Not Disclose in Discovery

| NO. & NAME OF PRODUCT | PLTF EVIDENCE: INGREDIENTS DISCLOSED IN DISCOVERY (EX. H, ECF 40-6 (SCJ Doc Prod)) OR IDENTIFIED THROUGH INVESTIGATION (FAC, ECF 16; EX. F, ECF 39-8 (Archived Online Ingredient Disclosures)), Including ADMITTED SYNTHETIC INGREDIENTS (EX. G, ECF 39-9 (Ingredient Glossary—Synthetic Admissions); EX. I, ECF 40-8 (Summarizing & Highlighting Synthetic Admissions)) and RESEARCHED SYNTHETIC INGREDIENTS (FAC, ECF 16) | DEF EVIDENCE: INGREDIENTS LISTED IN DEFENDANT'S EX. 2 TO TAPERNOUX DECL, ECF 46-2 (Ingredient Chart) | INGREDIENTS OMITTED FROM DEFENDANT'S EX. 2, ECF 46-2 |
|---|---|---|---|
| | (7) Lauryl glucoside† <br> (8) X LES (Ecoc) <br> (9) X Liquid soap <br> (10) X Perfume floralia SL137886 (!) <br> (11) Potassium cocoate† <br> (12) Potassium oleate† <br> (13) Sodium chloride <br> (14) Sodium laureth sulfate (SLES)† <br> (15) Water | (7) Lauryl glucoside† <br> (8) OMITTED <br> (9) OMITTED <br> (10) OMITTED <br> (11) Potassium cocoate† <br> (12) Potassium oleate† <br> (13) OMITTED <br> (14) Sodium laureth sulfate (SLES)† <br> (15) OMITTED | 7. Sodium chloride <br> 8. Water |
| 4. Dishwasher Powder | (1) 2,6-dimethyl-7-octea-2-ol† <br> (2) Alcohol alkozylate† <br> (3) Alpha-terpineol acetate† <br> (4) Amylase† <br> (5) Beta-pinene† <br> (6) Camphene† <br> (7) Citral† <br> (8) Citronellal† <br> (9) Citronellol† <br> (10) Enzymes <br> (11) Ethoxylated Propxylated C12-C14 Alcohol <br> (12) Fragrance Oil <br> (13) Gammaterpinene† | (1) 2,6 Dimethyloct-7-en-2-ol† <br> (2) Alcohol alkozylate† <br> (3) Alpha-terpineol acetate† <br> (4) Amylase† <br> (5) Beta-pinene† <br> (6) Camphene† <br> (7) Citral† <br> (8) Citronellal† <br> (9) Citronellol† <br> (10) OMITTED <br> (11) OMITTED <br> (12) OMMITTED <br> (13) Gammaterpinene† | 1. Enzymes <br> 2. Ethoxylated Propxylated C12-C14 Alcohol <br> 3. Fragrance Oil <br> 4. Sodium Carbonate, Light (Soda Ash) <br> 5. Sodium Chloride Salt <br> 6. Sodium metasilicate, Pentahydrate <br> 7. Sodium Percarbonate <br> 8. Sodium Sulfate |

**Exhibit "V" ISO Plaintiff's Reply to Motion for Class Certification** <br>
*Chart Comparing Ingredients Plaintiff Identified in Discovery or* <br>
*Through Investigation With Ingredients Identified by Defendant in Exhibit 2*

**LEGEND** <br>
† Plaintiff Identified as Synthetic in FAC (ECF 16) <br>
**BLUE** Def Admitted Synthetic (Ex. I, ECF 40-8; Ex. F, ECF 39-8) <br>
* Def Did Not Disclose in Discovery

| NO. & NAME OF PRODUCT | PLTF EVIDENCE: INGREDIENTS DISCLOSED IN DISCOVERY (EX. H, ECF 40-6 (SCJ Doc Prod)) OR IDENTIFIED THROUGH INVESTIGATION (FAC, ECF 16; EX. F, ECF 39-8 (Archived Online Ingredient Disclosures)), Including ADMITTED SYNTHETIC INGREDIENTS (EX. G, ECF 39-9 (Ingredient Glossary—Synthetic Admissions); EX. I, ECF 40-8 (Summarizing & Highlighting Synthetic Admissions)) and RESEARCHED SYNTHETIC INGREDIENTS (FAC, ECF 16) | DEF EVIDENCE: INGREDIENTS LISTED IN DEFENDANT'S EX. 2 TO TAPERNOUX DECL, ECF 46-2 (Ingredient Chart) | INGREDIENTS OMITTED FROM DEFENDANT'S EX. 2, ECF 46-2 |
|---|---|---|---|
| | (14) ==Limonene==† <br> (15) ==Linalool==† <br> (16) Sodium carbonate, light (soda ash) <br> (17) Sodium citrate dihydrate† <br> (18) Sodium chloride salt <br> (19) Sodium metasilicate, pentahydrate <br> (20) Sodium percarbonate <br> (21) Sodium Polyitaconate† <br> (22) Sodium sulfate <br> (23) Subtilisin (Protease)† <br> (24) ==Terpineol==† | (14) ==Limonene==† <br> (15) ==Linalool==† <br> (16) **OMITTED** <br> (17) Sodium citrate† <br> (18) **OMITTED** <br> (19) **OMITTED** <br> (20) **OMITTED** <br> (21) Sodium Polyitaconate† <br> (22) **OMITTED** <br> (23) Subtilisin† <br> (24) ==Terpineol==† | |
| 5. Dishwasher Tablets (the *Purchased Product*) | (1) Amylase† <br> (2) Bentonite <br> (3) Fatty alcohol alkoxylate† <br> (4) Glycerin† <br> (5) Nonionic surfactant 3 <br> (6) ==Orange extract==† <br> (7) ==Perfume lemondarine BN EAG14940/00== <br> (8) ==Pine extract== (Fragrance)† <br> (9) Polypeptide <br> (10) ==Polyoxyethylene trinethyltdecyl alcohol==† | (1) Amylase† <br> (2) **OMITTED** <br> (3) Fatty alcohol alkoxylate† <br> (4) Glycerin† <br> (5) **OMITTED** <br> (6) ==Orange extract==† <br> (7) **OMITTED** <br> (8) ==Pine extract==† <br> (9) **OMITTED** <br> (10) ==Polyoxyethylene trimethyldecyl alcohol==† | 1. Bentonite <br> 2. Nonionic surfactant 3 <br> 3. ==Perfume lemondarine BN EAG14940/00== <br> 4. Polypeptide <br> 5. Silicate compound 1 <br> 6. Silicate compound 2 <br> 7. SKS-6 <br> 8. Sodium bicarbonate <br> 9. Sodium carbonate <br> 10. Sodium percarbonate |

**Exhibit "V" ISO Plaintiff's Reply to Motion for Class Certification**
*Chart Comparing Ingredients Plaintiff Identified in Discovery or*
*Through Investigation With Ingredients Identified by Defendant in Exhibit 2*

<u>LEGEND</u>
† Plaintiff Identified as Synthetic in FAC (ECF 16)
==BLUE== Def Admitted Synthetic (Ex. I, ECF 40-8; Ex. F, ECF 39-8)
\* Def Did Not Disclose in Discovery

| NO. & NAME OF PRODUCT | PLTF EVIDENCE: INGREDIENTS DISCLOSED IN DISCOVERY (EX. H, ECF 40-6 (SCJ Doc Prod)) OR IDENTIFIED THROUGH INVESTIGATION (FAC, ECF 16; EX. F, ECF 39-8 (Archived Online Ingredient Disclosures)), Including ADMITTED SYNTHETIC INGREDIENTS (EX. G, ECF 39-9 (Ingredient Glossary—Synthetic Admissions); EX. I, ECF 40-8 (Summarizing & Highlighting Synthetic Admissions)) and RESEARCHED SYNTHETIC INGREDIENTS (FAC, ECF 16) | DEF EVIDENCE: INGREDIENTS LISTED IN DEFENDANT'S EX. 2 TO TAPERNOUX DECL, ECF 46-2 (Ingredient Chart) | INGREDIENTS OMITTED FROM DEFENDANT'S EX. 2, ECF 46-2 |
|---|---|---|---|
| | (11) Protease† <br> (12) Silicate compound 1 <br> (13) Silicate compound 2 <br> (14) SKS-6 <br> (15) Sodium bicarbonate <br> (16) Sodium carbonate <br> (17) Sodium citrate† <br> (18) Sodium gluconate† <br> (19) Sodium percarbonate <br> (20) Sodium polyaspartate† <br> (21) Sorbitol <br> (22) Taed† <br> (23) Trisodium citrate dihydrate | (11) Protease† <br> (12) OMITTED <br> (13) OMITTED <br> (14) OMITTED <br> (15) OMITTED <br> (16) OMITTED <br> (17) Sodium citrate† <br> (18) Sodium gluconate† <br> (19) OMITTED <br> (20) Sodium polyaspartate† <br> (21) OMITTED <br> (22) Taed† <br> (23) OMITTED | 11.  Sorbitol <br> 12.  Trisodium citrate dihydrate |
| 6.  Dishwasher Tablets—Zero | (1) Amylase† <br> (2) Bentonite <br> (3) Fatty alcohol alkoxylate† <br> (4) Glycerin† <br> (5) Nonionic surfactant 3 <br> (6) Polypeptide <br> (7) Polyoxyethylene trinethyltdecyl alcohol† <br><br> (8) Protease† | (1) Amylase† <br> (2) OMITTED <br> (3) Fatty alcohol alkoxylate† <br> (4) Glycerin† <br> (5) OMITTED <br> (6) OMITTED <br> (7) Polyoxyethylene trimethyldecyl alcohol† <br> (8) Protease† | 1.  Bentonite <br> 2.  Nonionic surfactant 3 <br> 3.  Polypeptide <br> 4.  Silicate compound 1 <br> 5.  Silicate compound 2 <br> 6.  Sodium bicarbonate <br> 7.  Sodium carbonate <br> 8.  Sodium perarbonate <br> 9.  Sorbitol |

**Exhibit "V" ISO Plaintiff's Reply to Motion for Class Certification**
*Chart Comparing Ingredients Plaintiff Identified in Discovery or*
*Through Investigation With Ingredients Identified by Defendant in Exhibit 2*

**LEGEND**
†  Plaintiff Identified as Synthetic in FAC (ECF 16)
**BLUE** Def Admitted Synthetic (Ex. I, ECF 40-8; Ex. F, ECF 39-8)
*  Def Did Not Disclose in Discovery

| NO. & NAME OF PRODUCT | PLTF EVIDENCE:<br>**INGREDIENTS DISCLOSED IN DISCOVERY** (EX. H, ECF 40-6 (SCJ Doc Prod)) **OR IDENTIFIED THROUGH INVESTIGATION** (FAC, ECF 16; EX. F, ECF 39-8 (Archived Online Ingredient Disclosures)), **Including ADMITTED SYNTHETIC INGREDIENTS** (EX. G, ECF 39-9 (Ingredient Glossary—Synthetic Admissions); EX. I, ECF 40-8 (Summarizing & Highlighting Synthetic Admissions)) **and RESEARCHED SYNTHETIC INGREDIENTS** (FAC, ECF 16) | DEF EVIDENCE:<br>**INGREDIENTS LISTED IN DEFENDANT'S EX. 2 TO TAPERNOUX DECL, ECF 46-2 (Ingredient Chart)** | INGREDIENTS OMITTED FROM DEFENDANT'S EX. 2, ECF 46-2 |
|---|---|---|---|
| | (9)  Silicate compound 1<br>(10) Silicate compound 2<br>(11) Sodium bicarbonate<br>(12) Sodium carbonate<br>(13) Sodium citrate†<br>(14) Sodium gluconate†<br>(15) Sodium perarbonate<br>(16) Sodium polyaspartate†<br>(17) Sorbitol<br>(18) Taed†<br>(19) Trisodium citrate dihydrate | (9)  **OMITTED**<br>(10) **OMITTED**<br>(11) **OMITTED**<br>(12) **OMITTED**<br>(13) Sodium citrate†<br>(14)Sodium gluconate†<br>(15) **OMITTED**<br>(16) Sodium polyaspartate†<br>(17) **OMITTED**<br>(18) Taed†<br>(19) **OMITTED** | 10. Trisodium citrate dihydrate |
| 7.  Fabric Softener—Morning Fresh | (1)  Anisic acid<br>(2)  Benzyl acetate†<br>(3)  Dihydromyrcenol (fragrance)†<br>(4)  Esterquat (prop.diol)<br>(5)  Geraniol (fragrance)†<br>(6)  Geranyl acetate (fragrance)†<br>(7)  Lactic acid†<br>(8)  Limonene†<br>(9)  Linalool†<br>(10) Magnesium chloride<br>(11) P-anisic acid† | (1)  **OMITTED**<br>(2)  Benzyl acetate†<br>(3)  Dihydromyrcenol†<br>(4)  **OMITTED**<br>(5)  Geraniol†<br>(6)  Geranyl acetate†<br>(7)  Lactic acid†<br>(8)  Limonene†<br>(9)  Linalool†<br>(10) **OMITTED**<br>(11) P-anisic acid† | 1.  Anisic acid<br>2.  Esterquat (prop.diol)<br>3.  Magnesium chloride<br>4.  Propanediol<br>5.  Perfume jasmine & apple blossom 4T11006660<br>6.  Water |

**Exhibit "V" ISO Plaintiff's Reply to Motion for Class Certification**
*Chart Comparing Ingredients Plaintiff Identified in Discovery or*
*Through Investigation With Ingredients Identified by Defendant in Exhibit 2*

<u>LEGEND</u>
†  Plaintiff Identified as Synthetic in FAC (ECF 16)
**BLUE** Def Admitted Synthetic (Ex. I, ECF 40-8; Ex. F, ECF 39-8)
*  Def Did Not Disclose in Discovery

| NO. & NAME OF PRODUCT | PLTF EVIDENCE: INGREDIENTS DISCLOSED IN DISCOVERY (EX. H, ECF 40-6 (SCJ Doc Prod)) OR IDENTIFIED THROUGH INVESTIGATION (FAC, ECF 16; EX. F, ECF 39-8 (Archived Online Ingredient Disclosures)), Including ADMITTED SYNTHETIC INGREDIENTS (EX. G, ECF 39-9 (Ingredient Glossary—Synthetic Admissions); EX. I, ECF 40-8 (Summarizing & Highlighting Synthetic Admissions)) and RESEARCHED SYNTHETIC INGREDIENTS (FAC, ECF 16) | DEF EVIDENCE: INGREDIENTS LISTED IN DEFENDANT'S EX. 2 TO TAPERNOUX DECL, ECF 46-2 (Ingredient Chart) | INGREDIENTS OMITTED FROM DEFENDANT'S EX. 2, ECF 46-2 |
|---|---|---|---|
| | (12) Propanediol<br>(13) Perfume jasmine & apple blossom 4T11006660<br>(14) Tricyclodecenyl propionate†<br>(15) Undecan-4-olide†<br>(16) Water | (12) **OMITTED**<br>(13) **OMITTED**<br>(14) Tricyclodecenyl propionate†<br>(15) Undecan-4-olide†<br>(16) **OMITTED** | |
| 8. Fabric Softener—Sunny Day | (1) 2-phenylethaneol (fragrance)†<br>(2) Anisic acid<br>(3) Alpha-hexylcinnamaldehdye (fragrance)†<br>(4) Citronellol (fragrance)†<br>(5) Dihydromycrenol (fragrance)†<br>(6) Esterquat (prop.diol)<br>(7) Green gardenia 5T12017042<br>(8) Hexyl salicylate (fragrance)†<br>(9) Lactic acid†<br>(10) Magnesium chloride<br>(11) *<br>(12) Nopyl acetate (fragrance)†<br>(13) Oxacyclohexadecen-2-one (fragrance)†<br>(14) P-anisic acid†<br>(15) Propanediol<br>(16) Terpineol†<br>(17) Verdyl acetate (fragrance)† | (1) 2-phenylethanol†<br>(2) **OMITTED**<br>(3) Alpha-hexylcinnamaldehyde†<br>(4) Citronellol†<br>(5) Dihydromyrcenol†<br>(6) **OMITTED**<br>(7) **OMITTED**<br>(8) Hexyl salicylate†<br>(9) Lactic acid†<br>(10) **OMITTED**<br>(11) Myrcene<br>(12) **OMITTED**<br>(13) Oxacyclohexadecen-2-one†<br>(14) P-anisic acid†<br>(15) **OMITTED**<br>(16) Terpineol†<br>(17) Verdyl acetate† | 1. Anisic acid<br>2. Esterquat (prop.diol)<br>3. Green gardenia 5 T12017042<br>4. Magnesium chloride<br>5. Nopyl acetate (fragrance)<br>6. Propanediol<br>7. Water |

**Exhibit "V" ISO Plaintiff's Reply to Motion for Class Certification**
*Chart Comparing Ingredients Plaintiff Identified in Discovery or*
*Through Investigation With Ingredients Identified by Defendant in Exhibit 2*

**LEGEND**
† Plaintiff Identified as Synthetic in FAC (ECF 16)
**BLUE** Def Admitted Synthetic (Ex. I, ECF 40-8; Ex. F, ECF 39-8)
* Def Did Not Disclose in Discovery

| NO. & NAME OF PRODUCT | PLTF EVIDENCE: INGREDIENTS DISCLOSED IN DISCOVERY (EX. H, ECF 40-6 (SCJ Doc Prod)) OR IDENTIFIED THROUGH INVESTIGATION (FAC, ECF 16; EX. F, ECF 39-8 (Archived Online Ingredient Disclosures)), Including ADMITTED SYNTHETIC INGREDIENTS (EX. G, ECF 39-9 (Ingredient Glossary—Synthetic Admissions); EX. I, ECF 40-8 (Summarizing & Highlighting Synthetic Admissions)) and RESEARCHED SYNTHETIC INGREDIENTS (FAC, ECF 16) | DEF EVIDENCE: INGREDIENTS LISTED IN DEFENDANT'S EX. 2 TO TAPERNOUX DECL, ECF 46-2 (Ingredient Chart) | INGREDIENTS OMITTED FROM DEFENDANT'S EX. 2, ECF 46-2 |
|---|---|---|---|
| | (18) Water | (18) **OMITTED** | |
| 9. Floor Soap | (1) Fragrance† <br> (2) Line oil floor soap <br> (3) Perfume natural Carrera SC136205 | (1) Fragrance <br> (2) **OMITTED** <br> (3) **OMITTED** | 1. Line oil floor soap <br> 2. Perfume natural Carrera SC136205 |
| 10. Laundry Detergent— Alpine Mint | (1) Amylase† <br> (2) Benzisothiazolinone† <br> (3) C10-C16 alkyl poly glucosides <br> (4) Calcium chloride anhydrous <br> (5) Cellulase <br> (6) Caprylyl/ decyl glucoside† <br> (7) Citric acid† <br> (8) Decyl & lauryl poly glucosides <br> (9) Ethoxylated C12-C16 alcohol <br> (10) Fragrance† <br> (11) Glycerin† <br> (12) Lauryl ethoxylate† <br> (13) Lauryl/myristyl glucoside† <br> (14) Lipase† <br> (15) Methylisothiazolinone† <br> (16) Potassium cocoate† | (1) Amylase† <br> (2) Benzisothiazolinone† <br> (3) **OMITTED** <br> (4) **OMITTED** <br> (5) **OMITTED** <br> (6) Caprylyl/ decyl glucoside† <br> (7) Citric acid solution† <br> (8) **OMITTED** <br> (9) **OMITTED** <br> (10) Fragrance† <br> (11) Glycerin† <br> (12) Lauryl ethoxylate† <br> (13) Lauryl/myristyl glucoside† <br> (14) Lipase† <br> (15) Methylisothiazolinone† <br> (16) Potassium cocoate† | 1. C10-C16 alkyl poly glucosides <br> 2. Calcium chloride anhydrous <br> 3. Cellulase <br> 4. Decyl & lauryl poly glucosides <br> 5. Ethoxylated C12-C16 alcohol† <br> 6. Sodium carboxymethyl inulin <br> 7. Tri-sodium citrate <br> 8. Water |

**Exhibit "V" ISO Plaintiff's Reply to Motion for Class Certification**
*Chart Comparing Ingredients Plaintiff Identified in Discovery or*
*Through Investigation With Ingredients Identified by Defendant in Exhibit 2*

**LEGEND**
† Plaintiff Identified as Synthetic in FAC (ECF 16)
**BLUE** Def Admitted Synthetic (Ex. I, ECF 40-8; Ex. F, ECF 39-8)
\* Def Did Not Disclose in Discovery

| NO. & NAME OF PRODUCT | PLTF EVIDENCE: INGREDIENTS DISCLOSED IN DISCOVERY (EX. H, ECF 40-6 (SCJ Doc Prod)) OR IDENTIFIED THROUGH INVESTIGATION (FAC, ECF 16; EX. F, ECF 39-8 (Archived Online Ingredient Disclosures)), Including ADMITTED SYNTHETIC INGREDIENTS (EX. G, ECF 39-9 (Ingredient Glossary—Synthetic Admissions); EX. I, ECF 40-8 (Summarizing & Highlighting Synthetic Admissions)) and RESEARCHED SYNTHETIC INGREDIENTS (FAC, ECF 16) | DEF EVIDENCE: INGREDIENTS LISTED IN DEFENDANT'S EX. 2 TO TAPERNOUX DECL, ECF 46-2 (Ingredient Chart) | INGREDIENTS OMITTED FROM DEFENDANT'S EX. 2, ECF 46-2 |
|---|---|---|---|
| | (17) Protease† <br> (18) Sodium carboxymethyl inulin <br> (19) Sodium citrate† <br> (20) Sodium gluconate† <br> (21) Sodium laureth sulfate (SLES)† <br> (22) Sodium lauryl sulfate (SLS)† <br> (23) Tri-sodium citrate <br> (24) Water | (17) Protease† <br> (18) OMITTED <br> (19) Sodium citrate† <br> (20) Sodium gluconate† <br> (21) Sodium laureth sulfate (SLES)† <br> (22) Sodium lauryl sulfate (SLS)† <br> (23) OMITTED <br> (24) OMITTED | |
| 11. Laundry Detergent— Lavender Field | (1) Amylase† <br> (2) Benzylisothiazolinone† <br> (3) C10-C16 alkyl poly glucosides <br> (4) C12-16 pareth-7† <br> (5) Calcium chloride <br> (6) Carboxymethyl inulin† <br> (7) Cellulase <br> (8) Citric acid† <br> (9) Decyl & lauryl poly glucosides† <br> (10) Ethoxylated C12-C16 Alcohol <br> (11) Fragrance <br> (12) Glycerin† <br> (13) Lauryl ethoxylate† <br> (14) * | (1) Alpha-amylase† <br> (2) Benzylisothiazolinone† <br> (3) OMITTED <br> (4) C12-16 pareth-7† <br> (5) OMITTED <br> (6) Carboxymethyl inulin† <br> (7) OMITTED <br> (8) Citric acid† <br> (9) Decyl glucoside† <br> (10) OMITTED <br> (11) OMITTED <br> (12) Glycerin† <br> (13) Lauryl ethoxylate† <br> (14) Lauryl/myristyl glucoside | 1. C10-C-16 Alkyl Poly Glucosides <br> 2. Calcium chloride <br> 3. Cellulase <br> 4. Ethoxylated C12-C16 Alcohol <br> 5. Fragrance <br> 6. Lavandin extract (fragrance) † <br> 7. Linalool (fragrance) † <br> 8. Methylchloroisothiazolinone† <br> 9. Preservative OIT <br> 10. Sodium carboxymethyl inulin <br> 11. Sodium percarbonate <br> 12. Tri-sodium citrate <br> 13. Water |

**Exhibit "V" ISO Plaintiff's Reply to Motion for Class Certification**
*Chart Comparing Ingredients Plaintiff Identified in Discovery or*
*Through Investigation With Ingredients Identified by Defendant in Exhibit 2*

LEGEND
† Plaintiff Identified as Synthetic in FAC (ECF 16)
BLUE Def Admitted Synthetic (Ex. I, ECF 40-8; Ex. F, ECF 39-8)
* Def Did Not Disclose in Discovery

| NO. & NAME OF PRODUCT | PLTF EVIDENCE:<br>**INGREDIENTS DISCLOSED IN DISCOVERY** (EX. H, ECF 40-6 (SCJ Doc Prod)) **OR IDENTIFIED THROUGH INVESTIGATION** (FAC, ECF 16; EX. F, ECF 39-8 (Archived Online Ingredient Disclosures)), **Including ADMITTED SYNTHETIC INGREDIENTS** (EX. G, ECF 39-9 (Ingredient Glossary—Synthetic Admissions); EX. I, ECF 40-8 (Summarizing & Highlighting Synthetic Admissions)) **and RESEARCHED SYNTHETIC INGREDIENTS** (FAC, ECF 16) | DEF EVIDENCE:<br>**INGREDIENTS LISTED IN DEFENDANT'S EX. 2 TO TAPERNOUX DECL, ECF 46-2 (Ingredient Chart)** | INGREDIENTS OMITTED FROM DEFENDANT'S EX. 2, ECF 46-2 |
|---|---|---|---|
|  | (15) Lavandin extract (fragrance)†<br>(16) Linalool (fragrance)†<br>(17) *<br>(18) Methylchloroisothiazolinone†<br>(19) Methylisothiazolinone†<br>(20) Phenoxyethanol†<br>(21) Polyethylene glycol†<br>(22) Potassium cocotate†<br>(23) Preservative OIT<br>(24) Propylene glycol†<br>(25) Protease†<br>(26) Rosemary extract (fragrance)†<br>(27) Sodium carboxymethyl inulin<br>(28) Sodium diglycolate†<br>(29) Sodium glycolate†<br>(30) Sodium lauryl sulfate (SLS)†<br>(31) Sodium percarbonate<br>(32) Tetrasodium edta†<br>(33) Tri-sodium citrate<br>(34) Water | (15) **OMITTED**<br>(16) **OMITTED**<br>(17) Lipase<br>(18) **OMITTED**<br>(19) Methylisothiazolinone†<br>(20) Phenoxyethanol†<br>(21) Polyethylene glycol†<br>(22) Potassium cocoate†<br>(23) **OMITTED**<br>(24) Propylene glycol†<br>(25) Protease†<br>(26) Rosemary extract†<br>(27) **OMITTED**<br>(28) Sodium diglycolate†<br>(29) Sodium glycolate†<br>(30)Sodium lauryl sulfate (SLS)†<br>(31) **OMITTED**<br>(32) Tetrasodium edta†<br>(33) **OMITTED**<br>(34) **OMITTED** |  |
| 12.  Rinse Aid | (1)  APG 8 (colourless) (Ecoc)<br>(2) Benzisothiazolinone† | (1) **OMITTED**<br>(2) Benzylisothiazolinone† | 1.  APG 8 (colourless) (Ecoc)<br>2.  Ethanol (Ecoc) |

**Exhibit "V" ISO Plaintiff's Reply to Motion for Class Certification**

*Chart Comparing Ingredients Plaintiff Identified in Discovery or*
*Through Investigation With Ingredients Identified by Defendant in Exhibit 2*

**LEGEND**
†  Plaintiff Identified as Synthetic in FAC (ECF 16)
**BLUE** Def Admitted Synthetic (Ex. I, ECF 40-8; Ex. F, ECF 39-8)
*  Def Did Not Disclose in Discovery

| NO. & NAME OF PRODUCT | PLTF EVIDENCE: INGREDIENTS DISCLOSED IN DISCOVERY (EX. H, ECF 40-6 (SCJ Doc Prod)) OR IDENTIFIED THROUGH INVESTIGATION (FAC, ECF 16; EX. F, ECF 39-8 (Archived Online Ingredient Disclosures)), Including ADMITTED SYNTHETIC INGREDIENTS (EX. G, ECF 39-9 (Ingredient Glossary—Synthetic Admissions); EX. I, ECF 40-8 (Summarizing & Highlighting Synthetic Admissions)) and RESEARCHED SYNTHETIC INGREDIENTS (FAC, ECF 16) | DEF EVIDENCE: INGREDIENTS LISTED IN DEFENDANT'S EX. 2 TO TAPERNOUX DECL, ECF 46-2 (Ingredient Chart) | INGREDIENTS OMITTED FROM DEFENDANT'S EX. 2, ECF 46-2 |
|---|---|---|---|
| | (3) Citric acid† <br> (4) Decyl glucoside† <br> (5) Ethanol (Ecoc) <br> (6) Isopropanol† <br> (7) Methylisothiazolinone† <br> (8) Sophorolipids† <br> (9) X SL Filt. / no bleach <br> (10) Water | (3) Citric acid† <br> (4) Decyl glucoside† <br> (5) OMITTED <br> (6) Isopropanol† <br> (7) Methylisothiazolinone† <br> (8) Sophorolipids† <br> (9) OMITTED <br> (10) OMITTED | 3. X SL filt./ no bleach <br> 4. Water |
| 13. Stain Remover | (1) Alkyl polyglucoside 12 <br> (2) Beta-caryophyllene† <br> (3) Benzisothiazolinone† <br> (4) Citric acid† <br> (5) Disubstituted alaninamide† <br> (6) GLDA <br> (7) Glycerin† <br> (8) Isopropanol† <br> (9) Lauryl glucoside† <br> (10) Limonene† <br> (11) Linalool† <br> (12) Methylisothiazolinone† <br> (13) Phenoxyethanol† <br> (14) Propylene glycol† | (1) OMITTED <br> (2) Beta-caryophyllene† <br> (3) OMITTED <br> (4) Citric acid† <br> (5) Disubstituted alaninamide† <br> (6) OMITTED <br> (7) Glycerin† <br> (8) Isopropanol† <br> (9) Lauryl glucoside† <br> (10) Limonene† <br> (11) Linalool† <br> (12) Methylisothiazolinone† <br> (13) Phenoxyethanol† <br> (14) Propylene glycol† | 1. Alkyl polyglucoside 12 <br> 2. Benzisothiazolinone † <br> 3. GLDA <br> 4. Protease <br> 5. Sodium benzoate <br> 6. Sodium chloride <br> 7. Sodium lauryl sulfate <br> 8. Water |

**Exhibit "V" ISO Plaintiff's Reply to Motion for Class Certification**
*Chart Comparing Ingredients Plaintiff Identified in Discovery or*
*Through Investigation With Ingredients Identified by Defendant in Exhibit 2*

<u>LEGEND</u>
† Plaintiff Identified as Synthetic in FAC (ECF 16)
BLUE Def Admitted Synthetic (Ex. I, ECF 40-8; Ex. F, ECF 39-8)
* Def Did Not Disclose in Discovery

| NO. & NAME OF PRODUCT | PLTF EVIDENCE: INGREDIENTS DISCLOSED IN DISCOVERY (EX. H, ECF 40-6 (SCJ Doc Prod)) OR IDENTIFIED THROUGH INVESTIGATION (FAC, ECF 16; EX. F, ECF 39-8 (Archived Online Ingredient Disclosures)), Including ADMITTED SYNTHETIC INGREDIENTS (EX. G, ECF 39-9 (Ingredient Glossary—Synthetic Admissions); EX. I, ECF 40-8 (Summarizing & Highlighting Synthetic Admissions)) and RESEARCHED SYNTHETIC INGREDIENTS (FAC, ECF 16) | DEF EVIDENCE: INGREDIENTS LISTED IN DEFENDANT'S EX. 2 TO TAPERNOUX DECL, ECF 46-2 (Ingredient Chart) | INGREDIENTS OMITTED FROM DEFENDANT'S EX. 2, ECF 46-2 |
|---|---|---|---|
| | (15) Protease<br>(16) Sodium benzoate<br>(17) Sodium chloride<br>(18) Sodium formate†<br>(19) Sodium laureth sulfate (SLES)†<br>(20) Sodium lauryl sulfate (SEL)<br>(21) Subtilisin†<br>(22) Water | (15) **OMITTED**<br>(16) **OMITTED**<br>(17) **OMITTED**<br>(18) Sodium formate†<br>(19) Sodium laureth sulfate (SLES)†<br>(20) **OMITTED**<br>(21) Subtilisin†<br>(22) **OMITTED** | |
| 14. Toilet Cleaner | (1) APG 12 (Ecoc)<br>(2) Citric acid (Ecoc)†<br>(3) Fragrance†<br>(4) Glyoxal†<br>(5) Lauryl glucoside†<br>(6) Perfume fresh pine P EAF02427/00<br>(7) Sodium citrate (Ecoc)†<br>(8) Water<br>(9) Xanthan gum (coated)† | (1) **OMITTED**<br>(2) Citric acid†<br>(3) Fragrance†<br>(4) Glyoxal†<br>(5) Lauryl glucoside†<br>(6) **OMITTED**<br>(7) Sodium citrate†<br>(8) **OMITTED**<br>(9) Xanthan gum† | 1. APG 12 (Ecoc)<br>2. Perfume fresh pine P EAFo2427/00<br>3. Water |

**Exhibit "V" ISO Plaintiff's Reply to Motion for Class Certification**
*Chart Comparing Ingredients Plaintiff Identified in Discovery or*
*Through Investigation With Ingredients Identified by Defendant in Exhibit 2*

<u>LEGEND</u>
† Plaintiff Identified as Synthetic in FAC (ECF 16)
**BLUE** Def Admitted Synthetic (Ex. I, ECF 40-8; Ex. F, ECF 39-8)
\* Def Did Not Disclose in Discovery