**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Shireen M. Clarkson (SBN 237882)
*sclarkson@clarksonlawfirm.com*
Katherine A. Bruce (SBN 288694)
*kbruce@clarksonlawfirm.com*
Kelsey J. Elling (SBN 337915)
*kelling@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, California 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

**MOON LAW APC**
Christopher D. Moon (SBN 246622)
*chris@moonlawapc.com*
Kevin O. Moon (SBN 246792)
*kevin@moonlawapc.com*
228 Hamilton Ave., 3rd Fl
Palo Alto, California 94301
Tel: (619) 915-9432
Fax: (650) 618-0478

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MAISEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>S.C. JOHNSON & SON, INC., a Wisconsin Corporation,<br><br>Defendant. | Case No.: 3:21-cv-00413-TSH<br>Case Filed: January 15, 2021<br>FAC Filed: March 24, 2021<br><br>*Assigned to Hon. Thomas Hixson, United States Magistrate Judge*<br><br>**DECLARATION OF OLIVIA M. TREISTER RE: PURCHASE OF PURPORTEDLY "DISCONTINUED" PRODUCTS ON APRIL 15, 2022, IN THE STATE OF CALIFORNIA, IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

**DECLARATION OF OLIVIA M. TREISTER**

I, Olivia M. Treister, declare as follows:

1. I am over the age of 18 years and not a party to this action. I am an attorney in good standing with the California State Bar and an associate at Clarkson Law Firm, P.C., counsel of record for Plaintiff Elizabeth Maisel in the above-entitled action. I make this declaration in support of Plaintiff's motion for class certification regarding my purchase of certain purportedly "discontinued" Ecover cleaning products—specifically, the All Purpose Cleaner and Delicate Wash—from Amazon on April 15, 2022, in the State of California. I attest to the matters set forth herein based upon my personal knowledge, unless expressly indicated as based upon information and belief. If called upon as a witness, I could and would competently testify to said matters.

2. **Screenshots.** On April 15, 2022, I purchased the Ecover All Purpose Cleaner and Delicate Wash products from Amazon in the State of California. Subsequently, on April 18, 2022, I returned to the same webpages from which I made the purchases and took screenshots that have been marked as **Exhibit "U"** in support of Plaintiff's motion for class certification. The screenshots fairly and accurately depict the website that I viewed on April 15, 2022.

3. **Photographs.** On April 17, 2022, the Ecover All Purpose Cleaner and Delicate Wash products were delivered to me in the State of California. I photographed the front and back labels of those products, which also comprise **Exhibit "U"** in support of Plaintiff's motion for class certification. The photographs fairly and accurately depict the products labels.

4. **Screenshot Footers.** I placed footers on the screenshots that provide: (1) a description of the "Webpage" that is consistent with its content; (2) the Uniform Resource Locator ("URL") for each webpage; and (3) the date I took a screenshot to capture the image. The information contained therein is consistent with the information set forth in this declaration.

5. **Photograph Captions.** I placed captions on the photographs that describe what is depicted in each photograph and the date each photograph was captured. The information contained therein is consistent with the information set forth in this declaration.

///

///

I declare the foregoing is true and correct under the penalty of perjury of the United States of America. Executed the 19th day of April 2022.

*/s/ Olivia M. Treister*
Olivia M. Treister, Esq.