PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
KELSEY HARRISON (CA SBN 328621)
KHarrison@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California  90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

THOMAS P. SCHULT (*PRO HAC VICE*)
TSchult@berkowitzoliver.com
BERKOWITZ OLIVER LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri  64108
Telephone: 816.561.7007
Facsimile: 816.561.1888

***Attorneys for Defendant S. C. Johnson & Son, Inc***.
(*Additional counsel listed on next page*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH MAISEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>S.C. JOHNSON & SON, INC., a Wisconsin Corporation,<br><br>Defendant. | Case No.   3:21-cv-00413-TSH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Judge:                  Hon. Thomas Hixson<br>Complaint Filed:  January 15, 2021<br>Trial Date:            None Set<br><br>Current date: June 30, 2022<br>Continued date: July 21, 2022 |

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR CLASS CERTIFICATION
Case No. 3:21-cv-00413-TSH
SF-4812527

1

1  CAMILA A. TAPERNOUX (CA SBN 299289)
   CTapernoux@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522
   ***Attorneys for Defendant S. C. Johnson & Son, Inc***.

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR CLASS CERTIFICATION
Case No. 3:21-cv-00413-TSH
SF-4812527

2

1    Pursuant to Civil Local Rules 6-2 and 7-7, Plaintiff Elizabeth Maisel and Defendant
2    S. C. Johnson & Son, Inc., by and through their respective counsel, stipulate as follows:
3    WHEREAS, on April 22, 2022, the Court issued an order *sua sponte* continuing the
4    hearing on Plaintiff's Motion for Class Certification from May 19, 2022 to June 30, 2022
5    (ECF 50);
6    WHEREAS, SC Johnson's counsel has a pre-planned family vacation scheduled for
7    June 30, 2022 (Declaration of Purvi G. Patel ¶ 2);
8    WHEREAS, SC Johnson met and conferred with Plaintiff and proposed either July 14 or
9    July 21 for a continued hearing date, and Plaintiff advised of a conflict on July 14 (Patel Decl.
10   ¶ 3);
11   WHEREAS, SC Johnson accordingly requests that the hearing be continued to July 21 or
12   the next date available for the Court, which Plaintiff does not oppose;
13   WHEREAS, the parties do not make this request for delay or any other improper purpose,
14   and this request will not impact any other case deadlines;
15   WHEREAS, all previous time modifications to the case schedule include:
16   1.   On February 16, 2021, the Court granted SC Johnson's administrative motion to
17   extend SC Johnson's time to respond to Plaintiff's complaint by two weeks (ECF 9);
18   2.   On May 26, 2021 the Court entered an initial Case Management Order setting a
19   case schedule (ECF 32);
20   3.   On April 22, 2022, the Court *sua sponte* continued the hearing on Plaintiff's
21   Motion for Class Certification from May 19, 2022 to June 30, 2022 (ECF 50).
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR CLASS CERTIFICATION
Case No. 3:21-cv-00413-TSH
SF-4812527

3

NOW THEREFORE, the parties hereby stipulate and request that the Court continue the hearing on Plaintiff's Motion for Class Certification from June 30, 2022 to July 21, 2022.

**IT IS SO STIPULATED**

Dated:  May 10, 2022                    CLARKSON LAW FIRM

                                        By: */s/ Katherine A. Bruce*
                                            Katherine A. Bruce
                                        ***Attorneys for Plaintiff***

Dated:  May 10, 2022                    MORRISON & FOERSTER LLP

                                        By: */s/ Purvi G. Patel*
                                            Purvi G. Patel
                                        ***Attorneys for Defendant***
                                        ***S. C. Johnson & Son, Inc.***

### ATTESTATION OF FILER

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  May 10, 2022                     */s/ Purvi G. Patel*
                                            Purvi G. Patel
                                        ***Attorneys for Defendant***
                                        ***S. C. Johnson & Son, Inc.***

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____              _____
                                        HON. THOMAS S. HIXSON
                                        United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR CLASS CERTIFICATION
Case No. 3:21-cv-00413-TSH
SF-4812527

4