PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
KELSEY HARRISON (CA SBN 328621)
KHarrison@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California  90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

THOMAS P. SCHULT (*PRO HAC VICE*)
TSchult@berkowitzoliver.com
BERKOWITZ OLIVER LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri  64108
Telephone: 816.561.7007
Facsimile: 816.561.1888

***Attorneys for Defendant S. C. Johnson & Son, Inc***.
(*Additional counsel listed on next page*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH MAISEL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>S.C. JOHNSON & SON, INC., a Wisconsin Corporation,<br><br>    Defendant. | Case No.    3:21-cv-00413-TSH<br><br>**DECLARATION OF PURVI G. PATEL IN SUPPORT OF PARTIES' STIPULATION CONTINUING HEARING DATE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Judge:            Hon. Thomas Hixson<br>Complaint Filed:  January 15, 2021<br>Trial Date:       None Set<br><br>Current date: June 30, 2022<br>Continued date: July 21, 2022 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CAMILA A. TAPERNOUX (CA SBN 299289)
CTapernoux@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105
Telephone: 415.268.7000
Facsimile: 415.268.7522
***Attorneys for Defendant S. C. Johnson & Son, Inc***.

I, Purvi G. Patel, declare as follows:

1.      I am a partner in the law firm of Morrison & Foerster LLP, attorneys of record for Defendant S. C. Johnson & Son, Inc. in this action.  I am a member of good standing in the Bar of the State of California, and I am admitted to practice before this Court.  I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, I would testify competently to them.

2.      I have a family vacation scheduled starting on June 30, 2022 through July 5, 2022.

3.      On April 26, 2022, my colleague Kelsey Harrison emailed Plaintiff's counsel (copying me), advised them that I will be on vacation on June 30, 2022, and asked if Plaintiff would agree to ask the Court to further continue the class certification hearing to July 14, 2022 or July 21, 2022.  Plaintiff's counsel, Katherine Bruce, agreed, but advised that Plaintiff has a conflict on July 14.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 10th day of May, 2022, in Los Angeles, California.


*/s/ Purvi G. Patel*
Purvi G. Patel