**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Katherine A. Bruce (SBN 288694)
kbruce@clarksonlawfirm.com
Kelsey J. Elling (SBN 337915)
kelling@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

**MOON LAW APC**
Christopher D. Moon (SBN 246622)
chris@moonlawapc.com
Kevin O. Moon (SBN 246792)
kevin@moonlawapc.com
288 Hamilton Ave., 3rd Floor
Palo Alto, CA 94301
Tel: (415) 730-0387
Fax: (650) 618-0478

*Attorneys for Plaintiff*

**MORRISON & FOERSTER LLP**
Purvi G. Patel (SBN 270702)
ppatel@mofo.com
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017-3543
Tel: (213) 892-5200
Fax: (213) 892-5454

Camila A. Tapernoux (SBN 299289)
ctapernoux@mofo.com
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-7000
Fax: (415) 268-7522

**BERKOWITZ OLIVER LLP**
Thomas P. Schult (*Pro Hac Vice*)
tschult@berkowitzoliver.com
2600 Grand Blvd., Suite 1200
Kansas City, MO 64108
Tel: (816) 561-7007
Fax: (816) 561-1888

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABTH MAISEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>S.C. JOHNSON & SON, INC., a Wisconsin Corporation,<br><br>Defendant. | Case No. 3:21-cv-00413-TSH<br>Case Filed: 1/15/2021<br>FAC Filed: 3/24/2021<br><br>*Assigned to United States Magistrate Judge Thomas S. Hixson for all purposes*<br><br>**STIPULATED DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

The parties in the above-entitled action, Elizabeth Maisel ("**Plaintiff**") and S.C. Johnson & Son, Inc. ("**Defendant**"), by and through their respective counsel of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss this action with prejudice as to Plaintiff's individual claims and without prejudice as to the proposed class claims.

**IT IS SO STIPULATED.**

Dated: July 19, 2022        Respectfully submitted,

**CLARKSON LAW FIRM, P.C.**

  /s/ Katherine A. Bruce
Ryan J. Clarkson
Katherine A. Bruce
Kelsey J. Elling

**MOON LAW APC**
Christopher D. Moon
Kevin O. Moon

*Attorneys for Plaintiff*

Dated: July 19, 2022        **MORRISON & FOERSTER LLP**

/s/ Purvi G. Patel
Purvi G. Patel
Camila A. Tapernoux

**BERKOWITZ OLIVER LLP**
Thomas P. Schult

*Attorneys for Defendant*

# ATTESTATION OF FILER

Pursuant to Civil Local Rule 5-1(h)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 19, 2022                    **CLARKSON LAW FIRM, P.C.**

/s/ Katherine A. Bruce
By: Katherine A. Bruce, Esq.

*Attorneys for Plaintiff*