**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Katherine A. Bruce (SBN 288694)
*kbruce@clarksonlawfirm.com*
Kelsey J. Elling (SBN 337915)
*kelling@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

**MOON LAW APC**
Christopher D. Moon (SBN 246622)
*chris@moonlawapc.com*
Kevin O. Moon (SBN 246792)
*kevin@moonlawapc.com*
288 Hamilton Ave., 3rd Floor
Palo Alto, CA 94301
Tel: (415) 730-0387
Fax: (650) 618-0478

*Attorneys for Plaintiff*

**MORRISON & FOERSTER LLP**
Purvi G. Patel (SBN 270702)
*ppatel@mofo.com*
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017-3543
Tel: (213) 892-5200
Fax: (213) 892-5454

Camila A. Tapernoux (SBN 299289)
*ctapernoux@mofo.com*
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-7000
Fax: (415) 268-7522

**BERKOWITZ OLIVER LLP**
Thomas P. Schult (*Pro Hac Vice*)
*tschult@berkowitzoliver.com*
2600 Grand Blvd., Suite 1200
Kansas City, MO 64108
Tel: (816) 561-7007
Fax: (816) 561-1888

*Attorneys for Defendant*

IT IS SO ORDERED
Judge Thomas S. Hixson

*Clarkson Law Firm, P.C.*
*22525 Pacific Coast Highway*
*Malibu, California 90265*

# UNITED STATES DISTRICT COURT

# NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABTH MAISEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>S.C. JOHNSON & SON, INC., a Wisconsin Corporation,<br><br>Defendant. | Case No. 3:21-cv-00413-TSH<br>Case Filed: 1/15/2021<br>FAC Filed: 3/24/2021<br><br>*Assigned to United States Magistrate Judge Thomas S. Hixson for all purposes*<br><br>**STIPULATED DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

The parties in the above-entitled action, Elizabeth Maisel ("**Plaintiff**") and S.C. Johnson & Son, Inc. ("**Defendant**"), by and through their respective counsel of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss this action with prejudice as to Plaintiff's individual claims and without prejudice as to the proposed class claims.

**IT IS SO STIPULATED.**

Dated: July 19, 2022                                    Respectfully submitted,

                                                        **CLARKSON LAW FIRM, P.C.**

                                                         */s/ Katherine A. Bruce*
                                                        Ryan J. Clarkson
                                                        Katherine A. Bruce
                                                        Kelsey J. Elling

                                                        **MOON LAW APC**
                                                        Christopher D. Moon
                                                        Kevin O. Moon

                                                        *Attorneys for Plaintiff*

Dated: July 19, 2022                                    **MORRISON & FOERSTER LLP**

                                                        */s/ Purvi G. Patel*
                                                        Purvi G. Patel
                                                        Camila A. Tapernoux

                                                        **BERKOWITZ OLIVER LLP**
                                                        Thomas P. Schult

                                                        *Attorneys for Defendant*

*Clarkson Law Firm, P.C.*
*22525 Pacific Coast Highway*
*Malibu, California 90265*

Case No. 3:21-cv-00413-TSH                    2
STIPULATED DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

1

**ATTESTATION OF FILER**

2

Pursuant to Civil Local Rule 5-1(h)(3), the undersigned filer hereby attests that all

3   signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and

4   have authorized the filing.

5

6   Dated: July 19, 2022                                    **CLARKSON LAW FIRM, P.C.**

7                                                           */s/ Katherine A. Bruce*
                                                            By: Katherine A. Bruce, Esq.
8
                                                            *Attorneys for Plaintiff*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:21-cv-00413-TSH                    3
STIPULATED DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Clarkson Law Firm, P.C.
22525 Pacific Coast Highway
Malibu, California 90265